UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO. 8:22-cv-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

# NOTICE OF LEAD COUNSEL DESIGNATION

Plaintiff, Valerie Flynn ("Plaintiff" or "Valerie"), by counsel, pursuant to Local Civil Rule 2.02(a). hereby serves Notice that Steven S. Biss, Esquire, is designated as lead counsel in this case.

Signature of Counsel on Next Page

VALERIE FLYNN


By: <u>/s/ *Jason R. Kobal*</u>
    Jason R. Kobal, Esquire
    KOBAL LAW, P.A.
    12169 W. Lindebaugh Ave.
    Tampa, FL 33626
    (813) 873-2440
    koballaw@yahoo.com
    Florida Bar No.: 0542253

*Counsel for the Plaintiffs*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net

*Counsel for the Plaintiffs*
*(Application for Admission Pro Hac Vice*
    *To be Filed)*