AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:22-CV-00343-MSS-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* CABLE NEWS NETWORK, INC.
was received by me on *(date)* 02/14/2022

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is
designated by law to accept service of process on behalf of *(name of organization)* CABLE NEWS NETWORK, INC.
C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801 on *(date)* 02/14/2022 AT 10:50 AM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/14/2022

_____
Server's signature

DENORRIS BRITT   PROCESS SERVER
Printed name and title

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
Server's address

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT; JURY TRIAL DEMANDED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| VALERIE FLYNN <br><br> *Plaintiff(s)* <br> v. <br> CABLE NEWS NETWORK, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:22-cv-343-MSS-SPF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cable News Network, Inc.
c/o Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason R. Kobal, Esquire
Kobal Law, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*BetsyDavis*

Date:     02/10/2022     

*Signature of Clerk or Deputy Clerk*