UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division

**CASE NO. 8:22-cv-00343-MSS-SPF**

| | |
|---|---|
| VALERIE FLYNN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

# MOTION FOR SPECIAL ADMISSION

In accordance with Local Rule 2.01(c) of the Local Civil Rules of the United States District Court for the Middle District of Florida (the "Rules"), Steven S. Biss, Esquire (Virginia State Bar No. 32972), Law Office of Steven S. Biss, 300 West Main Street, Suite 102, Charlottesville, Virginia 22903 (804-501-8272), respectfully moves for special admission to represent Plaintiff, Valerie Flynn, in this action.

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of the Bar of the United States District Court for the Eastern District of Virginia, the Western District of Virginia, and the United States Courts of Appeal for the Second Circuit, Fourth Circuit and Eighth Circuit. A Certificate of Good Standing from the United States District Court for the Eastern District of Virginia is attached.

1

3. I do not have an office in Florida. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I was duly admitted *pro hac vice* and have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> Bongino v. The Daily Beast Company, Case 2:19-civ-14472 (S.D. Fla.)
> DJ Lincoln Enterprises, Inc. v. Google, Case 2:20-cv-14159 (S.D. Fla.).

4. I will comply with the Federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> "I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession."

9. I am familiar with, and acknowledge and agree that I am bound by, the rules governing the professional conduct of a member of The Florida Bar.

Signature of Counsel on Next Page

Respectfully Submitted,

By: */s/ Steven S. Biss*
Steven S. Biss, Esquire
 (Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net

*Movant*

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

DATED: February 28, 2022

By: */s/ Steven S. Biss*
Steven S. Biss, Esquire
 (Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net

*Movant*

By: */s/ Jason R. Kobal*
Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiff*

3

# *CERTIFICATE OF GOOD STANDING*

UNITED STATES OF AMERICA     )
                             )
                             ) ss.
                             )
EASTERN DISTRICT OF VIRGINIA )

I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that __Steven Scott Biss__, ID #32972, was admitted to practice in said Court on __June 18, 1992__ and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: _____
         Deputy Clerk

Dated at Richmond, Virginia
on ___May 5, 2021___.