UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

**CASE NO: 8-22-CV-00343-MSS-SPF**

VALERIE FLYNN,

        Plaintiff,

vs.

CABLE NEWS NETWORK, INC.

        Defendant.

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Sam F. Cate-Gumpert, Esquire, moves for special admission to represent Defendant Cable News Network, Inc. ("CNN") in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Central District of California, among others.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any state or federal court in Florida during the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

1

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Sam F. Cate-Gumpert
Sam F. Cate-Gumpert

WHEREFORE, Sam F. Cate-Gumpert respectfully requests entry of an order granting his request to appear *pro hac vice* on behalf of CNN in this case.

### LOCAL RULE 3.01(g) CERTIFICATE

Counsel for CNN certifies that she communicated with counsel for Plaintiff via email on March 7, 2022 and Plaintiff does not oppose Mr. Cate-Gumpert's *pro hac* admission.

Dated: March 7, 2022

Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Deanna K. Shullman | |

2

| | |
|---|---|
| Deanna K. Shullman<br>Florida Bar No. 514462<br>Giselle M. Girones<br>Florida Bar No. 124373<br>Minch Minchin<br>Florida Bar No. 1015950<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | Katherine M. Bolger*<br>Meenakshi Krishnan*<br>Sam F. Cate-Gumpert*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br><br>*_Pro Hac Vice_ pending<br><br>_Counsel for CNN_ |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

/s/ _Deanna K. Shullman_
Deanna K. Shullman

3