# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

## CASE NO: 8-22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CABLE NEWS NETWORK, INC. | ) |
| Defendant. | ) |

## DEFENDANT CABLE NEWS NETWORK, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Cable News Network, Inc. ("CNN") hereby discloses the following, pursuant to Local Rule 3.03.

1. The name of each person, lawyer, association, firm, partnership, and corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and all other identifiable and related legal entity that has or might have an interest in the outcome of this action:

   a) Shullman Fugate PLLC is counsel for CNN as identified herein.

   b) Deanna K. Shullman is counsel for CNN as identified herein.

   c) Giselle M. Girones is counsel for CNN as identified herein.

   d) Minch Minchin is counsel for CNN as identified herein.

   e) Davis Wright Tremaine LLP is counsel for CNN as identified herein.

  f) Katherine M. Bolger is counsel for CNN as identified herein.

  g) Sam F. Cate-Gumpert is counsel for CNN as identified herein.

  h) Meenakshi Krishnan is counsel for CNN as identified herein.

  i) Defendant CNN is an indirect fully owned subsidiary of Warner Media, LLC, which in turn is a fully owned subsidiary of AT&T Inc., a publicly traded corporation.

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome of the proceedings:

None.

3. The name of each additional entity which is likely to be an active participant in the proceedings:

None.

4. The name of each person arguably eligible for restitution:

None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: March 7, 2022

             Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Deanna K. Shullman* | |

| | |
|---|---|
| Deanna K. Shullman<br>Florida Bar No. 514462<br>Giselle M. Girones<br>Florida Bar No. 124373<br>Minch Minchin<br>Florida Bar No. 1015950<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | Katherine M. Bolger*<br>Meenakshi Krishnan*<br>Sam F. Cate-Gumpert*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br><br>**Pro Hac Vice* pending<br><br>*Counsel for CNN* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

                                                  */s/ Deanna K. Shullman*
                                                  Deanna K. Shullman