# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

## CASE NO: 8-22-CV-00343-MSS-SPF

VALERIE FLYNN,   )
                 )
      Plaintiff,   )
                 )
vs.              )
                 )
CABLE NEWS NETWORK, INC.   )
                 )
      Defendant.   )
                 )
                 )
                 )

## DEFENDANT CABLE NEWS NETWORK, INC.'S
## NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), Defendant Cable News Network, Inc. ("CNN") hereby notifies the Court of the following related pending actions:

    1.    *Flynn, et al. v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW (S.D.N.Y. Mar. 25, 2021); and

    2.    *Flynn v. Cable News Network, Inc.*, No. 8:22-cv-00512-MSS-AEP (M.D. Fla. Mar. 3, 2022).

Dated: March 7, 2022

                              Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Deanna K. Shullman* <br> Deanna K. Shullman <br> Florida Bar No. 514462 | Katherine M. Bolger* <br> Meenakshi Krishnan* |

| | |
|---|---|
| Giselle M. Girones<br>Florida Bar No. 124373<br>Minch Minchin<br>Florida Bar No. 1015950<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | Sam F. Cate-Gumpert*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br><br>\**Pro Hac Vice* pending<br><br>*Counsel for CNN* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

                                             */s/ Deanna K. Shullman*
                                             Deanna K. Shullman

4887-9624-6801v.1 0050033-005131