# EXHIBIT 1

Video of Plaintiff from archived Tweet to be conventionally filed