# EXHIBIT 5

Video of the CNN Report at issue to be conventionally filed