## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

### CASE NO: 8-22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AUDIOVISUAL EXHIBITS CONVENTIONALLY

Defendant Cable News Network Inc. ("CNN") hereby seeks leave of court to file conventionally by delivery to the Clerk of Court, a thumb drive comprised of audiovisual material in support of CNN's Motion to Dismiss (Dkt. 18). In support thereof, CNN states as follows:

1. This is a defamation action in which Plaintiff alleges she has been damaged by allegedly defamatory material published in a report telecast by CNN entitled "CNN Goes Inside A Gathering of QAnon Followers" ("the Report"). (Dkt. 1).

2. In its Motion to Dismiss, CNN seeks to attach as an exhibit the audiovisual Report. CNN also seeks to attach as an exhibit the underlying video clip

used in the Report ("the Video"), which is central to Plaintiff's claims.

3. These audiovisual materials, however, cannot be electronically filed because the Court's CM/ECF system does not permit filings to be submitted in the form of thumb drives without prior court approval.

4. Given the nature of the exhibits, the CM/ECF procedures, and Federal Rule of Civil Procedure 5(d)(2), CNN seeks leave to conventionally file the thumb drive of the audiovisual material consisting of the Report and the Video with the Clerk of Court.

WHEREFORE, CNN requests this Court grant leave to conventionally file the thumb drive containing the audiovisual material in support of its Motion to Dismiss.

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel for CNN certifies that she conferred with counsel for Plaintiff by email on March 6, 2022 and March 7, 2022 and was advised that Plaintiff does not oppose this Motion.

Dated: March 7, 2022

Respectfully submitted,

| SHULLMAN FUGATE PLLC<br><br>By: */s/ Deanna K. Shullman*<br>Deanna K. Shullman<br>Florida Bar No. 514462<br>Giselle M. Girones<br>Florida Bar No. 124373<br>Minch Minchin<br>Florida Bar No. 1015950<br>2101 Vista Parkway, Ste. 4006 | DAVIS WRIGHT TREMAINE LLP<br><br>Katherine M. Bolger*<br>Meenakshi Krishnan*<br>Sam F. Cate-Gumpert*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com |

| | |
|---|---|
| West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | samcategumpert@dwt.com<br><br>*Pro Hac Vice* pending<br><br>*Counsel for CNN* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Deanna K. Shullman*
Deanna K. Shullman

3

4869-0088-8592v.3 0050033-005131