# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

### CASE NO: 8-22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT CABLE NEWS NETWORK INC.'S REQUEST FOR HEARING

Pursuant to Local Rule 3.01(h), Cable News Network Inc. ("CNN") respectfully requests oral argument on its Motion to Dismiss (Dkt. 18). Because the Motion raises important First Amendment considerations and dispositive issues of law, CNN believes that oral argument would assist the Court's decision-making process. CNN estimates that a total of two to three hours will be required for argument.

Dated: March 7, 2022

Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Deanna K. Shullman* | |
| Deanna K. Shullman | Katherine M. Bolger* |
| Florida Bar No. 514462 | Meenakshi Krishnan* |
| Giselle M. Girones | Sam F. Cate-Gumpert* |
| Florida Bar No. 124373 | 1251 Avenue of the Americas |

| | |
|---|---|
| Minch Minchin<br>Florida Bar No. 1015950<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br><br>\**Pro Hac Vice* pending<br><br>*Counsel for CNN* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

                                                  */s/ Deanna K. Shullman*
                                                  Deanna K. Shullman

4869-0088-8592v.3 0050033-005131