# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CASE NO: 8-22-CV-00343-MSS-SPF**

| | |
|---|---|
| VALERIE FLYNN, | ) |
|         Plaintiff, | ) |
| vs. | ) |
| CABLE NEWS NETWORK, INC. | ) |
|         Defendant. | ) |

## DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL

Giselle M. Girones of Shullman Fugate PLLC hereby gives notice of her appearance as counsel on behalf of Defendant Cable News Network, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Giselle M. Girones** at Shullman Fugate PLLC, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202, and ggirones@shullmanfugate.com.

Respectfully submitted,

*/s/ Giselle M. Girones*
Giselle M. Girones
Florida Bar No. 124373
Shullman Fugate PLLC
50 N. Laura Street, Ste. 2500
Jacksonville, Florida 32202
Telephone: (904) 551-1496
ggirones@shullmanfugate.com

1

*Attorney for Defendant Cable News Network, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Giselle M. Girones*
Giselle M. Girones