# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### CASE NO: 8-22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CABLE NEWS NETWORK, INC. | ) |
| Defendant. | ) |

### DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL

Minch Minchin of Shullman Fugate PLLC hereby gives notice of his appearance as counsel on behalf of Defendant Cable News Network, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Minch Minchin** at Shullman Fugate PLLC, 50 N. Laura Street, Suite 2500, Jacksonville, Florida 32202, and mminchin@shullmanfugate.com.

Respectfully submitted,

*/s/ Minch Minchin*
Minch Minchin
Florida Bar No. 1015950
Shullman Fugate PLLC
50 N. Laura Street, Ste. 2500
Jacksonville, FL 32202
Telephone: (904) 914-3070
mminchin@shullmanfugate.com

*Attorney for Defendant Cable News Network, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

<u>*/s/ Minch Minchin*</u>
Minch Minchin