UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

CASE NO: 8-22-CV-00343-MSS-SPF

VALERIE FLYNN,  )
                )
          Plaintiff,  )
                )
vs.             )
                )
CABLE NEWS NETWORK, INC.  )
                )
          Defendant.  )
                )
                )
                )

## NOTICE OF CONVENTIONAL FILING OF THUMB DRIVE

Pursuant to this Court's March 8, 2022 Order granting Defendant Cable News Network Inc.'s ("CNN") Motion for Leave to File Audiovisual Exhibits Conventionally (Dkt. 23), CNN hereby conventionally files a thumb drive containing the video exhibits referenced in CNN's Motion to Dismiss (Dkt. 18). The thumb drive contains the report telecast by CNN that is at issue in this action ("the Report") and the underlying video clip used in the Report ("the Video").[1]

Dated: March 8, 2022

                                            Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: **/s/ Giselle M. Girones** | |

---

[1] The Video corresponds to Exhibit 1 of Katherine Bolger's Declaration (Dkt. 19-1) and the Report corresponds to Exhibit 5 of Katherine Bolger's Declaration (Dkt. 19-5).

| | |
|---|---|
| Deanna K. Shullman<br>Florida Bar No. 514462<br>Giselle M. Girones<br>Florida Bar No. 124373<br>Minch Minchin<br>Florida Bar No. 1015950<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | Katherine M. Bolger<br>Meenakshi Krishnan<br>Sam F. Cate-Gumpert<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br><br>*Counsel for CNN* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022 a true and correct copy of the foregoing was served via FedEx Overnight Mail on all counsel of record.

*/s/ Giselle M. Girones*
Giselle M. Girones