FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:KYOA   (813) 405-4226
ALYSSA BEENE

100 ASHLEY DRIVE
SUITE 600
TAMPA, FL 33602
UNITED STATES US

SHIP DATE: 08MAR22
ACTWGT: 1.00 LB
CAD: 110996299/INET4460

BILL SENDER

TO   **CIVIL CLERK**
**UNITED STATES MIDDLE DISTRICT**
**801 NORTH FLORIDA AVENUE**

**TAMPA FL 33602**
(813) 301-5400        REF: FLYNN V. CNN
INV:
PO:                          DEPT:

56DJ5/EB02/FE4A



FedEx Express

E

J221022010501uv

WED - 09 MAR 4:30P

STANDARD OVERNIGHT

TRK#
0201    **7762 3972 8480**

**34 KYOA**     FL-US

33602
**TPA**

3/8/22, 2:30 PM