**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**CASE NO. 8:22-cv-00343-MSS-SPF**

| | | |
|---|---|---|
| VALERIE FLYNN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **TRIAL BY JURY** |
| | ) | **IS DEMANDED** |
| | ) | |
| CABLE NEWS NETWORK, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# AMENDED COMPLAINT

Plaintiff, Valerie Flynn ("Plaintiff" or "Valerie"), by counsel, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, files the following Amended Complaint against Defendant, Cable News Network, Inc. ("CNN").

Plaintiff seeks (a) compensatory damages and punitive damages in the sum of **$100,000,000.00**, (b) prejudgment interest on the principal sum awarded by the Jury from January 6, 2021 to the date of Judgment at the rate of 4.25 percent per year pursuant to Fla. Stat. § 55.03, and (c) court costs – arising out of the Defendant's defamation and defamation by implication.

## I.  STATEMENT OF MATERIAL FACTS

1.      According to the Federal Bureau of Investigation ("FBI") and the Department of Homeland Security ("DHS"), "**QAnon**" is a "domestic violence extremist" ("DVE") group and a "domestic terrorism threat".  The *Wall Street Journal*

concludes that QAnon is a "far right-wing, loosely organized network and community of believers who embrace a range of unsubstantiated beliefs.  These views center on the idea that a cabal of Satan-worshipping pedophiles—mainly consisting of what they see as elitist Democrats, politicians, journalists, entertainment moguls and other institutional figures—have long controlled much of the so-called deep state government, which they say sought to undermine [President] Trump, mostly with aid of media and entertainment outlets."  On January 6, 2021, adherents of QAnon were among the "most prominent members of the mob" who stormed the United States Capitol in Washington, D.C. https://www.wsj.com/articles/what-is-qanon-what-we-know-about-the-conspiracy-theory-11597694801?mod=article_inline].  CBS News' *60 Minutes* recently represented that the violent "extremist ideology" of the QAnon "movement" has had a "corrosive impact" on the United States. [https://www.cbsnews.com/news/qanon-conspiracy-united-states-60-minutes-2021-02-21/].

2.     In the wake of the January 6 storming of the Capitol, a chorus of left-wing media outlets began to spread false narratives about QAnon, including that Valerie's brother-in-law, retired Lieutenant General Michael T. Flynn ("General Flynn"), was the "founder" of QAnon.  On January 31, 2021, CNN aired a "Special Report" hosted by Anderson Cooper entitled, "***Inside the QAnon Conspiracy***".  CNN called QAnon a "deranged conspiracy cult".  CNN stated that some of "Q's conspiracy claims" were "actually based on age-old racist and anti-Semitic beliefs".  CNN asserted that QAnon, like the Nazis, promoted "ancient and dark biases and bigotry in World history".  CNN stated that QAnon supporters were detached from "reality" and had an utter "disregard" for the facts.  CNN alleged that QAnon followers were mentally ill and crazy.  CNN

concluded that it was "abundantly clear" that QAnon was a "dangerous and violent movement" – a movement that has become "insurrectionist".

3.     On February 4, 2021, CNN published an "exclusive" report by correspondent Donie O'Sullivan ("O'Sullivan"), entitled "***CNN Goes Inside A Gathering Of QANON Followers***".   In the O'Sullivan report, CNN falsely accused Valerie of being a "follower" of the "dangerous", "violent", "racist", "extremist", "insurrectionist", "domestic terrorism" movement – **QAnon**.  The O'Sullivan report juxtaposed a picture of Valerie (and other members of the Flynn family) with numerous known QAnon adherents.  The report included footage of the insurrectionist mob storming the United States Capitol on January 6, 2021.   The O'Sullivan report also included a clip – selectively edited and altered by CNN – of a video posted to Twitter by General Flynn on July 4, 2020.  CNN used Valerie's picture and emblazoned the edited clip with a chyron that endorsed the defamatory meaning of CNN's statements:



The tone of the whole O'Sullivan report was that everybody that CNN was showing its audience is a "**QANON FOLLOWER**".

