UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

CASE NO: 8-22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT CABLE NEWS NETWORK INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 3.01, Defendant Cable News Network, Inc. ("CNN") hereby files this unopposed motion for a brief one-week extension of time in which to respond to Plaintiff Valerie Flynn's Amended Complaint (Dkt. 27) (the "Amended Complaint"). In support, CNN states:

1. On February 9, 2022, Plaintiff filed the instant action alleging two counts: defamation *per se* and defamation by implication. (Dkt. 1). In response, CNN moved to dismiss the complaint for failure to state a claim. (Dkt. 18).

2. On March 21, 2022, in lieu of responding to the motion to dismiss, Plaintiff amended the complaint as a matter of right. (Dkt. 27). The Amended Complaint also alleges two counts for defamation *per se* and defamation by

implication. *Id.* CNN's response to the Amended Complaint is due April 4, 2022. *See* Fed. R. Civ. P. 15(a)(3).

3. Federal Rule of Civil Procedure 6(b) provides that the Court, for good cause shown, may order the period to respond to a complaint enlarged if a request is made prior to the expiration of the period originally prescribed.

4. Notwithstanding a good faith effort to prepare a complete and adequate response on behalf of CNN, given the number of multiple threshold issues of law raised by the Amended Complaint including various constitutional issues and the present workload of its counsel, CNN needs an additional week to prepare its response to the Amended Complaint. A brief one-week extension of time to April 11 will allow counsel sufficient time to formulate a proper and complete response to the Amended Complaint.

5. CNN has demonstrated good cause to extend the deadline to file its response. This is CNN's first extension request and it is timely made in good faith, not otherwise interposed for the purpose of delay or harassment and will not prejudice any party. Further, there is no scheduling order in place and, therefore, no existing scheduling deadlines impacted by this brief extension.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for CNN certifies that Ms. Bolger conferred with counsel for Plaintiff by electronic mail on April 1, 2022, who advised Plaintiff does not oppose the relief requested herein.

## CONCLUSION

For the foregoing reasons, CNN respectfully requests this Court enter an order granting it a one-week extension through April 11, 2022, to respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

| SHULLMAN FUGATE PLLC<br><br>By: */s/ Deanna K. Shullman*<br>Deanna K. Shullman<br>Florida Bar No. 514462<br>Giselle M. Girones<br>Florida Bar No. 124373<br>Minch Minchin<br>Florida Bar No. 1015950<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br><br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | DAVIS WRIGHT TREMAINE LLP<br><br>Katherine M. Bolger*<br>Meenakshi Krishnan*<br>Sam F. Cate-Gumpert*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br><br>*Admitted *Pro Hac Vice*<br><br>*Counsel for CNN* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Deanna K. Shullman*
Deanna K. Shullman