UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO. 8:22-cv-00343-MSS-SPF

VALERIE FLYNN )
)
    Plaintiff, )
)
v. )
)
)
CABLE NEWS NETWORK, INC. )
)
    Defendant. )
)

# **PLAINTIFF'S DISCLOSURE STATEMENT**

Plaintiff, Valerie Flynn ("Plaintiff"), by counsel, pursuant to Local Civil Rule 3.03, files this Disclosure Statement:

1. The following persons — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — have an interest in the outcome of this action:

    a. Valerie Flynn;

    b. Steven S. Biss, Esquire;

    c. Jason R. Kobal, Esquire;

    d. Kobal Law, P.A.

2. The following entity(ies) with publicly traded shares or debt are potentially affected by the outcome of the proceedings:

1

None, other than as may be disclosed by Defendant.

3.  The following additional entity(ies) are likely to be an active participant in the proceedings:

None.

4.  The following person(s) are arguably eligible for restitution:

None.

We certify that, except as disclosed, we are unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and we will immediately notify the judge in writing within fourteen days after we know of a conflict.

DATED:      April 26, 2022

VALERIE FLYNN

By: */s/ Steven S. Biss*
 Steven S. Biss (VSB # 32972)
 300 West Main Street, Suite 102
 Charlottesville, Virginia 22903
 Telephone:  (804) 501-8272
 Facsimile:  (202) 318-4098
 Email:  stevenbiss@earthlink.net
 (*Admitted Pro Hac Vice*)

 Jason R. Kobal, Esquire
 KOBAL LAW, P.A.
 12169 W. Lindebaugh Ave.
 Tampa, FL 33626
 (813) 873-2440
 koballaw@yahoo.com
 Florida Bar No.: 0542253

 *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiff*