## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

### CASE NO: 8-22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

### DEFENDANT CABLE NEWS NETWORK INC.'S
### AMENDED REQUEST FOR HEARING

Pursuant to Local Rule 3.01(h), Cable News Network Inc. ("CNN") respectfully amends its request for oral argument on its Motion to Dismiss (Dkt. 31). Because the Motion raises substantively the same important First Amendment considerations and dispositive issues of law raised by CNN in its motion to dismiss the *Lori Flynn v. Cable News Network, Inc.*, No. 8:22-cv-00512-MSS-AEP (M.D. Fla.) matter pending before this Court, CNN believes that a single hearing addressing both motions would streamline the issues and assist with the Court's decision-making process. CNN estimates that a total of two hours will be required for argument.

Dated: May 20, 2022

Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Deanna K. Shullman*<br>Deanna K. Shullman<br>Florida Bar No. 514462<br>Giselle M. Girones<br>Florida Bar No. 124373<br>Minch Minchin<br>Florida Bar No. 1015950<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | Katherine M. Bolger*<br>Meenakshi Krishnan*<br>Sam F. Cate-Gumpert*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br><br>*Admitted *Pro Hac Vice*<br><br>*Counsel for CNN* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022 a true and correct copy of the foregoing

was served via CM/ECF on all counsel of record.

*/s/ Deanna K. Shullman*
Deanna K. Shullman

4869-0088-8592v.3 0050033-005131