### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**VALERIE FLYNN,**

    **Plaintiff,**

**v.**                                    **Case No: 8:22-cv-343-MSS-SPF**

**CABLE NEWS NETWORK, INC.,**

    **Defendant.**

_____

### ORDER

Upon review of the Parties' Uniform Case Management Report, (Dkt. 34), the Parties are **ORDERED** to file a Motion to Consolidate for Purposes of Discovery, pursuant to Federal Rules of Civil Procedure Rule 42, with Flynn v. CNN, currently pending in this Court at Docket No. 8:22-cv-512.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of June, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person