UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

CASE NO: 8:22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO CONSOLIDATE FOR PURPOSES OF DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 42(a), and this Court's order dated June 13, 2022 (Dkt. 42), the parties jointly move to consolidate the above captioned case with *Flynn v. CNN*, currently pending in this Court at Docket No. 8:22-cv-00512-MSS-AEP for discovery purposes only.

**STATEMENT OF RELEVANT FACTS**

1. On February 9, 2022, Valerie Flynn sued CNN in this Court based on CNN's February 4, 2021 Report (the "Report"). *See Flynn v. Cable News Network*, No. 8:22-cv-00343-MSS-SPF (M.D. Fla. 2022). Valerie's Complaint alleged that CNN defamed her expressly or by implication. On March 7, 2022, CNN moved to dismiss for failure to state a claim on several grounds, including because the plaintiff had failed to plausibly plead defamation *per se*, special damages, defamation by implication, and negligence. (Dkt. 18). Two weeks later, on March 21, 2022, Valerie filed an Amended

Complaint (Dkt. 27), which CNN again moved to dismiss on April 11, 2022. (Dkt. 31). That motion is currently pending before this Court.

2.  In parallel, on March 3, 2022, Lori Flynn filed a lawsuit alleged that CNN defamed her *per se* or by implication based on the same Report. *See Flynn v. Cable News Network*, No. 8:22-cv-00512-MSS-AEP (M.D. Fla. 2022). On May 20, 2022, CNN moved to dismiss for failure to state a claim on several grounds, including because Lori failed to plausibly plead defamation *per se*, defamation *per quod*, defamation by implication, and negligence. (Dkt. 19). Instead of opposing the motion to dismiss, on June 6, 2022, Lori filed an Amended Complaint, which is largely similar to Valerie's Amended Complaint. (Dkt. 22). Lori's Amended Complaint also alleges defamation *per se* and defamation by implication and again claims $100,000,000 in damages. (*Id.*)

3.  On June 10, 2022, this Court entered the Case Management and Scheduling Order in the Valerie Flynn case. (Dkt. 40). And on the next business day: "[u]pon review of the Parties' Uniform Case Management Report, (Dkt. 34), the Parties [were] ORDERED to file a Motion to Consolidate for Purposes of Discovery Pursuant to Federal Rules of Civil Procedure Rule 42, with Flynn v. CNN, currently pending in this Court at Docket No. 8:22-cv-512." (Dkt. 42). Consequently, the Parties jointly submit this motion to consolidate both cases for discovery purposes.

4.  Federal Rule of Civil Procedure 42(a) provides that the court may "consolidate actions" if the actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a). The Rule also states that the court may "issue any other orders to

avoid unnecessary cost or delay." *Id.*

5. Both cases involve common facts and subject matter, given that both Valerie Flynn and Lori Flynn name CNN as the Defendant and allege they have been defamed based on the same Report. In addition, this Court has Ordered this joint motion to consolidate for discovery purposes.

WHEREFORE, the parties request this Court enter an Order consolidating Case No. 8:22-cv-00512-MSS-AEP with the instant case for discovery purposes in order to avoid unnecessary costs and expenses and for such other relief as the Court deems appropriate.

Dated: June 21, 2022

/s/ Deanna K. Shullman
Deanna K. Shullman
Florida Bar No. 514462
Giselle M. Girones
Florida Bar No. 124373
Minch Minchin
Florida Bar No. 1015950
Shullman Fugate PLLC
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
ggirones@shullmanfugate.com
mminchin@shullmanfugate.com

Katherine M. Bolger
Meenakshi Krishnan
Lindsey B. Cherner
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com

/s/ Steven S. Biss
Steven S. Biss
300 West Main Street, Ste. 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
stevenbiss@earthlink.net

Jason R. Kobal
Florida Bar No. 0542253
Kobal Law, P.A.
12169 W. Lindebaugh Ave.
Tampa, Florida 33626
Telephone: (813) 873-2440
koballaw@yahoo.com

*Counsel for Valerie Flynn and Lori Flynn*

meenakshikrishnan@dwt.com
lindseycherner@dwt.com

*Counsel for CNN*

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

/s/ *Deanna K. Shullman*
Deanna K. Shullman