UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

CASE NO: 8:22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SELECTION OF MEDIATOR AND MEDIATION DATE**

Pursuant to this Court's order dated June 10, 2022 (Dkt. 40), Defendant hereby gives notice that the parties have agreed and selected Larry Watson of Upchurch Watson White & Max to serve as mediator in this action and have scheduled mediation in the *Valerie Flynn v. CNN* action to take place on July 25, 2023.

Dated: July 1, 2022

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Deanna K. Shullman* | Katherine M. Bolger |
| Deanna K. Shullman (FBN 514462) | Meenakshi Krishnan |
| Giselle M. Girones (FBN 124373) | Lindsey B. Cherner |
| Minch Minchin (FBN 1015950) | 1251 Avenue of the Americas |
| 2101 Vista Parkway, Ste. 4006 | New York, New York 10020 |
| West Palm Beach, Florida 33411 | Telephone: (212) 489-8230 |
| Telephone: (561) 429-3619 | katebolger@dwt.com |
| | meenakshikrishnan@dwt.com |
| dshullman@shullmanfugate.com | lindseycherner@dwt.com |
| ggirones@shullmanfugate.com | |
| mailto:ggirones@shullmanfugate.com | *Counsel for CNN* |
| mminchin@shullmanfugate.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Deanna K. Shullman*
Deanna K. Shullman