UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO. 8:22-cv-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) |
| CABLE NEWS NETWORK, INC. | ) |
| Defendant. | ) |

# NOTICE OF ADDITIONAL PERTINENT AUTHORITY

Plaintiffs, Valerie Flynn and Lori Flynn ("Plaintiffs"), by counsel, hereby advise the Court of pertinent and significant authority that has come to Plaintiffs' attention since Plaintiffs filed their memoranda in opposition to Defendant's motion to dismiss.

On August 12, 2022, in *Flynn v. Cable News Network, Inc.*, Case 1:21-cv-2587 (GHW/SLC), the United States District Court for the Southern District of New York entered an Order denying in part Defendant's motion for partial reconsideration. In its Memorandum Opinion and Order, a copy of which is attached as *Exhibit "A"*, the District Court ruled, *inter alia*, that "in the context of CNN's report, the term QAnon follower would be reasonably understood by a viewer to mean an adherent to the QAnon movement, in the sense that a member of a faith follows its belief system." The Court explained that:

1

> "The report, which was aired roughly a month after the January 6, 2021 attack on the United States Capitol, focuses on individuals attending a QAnon meeting with 'prominent figures in the QAnon movement.' Dkt. No. 41-1. Among other things, the report shows a speaker at the meeting state 'we are at war right now, and we in this room understand that, very, very much.' *Id.* One of the individuals at the meeting, known as the QAnon Shaman, is shirtless, has his face painted, and is wearing a horned headdress and a QAnon flag as a cape. *Id.* The report states that at least two people at the meeting were in Washington D.C. on January 6, including the QAnon Shaman, who stormed the Capitol. *Id.* The report interposes footage of the QAnon meeting with violent footage from the January 6 attack. *Id.* A commentator explains that the people at the meeting 'felt like they were part of something big and revolutionary and that they were opposing absolute evil.' *Id.* The Flynns further allege that, in CNN's own words, QAnon is a 'cult' and that '[t]rusting the plan was an important part of QAnon belief.' Am. Compl. ¶ 15. In this context, a viewer would reasonably understand that a QAnon follower is an adherent to the QAnon belief system—including the belief that a high-ranking government insider known as "Q" is exposing a cabal of Satan-worshipping pedophiles which controls the government—not merely someone who read or forwarded tweets about QAnon."

*Memorandum Opinion and Order, pp. 5-6.* With that understanding of the meaning of the word "follower" in mind, the Court reiterated that the Flynns plausibly alleged that CNN's statement was false. *Id., p. 7*; *id., p. 9 ("given the extreme negative connotations of being a QAnon follower, the Flynns have adequately alleged that being labeled a QAnon follower would have a different effect on the mind of a viewer than the pleaded truth.").*

DATED: September 21, 2022

Signature of Counsel on Next Page

Respectfully Submitted,

VALERIE FLYNN
LORI FLYNN


By: <u>  */s/ Steven S. Biss*                       </u>
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone: (804) 501-8272
      Facsimile: (202) 318-4098
      Email: stevenbiss@earthlink.net
      (*Admitted Pro Hac Vice*)

      Jason R. Kobal, Esquire
      KOBAL LAW, P.A.
      12169 W. Lindebaugh Ave.
      Tampa, FL 33626
      (813) 873-2440
      koballaw@yahoo.com
      Florida Bar No.: 0542253

      *Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiffs*