# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN, <br><br> Plaintiff, <br><br> vs. <br><br> CABLE NEWS NETWORK, INC. <br><br> Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN, <br><br> Plaintiff, <br><br> vs. <br><br> CABLE NEWS NETWORK, INC. <br><br> Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

### UNOPPOSED MOTION FOR GISELLE M. GIRONES TO WITHDRAW AS COUNSEL FOR DEFENDANT CABLE NEWS NETWORK, INC.

The undersigned, Giselle M. Girones, pursuant to Local Rule 2.02(c), respectfully requests that the Court permit leave to withdraw as counsel for Defendant Cable News Network, Inc. ("CNN") in the above consolidated actions. In support thereof, the undersigned states:

On January 6, 2023, the undersigned will leave the law firm of Shullman Fugate PLLC for a corporate in-house counsel position. Shullman Fugate PLLC is currently representing CNN and will continue to represent CNN in these actions.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit the undersigned to withdraw as counsel for CNN the above-captioned consolidated actions.

### LOCAL RULE 2.02(c)(1) CERTIFICATION

Pursuant to Local Rule 2.02(c)(1), the undersigned hereby certifies that CNN received notice of the undersigned's dissociation from Shullman Fugate PLLC and consents to the withdrawal.

### LOCAL RULE 3.01(g) CERTIFICATION

Counsel for CNN further certifies that counsel conferred with counsel for Plaintiffs by electronic mail on December 15, 2022, who advised Plaintiffs do not oppose the relief requested herein.

Dated: December 16, 2022

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Giselle M. Girones*<br>Deanna K. Shullman (FBN 514462)<br>Giselle M. Girones (FBN 124373)<br>Minch Minchin (FBN 1015950)<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br><br>dshullman@shullmanfugate.com<br>ggirones@shullmanfugate.com<br>mminchin@shullmanfugate.com | Katherine M. Bolger<br>Meenakshi Krishnan<br>Lindsey B. Cherner<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>lindseycherner@dwt.com |

|  | *Counsel for CNN* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Giselle M. Girones*
Giselle M. Girones
