# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>   Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>   Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>   Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>   Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

## DEFENDANT CABLE NEWS NETWORK, INC.'S MOTION TO AMEND CASE MANAGEMENT ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Court's Case Management and Scheduling Order (D.E. 40; the "CMO"), Defendant Cable News Network, Inc. ("CNN") hereby moves to amend three dates within the CMO, as set forth below. In support thereof, CNN states as follows:

  1.  The CMO currently features, in relevant part, the following three

deadlines related to experts:

    a.    CNN's Expert Report Disclosure: **March 3, 2023**

    b.    Plaintiffs' Rebuttal Expert Report Disclosure: **April 3, 2023**

    c.    Expert Discovery Deadline: **None**

(D.E. 40 at 2).

2.    CNN seeks amendment of the above dates, as follows:

    a.    CNN's Expert Report Disclosure: **April 24, 2023**

    b.    Plaintiffs' Rebuttal Expert Report Disclosure: **May 8, 2023**

    c.    Expert Discovery Deadline: **May 18, 2023**

3.    Amending discovery deadlines within a scheduling order is proper for good cause shown. Fed. R. Civ. P. 16(b)(4). Here, during the pendency of CNN's dispositive dismissal motions (D.E. 31, 46), the parties have diligently pursued written discovery relevant to these matters and have participated in discovery hearings in the related matter pending in the Southern District of New York (*see* D.E. 17) that have resolved matters pertinent to discovery in this case as well. In addition, CNN is diligently pursuing a lengthy slate of depositions projected to wrap up in mid-April 2023. The deposition schedule is not compatible with the original dates in the CMO by which CNN must disclose its experts and complete expert discovery. Amending the above dates will provide sufficient time for this expert-related discovery.

4. Moreover, modifying the above deadlines would not prejudice any party, as all other deadlines in the CMO would remain in effect, including the fact discovery deadline of April 17, 2023 and dispositive motion deadline of June 1, 2023.

WHEREFORE, CNN requests that the Court grant this motion by modifying the three expert-related deadlines set forth above.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for CNN further certifies that counsel conferred with counsel for Plaintiffs by electronic mail on February 7 and 8, 2023, who advised that Plaintiffs oppose the relief requested herein.

Dated: February 8, 2023.

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: /s/ *Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Minch Minchin
Florida Bar No. 1015950
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
mminchin@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230

katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

*Admitted *Pro Hac Vice*

*Counsel for CNN*