UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| VALERIE FLYNN )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>CABLE NEWS NETWORK, INC. )<br>)<br>Defendant. )<br>_____) | Case 8:22-cv-00343-MSS-SPF |
| LORI FLYNN )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>CABLE NEWS NETWORK, INC. )<br>)<br>Defendant. )<br>_____) | Case 8:22-cv-00343-MSS-SPF |

# **RESPONSE AND OPPOSITION**

Plaintiffs, Valerie Flynn and Lori Flynn ("Plaintiffs"), by counsel, file the following Memorandum in response and opposition to the motion to amend case management order [*ECF No. 52*] filed by Defendant, Cable News Network, Inc. ("CNN").

1.  On June 10, 2022, the Court entered its Case Management and Scheduling Order ("CMO") in this matter.

2. On June 28, 2022, the Court entered an Order [*ECF No. 45*] that granted the parties' joint motion to consolidate *Valerie Flynn v. CNN* and *Lori Flynn v. CNN* for purposes of discovery.

3. In May 2022, the parties first exchanged written discovery in this action. Since May 2022, the parties have exchanged substantial additional written discovery.[1]

4. Pursuant to the CMO, the deadline to disclose experts in this case is:

Defendant:   MARCH 3, 2023
Rebuttal:    APRIL 3, 2023

5. By Order entered August 12, 2022, the District Court in the SDNY Matter ruled that the term "**QAnon follower**" in the context of the CNN report at issue means "an adherent to the QAnon belief system—including the belief that a high-ranking government insider known as 'Q' is exposing a cabal of Satan-worshipping pedophiles which controls the government—not merely someone who read or forwarded tweets about QAnon." *Flynn v. Cable News Network, Inc.*, 2022 WL 3334716, at * 3 (S.D.N.Y. 2022).

6. Discovery in this matter and the SDNY Matter has yielded documents and information – including emails, text messages, social media direct messages, tweets and retweets – that *conclusively* establish that the Flynns are not QAnon followers. In response to discovery in this matter, CNN did not produce a single document that shows Valerie Flynn or Lori Flynn is a QAnon follower.

---

[1] In the related case pending in the Southern District of New York, *Flynn v. Cable News Network, Inc.*, Case 1:21-cv-02587-GHW/SLC (the "SDNY Matter"), the parties first exchanged written discovery in February 2022. Counsel for the parties have agreed that discovery, including documents, produced in the SDNY Matter may be used in this action. **CNN did not identify any experts prior to the deadline for completion of expert discovery in the SDNY Matter**.

7. There is no good cause to amend the CMO. The parties have engaged in exhaustive discovery. No additional amount of time and no deposition is going to change the fact that CNN's statements in the February 2021 report are materially false. Further, CNN waited until 2023 to schedule its "slate" of depositions. To give CNN an additional 51 days to identify an expert – on a subject matter that is not even identified by CNN in its motion *and* in a case that has been pending since February 2022 – would be unfair and highly prejudicial to the Flynns who have diligently pursued discovery.

DATED: February 16, 2023

        Respectfully Submitted,

        VALERIE FLYNN
        LORI FLYNN


By:   */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone: (804) 501-8272
        Facsimile: (202) 318-4098
        Email: stevenbiss@earthlink.net
        (*Admitted Pro Hac Vice*)

        Jason R. Kobal, Esquire
        KOBAL LAW, P.A.
        12169 W. Lindebaugh Ave.
        Tampa, FL 33626
        (813) 873-2440
        koballaw@yahoo.com
        Florida Bar No.: 0542253

        *Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiffs*