# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>      Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>      Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>      Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>      Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

## DEFENDANT CABLE NEWS NETWORK, INC.'S NOTICE OF FILING TRANSCRIPT IN SUPPORT OF ITS MOTION TO AMEND CASE MANAGEMENT ORDER

Defendant Cable News Network, Inc. ("CNN") hereby notices its filing of an Excerpt of the November 23, 2022 Proceedings before The Honorable Sarah L. Cave, United States Magistrate Judge, in the matter styled *Flynn v. Cable News Network*, Case No. 21-CV-2587 (S.D.N.Y.) ("the SDNY Action"). The SDNY Action is a related

action (D.E. 17). The transcript is attached hereto as Exhibit A and is filed in support of CNN's Motion to Amend Case Management Order (D.E. 52).

Dated: February 17, 2023.

        Respectfully submitted,

        SHULLMAN FUGATE PLLC

        By: */s/ Deanna K. Shullman*
        Deanna K. Shullman
        Florida Bar No. 514462
        Minch Minchin
        Florida Bar No. 1015950
        2101 Vista Parkway, Ste. 4006
        West Palm Beach, Florida 33411
        Telephone: (561) 429-3619
        dshullman@shullmanfugate.com
        mminchin@shullmanfugate.com

        DAVIS WRIGHT TREMAINE LLP
        Katherine M. Bolger*
        Meenakshi Krishnan*
        Sam F. Cate-Gumpert*
        Lindsey B. Cherner*
        1251 Avenue of the Americas
        New York, New York 1002
        Telephone: (212) 489-8230
        katebolger@dwt.com
        meenakshikrishnan@dwt.com
        samcategumpert@dwt.com
        lindseycherner@dwt.com

        *Admitted *Pro Hac Vice*

        *Counsel for CNN*