```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                              :
                                         Docket #21cv2587
 FLYNN, et al.,                     :

               Plaintiffs,          :

  - against -                       :

 CABLE NEWS NETWORK, INC.,          : New York, New York
                                      November 23, 2022
               Defendant.           :

--------------------------------------- :

                     PROCEEDINGS BEFORE
                THE HONORABLE SARAH L. CAVE,
               UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Flynn Plaintiffs:   LAW OFFICE OF STEVEN S. BISS
                        BY:  STEVEN BISS, ESQ.
                        300 West Main Street, Suite 102
                        Charlottesville, Virginia 22903

For Defendant CNN:      DAVIS WRIGHT TREMAINE LLP
                        BY:  KATHERINE BOLGER, ESQ.
                             LINDSEY CHERNER, ESQ.
                        1251 Avenue of the Americas
                        New York, New York 10020

                        DAVIS WRIGHT TREMAINE LLP
                        BY:  MEENAKSHI KRISHNAN, ESQ.
                        1301 K Street N.W., Suite 500 East
                        Washington, D.C.  20005


Transcription Service:  Carole Ludwig, Transcription Services
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

```
 1                       PROCEEDINGS                      52
 2   need it, Your Honor?
 3           THE COURT:    Yes.  That's fine.  All right, so,
 4   Mr. Biss, you have, I guess CNN has a couple of items
 5   that it's following up on.  One is any published content
 6   for paragraphs 2 and 15 of the complaint, and Mr.
 7   O'Sullivan's social media for anything about Jack or
 8   Leslie Flynn.  And then Mr. Biss is working on the
 9   various searches.  What are the parties thoughts about
10   timing of getting this done?  Let me start with you, Mr.
11   Biss, because you have more work to do at the moment.
12           MR. BISS:  Yeah, Judge, as I mentioned before,
13   this summary judgment experience, I call it an
14   experience because it was, I spent about 21 days having
15   to respond to, put my opposition together.  So I'm back
16   up for air.  I left the office at about midnight
17   yesterday.  I'm back up for air.  But it's going to take
18   me some time to obviously do this.  I've already
19   initiated the process, and I've already, the Flynns have
20   already responded, many of them have responded.  Not all
21   of them but many of them have responded.  So I'll be
22   able to, I would just ask till December 15.  Just gives
23   me, because I just, you know, obviously I don't have the
24   luxury of, you know, people who, you know, can assist me
25   with all this stuff.
```

```
 1                        PROCEEDINGS                      53
 2              THE COURT:  Okay.
 3              MR. BISS:  So I'm not asking for any sympathy
 4   or pity for that.  I'm just saying that I just need some
 5   time as a human being to get all this done together with
 6   other responsibilities.
 7              THE COURT:  Okay.  Ms. Bolger, that's
 8   reasonable to me.  Obviously we're going to have to
 9   extend the deadline because we're supposed to be ending
10   fact discovery by December 15.  Obviously that's not
11   going to happen.  But I think that's a reasonable amount
12   of time.
13              MS. BOLGER:  Your Honor, if we extend the
14   discovery, obviously then I'd have no reason to push,
15   but this is just the plaintiffs' discovery, Your Honor.
16   You know, we haven't gotten anything.  We really need to
17   have a sense of what's happening.  So I would just, you
18   know, ==I was going to ask if we wanted to talk about==
19   ==extending deadlines, that was my last question for you.==
20   And we've been really diligent from CNN's point of view,
21   but we're just not getting much.  So I was going to ask
22   if we could extend deadlines like six months or so to
23   take the pressure off, and if we did that, then the
24   December 15 date obviously wouldn't (indiscernible).
25              THE COURT:  I don't think, six months seems
```

```
 1                     PROCEEDINGS                    54
 2   like a lot.  I was thinking like three --
 3            MS. BOLGER:  Well, Your Honor, if I'm not
 4   getting his stuff until December 15 --
 5            THE COURT:  But how many depositions do you
 6   have to take?  Jack and Leslie --
 7            MS. BOLGER:  Well, we served 28 third-party
 8   subpoenas, and we're going to have to move to compel on
 9   a couple of those.  So I have a trial in late January
10   also, so I was hoping to avoid that, and it's Christmas
11   in December.  I don't always find people to be
12   responsive which was kind of the thinking behind the six
13   months.  But four months, something like that would be
14   fine.
15            THE COURT:  We'll do April.  Six months seems
16   to me to be too long, and if I give you that much time,
17   you'll use it.  So miraculously things always seem to
18   get done in the amount of time that we have.  So I'll
19   extend it until around April 15.  We'll figure out like
20   a reasonable day of the week that week for the extension
21   of the fact discovery deadline, and we'll move
22   everything else accordingly.  Is that all right with
23   you, Mr. Biss?
24            MR. BISS:  It is, Judge.
25            THE COURT:  Okay.  Great.  So December 15 for
```

```
 1                        PROCEEDINGS                      55
 2   all the things that we listed for the plaintiffs to do
 3   today, and I'll make the same deadline for CNN on their
 4   couple of follow-up items.  We'll extend the fact
 5   discovery deadline to April, around April 15, and the
 6   other deadlines accordingly.  And I will do my best to
 7   get a ruling to you on the privilege documents by next
 8   week or so.
 9             Is there anything else, Mr. Biss, on your
10   agenda?
11             MR. BISS:  No, Your Honor, thank you.
12             THE COURT:  All right, Ms. Bolger.
13             MS. BOLGER:  Just one question which is in the
14   last order, Your Honor, you had ordered Mr. Biss to
15   produce something about social media accounts by
16   November 30.
17             THE COURT:  Okay.
18             MS. BOLGER:  I guess is that deadline now the
19   15th, changed to December 15?
20             THE COURT:  I don't remember --
21             MR. BISS:  Judge, I can do, I can get that to
22   Ms. Bolger by the 30th.  However, I don't see any reason
23   why if I can do it all by the 15th, that'll, I would
24   request that.  That would be – but --
25             MS. BOLGER:  I don't disagree.  That's fine
```

```
 1                                                          57
 2
 3                      C E R T I F I C A T E
 4
 5          I, Carole Ludwig, certify that the foregoing
 6   transcript of proceedings in the case of FLYNN, et al.
 7   v. CABLE NEWS NETWORK, Docket #21cv2587, was prepared
 8   using digital transcription software and is a true and
 9   accurate record of the proceedings.
10
11
12                    *Carole Ludwig*
13   Signature_____
14                    Carole Ludwig
15   Date:    November 29, 2022
16
17
18
19
20
21
22
23
24
25
```