UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>　　　　Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF**[1] |

| | |
|---|---|
| LORI FLYNN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>　　　　Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**DEFENDANT CABLE NEWS NETWORK, INC.'S NOTICE OF FILING DOCKET ENTRY IN SUPPORT OF ITS MOTION TO AMEND CASE MANAGEMENT ORDER**

Defendant Cable News Network, Inc. ("CNN") hereby notices its filing of a docket entry dated February 21, 2023 in the matter styled *Flynn v. Cable News Network*,

---

[1] The Court dismissed Valerie Flynn's complaint with leave to amend on February 22, 2023 (D.E. 55).

Case No. 21-CV-2587 (S.D.N.Y.) ("the SDNY Action"). The SDNY Action is a related action (D.E. 17). The docket entry follows a hearing conducted on February 21, 2023 in the SDNY Action and resets the expert discovery deadline in that matter to May 18, 2023, which is the same date proposed in CNN's Motion to Amend Case Management Order in this action (D.E. 52).

Dated: February 23, 2023.

> Respectfully submitted,
>
> SHULLMAN FUGATE PLLC
>
> By: /s/ Deanna K. Shullman
> Deanna K. Shullman
> Florida Bar No. 514462
> Minch Minchin
> Florida Bar No. 1015950
> 2101 Vista Parkway, Ste. 4006
> West Palm Beach, Florida 33411
> Telephone: (561) 429-3619
> dshullman@shullmanfugate.com
> mminchin@shullmanfugate.com
>
> DAVIS WRIGHT TREMAINE LLP
> Katherine M. Bolger*
> Meenakshi Krishnan*
> Sam F. Cate-Gumpert*
> Lindsey B. Cherner*
> 1251 Avenue of the Americas
> New York, New York 1002
> Telephone: (212) 489-8230
> katebolger@dwt.com
> meenakshikrishnan@dwt.com
> samcategumpert@dwt.com
> lindseycherner@dwt.com
>
> *Admitted *Pro Hac Vice*
>
> *Counsel for CNN*

2