| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-02587-GHW-SLC Flynn et al v. Cable News Network, Inc. Set/Reset Deadlines |
| **Date:** | Tuesday, February 21, 2023 6:56:13 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/21/2023 at 6:55 PM EST and filed on 2/21/2023

**Case Name:** Flynn et al v. Cable News Network, Inc.
**Case Number:** 1:21-cv-02587-GHW-SLC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set/Reset Deadlines: Deposition due by 5/18/2023. Discovery due by 5/18/2023. Expert Discovery due by 5/18/2023. (vfr)**


**1:21-cv-02587-GHW-SLC Notice has been electronically mailed to:**

Katherine Mary Bolger     katebolger@dwt.com, DivyaJhingran@dwt.com, NYCdocket@dwt.com, meganduffy@dwt.com

Anthony C. Carlini, Jr     anthony@handelcarlini.com, adina@handelcarlini.com, ashley@handelcarlini.com, christina@handelcarlini.com, cindy@handelcarlini.com

Deanna K Shullman     dshullman@shullmanfugate.com, abeene@shullmanfugate.com, pleadings@shullmanfugate.com

Jeremy Zenilman (Terminated)     jzenilman@academicins.com, jzenilman@hotmail.com

Lindsey Blair Cherner     lindseycherner@dwt.com, NYCDOCKET@DWT.COM

Steven S Biss     stevenbiss@earthlink.net

Meenakshi Krishnan     meenakshikrishnan@dwt.com, marnishapiro@dwt.com,

tiphaniehill@dwt.com, wdcdocket@dwt.com

Sam Finn Cate-Gumpert     samcategumpert@dwt.com

**1:21-cv-02587-GHW-SLC Notice has been delivered by other means to:**