**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**CASE NO. 8:22-cv-00343-MSS-SPF**

| | | |
|---|---|---|
| VALERIE FLYNN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **TRIAL BY JURY** |
| | ) | **IS DEMANDED** |
| | ) | |
| CABLE NEWS NETWORK, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# <u>SECOND AMENDED COMPLAINT</u>

Plaintiff, Valerie Flynn ("Plaintiff" or "Valerie"), by counsel, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, files the following Amended Complaint against Defendant, Cable News Network, Inc. ("CNN").

Plaintiff seeks (a) compensatory damages and punitive damages in the sum of **$100,000,000.00**, (b) prejudgment interest on the principal sum awarded by the Jury from January 6, 2021 to the date of Judgment at the rate of 4.25 percent per year pursuant to Fla. Stat. § 55.03, and (c) court costs – arising out of the Defendant's defamation and defamation by implication.

## I.  <u>STATEMENT OF MATERIAL FACTS</u>

### A.  <u>QANON</u>

1.      By February 4, 2021, it was public knowledge, commonly understood and regularly promoted by CNN that "**QAnon**" was a dangerous, violent, racist, extremist,

insurrectionist movement.  According to the Federal Bureau of Investigation ("FBI") and the Department of Homeland Security ("DHS"), **QAnon** was a "domestic violent extremist" ("DVE") group and a "domestic terrorism threat".  On October 2, 2020, Congress passed House Resolution 1094, "[c]ondemning QAnon and rejecting the conspiracy theories it promotes."  [https://www.congress.gov/116/bills/hres1094/BILLS-116hres1094ih.pdf].  The *Wall Street Journal* reported that QAnon was a "far right-wing, loosely organized network and community of believers who embrace a range of unsubstantiated beliefs.  These views center on the idea that a cabal of Satan-worshipping pedophiles—mainly consisting of what they see as elitist Democrats, politicians, journalists, entertainment moguls and other institutional figures—have long controlled much of the so-called deep state government, which they say sought to undermine [President] Trump, mostly with aid of media and entertainment outlets."[1]  The *Journal* noted that adherents of QAnon were among the "most prominent members of the mob" who stormed the United States Capitol in Washington, D.C. on January 6, 2021. [https://www.wsj.com/articles/what-is-qanon-what-we-know-about-the-conspiracy-theory-11597694801?mod=article_inline].

2.      In the wake of the January 6 storming of the Capitol, a chorus of left-wing media outlets led by CNN amplified the narrative that **QAnon** was a dangerous, violent,

---

[1]      CNN represented to readers that **QAnon** was an "anarchical" group, whose main belief was that "dozens of politicians and A-list celebrities work in tandem with governments around the globe to engage in child sex abuse." [https://www.cnn.com/2020/07/03/us/what-is-qanon-trnd/index.html; https://www.cnn.com/2020/08/14/media/qanon-news-coverage/index.html].      Left-wing rag, The Daily Beast, represented that QAnon followers believed Hollywood and Democratic elites take a psychedelic drug called Adrenochrome, "derived from torturing children to harvest their oxidized hormonal fear." [https://www.thedailybeast.com/how-qanon-became-obsessed-with-adrenochrome-an-imaginary-drug-hollywood-is-harvesting-from-kids].

extremist group that played a central role in the insurrection.  On January 31, 2021, CNN aired a "Special Report" hosted by Anderson Cooper ("Cooper") entitled, "***Inside the QAnon Conspiracy***".  CNN called QAnon a "deranged conspiracy cult".  CNN stated that some of "Q's conspiracy claims" were "actually based on age-old racist and anti-Semitic beliefs".  CNN asserted that QAnon, like the Nazis, promoted "ancient and dark biases and bigotry in World history".  CNN stated that QAnon supporters were detached from "reality" and had an utter "disregard" for the facts.  CNN alleged that QAnon followers were mentally ill and crazy.  CNN concluded that it was "abundantly clear" that QAnon was a "dangerous and violent movement" – a movement that has become "insurrectionist".

3. On January 13, 2021, one week after the violent mob stormed the Capitol, House Democrats (joined by 10 Republican members) voted to impeach President Donald J. Trump, charging him with "incitement of insurrection".  The impeachment trial was set to begin on February 9, 2021. [https://www.cnn.com/2021/01/12/politics/house-vote-25th-amendment-trump/index.html].

4. Ahead the of impeachment trial, CNN decided to publish a propaganda hit piece about **QAnon followers** that was intended to support the Democrats' impeachment charge and malign President Trump and his former National Security Advisor, Lieutenant General (Retired) Michel T. Flynn ("General Flynn").  One of CNN's "top" experts in misinformation (according to his bio), Donie O'Sullivan ("O'Sullivan"), who was trained in misreporting and disinformation techniques at the Aspen Institute, pitched a scandalous, ratings-driven story about QAnon that CNN enthusiastically embraced.  CNN

rushed to produce the hit piece so that it would air on Thursday, February 4, 2021, and CNN could take advantage of the weekend news cycle ahead of the impeachment trial.

**B.   THE CNN REPORT**

5.      On February 4, 2021, during *CNN Tonight* with Don Lemon, CNN first published O'Sullivan's "exclusive" report, entitled "***CNN Goes Inside A Gathering Of QANON Followers***".   The CNN report prominently displayed a picture of Valerie (and other members of the Flynn family) above a chyron that identified and labeled her as a "**QANON FOLLOWER**".   Valerie was featured along with numerous well-known QAnon adherents, including the "QAnon Shaman" who would "go on to storm the Capitol in January", Jim Watkins, "who runs the hate-filled site, 8kun, where QAnon messages are posted", and "this man, Alan Hostetter, known for organizing anti-lockdown protests in California".   The tone of the whole CNN report is that everybody that CNN was showing viewers was a QAnon follower.   The CNN report also included about a minute of footage of the violent insurrectionist mob storming the United States Capitol on January 6, 2021.   Accompanying the graphic and disturbing footage in the CNN report were repeated statements about overtly violent acts, including that "we are at war right now" and violence is a horrible thing "until we go back and reflect on our Revolutionary War.   They picked up guns at some point, and said enough … We ended slavery by picking up guns and dealing with it that way."   In the report, CNN emphasized that Hostetter's home was "raided by the FBI after the insurrection."   The footage and the statements juxtaposed together reinforced a central thesis of the CNN report:   that "**QANON FOLLOWERS**" are violent extremists.

6.      Nothing in CNN's report suggests that a "**QANON FOLLOWER**" is someone who merely engages with the movement on Twitter, in the sense that a fan might "follow" their favorite actor.  Rather, in the context of CNN's report, the term "**QANON FOLLOWER**" was reasonably understood by viewers to mean an adherent to the QAnon movement, in the sense that a member of a faith follows its belief system.  The report, which was aired roughly a month after the January 6, 2021 attack on the United States Capitol, focuses on individuals attending a QAnon meeting with "prominent figures in the QAnon movement."  Among other things, the report shows a speaker at the meeting state "we are at war right now, and we in this room understand that, very, very much."  One of the individuals at the meeting, known as the QAnon Shaman, is shirtless, has his face painted, and is wearing a horned headdress and a QAnon flag as a cape.  The report states that at least two people at the meeting were in Washington D.C. on January 6, including the QAnon Shaman, who stormed the Capitol and was, thereafter, "charged for his role in the insurrection."  The CNN report interposes footage of the QAnon gathering with violent footage from the January 6 attack.  A commentator explains that the people at the meeting "felt like they were part of something big and revolutionary and that they were opposing absolute evil."  In CNN's own words, QAnon is a "deranged cult" and that "[t]rusting the plan was an important part of QAnon belief."[2]  When the CNN report is viewed in context, a viewer would reasonably understand that a "**QANON FOLLOWER**" is an adherent to the QAnon belief system—including the belief that a high-ranking government insider known as "Q" is exposing a cabal of Satan-worshipping pedophiles which controls the government—not

---

[2]      Valerie had no knowledge of any "plan" and never adhered to any aspect of the QAnon belief system.

merely someone who read or forwarded tweets about QAnon or repeated a so-called catch-phrase.

7.     In order to highlight and emphasize to viewers that Valerie was a "**QANON FOLLOWER**" – *i.e.*, an adherent to the violent, extremist QAnon belief system – the CNN report included a deceptively truncated clip – deliberately edited and altered by CNN – of a video posted to Twitter on July 4, 2020 by General Flynn.  CNN intentionally altered the video to make it fit CNN's pre-conceived agenda, which was to falsely state or imply that Valerie (and members of her family) were "**QANON FOLLOWERS**":



8.     The original fifty-three (53) second video posted by General Flynn to Twitter on July 4, 2020 was taken during a Fourth of July barbecue at Valerie's sister-in-law's home in Newport County, Rhode Island.  On July 2, 2020, Valerie traveled to Rhode Island to celebrate the Fourth of July with some of the Flynn families.  While in Rhode Island, Valerie stayed at the home of Jack and Leslie Flynn.  Valerie knew that there would be a late afternoon barbecue on July 4.  She wore a yellow jacket and blue

skirt.  She has never owned any attire that bears any QAnon slogan or symbol.   In addition to some family members and neighbors who trickled in during the day, Sidney Powell – General Flynn's attorney – and her son (Wilson) were there.   As evening approached, Valerie was in the house getting dessert.  She heard several voices outside in the backyard.  Someone suggested that the Flynns should do a video taking the Oath to the Constitution (the "Oath").   They said families all over the country were posting videos taking the Oath as a way of showing patriotism.  So, Valerie walked over to General Flynn and his wife Lori's backyard and gathered behind their fire pit.[3]  It was completely impromptu.  Valerie offered to record the video, but someone indicated that it would be nice to include spouses.  Wilson Powell recorded the video using his mom's phone.  Prior to recording the video, there was no discussion about QAnon.  After making the video, those present poured some champagne and made a toast to Attorney Sidney Powell to thank her for her service, dedication and excellent results in the defense of General Flynn.   After the toast, everyone returned to Jack and Leslie's backyard, sat around their fire pit, and sang patriotic songs.  Although Valerie was aware that the video would be posted on social media, she did not participate in any way in any posting.  She was unaware that any hashtags accompanied General Flynn's Twitter post.

9. In the original video, each member of the Flynn family, including Valerie, individually took the Oath to the United States Constitution, the same oath taken by Members of Congress. [*See* https://www.law.cornell.edu/uscode/text/5/3331].   General Flynn googled the Oath and read it from his phone.  After finishing the Oath to the

---

[3]      No Flynn family member was wearing QAnon apparel.  Lori Flynn wore a "USA" sweatshirt.  Jack Flynn's shirt stated "I Support General Flynn".  Leslie Flynn wore a dress that had been made for her that, *inter alia*, showed her support for President Trump.

United States Constitution, General Flynn stated, "where we go one, we go all".  Each family member repeated the phrase, as they had repeated each line of the Oath to the U.S. Constitution.  At no time did General Flynn say "where we go one, we go all" was a QAnon slogan.  At no time did Valerie associate the phrase with QAnon.  She did not know that some people considered it to be a QAnon slogan.  The entire family then exclaimed, "God Bless America" and a celebration ensued.

10.     According to some, the phrase "where we go one, we go all" was first engraved on a bell on one of President John F. Kennedy's sailboats, acknowledging the unity of mankind.  Others say that the phrase "where we go one, we go all" is inscribed on the bell of the 1911 brigantine rigged sailing ship *Eye of the Wind*. [https://www.eyeofthewind.net/en/gallery-ship?os_image_id-335].  *Eye of the Wind* was used in the Ridley Scott-directed film *White Squall* (1996), where the ship was called *Albatross*.  Captain Christopher Sheldon (played by actor Jeff Bridges) says in the film, "If we don't have order, we have nothing.  Where we go one, we go all."  Still others say that the phrase "where we go one, we go all" is similar to the Latin "*Unus pro omnibus, omnes pro uno*", made famous in the Alexandre Dumas novel *The Three Musketeers* (1844) as "All for one, and one for all."[4]  General Flynn posted the video to Twitter because he wanted to encourage people to think about being good citizens, to love country and family, and be good patriots.  The video had nothing to do with QAnon.  Valerie's repetition of the phrase "where we go one, we go all" at the July 4, 2020 barbecue did not signify any kind of support for QAnon.  It was not an oath of allegiance

_____

[4]     Valerie had never heard the phrase "where we go one we go all" before, and did not know where it came from.  As far as she was concerned, it was a statement of family unity on July 4.

to QAnon.  It was a simple, family, July 4 statement of support for each other.  In addition to the celebration of America's National Holiday, the Flynn family had good reason to be together as a family and to celebrate as one on July 4, 2020.  In May 2020, Attorney General William P. Barr had filed a motion to dismiss the criminal charges against General Flynn  [https://www.cbsnews.com/video/department-of-justice-drops-charges-against-michael-flynn/], but Judge Emmett Sullivan indicated that he refused to dismiss the case.  Sidney Powell filed a petition for writ of mandamus with the United States Court of Appeals for the District of Columbia Circuit.  On June 24, 2020, the Court of Appeals granted General Flynn's petition. *In re Flynn*, 961 F.3d 1215 (D.C. Cir. Jun. 24, 2020).  And so, that July 4, 2020, the Flynn family – who had all supported General Flynn from the beginning of his ordeal and who supported him to the end – were specifically celebrating the family's victory in the D.C. Court of Appeals.  The barbecue and the Oath was about family solidarity and perseverance.  The Flynns were happy and together.  It was one of the first respites the Flynns had since February 2017.

11.     In the altered and truncated clip used by CNN in the report, CNN did three (3) things to create a defamatory implication and false impression.  First, CNN intentionally omitted the Oath to the United States Constitution.  The Oath signified the Flynns' unwavering commitment to America and the rule of law.  Second, CNN omitted the words "God Bless America" and the celebration afterwards.  "God Bless America" was critical because Valerie and her family were (and are) eternally grateful for the system of laws in America that allowed General Flynn to defeat the persecution.  Third, in February 2021 CNN embossed the July 4, 2020 backyard barbecue video with a chyron bearing the large and unmistakable message that Valerie and her family members

were "**QANON FOLLOWERS**".  CNN fraudulently made it appear and insinuated that Valerie pledged an oath of allegiance to QAnon.  By its use of Valerie's picture and its deceptive editing and production of the CNN report, CNN intended and endorsed the defamatory meaning.

12.     Prior to publication, CNN knew nothing about Valerie.  CNN did not even known what she looked like.  Although it knew nothing about Valerie, CNN consciously chose to include Valerie in the edited clip and to make her a subject of the CNN report.[5] In addition to expressly labeling Valerie as a "**QANON FOLLOWER**", the altered CNN clip conveyed a very powerful (but untrue) message:  that Valerie pledged her allegiance to QAnon.  In early February 2021, this was a very damaging accusation.  In February 2021, QAnon was synonymous with insurrectionists, terrorists or neo-Nazis.  CNN made no effort in the report to dispel the defamatory implications.  The edited video clip with Valerie's picture on full display and in full view, festooned with the chyron "**QANON FOLLOWERS**" (which remained on screen the entire broadcast) was a premeditated attempt (a) to manufacture a connection between Valerie and QAnon that did not exist and an event (a pledge of allegiance) that never happened, (b) to wildly exaggerate and misrepresent Valerie's actions and beliefs, and (c) to create a frenzy about the Flynn family's involvement with a violent, extremist group, **QAnon**, ahead of the second impeachment trial.  The CNN report intentionally misrepresented and actively sought to conceal what oath Valerie was actually taking.

---

[5]     CNN could have blurred Valerie's face or redacted her image from the video clip.  CNN did nothing to protect Valerie's identity, however.  Rather, CNN chose to make Valerie a visible subject of the report.

13.     In addition to millions of cable TV viewers in Florida who watched *CNN Tonight* with Don Lemon on February 4, 2021, CNN republished the O'Sullivan "exclusive" to hundreds of thousands of social media followers on Twitter (459,000) and millions of subscribers to CNN's YouTube channel (12,200,000) in Florida, *e.g.*:



[https://mobile.twitter.com/CNNnewsroom/status/1357801350768308224;

https://www.youtube.com/watch?v=65q8J3Q8MlU].   CNN anchor Brooke Baldwin praised O'Sullivan and encouraged him to "keep digging up these stories and just educating us on who **these people** are and how they think." (Emphasis added).  The phrase "these people" was deeply offensive.  In spite of the fact that Valerie had nothing

in common with "these people", CNN lumped Valerie together with the QAnon Shaman, Jim Watkins, Alan Hostetter, and other "prominent figures in the QAnon movement".

14.    CNN purposefully and recklessly avoided the truth.  On June 15, 2021, after Jack and Leslie Flynn filed suit against CNN in the Southern District of New York and notified CNN that the statements in the report were false and defamatory, CNN and O'Sullivan brazenly republished the false and defamatory statements about Valerie. [https://twitter.com/donie/status/1404889150113955851]; *Nunes v. Lizza*, 12 F. 4th 890, 901 (8th Cir. 2021) ("'Republication of a statement after the defendant has been notified that the plaintiff contends that it is false and defamatory may be treated as evidence of reckless disregard.' Restatement (Second) of Torts § 580A cmt. d (Am. L. Inst. 1977). Lizza tweeted the article in November 2019 after Nunes filed this lawsuit and denied the article's implication.  The pleaded facts are suggestive enough to render it plausible that Lizza, at that point, engaged in 'the purposeful avoidance of the truth.'").

15.    Viewers of the CNN report immediately understood it to convey a defamatory meaning:  that Valerie was an adherent to the dangerous, violent, extreme belief system of **QAnon**.  Comments posted to CNN's YouTube channel insinuated that the people shown in the report, including Valerie, were "mentally ill", "absolute evil", "QAnon cultists", "fanatic", "dangerous", "violent". "militant radical", "Hitler youth", and that they should be "arrested" and "thrown in jail" for threatening violence against the government.  Numerous people who watched the CNN report (either the original broadcast on *CNN Tonight* or on Friday, February 5, 2021, when the report was republished on CNN's *Newsroom* with Brooke Baldwin or on Saturday, February 6, 2021, when the report was republished on CNN's *Newsroom* with Ana Cabrera, including

a retired police officer in Rhode Island and a pharmacist and an attorney in Massachusetts, recognized Valerie and understood that the defamatory statements referred to her specifically.

16.     As of February 4, 2021, Valerie knew next to nothing about QAnon.  She did not know what it stood for or any of its core beliefs.  She was never interested in "Q" and paid no attention to the group at all.  Valerie did not go to QAnon gatherings, meetings or rallies.  She did not (and does not) know and has never spoken with the "QAnon Shaman" (Jacob Chansley), or Jim Watkins or Alan Hostetter or any other "prominent figures in the QAnon movement".  She never visited the "hate-filled" 8Kun website or any other website where QAnon messages are posted.  She has never seen any of the so-called "Q Drops".  She never used or shared any QAnon hashtags, gifs, memes, marks, slogans, symbols or language in her communications with anyone.  Valerie never purchased a QAnon t-shirt, hat, mug, flag or any other merchandise bearing any QAnon symbol, slogan or message.  She did absolutely nothing to even remotely suggest that she adhered to QAnon or participated in any "#taketheoath movement".

17.     Valerie is not a follower[6] of any violent, extremist or terrorist groups, including **QAnon**.

18.     CNN's false statements subjected Valerie to hatred, distrust, ridicule, contempt and disgrace. [*See, e.g., Flynn v. CNN*, 2021 WL 5964129, at * 4 (S.D.N.Y. Dec. 16, 2021) ("Because the Court accepts the Flynns' allegation that they are not

---

[6]     Merriam-Webster defines "follower" as (1) "one in the service of another"; (2) "one that follows the opinions and teachings of another"; (3) "one that imitates another"; (4) fan or devotee; (5) "one who subscribes to a feed especially on social media." [https://www.merriam-webster.com/dictionary/follower].  Synonyms for "follower" include "acolyte", "adherent", "convert" and "disciple".  Valerie fits ***none*** of the dictionary definitions of "follower".

QAnon followers as true, the Flynns have plausibly alleged that CNN's statement was false.  Consequently, the Flynns have also plausibly alleged that CNN's statement was defamatory. *See* R&R at 33 ("[F]alsely implying a connection to a violent extremist group can be defamatory.")].

19.     CNN falsely attributed to Valerie associations that never existed, actions she never took, including an oath of allegiance or pledge to **QAnon**, and views Valerie never held.  Published in the immediate aftermath of the storming of the U.S. Capitol and ahead of the second impeachment trial, CNN's false attributions exposed Valerie to public scorn, ridicule and contempt, and lowered her esteem in the community, causing insult, embarrassment, humiliation and substantial injury to her reputation.  The edited video clip of Valerie, with the chyron CNN chose to run underneath, confirmed for CNN's viewers that Valerie was indeed one of the despised "**QANON FOLLOWERS**" who were the subject of the CNN report and who were "prominent members of the mob" who stormed the Capitol.

20.     In this case, Valerie seeks actual damages and punitive damages as a result of CNN's false statements and defamatory implications.

## II.  <u>PARTIES</u>

21.     Valerie is a citizen of Florida.  She lives in Sarasota County.  She is a private individual.  Until she was egregiously defamed by CNN, Valerie enjoyed an untarnished reputation in the community.

22.     Defendant, CNN, is a Delaware corporation, based and operating in Georgia.  CNN is a division of WarnerMedia.  WarnerMedia was an operating segment of AT&T, Inc., until it was recently spun-off and sold to Discovery, Inc.  CNN is part of

WarnerMedia's "Turner" business unit.  The Turner business unit operates television networks and related properties that offer branded news and other content for consumers in Florida and around the world.  Millions in Florida watch CNN.  Turner's digital properties include the CNN digital network, www.cnn.com.  In addition to its massive digital footprint, CNN employs multiple social media accounts as a means to profit from the publication of its false statements.  The CNN report and social media posts at issue in this case, identified above, were published to and read by millions in Florida, where Valerie suffered substantial damage to her reputation. *See, e.g., Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 776 (1984) ("[f]alse statements of fact harm both the subject of the falsehood *and* the readers of the statement … The tort of libel is generally held to occur wherever the offending material is circulated. Restatement (Second) of Torts § 577A, Comment a (1977).").

### III.  JURISDICTION AND VENUE

23.    The United States District Court for the Middle District of Florida has subject matter jurisdiction over this action pursuant to Title 28 U.S.C. § 1332 (Diversity). The parties are citizens of different States and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

24.    CNN is at home in Florida, and is subject to the Court's general and specific personal jurisdiction.

25.    Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2).  The defamation which is the basis of this lawsuit was committed in the Middle District of Florida in addition to all over the world.  Over 10 million people—more than 55 percent of the State's population—reside within the Middle District, thus making the alleged

defamatory statements in this venue highly significant.  Plaintiff is a resident of Sarasota County, and is domiciled in the Middle District of Florida.  CNN conducts substantial business in the Middle District, is registered in Florida as a foreign corporation, maintains a registered agent in Plantation, Florida, operates a bureau in Miami, Florida, and has hundreds of agents in Florida who engage in daily business for CNN.

**COUNT I – <u>DEFAMATION *PER SE*</u>**

26.     Plaintiff restates paragraphs 1 through 25 of this Amended Complaint, and incorporates them herein by reference.

27.     On February 26, 2021, CNN doubled-down on its opposition research about **QAnon**, publishing talking points intended to injure the reputations of anyone associated with QAnon.  In yet another "Special Report" hosted by Cooper, CNN reiterated that QAnon was a "cult".  Cooper repeated that QAnon espoused ideas that were based on "anti-Semitic, anti-Catholic tropes that have been used [by] … the Nazis".  Cooper emphasized that "[t]rusting the plan was an important part of QAnon belief".  Cooper drew analogies between QAnon and the "terror group ISIS".  [http://transcripts.cnn.com/TRANSCRIPTS/2102/26/csr.01.html].

28.     CNN made, published and republished false factual statements of or concerning Valerie.  Using Valerie's image, an edited video clip and a flashy chyron, CNN falsely stated or implied and insinuated that Valerie was an acolyte, adherent, convert and disciple of QAnon – a "**QANON FOLLOWER**" – or was linked to and involved in or with the violent extremist group, **QAnon**.  CNN manufactured a relationship and connection between Valerie and QAnon that never existed.

29.     CNN published the false statements without privilege of any kind.

30.     CNN's statements are materially false.  Valerie is not and never has been a follower of the QAnon terrorist/extremist group.  Valerie never took or pledged an oath of allegiance to QAnon.  There is a material difference between CNN's false statements and the truth.  CNN falsely attributed to Valerie an affiliation/association, beliefs and views that Valerie has never had.[7] *See Masson v. New Yorker Magazine, Inc.*, 501 U.S. 496, 510-511 (1991) ("False attribution of statements to a person may constitute libel, if the falsity exposes that person to … [hatred, contempt, ridicule, or obloquy, or … causes him to be shunned or avoided, or … has a tendency to injure him in his occupation]… A fabricated quotation may injure reputation in at least two senses, either giving rise to a conceivable claim of defamation.  First, the quotation might injure because it attributes an untrue factual assertion to the speaker … Second, regardless of the truth or falsity of the factual matters asserted within the quoted statement, the attribution may result in injury to reputation because the manner of expression or even the fact that the statement was made indicates a negative personal trait or an attitude the speaker does not hold.").  The truth would have had a different effect on the minds of viewers and readers from that which CNN's false statements produced. *Flynn v. Cable News Network, Inc.*, 2022 WL 3334716, at * 5 (S.D.N.Y. 2022) ("given the extreme negative connotations of being a QAnon follower, the Flynns have adequately alleged that being labeled a QAnon follower would have a different effect on the mind of a viewer than the pleaded truth.");

---

[7]      CNN's false accusation was the functional equivalent of accusing Valerie of being a follower of ISIS, the Proud Boys, the Ku Klux Klan, or the Nazis. *See Boulger v. Woods*, 917 F.3d 471, 483 (6th Cir. 2019) (the tweet at issue was reasonably susceptible to a defamatory meaning—that "Woods was asserting Boulger was the woman giving the Nazi salute"); *Liberty Lobby, Inc. v. Anderson*, 1991 WL 186998, at * 9 (D. D.C. 1991) ("The Court finds that the implication that Carto emulates Hitler in appearance or action is defamatory and that the record could support a reasonable jury finding that the defendants published these allegations with actual malice").

*Murphy v. Boston Globe, Inc.*, 449 Mass. 42, 865 N.E.2d 746, 758 (Mass. 2007) ("The jury were warranted in finding that the portion of the story quoting the plaintiff as saying, 'She is [fourteen].  She got raped.  Tell her to get over it,' would lead one to believe the judge was indifferent, and even callous, to crime victims who appeared before him, and especially demeaning to the rape victim.  The difference between the statement attributed to the plaintiff in the Herald articles, and the statement that Crowley testified he told Wedge the plaintiff had made, cannot, as matter of law, be characterized as a minor discrepancy").

31.     CNN's statements are defamatory. *See, e.g., Flynn*, 2021 WL 5964129 at * 4 (finding that CNN's statements during the O'Sullivan report are defamatory); *see also Zimmerman v. Buttigieg*, 2021 WL 6065781, at * 9 M.D. Fla. 2021) (amended complaint that alleged defendants subject plaintiff to "hatred, distrust, ridicule, contempt, and disgrace" and also alleged that "Zimmerman was responsible for gun violence, prejudice, fear, and racism" sufficiently pled defendant's liability based on defamation *per se*); *Sirer v. Aksoy*, 2021 WL 4952610, at * 4 (S.D. Fla. 2021) ("in the Complaint, Plaintiff alleges that Defendant posted a video on his YouTube channel accusing Plaintiff of being a member of an organization designated as a terrorist organization … which he later reposted to Twitter.  Plaintiff alleges further that Defendant made the remarks as part of a scheme to depress the price of AVAX in favor of the crypto-assets he promotes.  Plaintiff alleges that his reputation has been harmed by Defendant's statements, and that they pose a threat to Plaintiff's and his family's safety.  Plaintiff need not allege more.") (citation omitted); *Coker v. Barr*, 2020 WL 9812034, at * 8 (D. Colo. 2020) ("it is hard to imagine a greater stigma than being associated with terrorism in our post-9/11 world.").

32.     CNN's false statements constitute defamation *per se*.  The statements tend to subject Valerie to hatred, distrust, ridicule, contempt, or disgrace. *Alan v. Wells Fargo Bank, N.A.*, 604 Fed.App'x 863, 865 (11th Cir. 2015); *Wolfson v. Kirk*, 273 So.2d 774, 777 (Fla. Dist. Ct. App. 1973) ("The significance of the classification of a communication as actionable per se lies in the fact that its victim need not plead or prove malice (except where a privilege is involved) or special damage because malice and the occurence [sic] of damage are both presumed from the nature of the defamation.").  The statement that Valerie is a "**QANON FOLLOWER**" is inherently injurious.  In February 2021, the words "**QANON FOLLOWER**" in and of themselves had an established, definitive, symbolic, natural and well-known meaning of common notoriety.  Use of the words distinctly conveyed to the common minds of television and social media viewers that the targeted subjects (Valerie and others featured in the CNN report) were adherents to the dangerous, violent and extremist belief system of QAnon.  In the ordinary sense and context in which it appeared in the CNN report, the phrase **QANON FOLLOWER** directly linked Valerie to the insurrectionist mob who stormed the Capitol.  Extensive footage of the attacks on the Capitol accompany the statement "**QANON FOLLOWERS**" that appears in the chyron throughout the report.  After watching the CNN report in its entirety and considering its content, tone and the surrounding circumstances (*i.e.*, the parties involved, the medium chosen, and the words used), the common minds of viewers reached no other conclusion than that "**QANON FOLLOWERS**" are violent, extremist, ridiculous, disgraceful and contemptuous.  Because of the inherently injurious nature of labelling someone a "**QANON FOLLOWER**", CNN used it in the February 4, 2021 report, which CNN published

ahead of the second impeachment trial as a means to undermine President Trump and support the charge that he had incited the QAnon insurrectionist "mob".  CNN's statements had a defamatory and harmful effect on viewers, many of whom contacted the Flynn family to report that they had seen the Flynns on "CNN".  CNN's statements caused Valerie to hesitate using her last name in public and to question her personal safety from persons determined to expose "QAnon".  CNN's false statements are neither fair nor accurate.

33.    By broadcasting the false statements on cable television, publishing the statements on the Internet *and* republishing via social media, CNN knew or should have known that the false statements would be republished over and over by third-parties to Valerie's detriment.  Republication by CNN's followers, subscribers, readers, other media outlets, and by users of Twitter was the natural and probable consequence of CNN's actions and was actually and/or presumptively authorized by CNN.  In addition to its original publications, CNN is liable for the republications of the false and defamatory statements by third-parties under the republication rule.

34.    CNN's false and defamatory statements jeopardized Valerie's safety, harmed her reputation, and caused actual injuries.

35.    CNN lacked reasonable grounds for a belief in the truth of its statements, and acted negligently in failing to determine the true facts.  Prior to February 4, 2021 and publication of the O'Sullivan report, no news publication ever reported that Valerie was a "QAnon follower".  There were no tweets or posts that labeled or even suggested that she was a "**QANON FOLLOWER**".  CNN did no research or investigation of Valerie whatsoever.  All CNN knew was that on July 4, 2020 Valerie took the Oath to the United

States Constitution, and, among many other things, she repeated the words, "where we go one, we go all", once.  CNN did not know why Valerie repeated these words or why she took the Oath or whether she had *any* connection to QAnon.  CNN failed to contact Valerie or any other member of the Flynn family prior to publication, and, in spite of giving a podcaster (Travis View) an opportunity to offer his observations of QAnon, CNN utterly failed to give Valerie an opportunity to respond to the false charges.  CNN had no independent evidence to corroborate that Valerie was a follower of any violent, extremist group, including QAnon, because no such evidence exists.  As an experienced reporter [https://www.cnn.com/profiles/donie-osullivan], O'Sullivan was keenly aware that the events of January 6, 2021 were emotionally and politically super-charged, and that the statements about Valerie, when viewed in the context of the "insurrection" and invasion of the United States Capitol that was fresh on Americans' minds, had an instantaneous opprobrious connotation.  O'Sullivan also knew that the actions of the QAnon mob was directly at issue in the House Democrats' second impeachment charge.  O'Sullivan knew or should have known that linking Valerie to the group that was "prominent" among the "pro-Trump" mob that invaded the Capitol building, assaulted Police and committed other crimes, without solid factual support would have obvious pejorative connotations.  CNN was grossly negligent in publishing the statements about Valerie.  CNN failed to exercise reasonable care in the production process, abandoned its own standards and ethical duty to report the truth and minimize harm, and, in its hurry to publish a scandalous story about Valerie and her family, violated the codes of ethics and journalistic integrity, customs and standards in the industry applicable to the media.

36.     CNN published the false and defamatory statements with actual malice:

a.      CNN knew its statements about Valerie were false.  CNN knew that it had no factual basis to accuse Valerie of being a QAnon follower.  In spite of its actual knowledge, CNN misrepresented that Valerie followed QAnon and pledged allegiance to this extremist group.  CNN fabricated the statements.  They were a product of CNN's imagination and desire to hurt General Michael Flynn.

b.      At a time when it was heavily promoting a narrative about violent DVE QAnon, CNN deliberately altered the video posted by General Flynn to his Twitter account in order to associate Valerie and other members of the Flynn family with the QAnon domestic terrorists and extremists, and, thereby, intentionally convey a defamatory meaning as to Valerie's character and beliefs.  The edits were deliberate and fraudulent, and were made by editors and producers who were following a preconceived narrative (crafted by O'Sullivan, an admitted disinformation agent) to link the Flynn family members to the violent extremist group QAnon that was responsible for the events of January 6, 2021.  This was not the first time CNN peddled falsehoods to injure someone and destroy their reputation.  CNN engaged in disinformation during the 2020 Presidential election.  [https://nypost.com/2021/04/13/cnns-charlie-chester-says-network-peddled-anti-trump-propaganda/].  The CNN report was part of a premeditated effort by CNN to injure Valerie, just as it has targeted others, including Republican Congressman, Matt Gaetz.  [https://www.instagram.com/reel/CaSlBqcg47o/?utm_medium=share_sheet ("If the agenda say is to get Matt Gaetz right now, he's like this Republican.  He's a problem for the Democratic Party because he's so conservative and he can cause a lot of hiccups to passing of laws and what not.  So it would be great for the Democratic Party to

get him out.   So, we're going to keep running those stories to keep hurting him and make it so that it can't be buried")].

       c.     In the wake of the storming of the United States Capitol, CNN's statements were intentionally extreme and outrageous.  CNN knew that publication of the statements would cause a media frenzy.  CNN deliberately and recklessly conveyed a false narrative about Valerie to sensationalize the news. *Tomblin v. WCHS-TV8*, 2011 WL 1789770, at * 5 (4th Cir. 2011) (unpublished) ("on the question of whether WCHS-TV8 deliberately or recklessly conveyed a false message to sensationalize the news and thus to provide factual support for a finding of malice, there are disputed facts").  Knowing that its statements about Valerie were sensationally false, CNN intentionally published the false statements in order to increase ratings, viewership and profits.  CNN's decision to promote a baseless narrative about the Flynns was part of a deliberate corporate policy and regular way of doing business.  CNN acted willfully and wantonly and with actual malice by pursuing a course of action that it knew was likely to result in harm to Valerie.

       d.     CNN is a Democratic Party trumpet.  CNN recruits, hires and promotes journalists who share its extreme ideology and political viewpoints.  CNN trains its journalists in the craft of disinformation.  CNN harbors an institutional animosity, hostility, hatred, extreme bias, spite and ill-will towards the Flynn family, and, in particular, General Flynn.  This animosity, bias, prejudice and desire to harm motivated CNN to publish the intentionally false statements and insinuations about Valerie at issue in this case.  CNN intended to inflict harm through knowing or reckless falsehoods.  CNN published the false statements as part of a broad, pretextual,

premeditated and ongoing disinformation campaign against General Flynn orchestrated by political operatives and agents of the Democratic Party for whom CNN acts as a surrogate and bullhorn.  The purpose of CNN's effort to link Valerie and her family to violent extremists is to impair or abrogate General Flynn's ability to have any impact on the political environment in the United States given General Flynn's stature.   In furtherance of the scheme, CNN uses its broadcast and publishing empire, political influence and international reach to attack General Flynn and his family at each opportunity, and to sow seeds of distrust in the minds of the voting public about General Flynn by publishing false narratives and talking points provided by Democratic operatives.  Valerie was and is collateral damage in CNN's defamation scheme.

   e.   CNN abandoned all journalistic standards and integrity, including CNN's own standards and code of ethics, in writing, editing, and publishing the false narrative.  CNN did not seek the truth or report it.  It betrayed the truth to sensationalize the news for self-glory, profit and politics.  Rather than minimize harm to Valerie, CNN set out to inflict maximum pain and suffering on Valerie in order to harm Valerie's reputation and belittle and besmirch General Flynn.  CNN never once considered the long-term implications or the extended reach and permanence of the false accusation that Valerie was affiliated with a domestic violence extremist group.  CNN did not care.  It intended to hurt Valerie.

   f.   Upon information and belief, CNN and O'Sullivan have deleted or discarded their notes and other documents that laid out the plan to smear the Flynn family in a deliberate effort to conceal the fact that they knew there were inaccuracies in the reporting.  This inference, in turn, provides a strong basis for a finding of actual malice.

g.      CNN republished the statements in June 2021 long after it was notified that the Flynn family contended that the statements were false and defamatory. CNN acted with reckless disregard for the truth.

37.      As a direct result of CNN's defamation, Valerie suffered actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, emotional suffering, injury to her reputation, lost future earnings and diminished earning capacity, costs and other out-of-pocket expenses, in the sum of $25,000,000.00 or such greater amount as is determined by the Jury.

## COUNT II – DEFAMATION BY IMPLICATION

38.      Plaintiff restates paragraphs 1 through 25 of this Amended Complaint, and incorporates them herein by reference.

39.      The strong defamatory gist and false implication from the CNN report is that Valerie is a follower of a violent, extremist group responsible, *inter alia*, for the events on January 6, 2021.  The CNN report implies that Valerie harbors the same beliefs, views and inclinations as all other QAnon adherents featured in the report, including two QAnon followers arrested and prosecuted for storming the Capitol on January 6, 2021.

40.      CNN carefully chose its words and purposefully represented and concealed material facts.  In the CNN report, CNN juxtaposed a series of true facts so as to imply a defamatory connection between them.  In the context of a report about "**QANON FOLLOWERS**", including "prominent figures in the QAnon movement" and "at least two people who would go on to Washington D.C. on January 6" to storm the Capitol, CNN juxtaposed a full body image of Valerie immediately above a chyron – the

same chyron that CNN applied to *all* the **QANON FOLLOWERS** it featured in the report – so as to imply and insinuate that Valerie was a **QANON FOLLOWER**.  CNN juxtaposed Valerie's picture with video and images of "prominent figures in the QAnon movement".  With absolutely no caveats or disclaimers or distinctions, CNN created the tone or impression that everyone in the report was a **QANON FOLLOWER**.  Valerie did repeat the words, "where we go one we go all", which CNN identified as an "infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn" and "played as an anthem" at "this gathering" of **QANON FOLLOWERS**.  Valerie's hand was raised.  She was taking an oath.  CNN juxtaposed a series of facts – Valerie's image, the truncated clip of the backyard barbecue oath in 2020, images of other QAnon followers, including charged insurrectionists, and video of the January 6, 2021 insurrection – so as to create a false impression of Valerie.  CNN also intentionally and selectively edited and altered General Flynn's July 4, 2020 video, thereby creating a defamatory implication by omitting material facts.  CNN omitted material facts in a way that intentionally conveyed a preconceived false meaning, impression and implication – that Valerie is a "**QANON FOLLOWER**" and that in the video clip she pledged her allegiance to **QAnon**.  By deliberately omitting the Oath to the Constitution, "God Bless America" and the short celebration of cheers thereafter, CNN intentionally altered the meaning of the July 4, 2020 video, misrepresented Valerie's intention when she repeated the words with her family in the backyard in Rhode Island in July 2020, and associated here with QAnon when she had no such association.  In February 2021, CNN made it appear to viewers as if Valerie was exclusively pledging allegiance to **QAnon**, when she was not.  CNN left up the offensive chyron, which, together with the truncated clip,

reinforced the defamatory implication.  The omitted facts reflect Valerie's true values (love of Country, love of family and respect and appreciation for the rule of law) and demonstrate that Valerie was celebrating the Fourth of July and the end of the three+ year persecution of General Flynn with her family and with Sidney Powell – Valerie was ***not*** reciting a QAnon slogan.  In the context of a report about QAnon followers that aired in February 2021, inclusion of the omitted facts would have flatly contradicted and negated CNN's defamatory implication that Valerie was a "**QANON FOLLOWER**". [*Coton v. Televised Visual X-Ography, Inc.*, 740 F.Supp.2d 1299, 1314 (M.D. Fla. 2010) ("The defendants' unauthorized use of the plaintiff's self-portrait on the packaging of a pornographic movie, which improperly suggests the plaintiff's participation in, or her willing association with, the pornographic industry, constitutes defamation by implication."); *Stevens v. Iowa Newspapers, Inc.*, 728 N.W.2d 823, 827 (Iowa 2007) (<u>"</u>The article stated that Stevens rarely attended events about which he wrote, without revealing to the reader what defendant Harman knew—that personal attendance was not required by professional standards … When the evidence in the summary judgment record is viewed in the light most favorable to the resisting party, we conclude that a reasonable jury could find by clear and convincing evidence that this statement was false in its implication [the statement about his lack of personal attendance implied that he fabricated the columns he wrote] and was made with reckless disregard for the truth under the *New York Times* standard. We therefore affirm the court of appeals and reverse the district court on this issue.

41.    CNN's statements and actions constitute defamation by implication.

42.     As a direct result of CNN's defamation by implication, Valerie suffered actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, emotional suffering, injury to her reputation, lost future earnings and diminished earning capacity, costs and other out-of-pocket expenses, in the sum of $25,000,000.00 or such greater amount as is determined by the Jury.

43.     CNN published the false statements intentionally, deliberately and with actual malice.  For the reasons stated in paragraph 36 above, CNN is liable to Valerie for punitive damages.


Valerie alleges the foregoing based upon personal knowledge, public statements of others, and records in her possession.  Valerie believes that substantial additional evidentiary support, which is in the exclusive possession of CNN, Zucker, Cooper, O'Sullivan, their agents and other third-parties, will exist for the allegations and claims set forth above after a reasonable opportunity for discovery.

Valerie reserves her right to amend this Complaint upon discovery of additional instances of CNN's wrongdoing.


## CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, Plaintiff Valerie Flynn respectfully request the Court to enter Judgment against CNN as follows:

A.     Compensatory damages in the sum of $25,000,000.00;

B.     Punitive damages in the amount of $75,000,000.00;

C.     Prejudgment interest on the principal sum awarded by the Jury at the maximum rate allowed by law from January 6, 2021 until Judgment is entered;

D.     Postjudgment interest;

E.     Such other relief as is just and proper.

**TRIAL BY JURY IS DEMANDED**

DATED:        March 15, 2023

VALERIE FLYNN

By:___*/s/ Steven S. Biss*_____
              Steven S. Biss (VSB # 32972)
              300 West Main Street, Suite 102
              Charlottesville, Virginia 22903
              Telephone:  (804) 501-8272
              Facsimile:  (202) 318-4098
              Email:  stevenbiss@earthlink.net
              (*Admitted Pro Hac Vice*)

              Jason R. Kobal, Esquire
              KOBAL LAW, P.A.
              12169 W. Lindebaugh Ave.
              Tampa, FL 33626
              (813) 873-2440
              koballaw@yahoo.com
              Florida Bar No.: 0542253

              *Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: ___/s/ *Steven S. Biss*_____
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiff*