UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8-22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| CABLE NEWS NETWORK, INC. | ) ) |
| Defendant. | ) ) ) ) |

**DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL**

Sarah M. Papadelias of Shullman Fugate PLLC hereby gives notice of her appearance as counsel on behalf of Defendant Cable News Network, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Sarah M. Papadelias** at Shullman Fugate PLLC, 100 South Ashley Drive, Suite 600, Tampa, Florida 33602, and spapadelias@shullmanfugate.com.

 Respectfully submitted,
*/s/Sarah M. Papadelias*
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
Shullman Fugate PLLC
100 S. Ashley Dr., Ste. 600
Tampa, FL 33602
Telephone: (813) 435-1615
spapadelias@shullmanfugate.com
*Attorney for Defendant Cable News Network, Inc.*

1