UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO. 8:22-cv-00343-MSS-SPF

LORI FLYNN )
)
    Plaintiff, )
)
v. )
)
)
CABLE NEWS NETWORK, INC. )
)
    Defendant. )
)

# UNOPPOSED MOTION TO EXTEND DEADLINE

Plaintiff, Lori Flynn ("Plaintiff"), by counsel, pursuant to Local Rule 3.01, respectfully moves the Court to extend the deadline to file her second amended complaint:

1. Defendant does not oppose this Motion.

2. On March 17, 2023, the Court entered an Order [*ECF No. 59*] that granted Defendant's motion to dismiss with leave to file a second amended complaint.

3. Plaintiff intends to file a second amended complaint.

4. The deadline to file the second amended complaint is April 7, 2023. The time for filing has not expired. The deadline has not been extended previously.

5. Counsel for Plaintiff is currently scheduled to be in depositions in this matter in Tampa on April 4, 5, and 6. As a result of the deposition schedule and family

1

commitments on Good Friday and over the Easter weekend, counsel respectfully requests additional time to complete the second amended complaint for filing.

6. Counsel for Plaintiff has conferred in good faith with counsel for Defendant pursuant to the Local Rules. Defendant does not oppose this Motion.

## **CONCLUSION**

For the reasons stated above, Plaintiff respectfully requests the Court to grant her Motion and extend the deadline for Plaintiff to file her second amended complaint to and including April 10, 2023.

DATED:     April 1, 2023

        LORI FLYNN

By:     */s/ Steven S. Biss*
    Steven S. Biss (VSB # 32972)
    300 West Main Street, Suite 102
    Charlottesville, Virginia 22903
    Telephone: (804) 501-8272
    Facsimile: (202) 318-4098
    Email: stevenbiss@earthlink.net
    (*Admitted Pro Hac Vice*)

    Jason R. Kobal, Esquire
    KOBAL LAW, P.A.
    12169 W. Lindebaugh Ave.
    Tampa, FL 33626
    (813) 873-2440
    koballaw@yahoo.com
    Florida Bar No.: 0542253

    *Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2023 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By:   */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiff*

3