UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO. 8:22-cv-00343-MSS-SPF

LORI FLYNN               )
                               )
      Plaintiff,        )
                               )
v.                          )         **TRIAL BY JURY**
                               )         **IS DEMANDED**
                               )
CABLE NEWS NETWORK, INC.     )
                               )
      Defendant.      )
_____)

# <u>SECOND AMENDED COMPLAINT</u>

Plaintiff, Lori Flynn ("Plaintiff" or "Lori"), by counsel, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure (the "Rules"), files the following Amended Complaint against Defendant, Cable News Network, Inc. ("CNN").

Plaintiff seeks (a) compensatory damages and punitive damages in the sum of **$100,000,000.00**, (b) prejudgment interest on the principal sum awarded by the Jury from January 6, 2021 to the date of Judgment at the rate of 6.58 percent per year pursuant to Fla. Stat. § 55.03, and (c) court costs – arising out of CNN's defamation and defamation by implication.

## I.  <u>STATEMENT OF MATERIAL FACTS</u>

### A.  <u>QANON</u>

1.    By February 4, 2021, it was public knowledge, commonly understood and regularly promoted by CNN that "**QANON**" was a dangerous, violent, racist, extremist,

insurrectionist movement.  According to the Federal Bureau of Investigation ("FBI") and the Department of Homeland Security ("DHS"), **QANON** was a "domestic violent extremist" ("DVE") group and a "domestic terrorism threat".  On October 2, 2020, Congress passed House Resolution 1094, "[c]ondemning QAnon and rejecting the conspiracy theories it promotes."  [https://www.congress.gov/116/bills/hres1094/BILLS-116hres1094ih.pdf].  The *Wall Street Journal* reported that QAnon was a "far right-wing, loosely organized network and community of believers who embrace a range of unsubstantiated beliefs.  These views center on the idea that a cabal of Satan-worshipping pedophiles—mainly consisting of what they see as elitist Democrats, politicians, journalists, entertainment moguls and other institutional figures—have long controlled much of the so-called deep state government, which they say sought to undermine [President] Trump, mostly with aid of media and entertainment outlets."[1]  The *Journal* noted that QAnon followers were among the "most prominent members of the mob" who stormed the United States Capitol in Washington, D.C. on January 6, 2021. [https://www.wsj.com/articles/what-is-qanon-what-we-know-about-the-conspiracy-theory-11597694801?mod=article_inline].

2.      In the wake of the January 6 storming of the Capitol, a chorus of left-wing media outlets led by CNN amplified the narrative that **QANON** was a dangerous, violent,

---

[1]      CNN represented to readers that **QANON** was an "anarchical" group, whose main belief was that "dozens of politicians and A-list celebrities work in tandem with governments around the globe to engage in child sex abuse." [https://www.cnn.com/2020/07/03/us/what-is-qanon-trnd/index.html; https://www.cnn.com/2020/08/14/media/qanon-news-coverage/index.html].      Left-wing rag, *The Daily Beast*, represented that QAnon followers believed Hollywood and Democratic elites take a psychedelic drug called Adrenochrome, "derived from torturing children to harvest their oxidized hormonal fear." [https://www.thedailybeast.com/how-qanon-became-obsessed-with-adrenochrome-an-imaginary-drug-hollywood-is-harvesting-from-kids].

extremist group that played a central role in the insurrection.  CNN, in particular, began to trumpet the notion that violent extremists had infiltrated the Republican Party.  CNN advised its viewers that "January 6 was the physical manifestation of the online mob. The guy with the horns on his head who is in all the pictures from the Capitol and has now been arrested was a big QAnon believer.  He was at that event in Arizona,[2] too, and I saw him outside Trump's rally in Dalton, Georgia, two days before the insurrection". [https://www.cnn.com/2021/01/21/politics/qanon-conspiracy-donald-trump/index.html].

CNN proclaimed that the January 6 "domestic terror attack on the US Capitol" was the "violent manifestation" of **QANON**.  [https://www.cnn.com/2021/01/16/politics/qanon-gop-trump-congress-future/index.html].   CNN began to use "**QANON**" and the letter "**Q**" as a Scarlett Letter to insult, ridicule, shame, humiliate and embarrass Americans. [*See* https://twitter.com/jaketapper/status/1362050595495030786].  On January 31, 2021, CNN aired a "Special Report" narrated by anchor Anderson Cooper ("Cooper") entitled, "***Inside the QAnon Conspiracy***".   CNN called QAnon a "deranged conspiracy cult". CNN stated that some of "Q's conspiracy claims" were "actually based on age-old racist and anti-Semitic beliefs".  CNN asserted that QAnon, like the Nazis, promoted "ancient and dark biases and bigotry in World history".  CNN stated that QAnon supporters were detached from "reality" and had an utter "disregard" for the facts.  CNN alleged that QAnon followers were mentally ill and crazy.  CNN concluded that it was "abundantly clear" that QAnon was a "dangerous and violent movement" – a movement that had become "insurrectionist".

---

[2]      The "event in Arizona" would become part of the CNN Report at issue in this action. [*See infra*].

3.      On January 13, 2021, one week after the violent mob stormed the Capitol, House Democrats (joined by 10 Republican members) voted to impeach President Donald J. Trump, charging him with "incitement of insurrection".  The impeachment trial was set to begin on February 9, 2021. [https://www.cnn.com/2021/01/12/politics/house-vote-25th-amendment-trump/index.html].

4.      Ahead of the impeachment trial, CNN published a propaganda hit piece about **QANON FOLLOWERS** that was intended to support the Democrats' impeachment charge and malign President Trump and his former National Security Advisor, Lieutenant General (Retired) Michel T. Flynn ("General Flynn").  One of CNN's "top" experts in misinformation (according to his bio), Donie O'Sullivan ("O'Sullivan"), who was trained in misreporting and disinformation techniques at the Aspen Institute, pitched a scandalous, ratings-driven story about "**QANON FOLLOWERS**" that CNN enthusiastically embraced.  CNN rushed to produce the hit piece so that it would air on Thursday, February 4, 2021, and CNN could take advantage of the weekend news cycle to dirty up President Trump and General Flynn ahead of the impeachment trial.

**B.     THE CNN REPORT**

5.      On February 4, 2021, during *CNN Tonight* with then-primetime anchor Don Lemon, CNN first published O'Sullivan's "exclusive" report, entitled "***CNN Goes Inside A Gathering Of QANON Followers***" (the "CNN Report").  The CNN Report prominently displayed a picture of Lori (and other members of the Flynn family) above a chyron that expressly identified and labeled Lori as a "**QANON FOLLOWER**".  The CNN Report featured Lori alongside numerous well-known QAnon adherents, including

(a) the "QAnon Shaman" who would "go on to storm the Capitol in January", (b) Jim Watkins, "who runs the hate-filled site, 8kun, where QAnon messages are posted", and (c) "this man, Alan Hostetter, known for organizing anti-lockdown protests in California".[3]  The tone of the whole CNN report is clear:  everybody that CNN was showing viewers in the Report was a "**QANON FOLLOWER**".  The CNN Report also included about a minute of footage of the violent insurrectionist mob storming and attacking the United States Capitol on January 6, 2021.  Accompanying the graphic and disturbing footage in the CNN Report were repeated statements about overtly violent acts, including statements by Hostetter that "we are at war right now" and violence is a horrible thing "until we go back and reflect on our Revolutionary War.  They picked up guns at some point, and said enough … We ended slavery by picking up guns and dealing with it that way."  In the Report, CNN emphasized that Hostetter's home was "raided by the FBI after the insurrection."  The footage and the statements juxtaposed together reinforced a central thesis of the CNN Report:  that "**QANON FOLLOWERS**", like the Flynns, the QAnon Shaman, Watkins and Hostetter, are hate-filled, violent, extremists and insurrectionists.

6.     Nothing in CNN's Report suggests that a "**QANON FOLLOWER**" is someone who merely engages with the movement on Twitter, in the sense that a fan might "follow" their favorite actor.  Rather, in the context of CNN's Report, the term "**QANON FOLLOWER**" was reasonably understood by viewers to mean an adherent to the QAnon movement, in the sense that a member of a faith follows its belief system.

---

[3]     CNN's description of Hostetter as an organizer of anti-lockdown protests in California, included a cut away (at 2:30 of the CNN Report) to a picture of Hitler and a swastika.

The Report, which was aired roughly a month after the January 6, 2021 attack on the United States Capitol, focuses on individuals attending a QAnon meeting in Arizona with "prominent figures in the QAnon movement." Among other things, the Report shows a speaker at the meeting (Hostetter) state "we are at war right now, and we in this room understand that, very, very much." One of the individuals at the meeting, known as the QAnon Shaman, is shirtless, has his face painted, and is wearing a horned headdress and a QAnon flag as a cape. The CNN Report states that at least two people at the meeting were in Washington D.C. on January 6, including the QAnon Shaman, who stormed the Capitol and was, thereafter, "charged for his role in the insurrection." The CNN Report interposes footage of the QAnon gathering with violent footage from the January 6 attack. A commentator hired by O'Sullivan (Travis View) explains that the people at the meeting "felt like they were part of something big and revolutionary and that they were opposing absolute evil." In CNN's own words, QAnon is a "deranged cult" and that "[t]rusting the plan was an important part of QAnon belief."[4] When the CNN Report is viewed as a whole in context, a viewer would reasonably understand that a "**QANON FOLLOWER**" is an adherent to the QAnon belief system—including the belief that a high-ranking government insider known as "Q" is exposing a cabal of Satan-worshipping pedophiles which controls the government—not merely someone who read or forwarded tweets about QAnon or repeated a so-called catch-phrase.

7.      In order to highlight and emphasize to viewers and social media followers that Lori was a "**QANON FOLLOWER**" – *i.e.*, an adherent to the violent, extremist QAnon belief system – the CNN Report included a deceptively truncated clip –

---

[4]      Lori had no knowledge of any "plan" and never adhered to any aspect of the QAnon belief system.

deliberately edited and altered by CNN – of a video posted to Twitter on July 4, 2020 by

General Flynn.  CNN intentionally altered the video to make it fit CNN's pre-conceived

agenda, which was to falsely state or imply that Lori (and members of her family) were

"**QANON FOLLOWERS**":



8.      The original fifty-three (53) second video posted by General Flynn to

Twitter on July 4, 2020 was taken during a Fourth of July backyard barbecue at Lori's

home in Newport County, Rhode Island.  Every year over the 4th of July, the Flynn

family has a backyard barbeque.  Even when General Flynn was serving in the military,

he and Lori would try and make it back to their hometown of Middletown, R.I., to

celebrate the nation's Independence Day.  This particular 4th of July, 2020, was especially

significant, because the Flynn family was celebrating the dismissal of the nearly 4-year

persecution brought on by the very government General Flynn served with honor and

distinction for over 33 years.  On May 7, 2020, the Department of Justice ("DOJ")

decided to dismiss the case for egregious government misconduct.  Lori and General

Flynn were celebrating with family and close friends, including General Flynn's lawyer,

Sidney Powell ("Sidney"), and her son Wilson.  Everyone thanked Sidney for her part in getting the case dismissed.   Because families all over the country were reaffirming their allegiance to the United States, someone proposed that those who gathered for the barbecue take the oath to the U.S. Constitution (the "Oath") as well.  Lori encouraged family and friends to "take the oath" as a way of showing patriotism.  The Flynn family's service to the nation is extraordinary.  They love this Country.  It was a perfect day to do it.  Lori had on her "USA" sweatshirt that evening.  She wanted to honor the occasion with the red, white and blue.  Not for one moment did Lori ever intend or imagine that she was taking an oath or pledging allegiance to QAnon.

9.     Jack Flynn, Leslie Flynn, Valerie Flynn, Joe Flynn, Sidney Powell and Wilson Powell walked over to General Flynn and Lori's backyard.  The Flynn family members gathered behind the fire pit.[5]  It was completely impromptu.  Valerie Flynn offered to record the video, but someone indicated that it would be nice to include spouses.  Wilson Powell recorded the video using his mom's phone.  Prior to recording the video, there was no discussion about QAnon.  The video was taken in General Flynn and Lori's backyard because Lori and General Flynn had a big American flag on their fence and the Flynns could stand before the flag to say the Oath.[6]  After making the video, those present poured some champagne and made a toast to Attorney Sidney Powell to thank her for her service, dedication and excellent results in the defense of General

---

[5]     No Flynn family member was wearing QAnon apparel.  Lori Flynn wore a "USA" sweatshirt.  Jack Flynn's shirt stated "I Support General Flynn".  Leslie Flynn wore a dress that had been made for her that, *inter alia*, showed her support for President Trump.

[6]     The American flag is visible behind the Flynns in the CNN Report.

Flynn.  After the toast, everyone returned to Jack and Leslie Flynn's backyard, sat around their fire pit, and sang patriotic songs.

10.     In the original video posted to Twitter, each member of the Flynn family, including Lori, individually took the Oath to the United States Constitution, the same oath taken by Members of Congress.  [https://www.law.cornell.edu/uscode/text/5/3331].  General Flynn googled the Oath and read it from his phone.  After finishing the Oath to the United States Constitution, General Flynn stated, "where we go one, we go all", as a statement of family unity and solidarity.  Each family member repeated the phrase, as they had repeated each line of the Oath to the U.S. Constitution.  At no time did General Flynn say "where we go one, we go all" was a QAnon slogan.  At no time did Lori associate the phrase with QAnon.  She did not know that some people considered it to be a QAnon slogan.  The entire family then exclaimed, "God Bless America" and a celebration ensued.

11.     According to some, the phrase "where we go one, we go all" was first engraved on a bell on one of President John F. Kennedy's sailboats, acknowledging the unity of mankind.  Others say that the phrase "where we go one, we go all" is inscribed on the bell of the 1911 brigantine rigged sailing ship *Eye of the Wind*.  [https://www.eyeofthewind.net/en/gallery-ship?os_image_id=335].  *Eye of the Wind* was used in the Ridley Scott-directed film *White Squall* (1996), where the ship was called *Albatross*.  Captain Christopher Sheldon (played by actor Jeff Bridges) says in the film, "If we don't have order, we have nothing.  Where we go one, we go all."  Still others say that the phrase "where we go one, we go all" is similar to the Latin "*Unus pro omnibus, omnes pro uno*", made famous in the Alexandre Dumas novel *The Three Musketeers*

(1844) as "All for one, and one for all."  General Flynn posted the video to Twitter because he wanted to encourage people to think about being good citizens, to love country and family, and be good patriots.  The video had nothing to do with QAnon.  Lori's repetition of the phrase "where we go one, we go all" at the July 4, 2020 barbecue did not signify any kind of support for QAnon.  It was not an oath of allegiance to QAnon.  It was a simple, family, July 4 statement of support for each other.  In addition to celebration of America's National Holiday, the Flynn family had good reason to be together as a family and to celebrate as one on July 4, 2020.  In May 2020, Attorney General William P. Barr had filed a motion to dismiss the criminal charges against General Flynn  [https://www.cbsnews.com/video/department-of-justice-drops-charges-against-michael-flynn/], but Judge Emmett Sullivan indicated that he refused to dismiss the case.  Sidney Powell filed a petition for writ of mandamus with the United States Court of Appeals for the District of Columbia Circuit.  On June 24, 2020, the Court of Appeals granted General Flynn's petition. *In re Flynn*, 961 F.3d 1215 (D.C. Cir. Jun. 24, 2020).  And so, that July 4, 2020, the Flynn family – who had all supported General Flynn from the beginning of his ordeal and who would go with him to the end – were specifically celebrating the family's victory in the D.C. Court of Appeals.  The barbecue and the Oath was about family solidarity and perseverance.  The Flynns were happy and together.  It was one of the first respites the Flynns had since February 2017.

12.     In the altered and truncated clip used by CNN in the Report, CNN did three (3) things to create a defamatory implication and false impression.  First, CNN intentionally omitted the Oath to the United States Constitution.  The Oath signified the Flynns' unwavering commitment to America and the rule of law.  It was an Oath that

Lori had seen General Flynn administer on many occasions throughout his career. Second, CNN omitted the words "God Bless America" and the celebration afterwards. "God Bless America" was critical because Lori and General Flynn were (and are) eternally grateful for the system of laws in America that allowed General Flynn to defeat the persecution.  Third, in February 2021 CNN intentionally embossed the July 4, 2020 backyard barbecue video with a distinctive chyron bearing the large and unmistakable message that Lori and her family members were "**QANON FOLLOWERS**".  CNN fraudulently made it appear and insinuated that Lori pledged an oath of allegiance to QAnon.  By its use of Lori's picture and its deceptive editing and production of the CNN Report, CNN intended and endorsed the defamatory meaning.

13.     Prior to publication, CNN knew nothing about Lori.  Although it knew nothing about Lori, CNN consciously chose to include Lori in the edited clip and to make her a subject of the CNN Report.[7]  In addition to expressly labeling Lori as a "**QANON FOLLOWER**", the altered CNN clip conveyed a very powerful (but untrue) message: that Lori pledged her allegiance to QAnon.  In early February 2021, this was a very damaging accusation.  In February 2021, QAnon was synonymous with insurrectionists, terrorists or neo-Nazis.  CNN made no effort in the report to dispel the defamatory implications.  The edited video clip with Lori's picture on full display and in full view, festooned with the chyron "**QANON FOLLOWERS**" (which remained on screen the entire broadcast) was a premeditated attempt (a) to manufacture a connection between Lori and QAnon that did not exist and an event (a pledge of allegiance) that never

---

[7]     CNN could have blurred Lori's face or redacted her image from the video clip.  CNN did nothing to protect Lori's identity, however.  Rather, CNN chose to make Lori a visible subject of the Report.

happened, (b) to wildly exaggerate and misrepresent Lori's actions and beliefs, and (c) to create a frenzy about the Flynn family's involvement with a violent, extremist group, **QAnon**, ahead of the second impeachment trial. The CNN Report intentionally misrepresented and actively sought to conceal what oath Lori was actually taking.

14.    In addition to millions of cable TV viewers in Florida who watched *CNN Tonight* with Don Lemon on February 4, 2021, CNN republished the O'Sullivan "exclusive" to hundreds of thousands of social media followers on Twitter (459,000) and millions of subscribers to CNN's YouTube channel (12,200,000) in Florida, *e.g.*:



[https://mobile.twitter.com/CNNnewsroom/status/1357801350768308224;

https://www.youtube.com/watch?v=65q8J3Q8MlU].     CNN anchor Brooke Baldwin

praised O'Sullivan and encouraged him to "keep digging up these stories and just educating us on who **these people** are and how they think." (Emphasis added).  The phrase "these people" was deeply offensive and inherently racist and prejudicial.  In spite of the fact that Lori had nothing in common with "these people", CNN lumped Lori together with the QAnon Shaman, "hate-filled" Jim Watkins, Alan Hostetter, the insurrectionist targeted by the FBI, and other "prominent figures in the QAnon movement".

15.     CNN purposefully and recklessly avoided the truth.  On June 15, 2021, after Jack and Leslie Flynn filed suit against CNN in the Southern District of New York and notified CNN that the statements in the report were false and defamatory, CNN and O'Sullivan brazenly republished the false and defamatory statements about Lori. [https://twitter.com/donie/status/1404889150113955851]; *Nunes v. Lizza*, 12 F. 4th 890, 901 (8th Cir. 2021) ("'Republication of a statement after the defendant has been notified that the plaintiff contends that it is false and defamatory may be treated as evidence of reckless disregard.' Restatement (Second) of Torts § 580A cmt. d (Am. L. Inst. 1977). Lizza tweeted the article in November 2019 after Nunes filed this lawsuit and denied the article's implication.  The pleaded facts are suggestive enough to render it plausible that Lizza, at that point, engaged in 'the purposeful avoidance of the truth.'").

16.     Viewers of the CNN Report immediately understood it to convey a defamatory meaning:  that Lori was an adherent to the dangerous, violent, extreme belief system of **QANON**.  Comments posted to CNN's YouTube channel insinuated that the people shown in the Report, including Lori, were "mentally ill", "absolute evil", "QAnon cultists", "fanatic", "dangerous", "violent". "militant radical", "Hitler youth", and that

they should be "arrested" and "thrown in jail" for threatening violence against the government. Numerous people who watched the CNN Report (either the original broadcast on *CNN Tonight* or on Friday, February 5, 2021, when the report was republished on CNN's *Newsroom* with Brooke Baldwin, or on Saturday, February 6, 2021, when the report was republished on CNN's *Newsroom* with Ana Cabrera), including family members and family friends who saw the CNN Report, recognized Lori and understood that the defamatory statements referred to her specifically.

17.     As of February 4, 2021, Lori knew next to nothing about QAnon. She did not know what it stood for or any of its core beliefs. She was never interested in "Q" and paid no attention to the group at all. Lori did not go to QAnon gatherings, meetings or rallies. She did not (and does not) know and has never spoken with the "QAnon Shaman" (Jacob Chansley), or Jim Watkins or Alan Hostetter or any other "prominent figures in the QAnon movement". She never visited the "hate-filled 8Kun" website or any other website where QAnon messages are posted. She has never seen any of the so-called "Q Drops". She never used or shared any QAnon hashtags, gifs, memes, marks, slogans, symbols or language in her communications with anyone. Lori never purchased a QAnon t-shirt, hat, mug, flag or any other merchandise bearing any QAnon symbol, slogan or message. She has never espoused or amplified any "**QAnon**" beliefs or theories. She did absolutely nothing to even remotely suggest that she adhered to QAnon or participated in any aspect of any QAnon movement.

18.     Lori is not a follower of any violent, extremist or terrorist groups, including **QAnon**.

19.     CNN's false statements subjected Lori to hatred, distrust, ridicule, contempt and disgrace.  Viewers immediately understood the CNN Report to convey a defamatory meaning, *see, e.g.*:

> https://mobile.twitter.com/SethAbramson/status/1357808754931171333
> ("Chilling").

[*See, e.g., Flynn v. CNN*, 2021 WL 5964129, at * 4 (S.D.N.Y. Dec. 16, 2021) ("Because the Court accepts the Flynns' allegation that they are not QAnon followers as true, the Flynns have plausibly alleged that CNN's statement was false.  Consequently, the Flynns have also plausibly alleged that CNN's statement was defamatory. *See* R&R at 33 ("[F]alsely implying a connection to a violent extremist group can be defamatory.")].

20.     CNN falsely attributed to Lori associations that never existed, actions she never took, including an oath of allegiance or pledge to **QAnon**, and views Lori never held.  Published in the immediate aftermath of the storming of the U.S. Capitol, CNN's false attributions exposed Lori to public scorn, ridicule and contempt, and lowered her esteem in the community, causing insult, embarrassment, humiliation and substantial injury to her reputation.  The edited video clip of Lori, with the chyron CNN chose to run underneath, confirmed for CNN's viewers that Lori was indeed one of the despised "**QANON FOLLOWERS**" who were the targets of the CNN Report and who were "prominent members of the mob" who stormed the Capitol on January 6, 2021.

21.     Lori was sickened, insulted, embarrassed, humiliated and outraged by CNN's false accusations.  The CNN Report personally confirmed for Lori just how ugly the media has become.  CNN took what was a very innocent event with family and friends celebrating the 4th of July 2020, as well as a legal victory for her husband, juxtaposed it with a "**GATHERING OF QANON FOLLOWERS**" in Arizona in

15

October 2020, and manufactured a false and malicious lie, which CNN published in February 2021.  In July 2020, the Flynn family had simply decided to join in on the national display of patriotism.  CNN took it as an opportunity to tarnish Lori's name and the name of her family.  Lori lost many good friends due to CNN's false QAnon narrative.  Banks refuse to do business with Lori because of CNN's broadcasts and publication of false statements.  CNN's conduct, without doubt, has put enormous emotional strain on Lori, General Flynn, their children, and Lori's numerous brothers and sisters.  Many friends who saw the CNN story no longer associate with Lori because of it.  In addition, Lori has had to endure the stares, iPhones pulled out for pictures.  The impact of CNN's false statements and defamatory implications has been extremely harmful, stressful and heartbreaking.  Not a day goes by where Lori do not relive her picture on CNN above the chyron, "**QANON FOLLOWER**".  She has to watch her back constantly.  People leave voicemails on her phone now with threats to her family.

22.    In this case, Lori seeks special damages, actual damages and punitive damages as a result of CNN's false statements and defamatory implications.

## II.  PARTIES

23.    Lori is a citizen of Florida.  She lives in Sarasota County.  She is a private individual.  Lori has been married to General Flynn for forty-two (42) years.  Lori and General Flynn have two sons and four grandchildren.  Lori has fully supported her husband in his life-long defense of the United States of America, the Constitution, freedom, and the rule of law.  As a military spouse, Lori has an abiding respect for this Country and the principles for which it stands.  Until she was egregiously defamed by CNN, Lori enjoyed an untarnished reputation in the community in which she lives and

works.  As a direct result of the defamation and to mitigate its effects, Lori had to change her phone number (incurring administrative expense in the process).  She lost friendships and has suffered a deep loss of trust and personal fear of the media.

24.    Defendant, CNN, is a Delaware corporation, based and operating in Georgia.  CNN is a division of WarnerMedia.  WarnerMedia was an operating segment of AT&T, Inc., until it was recently spun-off and sold to Discovery, Inc.  CNN is part of WarnerMedia's "Turner" business unit.  The Turner business unit operates television networks and related properties that offer branded news and other content for consumers in Florida and around the world.  Millions in Florida watch CNN.  Turner's digital properties include the CNN digital network, www.cnn.com.  In addition to its massive digital footprint, CNN employs multiple social media accounts as a means to increase ratings and profit from the publication of its false statements.  The CNN Report and social media posts at issue in this case, identified above and below, were published to and read by millions in Florida, where Lori suffered and continues to suffer substantial damage to her name and reputation. *See, e.g., Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 776 (1984) ("[f]alse statements of fact harm both the subject of the falsehood **and** the readers of the statement … The tort of libel is generally held to occur wherever the offending material is circulated. Restatement (Second) of Torts § 577A, Comment a (1977).").

### III.   JURISDICTION AND VENUE

25.    The United States District Court for the Middle District of Florida has subject matter jurisdiction over this action pursuant to Title 28 U.S.C. § 1332 (Diversity). The parties are citizens of different States and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

26.    CNN is at home in Florida, and is subject to the Court's general and specific personal jurisdiction.

27.    Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2).  The defamation which is the basis of this lawsuit was committed in the Middle District of Florida in addition to all over the world.  Over 10 million people—more than 55 percent of the State's population—reside within the Middle District, thus making the alleged defamatory statements in this venue highly significant.  Lori is a resident of Sarasota County, and is domiciled in the Middle District of Florida.  CNN conducts substantial business in the Middle District, is registered in Florida as a foreign corporation, maintains a registered agent in Plantation, Florida, operates a bureau in Miami, Florida, and has hundreds if not thousands of agents in Florida who engage in daily business for CNN.

### COUNT I – DEFAMATION *PER SE*

28.    Plaintiff restates paragraphs 1 through 27 of this Amended Complaint, and incorporates them herein by reference.

29.    Beginning in July 2020, CNN began to work on the narrative about **QANON**.  The purpose of the narrative was to harm Republicans and President Trump by linking them to cultists, racists, white supremacists, and violent, radical extremists.  In furtherance of the goal, CNN published a series of articles leading up to the CNN Report

that linked QAnon to hate crimes, violent extremism and domestic terrorism. [*See, e.g.,* https://www.cnn.com/2020/07/03/us/what-is-qanon-trnd/index.html ("Since its origin three years ago, QAnon has festered in the darker corners of the internet. Now the group's followers, who call themselves 'believers,' have found a niche on social media and within the Republican Party. QAnon began as a single conspiracy theory. But its followers now act more like a virtual cult, largely adoring and believing whatever disinformation the conspiracy community spins up … Followers make unfounded claims and then amplify them with doctored or out-of-context evidence posted on social media to support the allegations."); https://www.cnn.com/2020/10/15/politics/donald-trump-qanon-town-hall/index.html ("Followers also believe there is a 'deep state' effort to annihilate Trump and that the President is secretly working to bust these pedophilic cabals … Followers of the group -- which has been labeled a domestic terror threat by the FBI -- have also peddled baseless theories surrounding mass shootings and elections and have falsely claimed that 5G cellular networks are spreading the coronavirus.");[8] https://www.cnn.com/2020/12/15/us/qanon-trump-twitter-invs/index.html ("Rather than being a nebulous group that amplifies messages organically at the grassroots level, QAnon appears to also be an occasional architect of messages that, through coordinated behavior, make their way to the most powerful factions of the Republican Party.")].[9] Throughout 2021, CNN doubled-down on its opposition research about QAnon, publishing talking points intended to injure the reputations of anyone CNN associated

---

[8] Lori has never embraced any of the so-called QAnon "beliefs" espoused by the "followers" of the extremist "cult".

[9] Lori did not read any of CNN's articles about QAnon, and did not know that the CNN Report was part of a larger smear campaign.

with QAnon.  In another "Special Report" hosted by Cooper in February 2021, CNN reiterated that QAnon was a "cult".  Cooper repeated that QAnon espoused ideas that were based on "anti-Semitic, anti-Catholic tropes that have been used [by] … the Nazis".  He drew a direct connection between QAnon and the "terror group ISIS".  [http://transcripts.cnn.com/TRANSCRIPTS/2102/26/csr.01.html].

30.     CNN made, published and republished false factual statements of or concerning Lori.  Using Lori's image, an edited video clip and a flashy chyron, CNN falsely stated or implied and insinuated that Lori was an acolyte, adherent, convert and disciple of the QAnon belief system – a "**QANON FOLLOWER**" – or was linked to and involved in or with the violent insurrectionist group, **QAnon**.  CNN manufactured a relationship and connection between Lori and QAnon that never existed.[10]

31.     CNN published the false statements without privilege of any kind.

32.     CNN's statements are materially false.  Lori is not and never has been a follower of the QAnon terrorist/extremist group.  Lori never took or pledged an oath of allegiance to QAnon.  There is a material difference between CNN's false statements and the truth.  CNN falsely attributed to Lori an affiliation/association, beliefs and views that Lori has never had. *See Masson v. New Yorker Magazine, Inc.*, 501 U.S. 496, 510-511 (1991) ("False attribution of statements to a person may constitute libel, if the falsity exposes that person to … [hatred, contempt, ridicule, or obloquy, or … causes him to be

---

[10]     CNN's false accusation was the functional equivalent of accusing Lori of being a follower of ISIS, the Proud Boys, the Ku Klux Klan, or the Nazis. *See Boulger v. Woods*, 917 F.3d 471, 483 (6th Cir. 2019) (the tweet at issue was reasonably susceptible to a defamatory meaning—that "Woods was asserting Boulger was the woman giving the Nazi salute"); *Liberty Lobby, Inc. v. Anderson*, 1991 WL 186998, at * 9 (D. D.C. 1991) ("The Court finds that the implication that Carto emulates Hitler in appearance or action is defamatory and that the record could support a reasonable jury finding that the defendants published these allegations with actual malice").

shunned or avoided, or … has a tendency to injure him in his occupation]… A fabricated quotation may injure reputation in at least two senses, either giving rise to a conceivable claim of defamation.  First, the quotation might injure because it attributes an untrue factual assertion to the speaker … Second, regardless of the truth or falsity of the factual matters asserted within the quoted statement, the attribution may result in injury to reputation because the manner of expression or even the fact that the statement was made indicates a negative personal trait or an attitude the speaker does not hold.").  The truth would have had a different effect on the minds of viewers and readers from that which CNN's false statements produced. *Flynn v. Cable News Network, Inc.*, 2022 WL 3334716, at * 5 (S.D.N.Y. 2022) ("given the extreme negative connotations of being a QAnon follower, the Flynns have adequately alleged that being labeled a QAnon follower would have a different effect on the mind of a viewer than the pleaded truth."); *Murphy v. Boston Globe, Inc.*, 449 Mass. 42, 865 N.E.2d 746, 758 (Mass. 2007) ("The jury were warranted in finding that the portion of the story quoting the plaintiff as saying, 'She is [fourteen].  She got raped.  Tell her to get over it,' would lead one to believe the judge was indifferent, and even callous, to crime victims who appeared before him, and especially demeaning to the rape victim.  The difference between the statement attributed to the plaintiff in the Herald articles, and the statement that Crowley testified he told Wedge the plaintiff had made, cannot, as matter of law, be characterized as a minor discrepancy").

33.    CNN's statements are defamatory. *See, e.g., Flynn*, 2021 WL 5964129 at * 4 (finding that CNN's statements during the O'Sullivan report are defamatory); *see also Zimmerman v. Buttigieg*, 2021 WL 6065781, at * 9 M.D. Fla. 2021) (amended complaint

that alleged defendants subject plaintiff to "hatred, distrust, ridicule, contempt, and disgrace" and also alleged that "Zimmerman was responsible for gun violence, prejudice, fear, and racism" sufficiently pled defendant's liability based on defamation *per se*); *Sirer v. Aksoy*, 2021 WL 4952610, at * 4 (S.D. Fla. 2021) ("in the Complaint, Plaintiff alleges that Defendant posted a video on his YouTube channel accusing Plaintiff of being a member of an organization designated as a terrorist organization … which he later reposted to Twitter.  Plaintiff alleges further that Defendant made the remarks as part of a scheme to depress the price of AVAX in favor of the crypto-assets he promotes.  Plaintiff alleges that his reputation has been harmed by Defendant's statements, and that they pose a threat to Plaintiff's and his family's safety.  Plaintiff need not allege more.") (citation omitted); *Coker v. Barr*, 2020 WL 9812034, at * 8 (D. Colo. 2020) ("it is hard to imagine a greater stigma than being associated with terrorism in our post-9/11 world.").

34.     CNN's false statements constitute defamation *per se*.   The extreme negative connotations of being a **QANON FOLLOWER** tend to subject Lori to hatred, distrust, ridicule, contempt, or disgrace.   The statement that Lori is a "**QANON FOLLOWER**" is inherently injurious.   In February 2021, the words "**QANON FOLLOWER**" in and of themselves had an established, definitive, symbolic, natural and well-known meaning of common notoriety.   Use of the words distinctly conveyed to the common minds of television viewers and social media followers that the targeted subjects (Lori and others featured in the CNN Report) were adherents to the dangerous, violent and extremist belief system of QAnon.   In the ordinary sense and context in which it appeared in the CNN Report, the phrase "**QANON FOLLOWER**" directly linked Lori to the insurrectionist mob who stormed the Capitol.  Extensive footage of the attacks on

the Capitol accompany the statement "**QANON FOLLOWERS**" that appears in the chyron in the Report directly below Lori's recognizable image.  After watching the CNN Report in its entirety and considering its content, tone and the surrounding circumstances (*i.e.*, the parties involved, the medium chosen, and the words used), the common minds of viewers reached no other conclusion than that "**QANON FOLLOWERS**" are violent, extremist, insurrectionist, ridiculous, disgraceful and contemptuous.  Precisely because of the inherently injurious nature of labelling someone a "**QANON FOLLOWER**", CNN used it in the February 4, 2021 Report, which CNN published ahead of the second impeachment trial as a means to undermine President Trump and support the charge that he had incited the QAnon insurrectionist "mob".  CNN's statements had a defamatory and harmful effect on viewers, many of whom contacted the Flynn family to report that they or acquaintances had seen the Flynns on "CNN".  CNN's statements link Lori to a terror group, who were "prominent" members of the insurrectionist mob who stormed the Capitol.  CNN's statements caused Lori to fear for her safety, fear what her friends and others in the community think of her, and fear that she will be singled-out and discriminated against because people think she is a "**QANON FOLLOWER**".

35.     CNN's false statements are neither fair nor accurate.

36.     By broadcasting the false statements on cable television, publishing the statements on the Internet *and* republishing via social media, CNN knew or should have known that the false statements would be republished over and over by third-parties to Lori's detriment.  Republication by CNN's followers, subscribers, readers, other media outlets, and by users of Twitter was the natural and probable consequence of CNN's actions and was actually and/or presumptively authorized by CNN.  In addition to its

original publications, CNN is liable for the republications of the false and defamatory statements by third-parties under the republication rule.

37.    CNN's false and defamatory statements jeopardized Lori's safety, humiliated and embarrassed her and harmed her reputation, causing actual injuries and pecuniary loss.[11]

38.    CNN lacked reasonable grounds for a belief in the truth of its statements, and acted negligently in failing to determine the true facts.  Prior to February 4, 2021 and publication of the CNN Report, no news publication ever reported that Lori was a "**QANON FOLLOWER**".  There were no tweets or posts that labeled or even suggested that she was a "**QANON FOLLOWER**".  CNN did no research or investigation of Lori whatsoever.  All CNN knew was that on July 4, 2020 Lori took the Oath to the United States Constitution, and, among many, many other things, she repeated the words, "where we go one, we go all", once.  CNN did not know why Lori repeated these words or why

---

[11]    In September 2021, Lori's credit cards were canceled by J.P. Morgan Chase and she was denied credit because of the "reputational risk" that affiliation with Lori could bring the bank.  [https://www.rubio.senate.gov/public/index.cfm/press-releases?ID=292986FA-78C6-424C-A0C9-790B7D2C4FFD; *see Blythe v. Fifth Third Bank*, 2010 WL 11432601, at * 6 (M.D. Fla. 2010) ("Plaintiff testified through affidavit that he was denied credit on a specific occasion because of the erroneous reports. Summary judgment on the issue of damages is therefore inappropriate.")].  Lori was without the use of credit for a considerable period of time.  Cancellation of her two (2) credit cards caused Lori to incur actual, realized out-of-pocket costs and expenses, including, without limitation, banking and transactional fees, lost points and lost loyalty program rewards, lost membership with Southwest Airlines, and other special damages, that Lori would not have incurred, but for CNN's defamation, in a sum not less than $150,000.00.  Lori also incurred long-distance and other telephone charges in connection with her efforts to counteract the disparaging effects of CNN's false and defamatory statements and to get the bank to reconsider its decision to cut off her credit.  After millions of customers, including the State of South Carolina, protested the bank's unlawful treatment of Lori, J.P. Morgan Chase called on "bended knee" and claimed it had simply made an "operational error" and reinstated Lori's account.  Regardless whether the termination of Lori's credit cards by the bank was in fact a mistake, the event illustrates the special harm that CNN's false and defamatory statements caused.

she took the Oath or whether she had *any* connection to QAnon.  CNN failed to contact Lori or any other member of the Flynn family prior to publication, and, in spite of giving a podcaster (Travis View) an opportunity to offer his observations of QAnon, CNN utterly failed to give Lori an opportunity to respond to the false charges.  CNN had no independent evidence to corroborate that Lori was a follower of any violent, extremist group, including QAnon, because no such evidence exists.  As an experienced reporter [https://www.cnn.com/profiles/donie-osullivan], O'Sullivan was keenly aware that the events of January 6, 2021 were emotionally and politically super-charged, and that the statements about Lori, when viewed in the context of the "insurrection" and invasion of the United States Capitol that was fresh on Americans' minds, had an instantaneous opprobrious connotation.  O'Sullivan also knew that the actions of the QAnon mob was directly at issue in the House Democrats' second impeachment charge.  O'Sullivan knew or should have known that linking Lori to the group that was "prominent" among the "pro-Trump" mob that invaded the Capitol building, assaulted Police and committed other crimes, without solid factual support would have obvious pejorative connotations. CNN was grossly negligent in publishing the statements about Lori.  CNN failed to exercise reasonable care in the production process, abandoned its own standards and ethical duty to report the truth and minimize harm, and, in its hurry to publish a scandalous story about Lori and her family, violated the codes of ethics and journalistic integrity, customs and standards in the industry applicable to the media.

39.     CNN published the false and defamatory statements with actual malice:

a.     CNN knew its statements about Lori were false.  CNN knew that it had no factual basis to accuse Lori of being a "**QANON FOLLOWER**".  In spite of its

actual knowledge, CNN misrepresented that Lori was a QAnon disciple or adherent to its belief system and that she pledged allegiance to this extremist group.  CNN fabricated the statements.  They were a product of CNN's imagination and desire to hurt General Flynn.

   b. At a time when it was heavily promoting a narrative about violent DVE QAnon, CNN deliberately altered the video posted by General Flynn to his Twitter account in order to associate Lori and other members of the Flynn family with the QAnon domestic terrorists and extremists, and, thereby, intentionally convey a defamatory meaning as to Lori's character and beliefs.  The edits were deliberate and fraudulent, and were made by editors and producers who were following a preconceived narrative (crafted by O'Sullivan, an admitted disinformation agent) to link the Flynn family members to the violent extremist group QAnon that was responsible for the events of January 6, 2021.  This was not the first time CNN peddled falsehoods to injure someone and destroy their reputation.  CNN engaged in disinformation during the 2020 Presidential election.  [https://nypost.com/2021/04/13/cnns-charlie-chester-says-network-peddled-anti-trump-propaganda/].  The CNN report was part of a premeditated effort by CNN to injure Lori, just as it has targeted others, including Republican Congressman, Matt Gaetz.  [https://www.instagram.com/reel/CaSlBqcg47o/?utm_medium=share_sheet ("If the agenda say is to get Matt Gaetz right now, he's like this Republican.  He's a problem for the Democratic Party because he's so conservative and he can cause a lot of hiccups to passing of laws and what not.  So it would be great for the Democratic Party to get him out.   So, we're going to keep running those stories to keep hurting him and make it so that it can't be buried")].

c.      In the wake of the storming of the United States Capitol, CNN's statements were intentionally extreme and outrageous.  CNN knew that publication of the statements would cause a media frenzy.  CNN deliberately and recklessly conveyed a false narrative about Lori to sensationalize the news. *Tomblin v. WCHS-TV8*, 2011 WL 1789770, at * 5 (4th Cir. 2011) (unpublished) ("on the question of whether WCHS-TV8 deliberately or recklessly conveyed a false message to sensationalize the news and thus to provide factual support for a finding of malice, there are disputed facts").  Knowing that its statements about Lori were sensationally false, CNN intentionally published the false statements in order to increase ratings, viewership and profits.  CNN's decision to promote a baseless narrative about the Flynns was part of a deliberate corporate policy and regular way of doing business that emanated from Zucker.  CNN acted willfully and wantonly and with actual malice by pursuing a course of action that it knew was likely to result in harm to Lori.

d.      CNN is a Democratic Party trumpet.  CNN recruits, hires and promotes journalists who share its extreme ideology and political viewpoints.  CNN trains its journalists in the craft of disinformation.  CNN harbors an institutional animosity, hostility, hatred, extreme bias, spite and ill-will towards the Flynn family, and, in particular, General Flynn.  This animosity, bias, prejudice and desire to harm motivated CNN to publish the intentionally false statements and insinuations about Lori at issue in this case.  CNN intended to inflict harm through knowing or reckless falsehoods.  CNN published the false statements as part of a broad, pretextual, premeditated and ongoing disinformation campaign against General Flynn orchestrated by political operatives and agents of the Democratic Party for whom CNN acts as a

surrogate and bullhorn.  The purpose of CNN's effort to link Lori and her family to violent extremists is to impair or abrogate General Flynn's ability to have any impact on the political environment in the United States given General Flynn's stature.   In furtherance of the scheme, CNN uses its broadcast and publishing empire, political influence and international reach to attack General Flynn and his family at each opportunity, and to sow seeds of distrust in the minds of the voting public about General Flynn by publishing false narratives and talking points provided by Democratic operatives.  Lori was and is collateral damage in CNN's defamation scheme.

e.      CNN abandoned all journalistic standards and integrity, including CNN's own standards and code of ethics, in writing, editing, and publishing the false narrative.  CNN did not seek the truth or report it.  It betrayed the truth to sensationalize the news for self-glory, profit and politics.  Rather than minimize harm to Lori, CNN set out to inflict maximum pain and suffering on Lori in order to harm Lori's reputation and belittle and besmirch General Flynn.   CNN never once considered the long-term implications or the extended reach and permanence of the false accusation that Lori was affiliated with a domestic violence extremist group.  CNN did not care.  It intended to hurt Lori.

f.      Upon information and belief, CNN and O'Sullivan have deleted or discarded their notes and other documents that laid out the plan to smear the Flynn family in a deliberate effort to conceal the fact that they knew there were inaccuracies in the reporting.  This inference, in turn, provides a strong basis for a finding of actual malice.

g.      In June 2021, after it was notified that the Flynn family contended that the O'Sullivan report was false and defamatory, CNN republished the false and

defamatory statements and imputations out of a desire to hurt Lori and to permanently stigmatize her.  CNN and its agents, including O'Sullivan, acted with reckless disregard for the truth.

40.     As a direct result of CNN's defamation, Lori suffered special damages and actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, emotional suffering, injury to her reputation, lost future earnings and diminished earning capacity, costs and other out-of-pocket expenses, in the sum of $25,000,000.00 or such greater amount as is determined by the Jury.

## COUNT II – DEFAMATION BY IMPLICATION

41.     Plaintiff restates paragraphs 1 through 27 and 39 of this Complaint, and incorporates them herein by reference.

42.     The strong defamatory gist and false implication from the CNN Report is that Lori is a follower of a violent, extremist group, **QANON**, responsible, *inter alia*, for the events on January 6, 2021.  The CNN Report implies that Lori harbors the same beliefs, views and inclinations as all other QAnon adherents featured in the Report, including two QAnon followers arrested and prosecuted for storming the Capitol on January 6, 2021.

43.     CNN carefully chose its words and purposefully represented and concealed material facts.  In the CNN Report, CNN juxtaposed a series of true facts so as to imply a defamatory connection between them.  In the context of a Report about "**QANON FOLLOWERS**", including "prominent figures in the QAnon movement" and "at least two people who would go on to Washington D.C. on January 6" to storm the Capitol, CNN juxtaposed a full body image of Lori immediately above a chyron – the

same chyron that CNN applied to *all* the **QANON FOLLOWERS** it featured in the Report – so as to imply and insinuate that Lori was a **QANON FOLLOWER**. CNN juxtaposed Lori's picture with video and images of "prominent figures in the QAnon movement". With absolutely no caveats or disclaimers or distinctions and with no effort to blur out Lori's image, CNN created the tone or impression that everyone in the report was a **QANON FOLLOWER**. Lori did repeat the words, "where we go one we go all", which CNN identified as an "infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn" and "played as an anthem" at "this gathering" of **QANON FOLLOWERS**. Lori's hand was raised. She was taking an oath. CNN juxtaposed a series of facts – Lori's image, the truncated clip of the backyard barbecue oath in 2020, images of other QAnon followers, including charged insurrectionists, and video of the January 6, 2021 insurrection – so as to create a false impression of Lori. CNN also intentionally and selectively edited and altered General Flynn's July 4, 2020 video, thereby creating a defamatory implication by omitting material facts. CNN omitted material facts in a way that intentionally conveyed a preconceived false meaning, impression and implication – that Lori is a "**QANON FOLLOWER**" and that in the video clip she pledged her allegiance to **QAnon**. By deliberately omitting the Oath to the Constitution, "God Bless America" and the short celebration of cheers thereafter, CNN intentionally altered the meaning of the July 4, 2020 video, misrepresented Lori's intention when she repeated the words with her family in the backyard in Rhode Island in July 2020, and associated her with QAnon when she had no such association. In February 2021, CNN made it appear to viewers as if Lori was exclusively pledging allegiance to **QAnon**, when she was not. CNN left up the offensive chyron, which,

together with the truncated clip, reinforced the defamatory implication.  The omitted facts reflect Lori's true values (love of God and Country, love of family and respect and appreciation for the rule of law) and demonstrate that Lori was celebrating the Fourth of July and the end of the three+ year persecution of General Flynn with her family and with Sidney Powell – Lori was ***not*** reciting a QAnon slogan.  In the context of a Report about QAnon followers that aired in February 2021, inclusion of the omitted facts would have flatly contradicted and negated CNN's false and defamatory implication that Lori was a "**QANON FOLLOWER**". [*Coton v. Televised Visual X-Ography, Inc.*, 740 F.Supp.2d 1299, 1314 (M.D. Fla. 2010) ("The defendants' unauthorized use of the plaintiff's self-portrait on the packaging of a pornographic movie, which improperly suggests the plaintiff's participation in, or her willing association with, the pornographic industry, constitutes defamation by implication."); *Stevens v. Iowa Newspapers, Inc.*, 728 N.W.2d 823, 827 (Iowa 2007) ("The article stated that Stevens rarely attended events about which he wrote, without revealing to the reader what defendant Harman knew—that personal attendance was not required by professional standards … When the evidence in the summary judgment record is viewed in the light most favorable to the resisting party, we conclude that a reasonable jury could find by clear and convincing evidence that this statement was false in its implication [the statement about his lack of personal attendance implied that he fabricated the columns he wrote] and was made with reckless disregard for the truth under the *New York Times* standard.  We therefore affirm the court of appeals and reverse the district court on this issue.")].

44.     CNN's statements and actions constitute defamation by implication.

45.     As a direct result of CNN's defamation by implication, Lori suffered special damages and actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, emotional suffering, injury to her reputation, lost future earnings and diminished earning capacity, costs and other out-of-pocket expenses, in the sum of $25,000,000.00 or such greater amount as is determined by the Jury.

46.     CNN published the false statements intentionally, deliberately and with actual malice.  For the reasons stated in paragraph 39 above, CNN is liable to Lori for punitive damages.

Lori alleges the foregoing based upon personal knowledge, public statements of others, and records in her possession.  Lori believes that substantial additional evidentiary support, which is in the exclusive possession of CNN, Zucker, Cooper, O'Sullivan, their agents and other third-parties, will exist for the allegations and claims set forth above after a reasonable opportunity for discovery.

Lori reserves her right to amend this Complaint upon discovery of additional instances of CNN's wrongdoing.

## CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, Plaintiff Lori Flynn respectfully request the Court to enter Judgment against CNN as follows:

A.     Compensatory damages in the sum of $25,000,000.00;

B.     Punitive damages in the amount of $75,000,000.00;

C.      Prejudgment interest on the principal sum awarded by the Jury at the maximum rate allowed by law from January 6, 2021 until Judgment is entered;

D.      Postjudgment interest;

E.      Such other relief as is just and proper.

## TRIAL BY JURY IS DEMANDED

DATED:          April 10, 2023

LORI FLYNN

By:___*/s/ Steven S. Biss*_____
         Steven S. Biss (VSB # 32972)
         300 West Main Street, Suite 102
         Charlottesville, Virginia 22903
         Telephone:  (804) 501-8272
         Facsimile:  (202) 318-4098
         Email:  stevenbiss@earthlink.net
         (*Admitted Pro Hac Vice*)

         Jason R. Kobal, Esquire
         KOBAL LAW, P.A.
         12169 W. Lindebaugh Ave.
         Tampa, FL 33626
         (813) 873-2440
         koballaw@yahoo.com
         Florida Bar No.: 0542253

         *Counsel for the Plaintiff*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2023 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By:  */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiff*