# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CABLE NEWS NETWORK, INC. )<br>)<br>Defendant. )<br>)<br>)<br>) | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CABLE NEWS NETWORK, INC. )<br>)<br>Defendant. )<br>)<br>)<br>) | **CASE NO: 8:22-CV-00512-MSS-AEP** |

### DEFENDANT CABLE NEWS NETWORK INC.'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO SECOND AMENDED COMPLAINTS

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 3.01, Defendant Cable News Network, Inc. ("CNN") hereby files this unopposed motion for an extension of time in which to respond to Plaintiff Valerie Flynn's Second Amended Complaint (Dkt. 58) and Plaintiff Lori Flynn's Second Amended Complaint

(Dkt. 65). In support, CNN states:

1. On February 22, 2023, the Court entered an Order granting CNN's Motion to Dismiss Plaintiff's Valerie Flynn's First Amended Complaint. (Dkt. 55). Specifically, the Order granted Plaintiff leave to file an amended pleading within 21 days of the date of the Order to cure the deficiencies in the Amended Complaint identified by the Court. *Id.*

2. On March 15, 2023, Plaintiff Valerie Flynn filed her Second Amended Complaint. (Dkt. 58). The Second Amended Complaint alleges one count for defamation *per se* and one count for defamation by implication. *Id.* CNN's response to Valerie Flynn's Second Amended Complaint is due April 28, 2023. (Dkt. 62).

3. On March 17, 2023, the Court entered an Order granting CNN's Motion to Dismiss Plaintiff Lori Flynn's First Amended Complaint. (Dkt. 59). Specifically, the Order granted Plaintiff leave to file an amended pleading within 21 days of the date of the Order to cure the deficiencies in the Amended Complaint identified by the Court. *Id.*

4. On April 10, 2023, Plaintiff Lori Flynn filed her Second Amended Complaint. (Dkt. 65). The Second Amended Complaint alleges one count for defamation *per se* and one count for defamation by implication. *Id.* CNN's response to the Second Amended Complaint is due April 24, 2023. *See* Fed. R. Civ. P. 15(a)(3).

5. Federal Rule of Civil Procedure 6(b) provides that the Court, for good cause shown, may order the period to respond to a complaint enlarged if a request is made prior to the expiration of the period originally prescribed. Fed. R. Civ. P.

6(b)(1)(A).

6. Notwithstanding a good faith effort to prepare complete and adequate responses on behalf of CNN to both Second Amended Complaints, given the current discovery schedule, the deadlines established in the Case Management Order in this case and in the related action pending in the Southern District of New York (Dkt. 17), and the present workload of its counsel, CNN needs an additional time to prepare its response to both Valerie Flynn's Second Amended Complaint and Lori Flynn's Second Amended Complaint. The parties are currently taking depositions and engaging in expert discovery in this matter. An extension of time through May 5, 2023 will allow counsel sufficient time to formulate a proper and complete response to each Second Amended Complaint.

7. CNN has demonstrated good cause to extend the deadline to file its response. This request is timely made in good faith, not otherwise interposed for the purpose of delay or harassment and will not prejudice any party. Further, this extension will not affect any of the remaining deadlines in this matter.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for CNN certifies that Ms. Shullman conferred with counsel for Plaintiff by electronic mail on April 10 and 11, 2023, who advised that Plaintiff does not oppose the relief requested herein.

## CONCLUSION

For the foregoing reasons, CNN respectfully requests this Court enter an order granting it an extension through May 5, 2023, to respond to Plaintiff Valerie Flynn's Second Amended Complaint and Plaintiff Lori Flynn's Second Amended Complaint.

Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Deanna K. Shullman*<br>Deanna K. Shullman<br>Florida Bar No. 514462<br>Minch Minchin<br>Florida Bar No. 1015950<br>Sarah M. Papadelias<br>Florida Bar No. 125098<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>mminchin@shullmanfugate.com<br>spapadelias@shullmanfugate.com | Katherine M. Bolger*<br>Meenakshi Krishnan*<br>Sam F. Cate-Gumpert*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br><br>*Admitted *Pro Hac Vice*<br><br>*Counsel for CNN* |