UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>　　　　Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |

| | |
|---|---|
| LORI FLYNN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>　　　　Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**DEFENDANT CABLE NEWS NETWORK, INC.'S**
**UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Court's Case Management and Scheduling Order (D.E. 40; the "CMO"), Defendant Cable News Network, Inc. ("CNN") hereby moves to amend three dates within the CMO, as set forth below. In support thereof, CNN states as follows:

1. The CMO was previously amended, in relevant part, regarding the

following three deadlines:

    a.    CNN's Expert Report Disclosure: **April 24, 2023**

    b.    Plaintiffs' Rebuttal Expert Report Disclosure: **May 8, 2023**

    c.    Expert Discovery Deadline: **May 18, 2023**

(D.E. 57).

2. The CMO also sets the deadline for Dispositive Motions, *Daubert*, and *Markman* Motions as **June 1, 2023**. (D.E. 40 at 2).

3. CNN seeks amendment of the above dates, as follows:

    a.    Expert Report Disclosure: **May 24, 2023**

    b.    Rebuttal Expert Report Disclosure: **June 9, 2023**

    c.    Expert Discovery Deadline: **June 23, 2023**

    d.    Dispositive Motions, *Daubert*, and *Markman* Motions Deadline: **July 15, 2023**

4. Amending discovery deadlines within a scheduling order is proper for good cause shown. Fed. R. Civ. P. 16(b)(4). Here, during the pendency of CNN's dispositive dismissal motions (D.E. 31, 46), and the filing of both Valerie Flynn's and Lori Flynn's Second Amended Complaints (D.E. 58, 65), the parties have diligently pursued written discovery relevant to these matters and have participated in numerous depositions of fact witnesses. The pleadings in this case are not yet closed, and CNN's deadline to respond to the complaints is May 5. (D.E. 67). Additionally, each parties' experts require more time to render their opinions. One of CNN's expert's is

experiencing a significant family emergency that renders her unable to complete her expert report by the deadline. One of Plaintiffs' experts requires more time due to his case load and travel schedule. Accordingly, each side is experiencing hardship in complying with the current deadline. Amending the above dates will provide sufficient time for this expert-related discovery and to prepare dispositive motions.

5. Moreover, modifying the above deadlines would not prejudice any party, as all other deadlines in the CMO would remain in effect, including the mediation and other pretrial deadlines.

WHEREFORE, CNN requests that the Court grant this motion by modifying the deadlines set forth above.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for CNN further certifies that counsel conferred with counsel for Plaintiffs by electronic mail on April 18 – 19, 2023, who advised that Plaintiffs do not oppose the relief requested herein.

Dated: April 19, 2023.

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: */s/ Sarah M. Papadelias*
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com

mminchin@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

*Admitted *Pro Hac Vice*

*Counsel for CNN*