## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>　　　　Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |

| | |
|---|---|
| LORI FLYNN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>　　　　Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER

Defendant Cable News Network, Inc. ("CNN") submits as supplemental authority the Amended Case Management Plan granting Defendant's Letter Motion for Extension of Time to Complete Discovery in the *Flynn et al. v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC (S.D.N.Y. Apr., 20, 2023) case, a copy of which is attached to this notice as Exhibit A. This Amended Case Management

Plan is pertinent to CNN's Unopposed Motion to Amend Case Management Order (D.E. 68) because CNN requested the same extensions of time to conduct expert discovery in the instant case as it did in the Southern District of New York case.

Dated: April 20, 2023.

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: /s/ Sarah M. Papadelias
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

*Admitted *Pro Hac Vice*

*Counsel for CNN*
