UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN and LESLIE A. FLYNN,

        Plaintiffs,

-v-

CABLE NEWS NETWORK, INC.,

        Defendant.

CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)

**AMENDED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' requested extension of the expert discovery schedule (ECF No. 133) is GRANTED, and the Court orders as follows:

1. By **Mary 24 2023**, the parties shall serve their expert disclosures.

2. By **June 9, 2023**, the parties shall serve their rebuttal expert disclosures.

3. By **June 23, 2023**, all discovery, including expert depositions, shall be completed.

4. By **June 30, 2023**, the parties shall file a joint letter certifying the completion of all discovery, and advising they request a settlement conference with the Court.

The Clerk of Court is respectfully directed to close ECF No. 133.

Dated:    New York, New York
           April 20, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**