UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
CASE NO: 8-22-CV-00343-MSS-SPF

| | |
|---|---|
| VALERIE FLYNN,<br><br>        Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>        Defendant. | **JURY TRIAL DEMANDED** |

**DEFENDANT CABLE NEWS NETWORK, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE SECOND AMENDED COMPLAINT**

Defendant Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby files its Answer and Affirmative Defenses to Plaintiff Valerie Flynn's ("Plaintiff") Second Amended Complaint (the "Complaint") using the same headings and paragraph numbers employed by Plaintiff. To the extent the Court requires a response to the first two, unnumbered paragraphs in the Complaint, CNN denies each and every allegation contained therein.

        **I.**        **STATEMENT OF MATERIAL FACTS**

**A.**    **QANON**

        1.      CNN respectfully refers this Court to the publications listed in Paragraph 1 and footnote 1, which speak for themselves. To the extent not expressly admitted, all allegations in Paragraph 1 and footnote 1 are denied.

2. CNN lacks information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 2 relating to how third-party media outlets have characterized QAnon and, therefore, denies same. CNN admits that it aired "Inside the QAnon Conspiracy" on January 31, 2021, and respectfully refers this Court to that program for its true content and meaning. To the extent not expressly admitted, all allegations in Paragraph 2 are denied.

3. Admitted.

4. Denied.

**B.   THE CNN REPORT**

5. CNN admits that it aired "CNN Goes Inside A Gathering Of QANON Followers" (the "Report") on February 4, 2021. To the extent that Paragraph 5 purports to characterize statements made during the Report, CNN respectfully refers the Court to the program for its true content and meaning. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. To the extent not expressly admitted, all allegations in Paragraph 5 are denied.

6. To the extent that Paragraph 6 purports to characterize statements made during the Report, CNN respectfully refers the Court to the program for its true content and meaning. CNN lacks information sufficient to form a belief as to the truth or falsity of the allegations in footnote 2 and, therefore, denies same. To the extent not expressly admitted, all allegations in Paragraph 6 are denied.

7. CNN admits that the Report contained a clip of a video (the "Video") posted to Twitter by Lieutenant General Michael T. Flynn ("General Flynn") and retweeted by his wife, Lori Flynn, and his brother Jack Flynn, on July 4, 2020, one frame of which was captured as a screenshot by Plaintiff's counsel and then embedded in Paragraph 7. All other allegations in Paragraph 7 are denied.

8. To the extent that Paragraph 8 purports to characterize the context or statements made by Plaintiff and/or during the Video, CNN respectfully refers the Court to the Video for its true content and meaning. CNN lacks information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 8 and footnote 3 and, therefore, denies same. To the extent not expressly admitted, all allegations in Paragraph 8 are denied.

9. To the extent that Paragraph 9 purports to characterize the context or statements made by Plaintiff during the Video, CNN admits that Plaintiff repeated the phrase "where we go one, we go all" and "God Bless America" after taking the Constitutional Oath of Office (the "Oath") and respectfully refers the Court to the Video for its true content and meaning. To the extent not expressly admitted, all allegations in Paragraph 9 are denied. CNN affirmatively alleges that the United States District Court for the District of Columbia described "where we go one, we go all" as a "slogan used by adherents of the QAnon conspiracy theory." *United States v. Languerand*, No. 21-CR-353 (JDB), 2021 WL 36747, at *3 (D.D.C. Aug. 19, 2021). CNN also affirmatively alleges that the Flynns took and filmed the Oath and posted it on the Internet with the hashtag #taketheoath, which was being widely used on social

3

media after the Q persona instructed his followers to say exactly the words Plaintiff and her family used in the Video.

10. To the extent Paragraph 10 purports to characterize a third-party news article and court order relating to criminal charges made against General Flynn, CNN respectfully refers the Court to that article and order for their true content and meaning. To the extent not expressly admitted, all allegations in Paragraph 10 and footnote 4 are denied. CNN affirmatively alleges that the United States District Court for the District of Columbia described "where we go one, we go all" as a "slogan used by adherents of the QAnon conspiracy theory." *Languerand*, 2021 WL 36747 at *3 and that the Flynns took, filmed and posted the Oath as part of the #taketheoath movement, popular among those who followed the persona known as Q.

11. CNN admits that the portion of the Video included in the Report does not include the words "God Bless America" or any purported celebration by Plaintiff and/or her family. CNN affirmatively alleges that the portion of the Video included in the Report does not include Plaintiff saying any words, that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. To the extent that Paragraph 11 purports to characterize the context or statements made by Plaintiff and/or her family during the Video, CNN respectfully refers the Court to the Video for its true content and meaning. To the extent not expressly admitted, all allegations in Paragraph 11 are denied.

12. CNN admits that the chyron remained on screen during the entirety of the Report. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. All other allegations in Paragraph 12 and all allegations in footnote 5 are denied.

13. CNN admits that it published the Report on YouTube and linked to the Report in a tweet, as shown in the screenshot in Paragraph 13, and respectfully refers the Court thereto for its true content and meaning. All other allegations in Paragraph 13 are denied.

14. Paragraph 14 contains legal conclusions that require no response. To the extent any response is required, all allegations in Paragraph 14 are denied.

15. CNN admits that the Report was first aired as part of the program "CNN Tonight," and subsequently on the program "Newsroom" on February 5, 2021 (when that program was hosted by CNN employee Brooke Baldwin), and on February 6, 2021(when that program was hosted by CNN employee Ana Cabrera). To the extent Paragraph 15 purports to characterize comments left on CNN's YouTube page, CNN respectfully refers the Court to that page for its true content and meaning. To the extent not expressly admitted, all allegations in Paragraph 15 are denied.

16. CNN denies that Plaintiff did not participate in a "#taketheoath movement" and affirmatively alleges that she did so. CNN lacks information

sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 16 and, therefore, denies same.

17. To the extent Paragraph 17 and footnote 6 purport to characterize Merriam-Webster's definition of the word "follower," CNN respectfully refers the Court to that definition for its true content and meaning. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. To the extent not expressly admitted, all allegations in Paragraph 17 and footnote 6 are denied.

18. Paragraph 18 contains legal conclusions that require no response. To the extent any response is required, all allegations in Paragraph 18 are denied.

19. CNN admits that the Report was published after January 6, 2021 and before the second impeachment trial of then-President Donald J. Trump. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. All other allegations in Paragraph 19 are denied.

20. CNN admits that Plaintiff purports to seek actual damages and punitive damages. All other allegations in Paragraph 20 are denied.

## II. PARTIES

21. CNN lacks information sufficient to form a belief as to the truth or falsity of the allegations relating to Plaintiff's citizenship, residence, and reputation and,

therefore, denies same. Paragraph 21 contains a legal conclusion as to Plaintiff's status as a private figure, which requires no response. To the extent any response is required, CNN denies same. As to other allegations in Paragraph 21 concerning actions by CNN, those are denied.

22. CNN admits that it is a Delaware corporation and that it is based and operates in Georgia. CNN also admits that it is a wholly owned, indirect subsidiary of Warner Bros. Discovery, Inc., a corporation existing pursuant to the laws of the State of Delaware. CNN also admits that it owns and operates numerous news platforms and services, including the website www.cnn.com and the network known as "CNN," that are accessible in Florida and around the world, and that the Report and social media posts at issue were published in Florida. CNN lacks information sufficient to form a belief as to the truth or falsity of the allegations regarding the number of persons in Florida who watch CNN, watched the Report, or read the social media posts at issue and, therefore, denies same. Paragraph 22 otherwise contains legal conclusions that require no response. To the extent any response is required, all remaining allegations in Paragraph 22 are denied.

### III.   JURISDICTION AND VENUE

23. Paragraph 23 contains legal conclusions that require no response. To the extent a response is required, CNN admits that Plaintiff purports to seek in excess of $75,000 in damages, which meets the amount-in-controversy requirement of 28 U.S.C. § 1332. All other allegations in Paragraph 25 are denied, including any allegation that Plaintiff has suffered any such damages.

24. Paragraph 24 contains legal conclusions that require no response. To the extent a response is required, all allegations in Paragraph 24 are denied.

25. CNN admits that it conducts business and is registered in Florida, that it maintains a registered agent in Plantation, Florida, and that it operates a bureau in Miami, Florida. CNN lacks information sufficient to form a belief as to the truth or falsity of allegations relating to Plaintiff's residence or the demographic composition of Florida and, on that basis, denies same. The remaining allegations in Paragraph 25 contain legal conclusions that require no response. To the extent a response is required, all remaining allegations in Paragraph 25 are denied.

## COUNT I – DEFAMATION *PER SE*

26. CNN restates and incorporates paragraphs 1-25 as if set forth fully herein.

27. CNN admits that, on February 26, 2021, it aired a program titled "The Cult of QAnon" that was hosted by Anderson Cooper. To the extent that Paragraph 27 purports to characterize statements made during that program, CNN respectfully refers the Court to the program for its true content and meaning. To the extent not expressly admitted, all allegations in Paragraph 27 are denied.

28. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. All other allegations in Paragraph 28 are denied.

29. Denied.

30. All allegations in Paragraph 30 and footnote 7 concerning actions by CNN are denied. Paragraph 30 and footnote 7 otherwise contain legal conclusions that require no response. To the extent any response is required, all remaining allegations in Paragraph 30 and footnote 7 are denied.

31. Paragraph 31 contains legal conclusions that require no response. To the extent any response is required, all allegations in Paragraph 31 are denied.

32. All allegations in Paragraph 32 concerning actions by CNN are denied. Paragraph 32 otherwise contains legal conclusions that require no response. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. To the extent any response is required, all remaining allegations in Paragraph 32 are denied.

33. Denied.

34. Denied.

35. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. All other allegations in Paragraph 35 are denied.

36. Denied.

   a. Denied.

b. CNN respectfully refers the Court to the third-party news article and social media post listed in Paragraph 36.b, which speak for themselves. To the extent not expressly admitted, all allegations in Paragraph 36.b are denied.

c. All allegations in Paragraph 36.c concerning actions by CNN are denied. Paragraph 36.c otherwise contains legal conclusions that require no response. To the extent any response is required, all remaining allegations in Paragraph 36.c are denied.

d. Denied.

e. Denied.

f. CNN affirmatively alleges that neither CNN nor O'Sullivan deleted or discarded their notes related to the Report. All other allegations in Paragraph 36.d concerning actions by CNN are denied.

g. Denied.

37. All allegations in Paragraph 37 concerning actions by CNN are denied. Paragraph 37 otherwise contains legal conclusions that require no response. To the extent any response is required, all remaining allegations in Paragraph 37 are denied.

### COUNT II – DEFAMATION BY IMPLICATION

38. CNN restates and incorporates paragraphs 1-25 as if set forth fully herein.

39. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. All other allegations in Paragraph 39 are denied.

40. CNN admits that a portion of the Video that was not included in the Report shows Plaintiff speaking the words "where we go one, we go all" with her hand raised and that her family filmed the Video of them saying those words as part of the #taketheoath social media trend. CNN affirmatively alleges that the Report's chyron reads "CNN Goes Inside A Gathering Of QANON Followers" and refers to a gathering of QAnon followers in Arizona, not to Plaintiff or her family, and that it did not call Plaintiff a QAnon follower. All other allegations in Paragraph 40 concerning actions by CNN are denied. Paragraph 40 otherwise contains legal conclusions that require no response. To the extent any response is required, all remaining allegations in Paragraph 40 are denied.

41. Denied.

42. Denied.

43. Denied.

## PRAYER FOR RELIEF

CNN denies that Plaintiff has suffered any damages or is entitled to the relief sought.

## CNN'S AFFIRMATIVE AND OTHER DEFENSES

Further responding to the Second Amended Complaint, CNN asserts the following affirmative and other defenses. By alleging these affirmative and other defenses, CNN does not in any way concede that it bears the burden of proof or persuasion on any of these issues. CNN reserves the right to supplement, amend, or

modify these affirmative and other defenses, as appropriate, based on information obtained during the course of this litigation.

## FIRST DEFENSE

1. Plaintiff's causes of action are barred because the statements about which Plaintiff complains are privileged and protected by the First Amendment to the United States Constitution and Article 1, Section 4 of the Florida Constitution, and common law.

## SECOND DEFENSE

2. Plaintiff's causes of action are barred because the statements about which Plaintiff complains are either true or substantially true, and thus, cannot be the basis of a defamation action. In the four seconds leading into and showing Plaintiff's image on the screen, the Report states, in relevant part, "'Where We Go One We Go All' is an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn." The Report then shows a one-second clip of Plaintiff and her family with their hands up taking an oath, but only General Flynn is heard saying "where we go one we go all." These allegations are substantially true. *See, e.g.*, Jerry Dunleavy, Michael Flynn recites oath of office using slogan associated with QAnon, Wash. Examiner (July 5, 2020 07:01 PM), https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon; Matthew Rosenberg, Michael Flynn Re-emerges Pushing QAnon, Stolen 2020 Election Lies (Feb. 6, 2021), N.Y. Times,

https://www.nytimes.com/2021/02/06/us/politics/michael-flynn-qanon.html. In addition, Plaintiff undertook certain actions that are connected with QAnon.

**THIRD DEFENSE**

3. Plaintiff's causes of action are barred, in whole or in part, because the publication about which Plaintiff complains constitutes a statement of opinion, statements that cannot demonstrably be proven true or false, statements that characterize disclosed facts, and/or rhetorical hyperbole.

**FOURTH DEFENSE**

4. Plaintiff's causes of action are barred, in whole or in part, because the publication about which Plaintiff complains, when considered in its entirety as required by applicable law, are not reasonably capable of the false and defamatory interpretation and effect set forth by Plaintiff and did not defame Plaintiff.

**FIFTH DEFENSE**

5. Plaintiff's causes of action are barred, in whole or in part, because the statements about which Plaintiff complains did not defame Plaintiff. Moreover, Plaintiff, individually or via family members, first published the statements as reported by CNN in the Report on July 4, 2020. In the four seconds leading into and showing Plaintiff's image on the screen, the Report states, in relevant part, "'Where We Go One We Go All' is an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn." The Report then shows a one-second clip of Plaintiff and her family with their hands up taking an oath, but only General Flynn is heard saying "where we go one we go all." *See, e.g.*, Dunleavy, *supra* at 11; Rosenberg, *supra*

at 11-12. In a portion of the Video omitted from the Report, Plaintiff repeated the phrase "where we go one, we go all" and "God Bless America" after taking the Oath. These allegations are substantially true and not defamatory.

### SIXTH DEFENSE

6.      Plaintiff's causes of action are barred, in whole or in part, because the alleged implications do not arise from the Report by juxtaposition or omission. Moreover, CNN did not convey the alleged implications or inferences Plaintiff asserts or intend to convey any alleged implication or inference with the requisite degree of fault required to support a defamation by implication claim. In the four seconds leading into and showing Plaintiff's image on the screen, the Report states, in relevant part, "'Where We Go One We Go All' is an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn."  The Report then shows a one-second clip of Plaintiff and her family with their hands up taking an oath, but only General Flynn is heard saying "where we go one we go all."  These allegations are substantially true. *See, e.g.*, Dunleavy, *supra* at 11; Rosenberg, *supra* at 11-12.

Donie O'Sullivan, who assembled the Report, testified not only that he did not intend to convey the alleged defamatory implication that Plaintiff was a QAnon follower, but also that he did not believe the Report had such an implication.

### SEVENTH DEFENSE

7.      Plaintiff's causes of action are barred, in whole or in part, because the allegedly defamatory statements and implications are not "of and concerning" Plaintiff.  In the four seconds leading into and showing Plaintiff's image on the screen,

the Report states, in relevant part, "'Where We Go One We Go All' is an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn." The Report then shows a one-second clip of Plaintiff and her family with their hands up taking an oath, but only General Flynn is heard saying "where we go one we go all." The Report makes no allegations whatsoever about Plaintiff.

### EIGHTH DEFENSE

8. Plaintiff's causes of action are barred, in whole or in part, because Plaintiff cannot sustain her burden of proving that the statements at issue were made with the requisite degree of fault required to support the alleged causes of action. In the four seconds leading into and showing Plaintiff's image on the screen, the Report states, in relevant part, "'Where We Go One We Go All' is an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn." The Report then shows a one-second clip of Plaintiff and her family with their hands up taking an oath, but only General Flynn is heard saying "where we go one we go all." These allegations are substantially true. *See, e.g.*, Dunleavy, *supra* at 11; Rosenberg, *supra* at 11-12.

Donie O'Sullivan, who assembled the Report, testified not only that he did not intend to convey the alleged defamatory implication that Plaintiff was a QAnon follower, but also that he did not believe the Report had such an implication.

### NINTH DEFENSE

9. Plaintiff's causes of action are barred, in whole or in part, because CNN did not intend to publish/author the publication with actual (constitutional) or ill will

15

(express) malice. In the four seconds leading into and showing Plaintiff's image on the screen, the Report states, in relevant part, "'Where We Go One We Go All' is an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn." The Report then shows a one-second clip of Plaintiff and her family with their hands up taking an oath, but only General Flynn is heard saying "where we go one we go all." These allegations are substantially true. *See, e.g.*, Dunleavy, *supra* at 11; Rosenberg, *supra* at 11-12. In addition, the Report makes no allegations whatsoever about Plaintiff.

Donie O'Sullivan, who assembled the Report, testified not only that he did not intend to convey the alleged defamatory implication that Plaintiff was a QAnon follower, but also that he did not believe the Report had such an implication.

### TENTH DEFENSE

10. Plaintiff's causes of action are barred, in whole or in part, because CNN was not negligent when it published/authored the Report. In the four seconds leading into and showing Plaintiff's image on the screen, the Report states, in relevant part, "'Where We Go One We Go All' is an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn." The Report then shows a one-second clip of Plaintiff and her family with their hands up taking an oath, but only General Flynn is heard saying "where we go one we go all." These allegations are substantially true. *See, e.g.*, Dunleavy, *supra* at 11; Rosenberg, *supra* at 11-12. In addition, the Report makes no allegations whatsoever about Plaintiff.

Donie O'Sullivan, who assembled the Report, testified not only that he did not intend to convey the alleged defamatory implication that Plaintiff was a QAnon follower, but also that he did not believe the Report had such an implication. No one at CNN who worked on the Report departed from the requisite standard of care.

## ELEVENTH DEFENSE

11. Plaintiff's causes of action are barred, in whole or in part, because Plaintiff has not suffered any actual harm or damages proximately caused by the Report, including special damages, and any claimed damages are vague, uncertain, imaginary, and speculative. Plaintiff and her family were associated with QAnon by her own actions before the publication of the Report. *See, e.g.*, Dunleavy, *supra* at 11; Rosenberg*, supra* at 11-12.

## TWELFTH DEFENSE

12. Plaintiff's causes of action are barred, in whole or in part, because Plaintiff has suffered no reputational harm proximately caused by the Report. Plaintiff and her family were associated with QAnon by her own actions before the publication of the Report. *See, e.g.*, Dunleavy, *supra* at 11; Rosenberg*, supra* at 11-12.

## THIRTEENTH DEFENSE

13. Plaintiff's causes of action are barred, in whole or in part, because any loss or damage she has suffered was legally caused by the Plaintiff or third parties over whom CNN has no authority or control. In particular, General Flynn first published

the video of Plaintiff speaking the oath of office and the phrase "where we go one we go all" and that video first associated Plaintiff with QAnon.

## FOURTEENTH DEFENSE

14. Plaintiff's causes of action are barred, in whole or in part, by her failure to mitigate and/or prevent the damages about which she complains, and any recovery should be reduced in direct proportion to such failure. In particular, Plaintiff has undertaken no action to remove the video of the July 4, 2020 oath from the Internet.

## FIFTEENTH DEFENSE

15. Plaintiff's claim for punitive damages is barred because it would violate CNN's right to procedural and substantive due process under the Fifth and Fourteenth Amendments to the United States Constitution because, among other things, the alleged conduct here is not sufficiently reprehensible to warrant any punitive damages recovery.

CNN reserves the right to assert additional affirmative defenses as they may become apparent or available.

WHEREFORE, CNN prays for judgment as follows:

1. That Plaintiff be denied any requested relief in this action;

2. For dismissal of Plaintiff's Second Amended Complaint with prejudice;

3. That judgment on Plaintiff's claims be entered in favor of CNN and that CNN recover its reasonable costs and disbursements;

4. For such other and further relied as the Court may deem just and proper.

Respectfully submitted,

| SHULLMAN FUGATE PLLC<br><br>By: */s/ Deanna K. Shullman*<br>Deanna K. Shullman (FBN 514462)<br>Minch Minchin (FBN 1015950)<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br><br>dshullman@shullmanfugate.com<br>mminchin@shullmanfugate.com | DAVIS WRIGHT TREMAINE LLP<br><br>Katherine M. Bolger<br>Meenakshi Krishnan<br>Sam F. Cate-Gumpert<br>Lindsey B. Cherner<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br>lindseycherner@dwt.com<br><br>*Counsel for CNN* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Deanna K. Shullman*
Deanna K. Shullman