UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN, <br><br> Plaintiff, <br><br> vs. <br><br> CABLE NEWS NETWORK, INC. <br><br> Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN, <br><br> Plaintiff, <br><br> vs. <br><br> CABLE NEWS NETWORK, INC. <br><br> Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**DEFENDANT CABLE NEWS NETWORK, INC.'S
UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Court's Case Management and Scheduling Order (D.E. 40; the "CMO"), Defendant Cable News Network, Inc. ("CNN") hereby moves to amend three dates within the CMO, as set forth below. In support thereof, CNN states as follows:

1.  The CMO was previously amended, in relevant part, regarding the

following three deadlines:

    a.    Expert Report Disclosure: **May 24, 2023**

    b.    Rebuttal Expert Report Disclosure: **June 9, 2023**

    c.    Expert Discovery Deadline: **June 23, 2023**

(D.E. 70).

2. CNN seeks amendment of the above dates, as follows:

    a.    Expert Report Disclosure: **June 5, 2023**

    b.    Rebuttal Expert Report Disclosure: **June 20, 2023**

    c.    Expert Discovery Deadline: **July 7, 2023**

3. Amending discovery deadlines within a scheduling order is proper for good cause shown. Fed. R. Civ. P. 16(b)(4). Plaintiffs' counsel requested the proposed above dates to extend the expert discovery deadlines in the related Southern District of New York case *Flynn et al. v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC (S.D.N.Y.), citing unexpected circumstances which caused Plaintiffs' expert to require more time to serve their expert report. Magistrate Judge Sarah L. Cave granted Plaintiffs' request for extension of these deadlines on May 12, 2023. The resulting Amended Case Management Plan for that case is attached hereto as **Exhibit A**. CNN requests that the expert discovery deadlines in the two Florida matters be conformed to those in the Southern District of New York case, as the parties are using the same experts in all three cases.

4. Moreover, modifying the above deadlines would not prejudice any party, as all other deadlines in the CMO would remain in effect, including the mediation and other pretrial deadlines.

WHEREFORE, CNN requests that the Court grant this motion by modifying the deadlines set forth above.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for CNN further certifies that counsel conferred with counsel for Plaintiffs by electronic mail on May 16, 2023, who advised that Plaintiffs do not oppose the relief requested herein.

Dated: May 17, 2023.

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: /s/ *Sarah M. Papadelias*
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230

katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

*Admitted *Pro Hac Vice*

*Counsel for CNN*