UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN and LESLIE A. FLYNN,

                        Plaintiffs,

-v-

CABLE NEWS NETWORK, INC.,

                        Defendant.

CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)

**AMENDED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' request for an extension of expert discovery deadlines (ECF No. 135) and Defendant's response (ECF No. 137). Plaintiffs' request is GRANTED, and the Court orders as follows:

1. By **June 5, 2023**, the parties shall serve their expert disclosures.

2. By **June 20, 2023**, the parties shall serve their rebuttal expert disclosures.

3. By **July 7, 2023**, all discovery, including expert depositions, shall be completed.

4. By **July 14, 2023**, the parties shall file a joint letter certifying the completion of all discovery, and advising whether they request a settlement conference with the Court.

The Clerk of Court is respectfully directed to close ECF No. 135.

Dated:      New York, New York
              May 12, 2023

                                              SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Exhibit A