UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>      Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>      Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>      Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>      Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

### DEFENDANT CABLE NEWS NETWORK, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION AND REPLY IN EXCESS OF PAGE LIMITATION

Pursuant to Local Rule 3.01(a), Defendant Cable News Network, Inc. ("CNN") respectfully moves for leave to file a 40-page summary judgment motion and incorporated memorandum of law on or before July 15, 2023. (D.E. 70). This brief would exceed by 15 pages what is permitted pursuant to Local Rule 3.01(a). Plaintiff Valerie Flynn does not oppose this application, provided this Court grant her

permission to file a 40-page opposition to the summary judgment motion. Good cause exists for granting CNN's request.

1. Plaintiff brings claims against CNN for defamation per se and defamation by implication arising out of an allegedly defamatory news report. Plaintiff seeks compensatory and punitive damages totaling $100,000,000.

2. In accordance with Federal Rule 56, CNN will be moving for summary judgment by the dispositive motion deadline, which is July 15, 2023. Given the extensive factual background, the broad claims for relief, and multiple significant issues of constitutional law to address, CNN cannot present its arguments within the page limits allowed by Local Rule 3.01(a).

3. The additional pages requested by CNN will allow it to move for summary judgment and reply in an organized, clear, and efficient matter. The additional pages will materially assist the Court in considering its position. The Court has broad discretion to grant this request. *See Whitehead By and Through Whitehead v. Sch. Bd. for Hillsborough Cnty., Fla.*, 932 F. Supp. 1396, 1398 (M.D. Fla. 1996).

4. In addition, in the undersigned's discussions with Plaintiff's counsel about this page extension, he requested a similar extension of pages in which to make his arguments.

5. Considering the foregoing, CNN believes that good cause exists for filing a motion for summary judgment which exceeds the page limitations in Rule 3.01(a), and that Plaintiff will not be prejudiced thereby because she will get a similar page extension.

WHEREFORE, CNN respectfully requests that the Court grant this motion and permit CNN to file a 40-page summary judgment motion as to Plaintiff Valerie Flynn on or before July 15, 2023, and permit Plaintiff to file a 40-page opposition to that summary judgment motion.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for CNN further certifies that counsel conferred with counsel for Plaintiffs by electronic mail on June 20, 2023, who advised that Plaintiff does not oppose the relief requested herein provided that CNN agrees to Plaintiff's request for a 40-page response to Defendant's Motion for Summary Judgment.

Dated: June 21, 2023.

Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Sarah M. Papadelias<br>Deanna K. Shullman<br>Florida Bar No. 514462<br>Sarah M. Papadelias<br>Florida Bar No. 0125098<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>spapadelias@shullmanfugate.com | Katherine M. Bolger*<br>Meenakshi Krishnan*<br>Sam F. Cate-Gumpert*<br>Lindsey B. Cherner*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>samcategumpert@dwt.com<br>lindseycherner@dwt.com<br><br>*Admitted *Pro Hac Vice*<br><br>*Counsel for CNN* |