UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**JOINT MOTION TO FILE MOTIONS AND EXHIBITS
IN SUPPORT OF OR IN RESPONSE TO MOTIONS FOR
SUMMARY JUDGMENT / DAUBERT MOTIONS UNDER SEAL**

Plaintiffs VALERIE FLYNN, LORI FLYNN, and Defendant CABLE NEWS NETWORK, INC. ("CNN") (collectively the "Parties"), by and through their undersigned counsel and pursuant to Local Rule 1.11, hereby respectfully request that the Court enter an Order allowing the parties to file their Motions for Summary Judgment, *Daubert* Motions, Responses, and Replies under seal. In support of this

1

Motion, the Parties state as follows:

1. Pursuant to the Scheduling Order (D.E. 40) and subsequent amendments, dispositive motions and *Daubert* motions are currently due on July 15, 2023 (D.E. 70). The Parties' Motions for Summary Judgment, *Daubert* Motions, Responses, and Replies contain information designated as Confidential or Highly Confidential under the Court's Confidentiality and Protective Order ("Protective Order") (D.E. 43).

2. The Protective Order provides in pertinent part that the Parties shall follow the Court's procedures to request filing Confidential or Highly Confidential materials under seal (D.E. 43 ¶12).

3. So that the Parties may timely comply with the Court's deadlines, the Parties request that they be permitted to file their Motions for Summary Judgment, *Daubert* Motions, Responses, and Replies <u>under seal</u>. The Parties will publicly file redacted versions of such materials within 60 days of filing under seal.

4. The Parties anticipate removing the confidentiality designation on the vast majority of the information on which they seek to rely in the relevant papers, but some of the transcripts and testimony contain Confidential or Highly Confidential materials that would need to be redacted at filing. Given the volume of information to be filed, this is a time-consuming task.

5. The Parties are mindful of the general policy favoring open and public viewing of court records as provided in Local Rule 1.11. *See also Romero v. Drummond Company, Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). However, the public's right of

access to judicial records may be overcome by a showing of good cause by the party seeking protection. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F. 3d 1304, 1313 (11th Cir. 2001). Good cause "generally signifies a sound basis or legitimate need to take judicial action." *In re Alexander Grant & Co., Litig.*, 820 F.2d 352, 355 (11th Cir. 1987). If good cause is shown, the Court must then balance the interest in obtaining access to the information against the interest in keeping the information confidential. *Chicago Tribune Co.*, 263 F.3d at 1313. In balancing these interests, courts consider several factors, including: (1) whether allowing access would impair court functions or harm legitimate privacy interests, (2) the degree and likelihood of injury if made public, (3) the reliability of the information, (4) whether there will be an opportunity to respond to the information, (5) whether the information concerns public officials or public concerns, and (6) the availability of a less onerous alternative to sealing the documents. *Romero*, 480 F.3d at 1246.

6.     Here, there is good cause for the temporary delay in unsealing. *See NXP B.V. v. Research in Motion, Ltd.*, 2013 WL 4402833, *2 (M.D. Fla. August 15, 2013) (joint motion by the parties to seal documents granted because allowing public access could violate a party's and non-party's legitimate and private interests). Defendant has designated certain newsgathering materials as Confidential, which would otherwise be privileged under Section 90.5015, *Florida Statutes*, and the common law of Florida. Although Defendant anticipates removing the vast majority of the designations in 60 days, Defendant requires extra time to be sure it is not inadvertently revealing privileged information. Plaintiffs have also designated a large portion of their

3

production as Confidential because their documents contain private information.

7. The Parties submit that good cause exists to file under seal their Motions for Summary Judgment, *Daubert* Motions, Responses and Replies to the extent such motions and filings contain Confidential and Highly Confidential material with the understanding that within 60 days of the filing, the Parties will publicly file the redacted materials.

WHEREFORE, VALERIE FLYNN, LORI FLYNN, and CABLE NEWS NETWORK request that the Court enter an order permitting the Parties to file their Motions for Summary Judgment, *Daubert* Motions, Responses, and Replies under seal, as well as publicly file redacted versions of such materials within 60 days of such filings, and grant any additional relief as is just, equitable and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for CNN certifies that counsel conferred with counsel for Plaintiffs on July 3-7, 2023. Plaintiffs agree with the relief requested herein as a Joint Motion. Counsel for CNN has been authorized to affix the signature of counsel for Plaintiff below.

Dated: July 7, 2023.

Respectfully Submitted,

| | |
|---|---|
| */s/ Deanna K. Shullman* | */s/ Steven S. Biss* |
| Deanna K. Shullman | Steven S. Biss* |
| Florida Bar No. 514462 | 300 West Main Street, Ste. 102 |
| Sarah M. Papadelias | Charlottesville, Virginia 22903 |
| Florida Bar No. 0125098 | Telephone: (804) 501-8272 |
| Shullman Fugate PLLC | stevenbiss@earthlink.net |

2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com
*Admitted *Pro Hac Vice*

*Counsel for CNN*

*Admitted *Pro Hac Vice*

Jason R. Kobal
Florida Bar No. 0542253
Kobal Law, P.A.
12169 W. Linebaugh Ave.
Tampa, Florida 33626
Telephone: (813) 873-2440
koballaw@yahoo.com

*Counsel for Plaintiffs Valerie & Lori Flynn*