UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>　　　　　Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>　　　　　Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**DEFENDANT CABLE NEWS NETWORK, INC.'S
UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Court's Case Management and Scheduling Order (D.E. 40; the "CMO"), Defendant Cable News Network, Inc. ("CNN") hereby moves to amend the deadline for Dispositive and *Daubert* Motions. In support thereof, CNN states as follows:

1. The CMO was previously amended, in relevant part, regarding the

deadline for Dispositive Motions, *Daubert* Motions, and *Markman* Motions through and until July 15, 2023 (D.E. 70).

2. CNN seeks a nine-day extension of the deadline in which to file Dispositive Motions, *Daubert* Motions, and *Markman* Motions[1] through and until **July 24, 2023**.

3. Amending discovery deadlines within a scheduling order is proper for good cause shown. Fed. R. Civ. P. 16(b)(4). Here, the parties are currently litigating some outstanding discovery disputes in the companion case in the Southern District of New York. Plaintiffs in that matter produced documents as recently as July 6, 2023, about which Defendant is in the process of conferring with Plaintiffs' counsel. This dispute, and potential one other, will likely be heard by the Court in the Southern District of New York in the coming days. Additionally, despite their diligence, the parties do not yet have the deposition transcript of Plaintiffs' expert, which is necessary for Defendant to prepare a *Daubert* Motion. The transcript is expected from the court reporter next week. Amending the above date will provide sufficient time to resolve the discovery disputes and prepare the dispositive and *Daubert* motions.

4. Moreover, modifying the above deadline would not prejudice any party, as all other deadlines in the CMO would remain in effect, including the mediation and other pretrial deadlines and trial.

WHEREFORE, CNN requests that the Court grant this motion by modifying

---

[1] As a practical matter, *Markman* motions are not applicable to this case.

the deadline set forth above.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for CNN further certifies that counsel conferred with counsel for Plaintiffs by electronic mail on July 7, 2023, who advised that Plaintiffs do not oppose the relief requested herein.

Dated: July 7, 2023.

        Respectfully submitted,

        SHULLMAN FUGATE PLLC

        By: **/s/ Deanna K. Shullman**
        Deanna K. Shullman
        Florida Bar No. 514462
        Sarah M. Papadelias, Esq.
        Florida Bar No. 0125098
        2101 Vista Parkway, Ste. 4006
        West Palm Beach, Florida 33411
        Telephone: (561) 429-3619
        dshullman@shullmanfugate.com
        spapadelias@shullmanfugate.com

        DAVIS WRIGHT TREMAINE LLP
        Katherine M. Bolger*
        Meenakshi Krishnan*
        Sam F. Cate-Gumpert*
        Lindsey B. Cherner*
        1251 Avenue of the Americas
        New York, New York 1002
        Telephone: (212) 489-8230
        katebolger@dwt.com
        meenakshikrishnan@dwt.com
        samcategumpert@dwt.com
        lindseycherner@dwt.com

        *Admitted *Pro Hac Vice*

        *Counsel for CNN*