## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

VALERIE FLYNN,                          )
                                        )
                    Plaintiff,          )
                                        )     **CASE NO: 8:22-CV-343-MSS-SPF**
         vs.                            )
                                        )
CABLE NEWS NETWORK, INC.                )
                                        )
                    Defendant.          )
                                        )
                                        )
_____        )


LORI FLYNN,                             )
                                        )
                    Plaintiff,          )
                                        )     **CASE NO: 8:22-CV-00512-MSS-AEP**
         vs.                            )
                                        )
CABLE NEWS NETWORK, INC.                )
                                        )
                    Defendant.          )
                                        )
                                        )
_____        )


## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AUDIOVISUAL AND OTHER EXHIBITS CONVENTIONALLY

Defendant Cable News Network Inc. ("CNN") hereby seeks leave of court to file conventionally by delivery to the Clerk of Court, a copy of a book and a thumb drive comprised of audiovisual material in support of CNN's forthcoming motions for

summary judgment and *Daubert* motions. In support thereof, CNN states as follows:

1.      This is a defamation action in which Plaintiffs each allege they have been damaged by allegedly defamatory material published in a report telecast by CNN entitled "CNN Goes Inside A Gathering of QAnon Followers" ("the Report"). (Dkt. 58, 65).

2.      These actions have been consolidated for pretrial purposes. (Dkt. 45).

3.      CNN intends to file a dispositive motion for summary judgment as to each Plaintiff and a *Daubert* motion, each requiring the attachment as exhibits certain materials that cannot be electronically filed. Specifically, CNN intends to attach certain audiovisual clips produced in discovery in this case ("Discovery Videos").[1] CNN also seeks to attach as an exhibit a book authored by Plaintiffs' expert Dr. Sophia Moskalenko, *Pastels and Pedophiles: Inside the Mind of QAnon* ("the Book").

4.      These Discovery Videos and Book, however, cannot be electronically filed because the Court's CM/ECF system does not permit filings to be submitted in the form of thumb drives and books without prior court approval.

5.      Given the nature of the exhibits, the CM/ECF procedures, and Federal Rule of Civil Procedure 5(d)(2), CNN seeks leave to conventionally file the Book and a  thumb drive of the Discovery Videos with the Clerk of Court.

---

[1] Two of the Discovery Videos are on file with the Court. Specifically, CNN previously conventionally filed its report entitled "CNN Goes Inside A Gathering of QAnon Followers" and the underlying video clip used in the report. (Dkt. 26).  However, these documents have since been produced in more complete, higher quality form in discovery and have been authenticated in depositions in this case. Accordingly, CNN seeks leave to file better copies of these items, which the Court previously granted leave to conventionally file. (Dkt. 23).

6.     The Court has previously granted leave to CNN to file conventionally when warranted in this case. (Dkt. 23).

WHEREFORE, CNN requests this Court grant leave to conventionally file the Book and a thumb drive containing the audiovisual material in support of its upcoming pretrial motions.

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel for CNN certifies that she conferred with counsel for Plaintiff by email on July 11-13, 2023 and was advised that Plaintiff does not oppose this Motion.

Dated: July 13, 2023.

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: */s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
1251 Avenue of the Americas
New York, New York 1002

Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

\*Admitted *Pro Hac Vice*

*Counsel for CNN*