AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Valerie Flynn and Lori Flynn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:22-cv-00343 |
| Cable News Network, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Valerie Flynn and Lori Flynn                                                                                                        .

Date:   09/12/2023                                                /s/ Shawn Flynn
                                                                    *Attorney's signature*

                                                           Shawn Flynn, Fla Bar No 1040911
                                                            *Printed name and bar number*

                                                              Binnall Law Group, PLLC
                                                              717 King Street, Suite 200
                                                             Alexandria, Virginia 22314

                                                                         *Address*

                                                                 shawn@binnall.com
                                                                    *E-mail address*

                                                                    (703) 888-1943
                                                                  *Telephone number*

                                                                    (703) 888-1930
                                                                      *FAX number*