AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| Valerie Flynn and Lori Flynn | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:22-cv-00343 |
| Cable News Network, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Valerie Flynn and Lori Flynn.

Date: 09/12/2023

/s/ Jared J. Roberts
*Attorney's signature*

Jared J. Roberts, Fla Bar No 1036550
*Printed name and bar number*

Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
*Address*

jared@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*