UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**JOINT NOTICE OF MEDIATION DATE
AND MOTION TO ATTEND MEDIATION VIRTUALLY**

Plaintiffs VALERIE FLYNN, LORI FLYNN, and Defendant CABLE NEWS NETWORK, INC. ("CNN") (collectively the "Parties"), by and through their undersigned counsel and pursuant to Local Rules 4.01 and 4.03, hereby notify the Court of the mediation date and respectfully request that the Court enter an Order allowing the Parties appear virtually at mediation. In support of this Motion, the

1

Parties state as follows:

1. This Court entered an Amended Case Management and Scheduling Order on September 8, 2023 (Dkt. 85), directing the Parties to conduct mediation before December 1, 2023.[1] The Order further directed the Parties to reserve a mediation date and file a Notice of Mediation Date on or before September 29, 2023. *Id*.

2. On the same date, the Court entered an Order directing the Parties to file a Notice indicating whether mediation has occurred. (Dkt. 86). Mediation has not occurred in this case.

3. The Parties hereby notify the Court that they have agreed on a mediation date of November 30, 2023.

4. The Parties request the Court's permission to attend mediation virtually. As the Court is aware, Plaintiffs have recently designated new lead counsel in this matter, who is currently obtaining prior counsel's files, preparing dispositive motions, and otherwise getting up to speed on the case.

5. Requiring in-person attendance at mediation would constitute a hardship due to the current circumstances of the case.

6. Further, attending mediation in person would require most of the participants to travel to Florida. Lead counsel for CNN is located in New York, and Plaintiffs' counsel is located in Virginia. Virtual mediation is the most efficient option,

---

[1] The mediator, Lawrence Watson, Jr., has previously been agreed to by the parties.

given the location of the Parties.

7. Therefore, the Parties jointly request the Court's permission to conduct mediation virtually. This request is not interposed for purposes of delay or other improper purpose. The Parties each agree that mediation can effectively be accomplished in a virtual format, agree to conduct mediation before the currently scheduled deadline, and will otherwise adhere to the Court's orders and applicable rules regarding mediation.

WHEREFORE, VALERIE FLYNN, LORI FLYNN, and CABLE NEWS NETWORK request that the Court enter an order allowing the Parties to appear virtually at mediation and grant any additional relief as is just, equitable and proper.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for CNN certifies that counsel conferred with counsel for Plaintiffs on September 27, 2023. Plaintiffs agree with the relief requested herein as a Joint Motion. Counsel for CNN has been authorized to affix the signature of counsel for Plaintiff below.

Dated: September 29, 2023.

Respectfully Submitted,

| | |
|---|---|
| */s/ Deanna K. Shullman* | */s/ Shawn Flynn* |

Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias
Florida Bar No. 0125098
Shullman Fugate PLLC
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com
*Admitted *Pro Hac Vice*

*Counsel for CNN*

Jared J. Roberts
Florida Bar No. 1036550
Shawn Flynn
Fla. Bar No. 1040911
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
jared@binnall.com
shawn@binnall.com

Jason R. Kobal
Florida Bar No. 0542253
Kobal Law, P.A.
12169 W. Linebaugh Ave.
Tampa, Florida 33626
Telephone: (813) 873-2440
koballaw@yahoo.com

*Counsel for Plaintiffs Valerie & Lori Flynn*

4