## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

VALERIE FLYNN,            )

                Plaintiff,    )

                      )   **CASE NO: 8:22-CV-343-MSS-SPF**

     vs.                 )

                      )

CABLE NEWS NETWORK, INC.   )

              Defendant.   )

_____)

LORI FLYNN,              )

                Plaintiff,    )

                      )   **CASE NO: 8:22-CV-00512-MSS-AEP**

     vs.                 )

CABLE NEWS NETWORK, INC.   )

              Defendant.   )

_____)

## DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF CNN'S MOTIONS FOR SUMMARY JUDGMENT

I, Katherine M. Bolger, declare as follows:

1.     I am a partner at Davis Wright Tremaine LLP, counsel to Defendant Cable News Network, Inc. ("CNN"), which owns and operates numerous news platforms, including the television network CNN and the website CNN.com.

2.     I make this declaration in order to annex exhibits relied upon in CNN's Motions for Summary Judgment in the above-captioned cases.

3.      Annexed hereto as **Exhibit 1** is a true and correct copy of the CNN Tonight report "Watch CNN Go Inside a Gathering of QAnon Followers" (the "Report"), which originally aired on February 4, 2021 and is at issue in this lawsuit, and produced by CNN in these consolidated Actions[1] with the Bates stamp CNN002006, to be conventionally filed with this Court.

4.      Annexed hereto as **Exhibit 2** is a true and correct copy of the video posted by user @GenFlynn on Twitter on July 4, 2020 ("Oath Video"), and produced in discovery by third party Sidney Powell in these consolidated Actions with the Bates stamp FLYNN0000135, to be conventionally filed with this Court.

5.      Annexed hereto as **Exhibit 3** is a true and correct copy of the Declaration of Donie O'Sullivan, sworn to on July 12, 2023, in *Lori Flynn v. CNN*, No. 8:22-CV-00512-MSS-AEP (M.D. Fla.).

6.      Annexed hereto as **Exhibit 4** is a true and correct copy of the Declaration of Donie O'Sullivan, sworn to on July 12, 2023, in *Valerie Flynn v. CNN*, No. 8:22-CV-00343-MSS-SPF (M.D. Fla.).

7.      Annexed hereto as **Exhibit 5** is a true and correct copy of the Declaration of Fuzz Hogan, sworn to on July 6, 2023, in *Lori Flynn v. CNN*, No. 8:22-CV-00512-MSS-AEP (M.D. Fla.).

---

[1] Consolidated Actions as defined herein includes both MDFL Actions. For purposes of discovery, the parties also agreed that discovery would include the SDNY Action, *John and Leslie Flynn v. CNN*, No. 1:21-cv-02587-AS-SLC (S.D.N.Y.).

8.      Annexed hereto as **Exhibit 6** is a true and correct copy of the Declaration of Fuzz Hogan, sworn to on July 6, 2023, in *Valerie Flynn v. CNN*, No. 8:22-CV-00343-MSS-SPF (M.D. Fla.).

9.      Annexed hereto as **Exhibit 7** is a true and correct copy of the Declaration of Emma Lacey-Bordeaux, sworn to on July 6, 2023, in *Lori Flynn v. CNN*, No. 8:22-CV-00512-MSS-AEP (M.D. Fla.).

10.      Annexed hereto as **Exhibit 8** is a true and correct copy of the Declaration of Emma Lacey-Bordeaux, sworn to on July 6, 2023, in *Valerie Flynn v. CNN*, No. 8:22-CV-00343-MSS-SPF (M.D. Fla.).

11.      Annexed hereto as **Exhibit 9** is a true and correct copy of the expert report of Mike Rothschild, dated June 5, 2023 in *Lori Flynn v. CNN*, No. 8:22-CV-00512-MSS-AEP (M.D. Fla.).

12.      Annexed hereto as **Exhibit 10** is a true and correct copy of the expert report of Mike Rothschild, dated June 5, 2023 in *Valerie Flynn v. CNN*, No. 8:22-CV-00343-MSS-SPF (M.D. Fla.).

13.      Annexed hereto as **Exhibit 11** is a true and correct copy of the expert report of Terri D. Giddens, Ph.D. and appendices, dated June 5, 2023, in *Valerie Flynn v. CNN*, No. 8:22-CV-00343-MSS-SPF (M.D. Fla.) and *Lori Flynn v. CNN*, No. 8:22-CV-00512-MSS-AEP (M.D. Fla.).

14.     Annexed hereto as **Exhibit 12** is a true and correct copy of the book PASTELS AND PEDOPHILES: INSIDE THE MIND OF QANON written by Sophia Moskalenko, to be conventionally filed with this Court.

15.     Annexed hereto as **Exhibit 13** is a true and correct copy of a video from Q Con Live! held on October 17, 2020 in Scottsdale, Arizona, and produced by CNN in these consolidated Actions with the Bates stamp CNN001729, to be conventionally filed with this Court.

16.     Annexed hereto as **Exhibit 14** is a true and correct copy of a video from Q Con Live! held on October 17, 2020 in Scottsdale, Arizona, and produced by CNN in these consolidated Actions with the Bates stamp CNN001737, to be conventionally filed with this Court.

17.     Annexed hereto as **Exhibit 15** is a true and correct copy of a video produced by Plaintiff Valerie Flynn in these consolidated Actions with the Bates stamp PX_189 and the time stamp 8:51:18 PM, to be conventionally filed with this Court.

18.     Annexed hereto as **Exhibit 16** is a true and correct copy of a video produced by Plaintiff Valerie Flynn in these consolidated Actions with the Bates stamp PX_189 and the time stamp 9:42:20 PM, to be conventionally filed with this Court.

19.     Annexed hereto as **Exhibit 17** is a true and correct copy of transcript excerpts from the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

20.     Annexed hereto as **Exhibit 18** is a true and correct copy of transcript excerpts from the deposition of Plaintiff Valerie Flynn, taken in these consolidated Actions on April 4, 2023.

21.     Annexed hereto as **Exhibit 19** is a true and correct copy of transcript excerpts from the deposition of John P. "Jack" Flynn, taken in these consolidated Actions on April 24, 2023.

22.     Annexed hereto as **Exhibit 20** is a true and correct copy of transcript excerpts from the deposition of General Michael Flynn, taken in these consolidated Actions on March 10, 2023.

23.     Annexed hereto as **Exhibit 21** is a true and correct copy of transcript excerpts from the deposition of Joseph Flynn, taken in these consolidated Actions on April 12, 2023.

24.     Annexed hereto as **Exhibit 22** is a true and correct copy of transcript excerpts from the deposition of Tracy Diaz, taken in these consolidated Actions on March 29, 2023.

25.     Annexed hereto as **Exhibit 23** is a true and correct copy of transcript excerpts from the deposition of Jeremy S. Thomas a.k.a. J.T. Wilde, taken in these consolidated Actions on February 21, 2023.

26.     Annexed hereto as **Exhibit 24** is a true and correct copy of transcript excerpts from the deposition of Jeffrey Pedersen, taken in these consolidated Actions on May 15, 2023.

27.     Annexed hereto as **Exhibit 25** is a true and correct copy of transcript excerpts from the deposition of Donie O'Sullivan, taken in these consolidated Actions on February 27, 2023.

28.     Annexed hereto as **Exhibit 26** is a true and correct copy of emails dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN000143-CNN000149.

29.     Annexed hereto as **Exhibit 27** is a true and correct copy of an email dated February 4, 2021 and produced by CNN in these consolidated Action with the Bates stamp CNN000339.

30.     Annexed hereto as **Exhibit 28** is a true and correct copy of emails dated February 2, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN000689.

31.     Annexed hereto as **Exhibit 29** is a true and correct copy of an email dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN000691-CNN000693.

32.     Annexed hereto as **Exhibit 30** is a true and correct copy of emails dated February 5, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN000752-CNN000757.

33.     Annexed hereto as **Exhibit 31** is a true and correct copy of emails dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN000888-CNN000891.

34.     Annexed hereto as **Exhibit 32** is a true and correct copy of an email dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN000892-CNN000893.

35.     Annexed hereto as **Exhibit 33** is a true and correct copy of an email dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN000894-CNN000896.

36.     Annexed hereto as **Exhibit 34** is a true and correct copy of an email dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN000901-CNN000902.

37.     Annexed hereto as **Exhibit 35** is a true and correct copy of emails dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN001014.

38.     Annexed hereto as **Exhibit 36** is a true and correct copy of text messages produced by CNN in these consolidated Actions with the Bates stamp CNN001070-CNN001086.

39.     Annexed hereto as **Exhibit 37** is a true and correct copy of Slack messages dated February 3, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN001238-CNN001242.

40.     Annexed hereto as **Exhibit 38** is a true and correct copy of emails dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN001326-CNN001327.

41.     Annexed hereto as **Exhibit 39** is a true and correct copy of emails dated February 2, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN001442.

42.     Annexed hereto as **Exhibit 40** is a true and correct copy of emails dated February 4, 2021 and produced by CNN in these consolidated Actions with the Bates stamp CNN001602-CNN001604.

43.     Annexed hereto as **Exhibit 41** is a true and correct copy of a tweet posted on July 4, 2020 by @GenFlynn that was produced in discovery in these consolidated Actions with the Bates stamp PX_250, and which was marked as Exhibit 25 to the deposition of Leslie Flynn, taken in these consolidated Actions on March 9, 2023.

44.     Annexed hereto as **Exhibit 42** is a true and correct copy of an article entitled "Twitter bans Michael Flynn, Sidney Powell in QAnon account purge," by Ben Collins & Brandy Zadrozny, published on NBC News on January 8, 2021, available at the URL https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550 and which was marked as Exhibit 64 to the deposition of General Michael Flynn, taken in these consolidated Actions on March 10, 2023.

45.     Annexed hereto as **Exhibit 43** is a true and correct copy of an email dated December 21, 2020 and produced in discovery in these consolidated Actions with the Bates stamp PX_0674-PX_0676, and which was marked as Exhibit 80 to the

deposition of General Michael Flynn, taken in these consolidated Actions on March 10, 2023.

46.     Annexed hereto as **Exhibit 44** is a true and correct copy of a June 29, 2020 Wayback Machine capture of a tweet by @WgaBrittany, available at the URL https://web.archive.org/web/20200629224419/https://twitter.com/WgaBrittany/status/1277734296065921025, and which was marked as Exhibit 137 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

47.     Annexed hereto as **Exhibit 45** is a true and correct copy of a July 2, 2020 Wayback Machine capture of a tweet by @CourtSalinas, available at the URL https://web.archive.org/web/20200702182245/https://twitter.com/CourtSalinas/status/1278747279441223690, and which was marked as Exhibit 138 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

48.     Annexed hereto as **Exhibit 46** is a true and correct copy of Facebook messages, dated between June 19, 2020 - February 17, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 161 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

49.     Annexed hereto as **Exhibit 47** is a true and correct copy of an email dated July 4, 2020 and produced in discovery in these consolidated Actions with the Bates stamp PX_1250-PX_1252, and which was marked as Exhibit 167 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

50.     Annexed hereto as **Exhibit 48** is a true and correct copy of a July 5, 2020 Wayback Machine capture of tweets by @lofly727, available at the URL http://web.archive.org/web/20200705170010/https://twitter.com/lofly727, and which was marked as Exhibit 168 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

51.     Annexed hereto as **Exhibit 49** is a true and correct copy of an August 24, 2020 Wayback Machine Capture of an article entitled "An Introduction to 'Q'", written by Deborah Franklin and re-published on Zero Hedge on January 15, 2020, available at the URL https://web.archive.org/web/20200824160829/https://www.zerohedge.com/political/introduction-q, and which was marked as Exhibit 169 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

52.     Annexed hereto as **Exhibit 50** is a true and correct copy of Facebook messages, dated between January 8, 2021 and April 3, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 173 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

53.     Annexed hereto as **Exhibit 51** is a true and correct copy of Facebook messages, dated between April 13, 2022 and July 15, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as

Exhibit 174 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

54.     Annexed hereto as **Exhibit 52** is a true and correct copy of an email dated June 8, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_0679-PX_0680, and which was marked as Exhibit 175 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions case on April 5, 2023.

55.     Annexed hereto as **Exhibit 53** is a true and correct copy of a November 29, 2018 Wayback Machine capture of tweets by @lofly727, available at the URL http://web.archive.org/web/20181129021840/https://twitter.com/lofly727,       and which was marked as Exhibit 194 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

56.     Annexed hereto as **Exhibit 54** is a true and correct copy of a December 2, 2018 Wayback Machine capture of tweets by @lofly727, available at the URL http://web.archive.org/web/20181202021730/https://twitter.com/lofly727,       and which was marked as Exhibit 195 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions case on April 5, 2023.

57.     Annexed hereto as **Exhibit 55** is a true and correct copy of a December 3, 2018 Wayback Machine capture of tweets by @lofly727, available at the URL http://web.archive.org/web/20181203140458/https://twitter.com/lofly727,       and which was marked as Exhibit 196 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

58.     Annexed hereto as **Exhibit 56** is a true and correct copy of a December 4, 2018 Wayback Machine capture of tweets by @lofly727, available at the URL http://web.archive.org/web/20181204141657/https://twitter.com/lofly727,     and which was marked as Exhibit 197 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

59.     Annexed hereto as **Exhibit 57** is a true and correct copy of a December 5, 2018 Wayback Machine capture of tweets by @lofly727, available at the URL http://web.archive.org/web/20181205022938/https://twitter.com/lofly727,     and which was marked as Exhibit 198 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

60.     Annexed hereto as **Exhibit 58** is a true and correct copy of Facebook messages dated between August 22, 2020 – April 2, 2022, produced in discovery in this case with the Bates stamp PX_599, and which was marked as Exhibit 139 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

61.     Annexed hereto as **Exhibit 59** is a true and correct copy of a June 27, 2020 tweet posted by @bringbacklogic_, available at the URL https://twitter.com/bringbacklogic_/status/1277049441715810306.

62.     Annexed hereto as **Exhibit 60** is a true and correct copy of a December 2, 2018 Wayback Machine capture of tweets by @lofly727, available at the URL http://web.archive.org/web/20181202143732/https://twitter.com/lofly727.

63.     Annexed hereto as **Exhibit 61** is a true and correct copy of Q Drop 513, dated January 9, 2018 and available at the URL https://qposts.online/post/513.

64.     Annexed hereto as **Exhibit 62** is a true and correct copy of Q Drop 1183, dated April 19, 2018 and available at the URL https://qposts.online/post/1183.

65.     Annexed hereto as **Exhibit 63** is a true and correct copy of Q Drop 2147, dated September 10, 2018 and available at the URL https://qposts.online/post/2147.

66.     Annexed hereto as **Exhibit 64** is a true and correct copy of Q Drop 3924, dated April 9, 2020 and available at the URL https://qposts.online/post/3924.

67.     Annexed hereto as **Exhibit 65** is a true and correct copy of Q Drop 4506, dated June 24, 2020 and available at the URL https://qposts.online/post/4506.

68.     Annexed hereto as **Exhibit 66** is a true and correct copy of Q Drop 4510, dated June 24, 2020 and available at the URL https://qposts.online/post/4510, and which was marked as Exhibit 327 to the deposition of John P. "Jack" Flynn, taken in these consolidated Actions on April 24, 2023.

69.     Annexed hereto as **Exhibit 67** is a true and correct copy of Q Drop 4734, dated September 17, 2020 and available at the URL https://qposts.online/post/4734.

70.     Annexed hereto as **Exhibit 68** is a true and correct copy of Q Drop 4881, dated October 17, 2020 and available at the URL https://qposts.online/post/4881.

71.     Annexed hereto as **Exhibit 69** is a true and correct copy of Q Drop 4956, dated June 24, 2022 and available at the URL https://qposts.online/post/4956.

72.     Annexed hereto as **Exhibit 70** is a true and correct copy of a list of third-party reporting on the Oath Video between July 2020-February 2021, which was attached as Exhibit 73 to the June 5, 2023 expert reports of Mike Rothschild filed in *Valerie Flynn v. CNN*, No. 8:22-CV-00343-MSS-SPF (M.D. Fla.) and *Lori Flynn v. CNN*, No. 8:22-CV-00512-MSS-AEP (M.D. Fla.).

73.     Annexed hereto as **Exhibit 71** is a true and correct copy of an article entitled "To Celebrate the Fourth, Michael Flynn Posts a Pledge to Conspiracy Group QAnon" by Jackie Flynn Mogensen, published on Mother Jones on July 5, 2020, available at the URL https://www.motherjones.com/politics/2020/07/to-celebrate-the-fourth-michael-flynn-posts-a-pledge-to-conspiracy-group-qanon/.

74.     Annexed hereto as **Exhibit 72** is a true and correct copy of an article entitled "The Trump campaign relies on a huge network of QAnon accounts to spread conspiracy theories and disinformation, data shows," by Tom Porter, published on Business Insider on July 11, 2020, available at the URL https://www.businessinsider.com/trump-campaign-sources-propaganda-from-qanon-network-2020-6.

75.     Annexed hereto as **Exhibit 73** is a true and correct copy of an article entitled "The QAnon Candidates Are Here. Trump Has Paved Their Way." by Matthew Rosenberg & Jennifer Steinhauer, published on The New York Times on July         14,         2020,         available         at         the         URL

https://www.nytimes.com/2020/07/14/us/politics/qanon-politicians-candidates.html.

76.     Annexed hereto as **Exhibit 74** is a true and correct copy of an article entitled "Michael Flynn posts video featuring QAnon slogans" by Marshall Cohen, published on CNN on July 7, 2020, available at the URL https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html.

77.     Annexed hereto as **Exhibit 75** is a true and correct copy of an article entitled "Michael Flynn recites oath of office using slogan associated with QAnon" by Jerry Dunleavy published on Washington Examiner on July 5, 2020, available at the URL     https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon.

78.     Annexed hereto as **Exhibit 76** is a true and correct copy of an article entitled "Mike Flynn swears allegiance to QAnon in Fourth of July video" by Roger Sollenberger published on Salon on July 6, 2020, available at the URL https://www.salon.com/2020/07/06/mike-flynn-swears-allegiance-to-qanon-in-fourth-of-july-video/.

79.     Annexed hereto as **Exhibit 77** is a true and correct copy of an article entitled "'Where We Go One We Go All': General Michael Flynn celebrates July 4th by leading his friends in reciting the oath to the Constitution AND the slogan for QAnon conspiracy theorists" by Megan Sheets published on The Daily Mail on July 5, 2020, available at the URL https://www.dailymail.co.uk/news/article-

8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html.

80.    Annexed hereto as **Exhibit 78** is a true and correct copy of an article entitled "Twitter tries to catch the QAnon horse that bolted" by Donie O'Sullivan published on CNN on July 22, 2020, available at the URL https://www.cnn.com/2020/07/22/tech/qanon-twitter-ban-analysis/index.html.

81.    Annexed hereto as **Exhibit 79** is a true and correct copy of an article entitled "Sidney Powell is a beacon of hope to sad Qanon supporters" by Donie O'Sullivan published on CNN on November 24, 2020, available at the URL https://www.cnn.com/2020/11/24/business/sidney-powell-qanon/index.html.

82.    Annexed hereto as **Exhibit 80** is a true and correct copy of an article entitled "Analysis: A CNN reporter went to two different QAnon events. Here's what he found" by Donie O'Sullivan published on CNN on October 19, 2020, available at the URL   https://www.cnn.com/2020/10/19/tech/qanon-events-cnn-reporter/index.html.

83.    Annexed hereto as **Exhibit 81** is a true and correct copy of an article entitled "Michael Flynn Is Now Selling QAnon Merch" by Will Sommer published on Daily Beast on December 29, 2020, available at the URL https://www.thedailybeast.com/michael-flynn-is-now-selling-qanon-merch.

84.     Annexed hereto as **Exhibit 82** is a February 4, 2021 tweet posted by @donie available at the URL https://twitter.com/donie/status/1357513155849633793.

85.      Annexed hereto as **Exhibit 83** is a February 5, 2021 tweet posted by @donie available at the URL https://twitter.com/donie/status/1357554846027681794?s=20.

86.     Annexed hereto as **Exhibit 84** is a June 15, 2021 tweet posted by @donie available at the URL https://twitter.com/donie/status/1404889150113955851.

87.     Annexed hereto as **Exhibit 85** is a true and correct copy of an article entitled "Here are the QAnon supporters running for Congress in 2020" by Alex Kaplan published on Media Matters for America on January 7, 2020, available at the URL https://www.mediamatters.org/qanon-conspiracy-theory/here-are-qanon-supporters-running-congress-2020.

88.     Annexed hereto as **Exhibit 86** is a true and correct copy of an article entitled "After 18-Month Hiatus, New QAnon Posts Surface" published on the Anti-Defamation League (ADL) on June 29, 2022, available at the URL https://www.adl.org/resources/blog/after-18-month-hiatus-new-qanon-posFts-surface.

89.     Annexed hereto as **Exhibit 87** is a true and correct copy of an article entitled "The #MAGA Lawyer Behind Michael Flynn's Scorched-Earth Legal Strategy," published by Keith Kloor on Publico on January 17, 2020, available at the

URL        https://www.politico.com/news/magazine/2020/01/17/maga-lawyer-behind-michael-flynn-legal-strategy-098712.

90.    Annexed hereto as **Exhibit 88** is a true and correct copy of transcript excerpts from the deposition of Wilson Powell, taken in these consolidated Actions on May 6, 2023.

91.    Annexed hereto as **Exhibit 89** is a true and correct copy of an article entitled "QAnon Nuts Euphoric Over Latest Turn in Michael Flynn's Legal Case," published by Will Sommer on Daily Beast on May 9, 2020, available at the URL https://www.thedailybeast.com/qanon-nuts-euphoric-over-latest-turn-in-michael-flynns-legal-case.

92.    Annexed hereto as **Exhibit 90** is a true and correct copy of an article entitled "Michael Flynn, George Papadopoulos hope to cash in at "conference" organized by QAnon loon" published by Igor Derysh on Salon on August 15, 2019, available at the URL https://www.salon.com/2019/08/15/michael-flynn-george-papadopoulos-hope-to-cash-in-at-conference-organized-by-qanon-loon/.

93.    Annexed hereto as **Exhibit 91** is a true and correct copy of an article entitled "Michael Flynn's Family Is at War With Each Other Over QAnon" published by Will Sommer on Daily Beast on March 19, 2019, available at the URL https://www.thedailybeast.com/michael-flynns-family-is-at-war-with-each-other-over-qanon.

94.     Annexed hereto as **Exhibit 92** is a true and correct copy of an article entitled "Unelected QAnoners Take Oath Of Office, Post Weird, Sad Videos Of It" published by Robyn Pennacchia on Wonkette on June 25, 2020, available at the URL https://www.wonkette.com/unelected-qanoners-take-oath-of-office-post-weird-sad-videos-of-it.

95.     Annexed hereto as **Exhibit 93** is a true and correct copy of documents produced in discovery in these consolidated Actions with the Bates stamp PX_001-PX_004.

96.     Annexed hereto as **Exhibit 94** is a true and correct copy of a voicemail message produced in discovery in these consolidated Actions with the Bates stamp PX_005, to be conventionally filed with this Court.

97.     Annexed hereto as **Exhibit 95** is a true and correct copy of a blog post entitled "An update following the riots in Washington, DC" published by Twitter Safety on January 12, 2021 on Twitter, available at the URL https://blog.twitter.com/en_us/topics/company/2021/protecting--the-conversation-following-the-riots-in-washington--.

98.     Annexed hereto as **Exhibit 96** is a true and correct copy of an email dated August 23, 2019 and produced in discovery by third party Sidney Powell in these consolidated Actions with the Bates stamp FLYNN0000010-FLYNN0000012, and which was marked as Exhibit 231 to the deposition of Joseph Flynn, taken in these consolidated Actions on April 12, 2023.

99.     Annexed hereto as **Exhibit 97** is a true and correct copy of Facebook posts made by Lori Flynn between July 18, 2016 – July 18, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599.

100.    Annexed hereto as **Exhibit 98** is a true and correct copy of Facebook messages between May 17, 2018 – February 17, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 136 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

101.    Annexed hereto as **Exhibit 99** is a true and correct copy of Facebook messages between March 18, 2019 - July 4, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 140 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

102.    Annexed hereto as **Exhibit 100** is a true and correct copy of Facebook messages between August 29, 2019 – December 23, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 141 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

103.    Annexed hereto as **Exhibit 101** is a true and correct copy of Facebook messages between November 9, 2016 – June 11, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit

142 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

104.    Annexed hereto as **Exhibit 102** is a true and correct copy of Facebook messages between November 16, 2016 – March 11, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 143 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

105.    Annexed hereto as **Exhibit 103** is a true and correct copy of Facebook messages between June 7, 2020 – May 20, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 144 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

106.    Annexed hereto as **Exhibit 104** is a true and correct copy of Facebook messages between November 5, 2019 – November 30, 2020, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 145 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

107.    Annexed hereto as **Exhibit 105** is a true and correct copy of Facebook messages between January 30, 2019 – January 31, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit

146 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

108.    Annexed hereto as **Exhibit 106** is a true and correct copy of Facebook messages between November 18, 2016 – June 30, 2020, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 147 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

109.    Annexed hereto as **Exhibit 107** is a true and correct copy of Facebook messages between June 22, 2020 – March 17, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 148 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

110.    Annexed hereto as **Exhibit 108** is a true and correct copy of Facebook messages between March 18, 2019 – March 11, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 149 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

111.    Annexed hereto as **Exhibit 109** is a true and correct copy of Facebook messages between June 19, 2020 – March 17, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit

150 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

112.    Annexed hereto as **Exhibit 110** is a true and correct copy of Facebook messages between November 19, 2016 – June 14, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 151 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

113.    Annexed hereto as **Exhibit 111** is a true and correct copy of Facebook messages between October 5, 2018 – April 26, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 152 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

114.    Annexed hereto as **Exhibit 112** is a true and correct copy of Facebook messages between June 6, 2020 – Marc 26, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 153 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

115.    Annexed hereto as **Exhibit 113** is a true and correct copy of Facebook messages between June 18, 2019 – July 10, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit

154 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

116.    Annexed hereto as **Exhibit 114** is a true and correct copy of Facebook messages between September 3, 2019 – August 20, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 155 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

117.    Annexed hereto as **Exhibit 115** is a true and correct copy of Facebook messages between November 21, 2017 – July 14, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 156 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

118.    Annexed hereto as **Exhibit 116** is a true and correct copy of Facebook messages between August 21, 2016 – March 15, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 157 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

119.    Annexed hereto as **Exhibit 117** is a true and correct copy of Facebook messages between February 25, 2020 – November 3, 2021 produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as

Exhibit 158 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

120.   Annexed hereto as **Exhibit 118** is a true and correct copy of Facebook messages between November 19, 2016 – October 19, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 159 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

121.   Annexed hereto as **Exhibit 119** is a true and correct copy of Facebook messages between August 31, 2016 – November 26, 2020, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 160 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

122.   Annexed hereto as **Exhibit 120** is a true and correct copy of Facebook messages between September 22, 2019 – November 3, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 162 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

123.   Annexed hereto as **Exhibit 121** is a true and correct copy of Facebook messages between May 7, 2020 – June 15, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit

163 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

124.    Annexed hereto as **Exhibit 122** is a true and correct copy of Facebook messages between August 18, 2016 – July 17, 2020, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 164 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

125.    Annexed hereto as **Exhibit 123** is a true and correct copy of Facebook messages between January 14, 2020 – December 23, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 165 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

126.    Annexed hereto as **Exhibit 124** is a true and correct copy of Facebook messages between December 26, 2018 – March 15, 2021, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit 166 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

127.    Annexed hereto as **Exhibit 125** is a true and correct copy of Facebook messages between October 2, 2016 – April 9, 2022, produced in discovery in these consolidated Actions with the Bates stamp PX_599, and which was marked as Exhibit

177 to the deposition of Plaintiff Lori Flynn, taken in these consolidated Actions on April 5, 2023.

128.    Annexed hereto as **Exhibit 126** is a true and correct copy of a screenshot of a video posted on Rumble at the URL https://rumble.com/v147csk-tribute-to-veronica-wolski-the-peoples-bridge.html, and which was marked as Exhibit 384 to the deposition of John P. "Jack" Flynn, taken in these consolidated Actions on April 24, 2023.

129.    Annexed hereto as **Exhibit 127** is a true and correct copy of a screenshot of a video posted on Rumble at the URL https://rumble.com/v147csk-tribute-to-veronica-wolski-the-peoples-bridge.html, and which was marked as Exhibit 385 to the deposition of John P. "Jack" Flynn, taken in these consolidated Actions on April 24, 2023.

130.    Annexed hereto as **Exhibit 128** is a true and correct copy of transcript excerpts from the deposition of Barbara Flynn Redgate, taken in these consolidated Actions on August 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 19, 2023

/s/ Katherine M. Bolger
Katherine M. Bolger

Dated: October 19, 2023.

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: */s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

*Admitted *Pro Hac Vice*

*Counsel for CNN*