# EXHIBIT 1

## CNN Report at issue (CNN002006) to be conventionally filed per Court Order (ECF No. 82)