# EXHIBIT 2

## Oath Video (FLYNN0000135) to be conventionally filed per Court Order (ECF No. 82)