# EXHIBIT 9

**Expert Report of Mike Rothschild (*Lori Flynn v. CNN*) to be filed pursuant to Local Rule 1.11(d)**