# EXHIBIT 10

## Expert Report of Mike Rothschild (*Valerie Flynn v. CNN*) to be filed pursuant to Local Rule 1.11(d)