# EXHIBIT 13

## Video (CNN001729) to be conventionally filed per Court Order (ECF No. 82)