# EXHIBIT 15

**Video (PX_189) to be conventionally filed per Court Order (ECF No. 82) pursuant to Local Rule 1.11(d)**