# EXHIBIT 17

**Transcript excerpts from the deposition of Lori Flynn to be filed pursuant to Local Rule 1.11(d)**