# EXHIBIT 18

**Transcript excerpts from the deposition of Valerie Flynn to be filed pursuant to Local Rule 1.11(d)**