# EXHIBIT 19

**Transcript excerpts from the deposition of John P. "Jack" Flynn to be filed pursuant to Local Rule 1.11(d)**