# EXHIBIT 20

**Transcript excerpts from the deposition of General Michael Flynn to be filed pursuant to Local Rule 1.11(d)**