# EXHIBIT 21

**Transcript excerpts from the deposition of Joseph Flynn to be filed pursuant to Local Rule 1.11(d)**