# EXHIBIT 22

**Transcript excerpts from the deposition of Tracy Diaz to be filed pursuant to Local Rule 1.11(d)**