# EXHIBIT 23

**Transcript excerpts from the deposition of Jeremy S. Thomas a.k.a. J.T. Wilde to be filed pursuant to Local Rule 1.11(d)**