# EXHIBIT 24

**Transcript excerpts from the deposition of Jeffrey Pedersen to be filed pursuant to Local Rule 1.11(d)**