# EXHIBIT 25

Page 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   Case No. 1-19-cv-09193-PGG
     - - - - - - - - - - - - - - - - -x
 3   JOHN P. "JACK" FLYNN, LESLIE A.    :
     FLYNN,                             :
 4                                      :
                      Plaintiffs,       :
 5                                      :
           - vs -                       :
 6                                      :
     CABLE NEWS NETWORK, INC.,          :
 7                                      :
                      Defendant.        :
 8   - - - - - - - - - - - - - - - - -x
 9
                                February 27, 2023
10                              10:30 a.m.
                                1251 6th Avenue
11                              New York, NY
12
13
14
15           ***HIGHLY CONFIDENTIAL***
16
17
18
19
20           DEPOSITION UPON ORAL EXAMINATION OF
21   DONIE O'SULLIVAN, held at the above-mentioned
22   time and place, before Randi Friedman, a
23   Registered Professional Reporter, within and for
24   the State of New York.
25
```

Page 78

1  dangerous; correct?
2  A   That is a possibility, yes.
3  Q   You can be a QAnon follower but not
4  believe in -- that a cabal of Satan-worshiping
5  pedophiles controls the government; correct?
6  A   There isn't the Ten Commandments meant
7  of QAnon.
8  Q   So you agree with me you could be a
9  QAnon follower and not believe that a cabal of
10 Satan-worshiping pedophiles controls the
11 government; correct?
12      MS. BOLGER:  Object to the form.
13      THE WITNESS:  Yes, you could
14   self-identify as a QAnon follower and not
15   necessarily believe that, yes.
16 BY MR. BISS:
17 Q   You could be a QAnon follower and not
18 believe that JFK, Jr. survived that plane crash;
19 correct?
20 A   That is something a self-described a
21 QAnon follower might say, yes.
22 Q   You can be a QAnon follower and not
23 believe that Hillary Clinton and John Podesta ran
24 a child sex ring out of the Comet Ping Pong
25 Pizzeria; correct?

Page 79

1  A   Yeah.  I mean, as I said earlier, I
2  think if you got a bunch of QAnon followers in a
3  room, they would take issue with the term "QAnon
4  followers."  They would tell you they're Anons.
5  They might say there is no such thing as QAnon.
6  There are Q and Anons.  There's certainly a lot
7  of beliefs, a lot of commonality.  It's not like
8  something to say, you know, you must believe X, Y
9  and Z.  The one commonality among, you know, all
10 the QAnon followers I've encountered, of which
11 there have been many now, is the sharing of the
12 memes and the slogans Where We Go One We Go All.
13 Q   Is Jeffrey Peterson a QAnon follower?
14      MS. BOLGER:  Object to the form.
15      THE WITNESS:  Who is Jeffrey
16   Peterson?
17 BY MR. BISS:
18 Q   In The Matrix.
19 A   You're referring to --
20 Q   I always like to do my Steven Segal
21 imitation.
22      MS. BOLGER:  For the record, it
23   was Keanu Reeves, not Steven Segal, Steve.
24      MR. BISS:  It was who?
25      MS. BOLGER:  It was Keanu Reeves.

Page 80

1      MR. BISS:  You are right about
2   that.
3      (Exhibit 6 was marked.)
4  BY MR. BISS:
5  Q   Mr. O'Sullivan, I hand you a one-page
6  document.  I've marked it as Exhibit 6.  This is
7  a photocopy or a screenshot of the Paramount Plus
8  website that contains a for-purchase version of
9  the CBS 60 Minutes report entitled "QAnon's -- Q
10 sent me.  QAnon's corrosive impact on the U.S."
11      Have you ever seen that?  It's the CBS
12 News report that's referenced in the Amended
13 Complaint.
14 A   I recall it.  Yeah, I recall it.
15 Q   Have you ever watched it?
16 A   I have.  I watched it, yeah.
17 Q   And it features Leslie Stahl?
18 A   Yes.
19 Q   And --
20 A   I don't recall all the details of it,
21 but I remember.
22 Q   Fair enough.  I'm not going to ask you
23 anything about it because I want to ask you about
24 what's written here on the website.
25      It says, "Tens of millions of

Page 81

1  Americans believe QAnon's core and false theory
2  than an evil cabal Satan-worshiping elites
3  commits atrocities against children and controls
4  much of the world."
5      You see that?
6  A   Yes.
7  Q   Do you agree with that statement?
8  A   It's not a statement I would have
9  reported.  I think the tens of millions of
10 Americans believe QAnon's core, I believe there
11 was some polling around this time in 2021 I think
12 CBS news was referring to.  But, you know, the
13 totality of this, I don't agree with, no.
14 Q   CBS News reports that QAnon's core
15 theory is, quote, "that an evil cabal of
16 Satan-worshiping elites commits atrocities
17 against children and controls much of the world."
18      Do you agree that that is QAnon's core
19 theory?
20      MS. BOLGER:  Object to the form.
21   Asked and answered.
22      THE WITNESS:  I think that is -- I
23   think -- that is certainly a description
24   that was used in media, obviously by CBS
25   News and others.  But I think, you know,

21 (Pages 78 - 81)

Page 222

1  the core tenets are difficult to pin down.
2  They evolve. The one kind of consistent
3  thing has always been the "Where we go one,
4  we go all" slogan. But The Great Awakening,
5  based on my reporting, would be one of the
6  more frequently used terms or phrases.
7  BY MR. BISS:
8    Q    In terms of what?
9    A    Shared by people in the QAnon
10 community.
11   Q    Do you know why Jack Flynn tweeted
12 that picture with the words "God bless America
13 KAG2020"?
14        MS. BOLGER: Object to the form.
15   Calls for speculation. Of course he doesn't
16   know what was in Mr. Flynn's head.
17        MR. BISS: Kate, why are you
18   setting yourself up like this? You're
19   telling him what to say. You're interfering
20   with the deposition.
21        MS. BOLGER: Do you have a
22   question? Because you're wasting our time.
23 BY MR. BISS:
24   Q    Do you know why Jack Flynn tweeted the
25 statements with the picture on July 4, 2020?

Page 223

1    A    I couldn't speak to what was going on
2  in his mind, but it's notable that of all the
3  images and phrases that were chosen to share
4  here, it's including this reference of The Great
5  Awakening, which is -- you know, would be
6  familiar to many QAnon followers.
7         Again, if you look at it in the
8  broader context of the video that was also
9  published on the 4th of July of the Flynns taking
10 the QAnon oath and other multiple instances where
11 Jack Flynn shared QAnon slogans. So it's
12 notable.
13   Q    The next tweet, Page 2, is at
14 7:53 p.m. on July 4. Jack Flynn wrote, quote,
15 "We have an army of digital soldiers."
16        Is that a QAnon phrase?
17   A    The term "digital soldiers" is
18 something that has been adopted by many fans of
19 QAnon. So it would be familiar to them, yes.
20   Q    So is the phrase "We have an army of
21 digital soldiers," is that a QAnon quote?
22        MS. BOLGER: Object to the form.
23        THE WITNESS: I wouldn't
24   characterize it as such.
25

Page 224

1  BY MR. BISS:
2    Q    Do you know why Jack Flynn put that in
3  quotes?
4         MS. BOLGER: Object to form.
5    Calls for speculation.
6         THE WITNESS: No.
7  BY MR. BISS:
8    Q    What's a digital soldier?
9    A    Depends who you ask, I guess.
10   Q    I'm sitting in a room with you. I'd
11 kind of like to know what your definition is.
12   A    Yeah, I think General Michael Flynn
13 brought up digital soldiers -- well, I can't
14 speak specifically to what Flynn has in his mind.
15 I think for a lot of QAnon followers, QAnon
16 supporters, it's keyboard warriors basically.
17 They kind of think that, you know, we'll stay
18 online all day and start posting memes and
19 posting slogans and we're helping save America.
20 They view that as -- themselves as being digital
21 soldiers.
22   Q    Do you remember what General Flynn
23 said about digital soldiers?
24   A    I don't recall now.
25   Q    He said it's a citizen journalist.

Page 225

1  You're not against citizen journalists, are you?
2         MS. BOLGER: Objection. I don't
3    think that's an accurate quote, but you can
4    answer.
5         THE WITNESS: As a concept?
6  BY MR. BISS:
7    Q    Yeah.
8    A    I think citizen journalism is a good
9  thing. What's not good is a lot of followers of
10 QAnon, they find themselves -- they quote/unquote
11 do their own research and, unfortunately, that
12 research happens in kind of dark corners of the
13 internet, where people are exposed to a lot of
14 conspiracy theories that you've outlined earlier
15 today. And so that is sometimes where I think
16 people's, you know, motivations and efforts are
17 misplaced.
18   Q    All right. Have you -- other than
19 General Flynn, have you ever heard any Flynn
20 family member use the phrase "digital soldiers"?
21   A    Well, in this exhibit it shows Jack.
22 I recall I think, you know, there's merchandise
23 and things that the Flynns are selling, websites
24 that have been linked from Flynn pages that had
25 merchandise that the Flynns are selling.

57 (Pages 222 - 225)

Page 350

1        C E R T I F I C A T I O N
2        I, Randi Friedman, Registered
3   Professional Reporter and Notary Public of the
4   State of New York, do hereby certify:
5        THAT, the witness whose testimony is herein
6   before set forth, was duly sworn by me, and
7   THAT, the within transcript is a true record of
8   the testimony given by said witness.
9        I further certify that I am not related
10  either by blood or marriage to any of the parties
11  to this action; and that I am in no way
12  interested in the outcome of this matter.
13       IN WITNESS WHEREOF, I have hereunto set my
14  hand this day, March 13, 2023.
15
16
17  *Randi C. Friedman* (signature)
18  Randi Friedman, RPR
19
20
21
22
23
24
25  *  *  *  *  *  *  *  *  *

Page 351

1            ERRATA SHEET
        VERITEXT/NEW YORK REPORTING, LLC
2
3   CASE NAME: FLYNN, et al v. CABLE NEWS
              NETWORK, INC.
4   DATE OF DEPOSITION: FEBRUARY 27, 2023
    WITNESS NAME: DONIE O'SULLIVAN
5   PAGE/LINE(S)/   CHANGE    / REASON
6   ___/_____/_____/_____
7   ___/_____/_____/_____
8   ___/_____/_____/_____
9   ___/_____/_____/_____
10  ___/_____/_____/_____
11  ___/_____/_____/_____
12  ___/_____/_____/_____
13  ___/_____/_____/_____
14  ___/_____/_____/_____
15  ___/_____/_____/_____
16  ___/_____/_____/_____
17  ___/_____/_____/_____
18  ___/_____/_____/_____
19  ___/_____/_____/_____
20  ___/_____/_____/_____
21  ___/_____/_____/_____
22  ___/_____/_____/_____
23  ___/_____/_____/_____
24  ___/_____/_____/_____
25  ___/_____/_____/_____