# EXHIBIT 27

| | |
|---|---|
| From: | Lacey-Bordeaux, Emma [emma.lacey-bordeaux@warnermedia.com] |
| Sent: | 2/4/2021 11:05:06 PM |
| To: | Hogan, Fuzz [Fuzz.Hogan@cnn.com]; Van Sant, Ashley [ashley.van.sant@warnermedia.com]; Kiehl, Steve [steve.kiehl@warnermedia.com]; O'Sullivan, Donie [donie.osullivan@warnermedia.com] |
| CC: | Anthony, Tiffany [tiffany.anthony@warnermedia.com]; Burack, Lee [lee.burack@warnermedia.com]; Spinella, Maria [maria.spinella@warnermedia.com]; Holland, Philippa [philippa.holland@warnermedia.com] |
| Subject: | Re: NEED SCRIPT APPROVAL |

I would swap undetected for unnoticed - so it seems less nefarious.

And all the video of the event will be fonted I guess so it'll be clear it's not our video, right?

Senior Director, News S&P
DC bureau
Redacted: PII

# Withheld: Privileged

Confidential
CNN000339