# EXHIBIT 32

| | |
|---|---|
| **From:** | Van Sant, Ashley [ashley.van.sant@warnermedia.com] |
| **Sent:** | 2/4/2021 5:33:07 PM |
| **To:** | O'Sullivan, Donie [donie.osullivan@warnermedia.com] |
| **Subject:** | SCRIPT |

((PKG))

((NATS))
16864337
TC 01:49:06
music nats
"where we one, we go all you won't push me down or let me fall"

((TRACK))
WHERE WE GO ONE WE GO ALL... AN INFAMOUS QANON SLOGAN... PROMOTED BY TRUMP'S FIRST NATIONAL SECURITY ADVISER MICHAEL FLYNN.

((SOT))
16262483
TWITTER FLYNN VIDEO
TC :00
"Where we go one we go all... Where we go one we go all"

((TRACK))
AND PLAYED AS AN ANTHEM AT THIS…
A GATHERING OF QANON FOLLOWERS IN ARIZONA JUST TWO WEEKS BEFORE NOVEMBER'S ELECTION
Use b-roll showing the "QAnon Shaman" available here and here.

((SOT))
16864347
TC 00:32:56 We are we are at war right now. And we in this room understand that very, very much
//BUTT SOT// 16864329 TC 00:27:39 Obviously, you heard the president talking about stuff haven't ya... that Qanon thing did he disavow it anybody... NO.

((TRACK/VID 16555509))
TWO NIGHTS EARLIER TRUMP HAD PRAISED QANON FOLLOWERS AT A TOWN HALL WITH SAVANNAH GUTHRIE.

((SOT))
16864337
TC 00:11:56 - TC 00:12:18
GUTHRIE: can you just once and for all state that is completely not true... disavow Qanon in its entirety. TRUMP: I know nothing of Qanon.
GUTHRIE: I just told you.
TRUMP: I know very little. You told me, but what you told me doesn't necessarily make it fact.
((CHEERING FROM AUDIENCE))

((TRACK))
THE MESSAGE TO THE PEOPLE IN THIS ROOM WAS CLEAR… TRUMP WAS ON THEIR SIDE.

((SOT))
16864333
TC 00:12:00
So we have 17 days between now and a massive Trump victory how do you feel about that? ... ((CHEERS))

((TRACK))
TK: QANON SHAMAN. USE FOOTAGE OF HIM AT THE CONFERENCE AND AT THE CAPITOL

AND ALAN HOSTETTER
IN THE ROOM AT LEAST TWO PEOPLE WHO WOULD GO ON TO WASHINGTON D-C ON JANUARY 6TH '

((SOT))
16864347
TC 00:32:55
We are we are at war right now.

((SOT))
16864347
TC 00:35:57
TK: SOME MORE SOUND FROM HIS SPEECH AT THE Q CONFERENCE AND PLEASE PULL THE CLEARED VIDEO/IMAGES OF HOFSTETTER AT RALLY ETC. THAT IS IN THIS SEGMENT
Nobody wants violence. And we are conditioned from the time we were children in this country to always think that violence is a horrible, horrible thing until we go back and reflect on a revolutionary war. They picked up guns at some point soon enough. So reflect on the Civil War. We ended slavery by picking up guns and dealing with that. We don't want that to have to happen, but it always has to be something in the back of your mind.  //BUTT SOT// TC 16864329 TC 00:50:19
There's not supposed to be media present, there's a media blackout

((TRACK))
MEDIA WAS NOT ALLOWED TO OFFICIALLY ATTEND THE EVENT… BUT I WAS THERE. ONE OF THE FEW PEOPLE WEARING A MASK… SO WAS TRAVIS VIEW, A HOST ON OF THE QANON ANONYMOUS PODCAST WHO HAS BEEN TRACKING THE CONSPIRACY THEORY FOR YEARS

((SOT))
SOUND FROM TRAVIS ON WHAT IT WAS LIKE IN THE ROOM AND HOW THIS COULD HAVE SERVED AS A WARNING.

**Ashley Van Sant**
Cross Platform Producer
CNN Image + Sound Production Services



One CNN Center l Atlanta, GA 30303
Office: Redacted: PII    Cell: Redacted: PII
ashley.van.sant@turner.com