# EXHIBIT 34

| | |
|---|---|
| **From:** | O'Sullivan, Donie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D3835A58CCE4C6BB969734519381FF8-O'SULLIVAN,] |
| **Sent:** | 2/4/2021 2:46:36 PM |
| **To:** | Van Sant, Ashley [ashley.van.sant@warnermedia.com] |
| **CC:** | Hobor, Amanda [amanda.hobor@warnermedia.com] |
| **Subject:** | ROUGH SCRIPT OUTLINE |

16864337 [01:49:06] where we one, we go all you won't push me down or let me fall….

**WHERE WE GO ONE WE GO ALL.. AN INFAMOUS QANON SLOGAN.. PROMOTED BY TRUMP'S FIRST NATIONAL SECURITY ADVISER MICHAEL FLYNN**

FLYNN VIDEO: "Where we go one we go all… Where we go one we go all"

**AND PLAYED AS AN ANTHEM AT THIS… A GATHERING OF QANON FOLLOWERS IN ARIZONA JUST TWO WEEKS BEFORE NOVEMBER'S ELECTION**
Use b-roll showing the "QAnon Shaman" available here and here.

[00:32:54] ~~We are~~ we are at war right now. And we in this room understand that very, very much
[00:27:39] Obviously, you heard the president talking about stuff haven't ya… that Qanon thing did he disavow it anybody… NO
**TWO NIGHTS EARLIER TRUMP HAD PRAISED QANON FOLLOWERS AT A Town HALL WITH SAVANNAH GUTHRIE**
Quick SOT of people at the conference watching the NBC News town hall 16864337
**THE MESSAGE TO THE PEOPLE IN THIS ROOM WAS CLEAR… TRUMP WAS ON THEIR SIDE**
16864333 [00:12:00] So we have 17 days between now and a massive Trump victory how do you feel about that? … Cheers
**IN THE ROOM AT LEAST TWO PEOPLE WHO WOULD GO ON TO WASHINGTON DC ON JANUARY 6TH '**
**TK: QANON SHAMAN. USE FOOTAGE OF HIM AT THE CONFERENCE AND AT THE CAPITOL**
AND ALAN HOFSTETTER
16864347 [00:32:54] We are we are at war right now.
**TK: SOME MORE SOUND FROM HIS SPEECH AT THE Q CONFERENCE AND PLEASE PULL THE CLEARED VIDEO/IMAGES OF HOFSTETTER AT RALLY ETC. THAT IS IN THIS SEGMENT**
16864347 [00:35:57] Nobody wants violence. And we are conditioned from the time we were children in this country to always think that violence is a horrible, horrible thing until we go back and reflect on a revolutionary war. [00:36:08][10.7][00:36:09] They picked up guns at some point soon enough. So reflect on the Civil War. We ended slavery by picking up guns and dealing with that. We don't want that to have to happen, but it always has to be something in the back of your mind.
16864329 [00:50:19] There's not supposed to be a president, there's a media blackout [00:50:22][2.9]
**MEDIA WAS NOT ALLOWED TO OFFICIALLY ATTEND THE EVENT… BUT I WAS THERE.. ONE OF THE FEW PEOPLE WEARING A MASK… SO WAS TRAVIS VIEW, A HOST ON OF THE QANON ANONYMOUS PODCAST WHO HAS BEEN TRACKING THE CONSPIRACY THEORY FOR YEARS**
**SOUND FROM TRAVIS ON WHAT IT WAS LIKE IN THE ROOM AND HOW THIS COULD HAVE SERVED AS A WARNING**
**ENDING TBD, MAYBE MORE FROM THE SONG THAT OPENED IT, SOME CLOSING TRACK**

Donie O'Sullivan
Redacted: PII
@donie

