# EXHIBIT 36

To: Donie O'Sullivan

**Redacted: Non-Responsive**

Anyway ... I want to run something by you later.. I went kinda undercover to a Qanon event right before the election... we didn't video it but I wrote a bit about it at the time... But there is video online of it... it was a few days after the NBC town hall where Trump failed to disavow Q and all the qanon people at the event were loving it

We have never reported out the video etc. before ... so I am going to go through some of it and will let you know if anything good is there.. could

Confidential                                                                                                        CNN001070

**To:** Donie O'Sullivan

of it and will let you know if anything good is there.. could be a good live segment or even a PKG... we could also work in color from another reporter who was there and undercover too

I'd love that !

And at least one of these guys went on to be involved in the storming of the Capitol... though he isn't on a FBI wanted list yet

Will email ya some stuff later

Oh wow Donie this sounds really good - when you email it to me make it from the start so I can send to our ep

cool!

Confidential  CNN001071



Confidential                                                                                                                                                                                                                                       CNN001072





**Redacted: Non-Responsive**



Confidential
CNN001075



Confidential                                                                                                                                        CNN001076



Confidential
CNN001077





Emailed ya the Qanon thing.. zero rush.. but might be something good for thur/fri or mon





To: Donie O'Sullivan

Yes tomorrow. I think till be good. This is not under coverage footage cause they posted it. But it's not been seen by many folks outside the Qanon world before. And I was there Underrecover as media wasn't allowed

I'm so excited

Should be great

**Redacted: Non-Responsive**



**To:** Donie O'Sullivan

Yes tomorrow. I think till be good. This is not under coverage footage cause they posted it. But it's not been seen by many folks outside the Qanon world before. And I was there Underrecover as media wasn't allowed

I'm so excited

Should be great

**Redacted: Non-Responsive**

Confidential                                                                                                                                          CNN001081



Confidential
CNN001082



To: Donie O'Sullivan

**Redacted: Non-Responsive**

Feb 4, 2021, 9:16 PM



Confidential







Confidential
CNN001085

