# EXHIBIT 38

| | |
|---|---|
| **From**: | O'Sullivan, Donie [donie.osullivan@warnermedia.com] |
| **Sent**: | 2/5/2021 3:00:49 AM |
| **To**: | Anthony, Tiffany [tiffany.anthony@warnermedia.com] |
| **CC**: | Burack, Lee [lee.burack@warnermedia.com] |
| **Subject**: | Re: Viewing Link |

ERROR at 2.29 that is NOT a picture of Alan Hostetter, that is of his associate who has nothing to do with this story. Alan is the other guy in the picture.

ERROR: The pics at 2.49 – 3.00 are NOT him


SHOTS THAT NEED MANDATORY CREDIT:
**QAnon Anonymous Podcast**

0.14 shot of me
0.19 wide shot of room
0.22 shot of speakers
0.29 shot of me
1.59 shot of speakers
2.06 shot of Shaman in room
2.12 shot of shaman speaking in room
3.04 shot of the room

---

**From:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>
**Date:** Thursday, February 4, 2021 at 9:52 PM
**To:** O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Cc:** Burack, Lee <lee.burack@warnermedia.com>
**Subject:** FW: Viewing Link

Hey Donie – here is the frame.io of the piece.
Let me know where I need to font QAnon Anonymous Podcast.

Also, I need to font www.qcon.live correct?

**Tiffany Anthony**
Cross Platform Producer



One CNN Center | Atlanta, GA 30303
Cell: Redacted: PII
Email: tiffany.anthony@warnermedia.com

---

**From:** Burack, Lee <lee.burack@warnermedia.com>
**Sent:** Thursday, February 4, 2021 9:51 PM
**To:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>
**Subject:** Viewing Link

Hi-

Here's the Frame.io:

https://f.io/vuDibr1S

Confidential                                                                                                                                                                                                                    CNN001327