# EXHIBIT 40

| | |
|---|---|
| **From**: | O'Sullivan, Donie [donie.osullivan@warnermedia.com] |
| **Sent**: | 2/4/2021 1:55:18 PM |
| **To**: | Van Sant, Ashley [ashley.van.sant@warnermedia.com]; Jorgensen, Jamie [jamie.jorgensen@warnermedia.com]; Anthony, Tiffany [tiffany.anthony@warnermedia.com] |
| **Subject**: | Re: Taping an interview in the morning at 10am |

Hey guys,

Will get the Skype details over to you around 9.30a when the interviewee is up on the west coast.

Hopefully tape soon after 10a.

Here are the main elements we will be basing the piece on.

We will also needs broll of QAnon signs etc, and the insurrection.

I will have a rough script over to you by 10a.

**Redacted: Privileged**

**Videos provided to CNN all need MANDATORY CREDIT: "QAnon Anonymous Podcast"**

All files here: https://www.dropbox.com/sh/ht4sbux5qnhckw7/AAB5pQE9Y4UoMzgIVKCE7Msna?dl=0

Definitely use both of these videos that in that set of the QAnon Shaman
https://www.dropbox.com/sh/ht4sbux5qnhckw7/AAB5pQE9Y4UoMzgIVKCE7Msna?dl=0&preview=IMG_2088.MOV

https://www.dropbox.com/sh/ht4sbux5qnhckw7/AAB5pQE9Y4UoMzgIVKCE7Msna?dl=0&preview=IMG_1980.MOV


**Videos of speeches at conference**

**Redacted: Privileged**

The videos are from here:
http://qcon.live/phx-videos/

These are already in MS:

Q Con 1: 16864347 (Alan Hofstetter speech) Transcript
Q Con 2: 16864329 (Opening speeches) Transcript
Q Con 3: 16864333 (Praying Medic speech) Transcript
Q Con 4: 16864337 (Afternoon speeches) Transcript


Donie O'Sullivan

Redacted: PII
@donie



---

**From:** Van Sant, Ashley <ashley.van.sant@warnermedia.com>
**Sent:** Thursday, February 4, 2021 8:47 AM
**To:** Jorgensen, Jamie <jamie.jorgensen@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>; Anthony, Tiffany <tiffany.anthony@warnermedia.com>
**Subject:** RE: Taping an interview in the morning at 10am

Morning all – I got all the elements in the project now.
Donie – do you have a rough script already? Wasn't sure if I missed an email somewhere.

Talk soon!

---

**From:** Jorgensen, Jamie <jamie.jorgensen@warnermedia.com>
**Sent:** Thursday, February 4, 2021 8:45 AM
**To:** O'Sullivan, Donie <donie.osullivan@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Anthony, Tiffany <tiffany.anthony@warnermedia.com>
**Subject:** RE: Taping an interview in the morning at 10am

Good morning,
Donie, when you can please send along the contact info for the guest you'd like to interview or you can loop me, Ashley and Tiffany into an email with them and I'll take it from there. You'll be on the phone asking questions as we record them on camera via Cisco Webex.

Ashley and Tiffany will tag team producing the piece today since we're starting early and running late. (Tiffany meet Donie!)

Amanda, I'm moving you to BCC so we don't clog up your inbox today. If you prefer differently, let us know. The gals will keep you updated on the piece and let you know when it's in.

Ashley started bringing in materials yesterday and our editor comes online at 11am.

For quick reference, here is contact info for all:
Ashley –
Tiffany – **Redacted: PII**
Jamie –
Donie –

---

**From:** O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Sent:** Wednesday, February 3, 2021 8:58 PM
**To:** Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Hobor, Amanda <amanda.hobor@warnermedia.com>
**Cc:** Jorgensen, Jamie <jamie.jorgensen@warnermedia.com>
**Subject:** Re: Taping an interview in the morning at 10am

Thanks! Jamie I will touch base in the AM. Hoping to tape at 10am

Donie O'Sullivan

Redacted: PII
@donie



---

**From:** Van Sant, Ashley <ashley.van.sant@warnermedia.com>
**Sent:** Wednesday, February 3, 2021 7:10 PM
**To:** O'Sullivan, Donie <donie.osullivan@warnermedia.com>; Hobor, Amanda <amanda.hobor@warnermedia.com>
**Cc:** Jorgensen, Jamie <jamie.jorgensen@warnermedia.com>
**Subject:** RE: Taping an interview in the morning at 10am

+ Adding Jamie Jorgensen who can help with setup…

---

**From:** O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Sent:** Wednesday, February 3, 2021 7:01 PM
**To:** Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Hobor, Amanda <amanda.hobor@warnermedia.com>
**Subject:** Taping an interview in the morning at 10am

Hi guys,

I want to tape an interview over Skype tomorrow morning at 10am ET for this piece tomorrow night.

I can conduct the interview over Skype.

If there is a way to do this most seamlessly let me know if you need to connect me with anyone.

Donie

Donie O'Sullivan
Redacted: PII
@donie

