# EXHIBIT 41

**Document (PX_250) to be filed pursuant to Local Rule 1.11(d)**