# EXHIBIT 42

**Page Vault**

Document title:                Twitter bans Michael Flynn, Sidney Powell in QAnon account purge

Capture URL:                   https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-
                               qanon-account-purge-n1253550

Page loaded at (UTC):          Fri, 03 Mar 2023 19:03:06 GMT

Capture timestamp (UTC):       Fri, 03 Mar 2023 19:03:54 GMT

Capture tool:                  10.20.11

Collection server IP:          44.213.51.97

Browser engine:                Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                               Gecko) Chrome/108.0.5359.215 Safari/537.36

Operating system:              Windows_NT (Node 16.17.1)

PDF length:                    10

Capture ID:                    4u6f5NJ8VEePvb7GWhwpRm

User:                          dwt-pjezick

> **Exhibit 64**
> 3/10/2023
> M. Flynn

 **NEWS**   POLITICS   U.S. NEWS   WORLD   CULTURE & TRENDS   HEALTH   BUSINESS   TECH   NBC NEWS TIPLINE   • WATCH **NOW**    

TECH NEWS

# Twitter bans Michael Flynn, Sidney Powell in QAnon account purge

Flynn and Powell both met with Trump at the White House in recent weeks as part of efforts to overturn the election results.



Michael Flynn, then national security adviser, at the daily news briefing at the White House on Feb. 1, 2017.   Carolyn Kaster / AP file

f   🐦   ✉   🔗   |   🔖 SAVE    **Create your free profile or log in to save this article**

Jan. 8, 2021, 9:28 PM UTC

**By Ben Collins and Brandy Zadrozny**

Jan. 8, 2021, 9:28 PM UTC

**By Ben Collins and Brandy Zadrozny**

Twitter on Friday removed the accounts of Michael Flynn, Sidney Powell and other high-profile supporters of President Donald Trump who promoted the QAnon conspiracy theory.

The permanent bans are among the highest profile that the company has instituted as part of its efforts to crack down on misinformation and calls for violence.

Flynn and Powell both met with Trump at the White House in recent weeks as part of efforts to overturn the presidential election results. They are also high-profile figures in the QAnon community, and Flynn even took an "oath" to the conspiracy theory last year.

"The accounts have been suspended in line with our policy on Coordinated Harmful Activity," a Twitter spokesperson told NBC News. "We've been clear that we will take strong enforcement action on behavior that has the potential to lead to offline harm, and given the renewed potential for violence surrounding this type of behavior in the coming days, we will permanently suspend accounts that are solely dedicated to sharing QAnon content."



Twitter also removed the account of Ron Watkins, the administrator of the website 8kun, which was formerly named 8chan and hosts posts from Q, the false digital "prophet" at the heart of the QAnon conspiracy theory.

8chan changed its name last summer after white supremacists used the site to post manifestos before committing mass murder, including a terror attack at a mall in El Paso, Texas, that killed 17 in 2019.

Watkins, who lives in Japan, and Powell have spent recent weeks pushing false claims about Dominion Voting Systems and the company's role in the U.S. elections, as well as targeting private

2019.

Watkins, who lives in Japan, and Powell have spent recent weeks pushing false claims about Dominion Voting Systems and the company's role in the U.S. elections, as well as targeting private citizens with false claims of election fraud. Powell was sued by Dominion Voting Systems on Friday for $1.3 billion.

The bans come two days after Twitter locked down Trump's account and warned that he risks a permanent ban if he continues to violate the company's policies. Trump posted a video in response to the mob that stormed the Capitol in which he continued to spread false claims about the election. His account is no longer locked.

**Recommended**



TECH NEWS
AI-generated 'synthetic media' is starting to permeate the internet

TECH NEWS
Amazon pauses construction of second headquarters in Virginia

Twitter, which for years resisted calls to moderate its platform, has recently taken a stronger stance against conspiracy theories that have been tied to violence, most notably the QAnon movement. In July, Twitter removed 7,000 accounts and limited many others for dabbling in QAnon. The company also designated the QAnon movement as coordinated harmful activity, meaning it was then limited from the platform's search functions and "Trending Topics" feature.

The bans add to complaints from conservatives who have claimed that Twitter's policies and enforcement unfairly target them. Some users say they have left the platform for similar alternatives, such as Parler, which surged during the election when Twitter was aggressive in limiting misinformation.

But they also come as many people in the technology industry who have been reticent to permanently ban many accounts have changed their positions following the violence at the Capitol.

*This is a developing story. Please check back for updates.*



Ben Collins ✉

Ben Collins covers disinformation, extremism and the internet for NBC News.

Brandy Zadrozny ✉

Brandy Zadrozny is a senior reporter for NBC News. She covers misinformation, extremism and the internet.

Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Fri, 03 Mar 2023 19:03:54 GMT



Brandy Zadrozny

Brandy Zadrozny is a senior reporter for NBC News. She covers misinformation, extremism and the internet.

Jason Abbruzzese contributed.

Taboola Feed

SPONSORED / TIRE DEALS | TOP SEARCHES
**Unsold Tires on Clearance Sale in Seattle**

SPONSORED / ONLINE SHOPPING TOOLS
**Amazon Left Scrambling As Prime Users Find Out About Secret Deals**

SPONSORED / ONLINE SHOPPING TOOLS
**Amazon Hates When You Do This (But They Can't Stop You)**

SPONSORED / BOMMORY
**This is the most powerful flashlight in the world**
-70% Off

SPONSORED / LEAFFILTERUSA.COM
**Don't Pay For New Gutters. Get This 3-In-1 System Instead**

SPONSORED / STEAK DELIVERY DEALS | TOP SEARCHES
**These Prices on Steak Delivery Could Surprise You**

SPONSORED / HEALTHY LIVING
**Washington: New "Grocery Allowance" Everyone on Medicare Can Apply for**

You

on Medicare Can Apply for



SPONSORED / CAR RENTAL DEALS | TOP SEARCHES

**These Luxury Car Rentals Are So Cheap They're Almost Being Given...**



SPONSORED / MIDSIZE SUV DEALS | TOP SEARCHES

**Most Affordable Midsize SUVs**
Find huge discounts on Midsize SUVs now

SPONSORED / INVESTING OUTLOOK

**Man Who Predicted Lehman Crash Says Get Ready For a 2023 "Cash...**



SPONSORED / NEW ELECTRIC CARS | SEARCH ADS

**Killer New EVs That Many Don't Realize Are Affordable**

SPONSORED / ALASKA CRUISE DEALS | SPONSORED SEARCHES

**Empty Alaska Cruise Cabins Cost Almost Nothing**

---

**More From NBC News**



NBC NEWS / NEWS

**Rape kit from 1994 leads to arrest in 43-year-old killing, authorities say**



NBC NEWS / NEWS

**Situation 'critical': Ukraine clings to Bakhmut as Russians advance**



NBC NEWS / SHOP

**These are the best dishwashers of 2023, according to Consumer...**







SPONSORED / CONLARLY

**A 70 year old grandmother designed a bra for elderly women that is popular all over the world**



SPONSORED / GRAND HISTORIC STRATEGY SIMULATION

**What if the US had not entered in 1941? Game simulates alternative history**

This strategy games makes you become a player in the crucial situations of history.



SPONSORED / FLEX ALLOWANCE

**Washington: New "Grocery Allowance" Everyone on Medicare Can Apply for**



SPONSORED / HEALTHY GURU

**If You Have Toenail Fungus Try This Tonight (It's Genius!)**



NBC NEWS / NEWS

**Harry and Meghan have been asked to vacate Frogmore Cottage**



NBC NEWS / NEWS

**The house where JonBenet Ramsey was found dead could be yours for...**



NBC NEWS / NEWS

**What the FBI found at the family home of the University of Idaho...**

SPONSORED / CAMPER VAN DEALS | TOP SEARCHES

**These Prices on Camper Van Rentals Could Surprise You**

Find Huge Discounts on Camper Vans Here

SPONSORED / HONDA CRV DEALS | TOP SEARCHES

**New 2023 Honda CR-V - Clearance Sales Happening Now**

Find Huge Discounts on Honda Now

SPONSORED / DMOFASHION

**I Bought This for My Kid and Now She is Addicted and Stays Away from the Ipad**

This Diamond Painting Stickers Kits can not only exercise children's sense of achievement, but create more child-parent interaction. Easy to carry and operate. Grea...

SPONSORED / CAR COVER DEALS | TOP SEARCHES

**These Car Covers Are So Cheap They're Almost Being Given Away**





NBC NEWS / DATELINE

**Dateline NBC EXCLUSIVE: Friend of Maggie Murdaugh Opens Up in First Interview**

NBC NEWS / NOW

**Alleged gang members arrive at new mega-prison in El Salvador**

NBC NEWS / NEWS

**N.J. neighbors say woman may have had 30 cats in house torched in fat...**





SPONSORED / CAMPER VAN DEALS | TOP SEARCHES

**These Prices on Camper Van Rentals Could Surprise You**

Find Huge Discounts on Camper Vans Here

SPONSORED / HONDA CRV DEALS | TOP SEARCHES

**New 2023 Honda CR-V - Clearance Sales Happening Now**

Find Huge Discounts on Honda Now





SPONSORED / DMOFASHION

**I Bought This for My Kid and Now She is Addicted and Stays Away from the Ipad**

This Diamond Painting Stickers Kits can not only exercise children's sense of achievement, but create more child-parent interaction. Easy to carry and operate. Grea...

SPONSORED / CAR COVER DEALS | TOP SEARCHES

**These Car Covers Are So Cheap They're Almost Being Given Away**





NBC NEWS / DATELINE

**Dateline NBC EXCLUSIVE: Friend of Maggie Murdaugh Opens Up in First Interview**

NBC NEWS / NOW

**Alleged gang members arrive at new mega-prison in El Salvador**

NBC NEWS / NEWS

**N.J. neighbors say woman may have had 30 cats in house torched in fat...**





SPONSORED / FLEX TAX AND CONSULTING GROUP

### LLC Tax Return Filing - Speak with the Tax Experts

Top-Rated Licensed CPAs will Assist You with your LLC Filings and Strategy. Experts in Corporate and LLC SUpport - We Ensure that You will Not Overpay Tax!

SPONSORED / FINANCEBUZZ

### Revealed: New Strategy to Pay 0% Interest Until 2024

What if we told you getting a credit card can be one of the fastest ways to pay down debt? It sounds crazy, but there's a secret...



SPONSORED / VOLVO EX90 SALES

### All Electric All Green 2023 New Suvs

SPONSORED / MARTTINE

### Omg! These New Men's Outdoor Walking Shoes Are Now 70% Off!







NBC NEWS / MEET-THE-PRESS

### Marianne Williamson: 'I can beat DeSantis or Trump'

NBC NEWS / DATELINE

**Dateline NBC EXCLUSIVE: Alex Murdaugh's Former Longtime Frien...**

NBC NEWS / NEWS

**Two brothers who killed a California groom on his wedding...**