# EXHIBIT 43

**Document (PX_0674-PX_0676) to be filed pursuant to Local Rule 1.11(d)**