# EXHIBIT 44

**PageVault**

| | |
|---|---|
| Document title: | BrittanyWWG1WGA on Twitter: "#Taketheoath #qanon #wwg1wga My first post as a digital soldier! God Bless my fellow Americans, and God bless the United States of America! ☐ ☐ … https://t.co/4jVa5YKggs" |
| Capture URL: | https://web.archive.org/web/20200629224419/https://twitter.com/WgaBrittany/status/1277734296065921025 |
| Page loaded at (UTC): | Fri, 24 Mar 2023 19:20:08 GMT |
| Capture timestamp (UTC): | Fri, 24 Mar 2023 19:20:35 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 44.207.74.34 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | gapYcQcbY1fuP8GuyZyfVg |
| User: | dwt-pjezick |

**Exhibit 137**
4/5/2023
Lori Flynn

PDF REFERENCE #:   wp3kxyLyUFEtyBgPdwKsex

INTERNET ARCHIVE WayBackMachine https://twitter.com/WgaBrittany/status/1277734296065921025 Go 1 capture 29 Jun 2020 MAY JUN JUL 29 2020 2021 About this capture

Home About Have an account? Log in

BrittanyWWG1WGA
@WgaBrittany
Follow

#Taketheoath #qanon #wwg1wga

My first post as a digital soldier! God Bless my fellow Americans, and God bless the United States of America! 🇺🇸

The media could not be played.

3:42 PM - 29 Jun 2020

1 Retweet 1 Like

1 1

BrittanyWWG1WGA
@WgaBrittany
God bless the United States of America! 🇺🇸
Joined June 2020

© 2020 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

© 2020 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

