# EXHIBIT 45

PageVault

| | |
|---|---|
| Document title: | Courtney Salinas on Twitter: "Why be silent about such a GOOD thing? Inspired by @GenFlynn , this traditionally silent majority member is choosing to break from the 98% and be silent no more. Who's with me? #taketheoath #WWG1WGA #SilentNoMore God bless America, our @POTUS, and all the people in it.… https://t.co/Wq5jIaBFop" |
| Capture URL: | https://web.archive.org/web/20200702182245/https://twitter.com/CourtSalinas/status/1278747279441223690 |
| Page loaded at (UTC): | Fri, 24 Mar 2023 19:18:26 GMT |
| Capture timestamp (UTC): | Fri, 24 Mar 2023 19:19:43 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 44.207.74.34 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | wRsiUgsnBmmv3K2Qs8TjqQ |
| User: | dwt-pjezick |

**Exhibit 138**
4/5/2023
Lori Flynn

PDF REFERENCE #:   1eCL5VnDh7we4FUboXpx46

INTERNET ARCHIVE WaybackMachine https://twitter.com/CourtSalinas/status/1278747279441223690 Go JUN JUL JAN 02 2020 2023 4 captures 2 Jul 2020 About this capture

Home About Have an account? Log in

**Courtney Salinas**
@CourtSalinas

Wanna-be Writer. Life-long grinner. All good vibes.

Austin, Texas

Joined October 2011

**Courtney Salinas**
@CourtSalinas
Follow

Why be silent about such a GOOD thing? Inspired by @GenFlynn , this traditionally silent majority member is choosing to break from the 98% and be silent no more. Who's with me? #taketheoath

#WWG1WGA #SilentNoMore God bless America, our @POTUS, and all the people in it.

The media could not be played.

10:48 AM - 2 Jul 2020

9 Retweets 7 Likes

1 9 7

Show more replies

© 2020 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

© 2020 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

