# EXHIBIT 47

**Document (PX_1250-PX_1252) to be filed pursuant to Local Rule 1.11(d)**