# EXHIBIT 48

**Page Vault**

| | |
|---|---|
| Document title: | loandfly��� (@lofly727) \| Twitter |
| Capture URL: | http://web.archive.org/web/20200705170010/https://twitter.com/lofly727 |
| Page loaded at (UTC): | Tue, 14 Feb 2023 19:17:33 GMT |
| Capture timestamp (UTC): | Tue, 14 Feb 2023 19:21:08 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 11 |
| Capture ID: | 3p5R87jUeJCACUjBHMSrYw |
| User: | pv-leslie |

**Exhibit 168**
4/5/2023
Lori Flynn

PDF REFERENCE #:    9zoRbMHhK2iup8VxoocGYe