4.      The original video posted by General Flynn was taken during a Fourth of July barbecue at Valerie's sister-in-law's home in Newport County, Rhode Island.  On July 2, 2022, Valerie traveled to Rhode Island to celebrate the Fourth of July with some of the Flynn families.  While in Rhode Island, Valerie stayed at the home of Jack and Leslie Flynn.  Valerie knew that there would be a late afternoon barbecue on July 4.  She wore a yellow jacket and blue skirt.  She has never owned any attire that bears any QAnon slogan or symbol.  In addition to some family members and neighbors who trickled in during the day, Sidney Powell and her son were there.  As evening approached, Valerie was in the house getting dessert.  She heard several voices outside in the backyard.  Someone suggested that the Flynns should do a video taking the Oath to the Constitution (the "Oath").  They said families all over the country were posting videos taking the Oath as a way of showing patriotism.  So, Valerie walked over to General Flynn and his wife Lori's backyard and gathered behind their fire pit.  It was completely impromptu.  Valerie offered to record the video, but someone indicated that it would be nice to include spouses.  Wilson Powell recorded the video.  Prior to recording the video, there was no discussion about QAnon.  After making the video, those present poured some champagne and made a toast to Attorney Sidney Powell to thank her for her service, dedication and excellent results in the defense of General Flynn.  After the toast, everyone returned to Jack and Leslie's backyard, sat around their fire pit, and sang patriotic songs.  Although Valerie was aware that the video would be posted on social media, she did not participate in any way in any posting.  She was unaware that any hashtags accompanied General Flynn's Twitter post.

5.     In the original video, each member of the Flynn family, including Valerie, individually took the Oath to the United States Constitution, the same oath taken by Members of Congress.   After finishing the Oath to the United States Constitution, General Flynn stated, "where we go one, we go all".[1]  Each family member repeated the phrase, as they had repeated each line of the Oath to the U.S. Constitution.  At no time did Valerie associate the phrase with QAnon.  She did not know that some people considered it to be a QAnon slogan.  The entire family then exclaimed, "God Bless America".

---

[1]     According to some, the phrase "where we go one, we go all" was first engraved on a bell on one of President John F. Kennedy's sailboats, acknowledging the unity of mankind.  Others say that the phrase "where we go one, we go all" is inscribed on the bell of the 1911 brigantine rigged sailing ship *Eye of the Wind*. [https://www.eyeofthewind.net/en/gallery-ship?os_image_id-335].  *Eye of the Wind* was used in the Ridley Scott-directed film *White Squall* (1996), where the ship was called *Albatross*.  Captain Christopher Sheldon (played by actor Jeff Bridges) says in the film, "If we don't have order, we have nothing.  Where we go one, we go all."  Still others say that the phrase "where we go one, we go all" is similar to the Latin "*Unus pro omnibus, omnes pro uno*", made famous in the Alexandre Dumas novel *The Three Musketeers* (1844) as "All for one, and one for all."  General Flynn posted the video to Twitter because he wanted to encourage people to think about being good citizens, to love country and family, and be good patriots.  The video had nothing to do with QAnon.  Valerie's repetition of the phrase "where we go one, we go all" at the July 4, 2020 barbecue did not signify any kind of support for QAnon.  It was not an oath of allegiance to QAnon.  It was a simple, family, July 4 statement of support for each other.  In addition to the celebration of America's National Holiday, the Flynn family had good reason to be together as a family and to celebrate as one on July 4, 2020.  In May 2020, Attorney General William P. Barr had filed a motion to dismiss the criminal charges against General Flynn [https://www.cbsnews.com/video/department-of-justice-drops-charges-against-michael-flynn/], but Judge Emmett Sullivan indicated that he refused to dismiss the case.  Sidney Powell filed a petition for writ of mandamus with the United States Court of Appeals for the District of Columbia Circuit.  On June 24, 2020, the Court of Appeals granted General Flynn's petition. *In re Flynn*, 961 F.3d 1215 (D.C. Cir. Jun. 24, 2020).  And so, that July 4, 2020, the Flynn family – who had all supported General Flynn from the beginning of his ordeal and who supported him to the end – were specifically celebrating the family's victory in the D.C. Court of Appeals.  The barbecue and the Oath was about family solidarity and perseverance.  The Flynns were happy and together.  It was one of the first respites the Flynns had since February 2017.

6.     In the altered clip used in the O'Sullivan report, CNN intentionally edited out the Oath to the United States Constitution *and* omitted the words "God Bless America", fraudulently making it appear and insinuating that Valerie pledged an oath of allegiance to QAnon.  By its deceptive editing and production of the O'Sullivan report, CNN intended and endorsed the defamatory meaning.

7.     Although it knew nothing about Valerie, CNN consciously chose to include Valerie in the edited clip and to make her a subject of the O'Sullivan report.[2]  In addition to expressly labeling Valerie as a "**QANON FOLLOWER**", the altered CNN clip conveyed a very powerful (but untrue) message:  that Valerie pledged her allegiance to QAnon.  In early February 2021, this was a very damaging accusation.  It was like calling someone a "communist" in the 1950s or a Nazi sympathizer in the 1940s.  CNN made no effort in the O'Sullivan report to dispel the defamatory implications.  The edited video clip with Valerie's picture on full display and in full view, festooned with the chyron "**QANON FOLLOWERS**" (which remained on screen the entire broadcast) was a premeditated attempt (a) to manufacture a connection between Valerie and QAnon that did not exist and an event (a pledge of allegiance) that never happened, (b) to wildly exaggerate and misrepresent Valerie's actions and beliefs, and (c) to create a frenzy about the Flynn family's involvement with a violent, extremist group, **QAnon**.  The O'Sullivan report intentionally misrepresented and actively sought to conceal what oath Valerie was actually taking.

---

[2]     CNN could have blurred Valerie's face or redacted her image from the video clip.  CNN did nothing to protect Valerie's identity, however.  Rather, CNN chose to make Valerie a visible subject of the report.

8.      In addition to millions of cable TV viewers in Florida who watched *Don Lemon Tonight* on February 4, 2021, CNN republished the O'Sullivan "exclusive" to hundreds of thousands of social media followers on Twitter (459,000) and millions of subscribers to CNN's YouTube channel (12,200,000) in Florida:



[https://mobile.twitter.com/CNNnewsroom/status/1357801350768308224; https://www.youtube.com/watch?v=65q8J3Q8MlU].      CNN anchor Brooke Baldwin praised O'Sullivan and encouraged him to "keep digging up these stories and just educating us on who **these people** are and how they think." (Emphasis added).

9.      On June 15, 2021, after Jack and Leslie Flynn filed suit against CNN and notified CNN that the statements in O'Sullivan report were false and defamatory, CNN

and O'Sullivan brazenly republished the false and defamatory statements about Valerie. [https://twitter.com/donie/status/1404889150113955851]; *Nunes v. Lizza*, 12 F. 4th 890, 901 (8th Cir. 2021) ("'Republication of a statement after the defendant has been notified that the plaintiff contends that it is false and defamatory may be treated as evidence of reckless disregard.' Restatement (Second) of Torts § 580A cmt. d (Am. L. Inst. 1977). Lizza tweeted the article in November 2019 after Nunes filed this lawsuit and denied the article's implication. The pleaded facts are suggestive enough to render it plausible that Lizza, at that point, engaged in 'the purposeful avoidance of the truth.'").

10. Numerous people who watched the O'Sullivan report (either the original broadcast on *Don Lemon Tonight* or on February 5, 2021 when the report was republished on CNN's *Newsroom* with Brooke Baldwin), including a retired police officer in Rhode Island and a pharmacist and an attorney in Massachusetts, recognized Valerie and understood that the defamatory statements referred to her specifically.

11. As of February 4, 2021, Valerie knew next to nothing about QAnon. She did not know what it stood for or any of its core beliefs. She was never interested in "Q" and paid no attention to the group at all. Valerie did not go to QAnon gatherings, meetings or rallies. She did not (and does not) know and has never spoken with the "QAnon Shaman" (Jacob Chansley), or Jim Watkins or Alan Hostetter or any other "prominent figures in the QAnon movement". She never visited the "hate-filled 8Kun" website or any other website where QAnon messages are posted. She never used or shared any QAnon hashtags, gifs, memes, marks, slogans, symbols or language in her communications with anyone. Valerie never purchased a QAnon t-shirt, hat, mug, flag or any other merchandise bearing any QAnon symbol, slogan or message. She did

absolutely nothing to even remotely suggest that she adhered to QAnon or participated in any "#taketheoath movement".

12.    Valerie is not a follower[3] of any violent, extremist or terrorist groups, including **QAnon**.

13.    CNN's false statements subjected Valerie to hatred, distrust, ridicule, contempt and disgrace. [*See, e.g., Flynn v. CNN*, 2021 WL 5964129, at * 4 (S.D.N.Y. Dec. 16, 2021) ("Because the Court accepts the Flynns' allegation that they are not QAnon followers as true, the Flynns have plausibly alleged that CNN's statement was false.  Consequently, the Flynns have also plausibly alleged that CNN's statement was defamatory. *See* R&R at 33 ("[F]alsely implying a connection to a violent extremist group can be defamatory.")].

14.    CNN falsely attributed to Valerie associations that never existed, actions she never took, including an oath of allegiance or pledge to **QAnon**, and views Valerie never held.  Published in the immediate aftermath of the storming of the U.S. Capitol, CNN's false attributions exposed Valerie to public scorn, ridicule and contempt, and lowered her esteem in the community, causing insult, embarrassment, humiliation and substantial injury to her reputation.  The edited video clip of Valerie, with the chyron CNN chose to run underneath, confirmed for CNN's viewers that Valerie was indeed one of the despised "**QANON FOLLOWERS**" who were the subject of the O'Sullivan report and who were "prominent members of the mob" who stormed the Capitol.

---

[3]     Merriam-Webster defines "follower" as (1) "one in the service of another"; (2) "one that follows the opinions and teachings of another"; (3) "one that imitates another"; (4) fan or devotee; (5) "one who subscribes to a feed especially on social media." [https://www.merriam-webster.com/dictionary/follower].  Synonyms for "follower" include "acolyte", "adherent", "convert" and "disciple".  Valerie fits ***none*** of the dictionary definitions of "follower".

15.     In this case, Valerie seeks actual damages and punitive damages as a result of CNN's false statements and defamatory implications.

## II.  PARTIES

16.     Valerie is a citizen of Florida.  She lives in Sarasota County.  She is a private individual.  Until she was egregiously defamed by CNN, Valerie enjoyed an untarnished reputation in the community.

17.     Defendant, CNN, is a Delaware corporation, based and operating in Georgia.  CNN is a division of WarnerMedia.  WarnerMedia was an operating segment of AT&T, Inc., until it was recently spun-off and sold to Discovery, Inc.  CNN is part of WarnerMedia's "Turner" business unit.  The Turner business unit operates television networks and related properties that offer branded news and other content for consumers in Florida and around the world.  Millions in Florida watch CNN.  Turner's digital properties include the CNN digital network, www.cnn.com.  In addition to its massive digital footprint, CNN employs multiple social media accounts as a means to profit from the publication of its false statements.  The O'Sullivan report and social media posts at issue in this case, identified above, were published to and read by millions in Florida, where Valerie suffered substantial damage to her reputation. *See, e.g., Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 776 (1984) ("[f]alse statements of fact harm both the subject of the falsehood *and* the readers of the statement … The tort of libel is generally held to occur wherever the offending material is circulated. Restatement (Second) of Torts § 577A, Comment a (1977).").

### III.   JURISDICTION AND VENUE

18.     The United States District Court for the Middle District of Florida has subject matter jurisdiction over this action pursuant to Title 28 U.S.C. § 1332 (Diversity). The parties are citizens of different States and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

19.     CNN is at home in Florida, and is subject to the Court's general and specific personal jurisdiction.

20.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2).  The defamation which is the basis of this lawsuit was committed in the Middle District of Florida in addition to all over the world.  Over 10 million people—more than 55 percent of the State's population—reside within the Middle District, thus making the alleged defamatory statements in this venue highly significant.  Plaintiff is a resident of Sarasota County, and is domiciled in the Middle District of Florida.  CNN conducts substantial business in the Middle District, is registered in Florida as a foreign corporation, maintains a registered agent in Plantation, Florida, operates a bureau in Miami, Florida, and has hundreds of agents in Florida who engage in daily business for CNN.

### COUNT I – DEFAMATION *PER SE*

21.     Plaintiff restates paragraphs 1 through 20 of this Amended Complaint, and incorporates them herein by reference.

22.     On February 26, 2021, CNN doubled-down on its opposition research about QAnon, publishing talking points intended to injure the reputations of anyone associated with QAnon.  In yet another "Special Report" hosted by Anderson Cooper, CNN reiterated that QAnon was a "cult".  Cooper repeated that QAnon espoused ideas

that were based on "anti-Semitic, anti-Catholic tropes that have been used [by] … the Nazis".  Cooper emphasized that "[t]rusting the plan was an important part of QAnon belief".  Cooper drew analogies between QAnon and the "terror group ISIS". [http://transcripts.cnn.com/TRANSCRIPTS/2102/26/csr.01.html].

23.    CNN made, published and republished false factual statements of or concerning Valerie.  Using Valerie's image, an edited video clip and a flashy chyron, CNN falsely stated or implied and insinuated that Valerie was an acolyte, adherent, convert and disciple of QAnon – a "**QANON FOLLOWER**" – or was linked to and involved in or with the violent extremist group, **QAnon**.  CNN manufactured a relationship and connection between Valerie and QAnon that never existed.

24.    CNN published the false statements without privilege of any kind.

25.    CNN's statements are materially false.  Valerie is not and never has been a follower of the QAnon terrorist/extremist group.  Valerie never took or pledged an oath of allegiance to QAnon.  There is a material difference between CNN's false statements and the truth.  CNN falsely attributed to Valerie an affiliation/association, beliefs and views that Valerie has never had.[4] *See Masson v. New Yorker Magazine, Inc.*, 501 U.S. 496, 510-511 (1991) ("False attribution of statements to a person may constitute libel, if the falsity exposes that person to … [hatred, contempt, ridicule, or obloquy, or … causes him to be shunned or avoided, or … has a tendency to injure him in his occupation]… A

---

[4]    CNN might as well have accused Valerie of being a follower of ISIS, the Proud Boys, the Ku Klux Klan, or the Nazis. *See Boulger v. Woods*, 917 F.3d 471, 483 (6th Cir. 2019) (the tweet at issue was reasonably susceptible to a defamatory meaning—that "Woods was asserting Boulger was the woman giving the Nazi salute"); *Liberty Lobby, Inc. v. Anderson*, 1991 WL 186998, at * 9 (D. D.C. 1991) ("The Court finds that the implication that Carto emulates Hitler in appearance or action is defamatory and that the record could support a reasonable jury finding that the defendants published these allegations with actual malice").

fabricated quotation may injure reputation in at least two senses, either giving rise to a conceivable claim of defamation.  First, the quotation might injure because it attributes an untrue factual assertion to the speaker … Second, regardless of the truth or falsity of the factual matters asserted within the quoted statement, the attribution may result in injury to reputation because the manner of expression or even the fact that the statement was made indicates a negative personal trait or an attitude the speaker does not hold.").  The truth would have had a different effect on the minds of viewers and readers from that which CNN's false statements produced. *See Murphy v. Boston Globe, Inc.*, 449 Mass. 42, 865 N.E.2d 746, 758 (Mass. 2007) ("The jury were warranted in finding that the portion of the story quoting the plaintiff as saying, 'She is [fourteen].  She got raped.  Tell her to get over it,' would lead one to believe the judge was indifferent, and even callous, to crime victims who appeared before him, and especially demeaning to the rape victim.  The difference between the statement attributed to the plaintiff in the Herald articles, and the statement that Crowley testified he told Wedge the plaintiff had made, cannot, as matter of law, be characterized as a minor discrepancy").

26.     CNN's statements are defamatory. *See, e.g., Flynn*, 2021 WL 5964129 at * 4 (finding that CNN's statements during the O'Sullivan report are defamatory); *see also Zimmerman v. Buttigieg*, 2021 WL 6065781, at * 9 M.D. Fla. 2021) (amended complaint that alleged defendants subject plaintiff to "hatred, distrust, ridicule, contempt, and disgrace" and also alleged that "Zimmerman was responsible for gun violence, prejudice, fear, and racism" sufficiently pled defendant's liability based on defamation *per se*); *Sirer v. Aksoy*, 2021 WL 4952610, at * 4 (S.D. Fla. 2021) ("in the Complaint, Plaintiff alleges that Defendant posted a video on his YouTube channel accusing Plaintiff of being a

member of an organization designated as a terrorist organization … which he later reposted to Twitter.  Plaintiff alleges further that Defendant made the remarks as part of a scheme to depress the price of AVAX in favor of the crypto-assets he promotes.  Plaintiff alleges that his reputation has been harmed by Defendant's statements, and that they pose a threat to Plaintiff's and his family's safety.  Plaintiff need not allege more.") (citation omitted); *Coker v. Barr*, 2020 WL 9812034, at * 8 (D. Colo. 2020) ("it is hard to imagine a greater stigma than being associated with terrorism in our post-9/11 world.").

27.     CNN's false statements constitute defamation *per se*.  The statements tend to subject Valerie to hatred, distrust, ridicule, contempt, or disgrace. *Alan v. Wells Fargo Bank, N.A.*, 604 Fed.App'x 863, 865 (11th Cir. 2015); *Wolfson v. Kirk*, 273 So.2d 774, 777 (Fla. Dist. Ct. App. 1973) ("The significance of the classification of a communication as actionable per se lies in the fact that its victim need not plead or prove malice (except where a privilege is involved) or special damage because malice and the occureence [sic] of damage are both presumed from the nature of the defamation."). CNN's statements link Valerie to the insurrectionist mob who stormed the Capitol. CNN's statements caused Valerie to hesitate using her last name in public and to question her personal safety from persons determined to expose "QAnon".   CNN's false statements are neither fair nor accurate.[5]

28.     By broadcasting the false statements on cable television, publishing the statements on the Internet *and* republishing via social media, CNN knew or should have

---

[5]     The defamatory nature of CNN's false statements associating Valerie with QAnon is evidenced by the wholesale condemnation of QAnon in House Resolution 1094, passed on October 2, 2020. [https://www.congress.gov/116/bills/hres1094/BILLS-116hres1094ih.pdf].

known that the false statements would be republished over and over by third-parties to Valerie's detriment.   Republication by CNN's followers, subscribers, readers, other media outlets, and by users of Twitter was the natural and probable consequence of CNN's actions and was actually and/or presumptively authorized by CNN.   In addition to its original publications, CNN is liable for the republications of the false and defamatory statements by third-parties under the republication rule.

29.    CNN's false and defamatory statements jeopardized Valerie's safety, harmed her reputation, and caused actual injuries and pecuniary loss.

30.    CNN lacked reasonable grounds for a belief in the truth of its statements, and acted negligently in failing to determine the true facts.  Prior to February 4, 2021 and publication of the O'Sullivan report, no news publication ever reported that Valerie was a "QAnon follower".  There were no tweets or posts that labeled or even suggested that she was a "**QANON FOLLOWER**".   CNN did no research or investigation of Valerie whatsoever.  All CNN knew was that on July 4, 2020 Valerie took the Oath to the United States Constitution, and, among many other things, she repeated the words, "where we go one, we go all".  CNN did not know why Valerie repeated these words or why she took the Oath or whether she had *any* connection to QAnon.  CNN failed to contact Valerie or any other member of the Flynn family prior to publication, and, in spite of giving a podcaster an opportunity to offer his observations of QAnon, CNN utterly failed to give Valerie an opportunity to respond to the false charges.   CNN had no independent evidence to corroborate that Valerie was a follower of any violent, extremist group, including QAnon, because no such evidence exists.   As an experienced reporter [https://www.cnn.com/profiles/donie-osullivan], O'Sullivan was keenly aware that the

events of January 6, 2021 were emotionally and politically super-charged, and that the statements about Valerie, when viewed in the context of the "insurrection" and invasion of the United States Capitol that was fresh on Americans' minds, had an instantaneous opprobrious connotation. O'Sullivan knew or should have known that linking Valerie to the group that was "prominent" among the mob that invaded the Capitol building, assaulted Police and committed other crimes, without solid factual support would have obvious pejorative connotations. CNN was grossly negligent in publishing the statements about Valerie. CNN failed to exercise reasonable care in the production process, abandoned its ethical duty to report the truth and minimize harm, and, in its hurry to publish a scandalous story about Valerie and her family, violated the codes of ethics and journalistic integrity, customs and standards in the industry applicable to the media.

31.     CNN published the false and defamatory statements with actual malice:

a.     CNN knew its statements about Valerie were false. CNN knew that it had no factual basis to accuse Valerie of being a QAnon follower. In spite of its actual knowledge, CNN misrepresented that Valerie followed QAnon and pledged allegiance to this extremist group. CNN fabricated the statements. They were a product of CNN's imagination and desire to hurt General Michael Flynn.

b.     At a time when it was heavily promoting a narrative about violent DVE QAnon, CNN deliberately altered the video posted by General Flynn to his Twitter account in order to associate Valerie and other members of the Flynn family with the QAnon domestic terrorists and extremists, and, thereby, intentionally convey a defamatory meaning as to Valerie. The edits were deliberate and fraudulent, and were made by editors and producers who were following a preconceived narrative (crafted by

16

former CNN President Jeff Zucker) to link the Flynn family members to the violent extremist group QAnon that was responsible for the events of January 6, 2021.  This was not the first time CNN peddled falsehoods to injure someone and destroy their reputation.  They did it during the 2020 Presidential election.  [https://nypost.com/2021/04/13/cnns-charlie-chester-says-network-peddled-anti-trump-propaganda/].  The O'Sullivan report was part of a premeditated effort by CNN to injure Valerie, just as it has targeted others.  [https://www.instagram.com/reel/CaSlBqcg47o/?utm_medium=share_sheet   ("If the agenda say is to get Matt Gaetz right now, he's like this Republican.  He's a problem for the Democratic Party because he's so conservative and he can cause a lot of hiccups to passing of laws and what not.  So it would be great for the Democratic Party to get him out.   So, we're going to keep running those stories to keep hurting him and make it so that it can't be buried")].

       c.     In the wake of the storming of the United States Capitol, CNN's statements were intentionally extreme and outrageous.  CNN knew that publication of the statements would cause a media frenzy.  CNN deliberately and recklessly conveyed a false narrative about Valerie to sensationalize the news. *Tomblin v. WCHS-TV8*, 2011 WL 1789770, at * 5 (4th Cir. 2011) (unpublished) ("on the question of whether WCHS-TV8 deliberately or recklessly conveyed a false message to sensationalize the news and thus to provide factual support for a finding of malice, there are disputed facts").  Knowing that its statements about Valerie were sensationally false, CNN intentionally published the false statements in order to increase ratings, viewership and profits.  CNN's decision to promote a baseless narrative about the Flynns was part of a deliberate corporate policy and regular way of doing business that emanated from Zucker.  CNN

acted willfully and wantonly and with actual malice by pursuing a course of action that it knew was likely to result in harm to Valerie.

        d.    CNN is a Democratic Party trumpet. CNN recruits, hires and promotes journalists who share its extreme ideology and political viewpoints. CNN harbors an institutional animosity, hostility, hatred, extreme bias, spite and ill-will towards the Flynn family, and, in particular, General Flynn. This animosity, bias, prejudice and desire to harm motivated CNN to publish the intentionally false statements and insinuations about Valerie at issue in this case. CNN intended to inflict harm through knowing or reckless falsehoods. CNN published the false statements as part of a broad, pretextual, premeditated and ongoing disinformation campaign against General Flynn orchestrated by political operatives and agents of the Democratic Party for whom CNN acts as a surrogate and bullhorn. The purpose of CNN's effort to link Valerie and her family to violent extremists is to impair or abrogate General Flynn's ability to have any impact on the political environment in the United States given General Flynn's stature. In furtherance of the scheme, CNN uses its broadcast and publishing empire, political influence and international reach to attack General Flynn and his family at each opportunity, and to sow seeds of distrust in the minds of the voting public about General Flynn by publishing false narratives and talking points provided by Democratic operatives. Valerie was and is collateral damage in CNN's defamation scheme.

        e.    CNN abandoned all journalistic standards and integrity, including CNN's own standards and code of ethics, in writing, editing, and publishing the false narrative. CNN did not seek the truth or report it. It betrayed the truth to sensationalize the news for self-glory, profit and politics. Rather than minimize harm to Valerie, CNN

set out to inflict maximum pain and suffering on Valerie in order to harm Valerie's reputation and belittle and besmirch General Flynn.  CNN never once considered the long-term implications or the extended reach and permanence of the false accusation that Valerie was affiliated with a domestic violence extremist group.  CNN did not care.  It intended to hurt Valerie.

f.    Upon information and belief, CNN and O'Sullivan have deleted or discarded their notes and other documents that laid out the plan to smear the Flynn family in a deliberate effort to conceal the fact that they knew there were inaccuracies in the reporting.  This inference, in turn, provides a strong basis for a finding of actual malice.

g.    CNN republished the statements in June 2021 long after it was notified that the Flynn family contended that the statements were false and defamatory.  CNN acted with reckless disregard for the truth.

32.    As a direct result of CNN's defamation, Valerie suffered actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, emotional suffering, injury to her reputation, lost future earnings and diminished earning capacity, costs and other out-of-pocket expenses, in the sum of $25,000,000.00 or such greater amount as is determined by the Jury.

## COUNT II – <u>DEFAMATION BY IMPLICATION</u>

33.    Plaintiff restates paragraphs 1 through 20 of this Amended Complaint, and incorporates them herein by reference.

34.    The strong defamatory gist and false implication from the O'Sullivan report is that Valerie is a follower of a violent, extremist group responsible, *inter alia*, for the events on January 6, 2021.  The O'Sullivan report implies that Valerie harbors the

same beliefs, views and inclinations as all other QAnon adherents featured in the report, including two QAnon followers arrested and prosecuted for storming the Capitol on January 6, 2021.

35.     CNN carefully chose its words and purposefully represented facts.  In the O'Sullivan report, CNN juxtaposed a series of true facts so as to imply a defamatory connection between them.    In the context of a broadcast about "**QANON FOLLOWERS**", including "at least two people who would go on to Washington D.C. on January 6", CNN displayed a full body image of Valerie above the chyron.  Valerie did repeat the words, "where we go one we go all".  Valerie's hand was raised.  She was taking an oath.  However, CNN intentionally and selectively edited and altered General Flynn's July 4, 2020 video.  CNN omitted facts in a way that intentionally conveyed a preconceived false meaning and implication – that Valerie is a "**QANON FOLLOWER**" and that in the video clip she pledged her allegiance to **QAnon**.  The tone, intended meaning and defamatory implication of the O'Sullivan report is clear from the words and images used by CNN.  Although CNN used Valerie's image to support its narrative, CNN published no disclaimer and made no effort to clarify that it did not mean to portray Valerie as a "**QANON FOLLOWER**".

36.     CNN's statements and actions constitute defamation by implication.

37.     As a direct result of CNN's defamation by implication, Valerie suffered actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, emotional suffering, injury to her reputation, lost future earnings and diminished earning capacity, costs and other out-of-pocket expenses, in the sum of $25,000,000.00 or such greater amount as is determined by the Jury.

38.     CNN published the false statements intentionally, deliberately and with actual malice.  For the reasons stated in paragraph 31 above, CNN is liable to Valerie for punitive damages.

Valerie alleges the foregoing based upon personal knowledge, public statements of others, and records in her possession.  Valerie believes that substantial additional evidentiary support, which is in the exclusive possession of CNN, Zucker, Cooper, O'Sullivan, their agents and other third-parties, will exist for the allegations and claims set forth above after a reasonable opportunity for discovery.

Valerie reserves her right to amend this Complaint upon discovery of additional instances of CNN's wrongdoing.

<u>**CONCLUSION AND REQUEST FOR RELIEF**</u>

WHEREFORE, Plaintiff Valerie Flynn respectfully request the Court to enter Judgment against CNN as follows:

A.     Compensatory damages in the sum of $25,000,000.00;

B.     Punitive damages in the amount of $75,000,000.00;

C.     Prejudgment interest on the principal sum awarded by the Jury at the maximum rate allowed by law from January 6, 2021 until Judgment is entered;

D.     Postjudgment interest;

E.     Such other relief as is just and proper.

**TRIAL BY JURY IS DEMANDED**

DATED:      March 21, 2022


              VALERIE FLYNN


       By:____*/s/ Steven S. Biss*_____
              Steven S. Biss (VSB # 32972)
              300 West Main Street, Suite 102
              Charlottesville, Virginia 22903
              Telephone:  (804) 501-8272
              Facsimile:  (202) 318-4098
              Email:  stevenbiss@earthlink.net
              (*Admitted Pro Hac Vice*)

              Jason R. Kobal, Esquire
              KOBAL LAW, P.A.
              12169 W. Lindebaugh Ave.
              Tampa, FL 33626
              (813) 873-2440
              koballaw@yahoo.com
              Florida Bar No.: 0542253

              *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By:    */s/ Steven S. Biss*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiff*