# EXHIBIT 49

PageVault

| | |
|---|---|
| Document title: | An Introduction To 'Q' \| Zero Hedge |
| Capture URL: | https://web.archive.org/web/20200824031402/www.zerohedge.com/political/introduction-q |
| Page loaded at (UTC): | Fri, 24 Mar 2023 19:26:43 GMT |
| Capture timestamp (UTC): | Fri, 24 Mar 2023 19:27:08 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 44.207.74.34 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | hxyngHY4T1y1M1p9c6ozQP |
| User: | dwt-pjezick |

**Exhibit 169**
4/5/2023
Lori Flynn

PDF REFERENCE #:    6wVcrS8K7Aez1jCzAZN9L4

## Antifa/BLM AstroTurf Their Opposition
by Portfolio Armor – Aug 22, 2020 8:50 pm

Antifa/BLM gets caught trying to frame MAGA and QAnon for their own rioting.

## Peter Schiff: $100,000 Gold Isn't Impossible
by quoth the raven – Aug 23, 2020 11:10 am

Peter joined me Sunday, August 23, 2020 to talk Buffett buying gold and why we shouldn't have another Covid shut down.

## The Lionel Richie "Dancing on the Ceiling" Stock Market (and Sentiment Results)...
by HedgeFundTips.com – Aug 23, 2020 3:49 pm

*Oh, what a feeling... When we're dancing on the ceiling*

ADVERTISEMENT

ADVERTISEMENT

# An Introduction To 'Q'

 by Tyler Durden
Wed, 01/15/2020 - 23:45



*Authored by Deborah Franklin via AmericanThinker.com,*

**Who is Q? What is Q? And, perhaps most importantly, why is Q?**



Q and the ever-growing worldwide movement it's inspired have been the **objects of fascination, mockery and hatred, but of surprisingly little serious analysis.**

Q first appeared in October 2017 on an anonymous online forum called 4Chan, posting messages that implied top-clearance knowledge of upcoming events. More than 3,000 messages later, Q has created a disturbing, multi-faceted portrait of a global crime syndicate that operates with impunity. Q's followers in the QAnon community faithfully analyze every detail of Q's drops, which are compiled here and here.

The mainstream media has published hundreds of articles attacking Q as an insane rightwing conspiracy, particularly after President Trump seemed to publicly confirm his connection to it.  At a North Carolina rally in 2019, Trump made a point of drawing attention to a baby wearing a onesie with a big Q.

In recent weeks, the tempo of Trump's spotlighting of Q has accelerated, with the President retweeting Q followers twenty times in one day. Trump has featured Q fans in his ads and deployed one of Q's signature phrases ("These people are sick") at his rallies. The President's lawyer, Rudy Giuliani, has also retweeted Q followers.

Q has noted that the media never asks Trump the obvious question: What do you think of Q? To Q followers, the reason they don't ask is obvious. They're afraid of the answer.

**In the meantime, Q's influence continues to spread.** Protestors in Hong Kong, Iran, and France have held up Q signs and chanted Q quotes. Q's revelations are uniting people all over the world who want freedom.

If you're unfamiliar with Q or only know it through the media's attacks, I'd like to provide a brief introduction to this extraordinary phenomenon. I've followed Q since the first drop, and I've grown increasingly impressed by the accuracy, breadth and depth of Q's messages. Q followers were prepared long in advance for the easing of hostilities with North Korea, the deflation of the mullahs of Iran, and the discovery of Ukraine as a hotbed of corruption for American politicians. They knew a great deal about Jeffrey Epstein's activities before the public did and anticipate even more shocking revelations to come. As Q likes to say, "Future proves past." As Q's predictions come true, they lend retroactive credibility to the entire enterprise.

Q's followers believe that Q is a military intelligence operation, the first of its kind, whose goal is to provide the public with secret information. Many Q followers think the Q team was founded by Admiral Michael Rogers, the

## Login

Username *

Password *

Log in

Create new account
Reset your password

## CHANNELS

Video

Commodities



**NEVER MISS THE NEWS THAT MATTERS MOST**

**ZEROHEDGE DIRECTLY TO YOUR INBOX**

Email    Subscribe

Don't have time to read every single post on ZeroHedge?

Receive a daily recap featuring a curated list of must-read stories.

Search Zerohedge

| Today's Top Stories    + |



- Video
- Commodities
- Crypto
- Economics
- Bailout
- Energy
- Geopolitical
- Medical
- Markets
- Personal Finance
- Political
- Technology

corruption for American politicians. They knew a great deal about Jeffrey Epstein's activities before the public and anticipate even more shocking revelations to come. As Q likes to say, "Future proves past." As Q's predictions come true, they lend retroactive credibility to the entire enterprise.

Q's followers believe that Q is a military intelligence operation, the first of its kind, whose goal is to provide the public with secret information. Many Q followers think the Q team was founded by Admiral Michael Rogers, the former Director of the National Security Agency and former Commander of US Cyber Command. Some suspect that Dan Scavino, White House Director of Social Media, is part of the team, because the high quality of Q's writing has the luster of a communications expert.

**Q is a new weapon in the game of information warfare, bypassing a hostile media and corrupt government to communicate directly with the public.** Think of Q as a companion to Trump's twitter. Whereas Trump communicates bluntly and directly, Q is cryptic, sly and subtle, offering only clues that beg for context and connection.

Here's the way it works: Q posts messages (also known as "drops" or "crumbs") on an anonymous online forum, which are discussed, analyzed, and critiqued by the board's inhabitants. (The forum has changed a few times after massive online attacks.) Hundreds of social media accounts then spread Q's latest posting to worldwide followers who share their research, analysis, and interpretations of Q's latest information.

I've compiled a list of Q's most famous catch phrases and tried to put them into context.

**The Great Awakening**: We're living in a unique time in which ordinary citizens around the world are collaborating to understand and expose the corrupt system that rules us. The system thrives on deception, and the overwhelming task of The Great Awakening is to penetrate its lies and reveal the truth.

- The first phase of The Great Awakening is heightened awareness of the Deep State – the interlocking governmental entities that operate outside the law to expand their own power. Elections and popular opinion don't impact the ability of the Deep State to enforce its agenda.
- The second phase of The Great Awakening investigates the Deep State's alliance with other powerful sectors: the media, Hollywood, charities and non-profits, public schools and universities, religious organizations, medical, scientific and financial institutions, and multinational corporations. This phase can be painful, as you discover that **"those you trust the most"** (in Q's phrase) are deceiving you. Beloved celebrities, religious leaders, doctors, educators, innovators, and do-gooders are all in on the hoax.
- The third phase of The Great Awakening is perhaps the most painful of all. The people who rule us are not merely amoral creatures who view us as collateral damage in their drive for money and power. It's scarier than that. The potentates we serve are actively trying to harm us. That's their goal. We're under coordinated attack.

**Dark To Light**: Q tells us that what our rulers fear the most is exposure. Bringing their crimes out of protected darkness into the light of public scrutiny destroys their power to deceive. And as their power fades, the darkness of our divided, violent world will yield to the light of freedom, cooperation, and peace.

**Where We Go One We Go All (WWG1WGA)**: Q's most famous phrase expresses the worldwide egalitarian nature of the movement. Every country is suffering from the system's oppression, and the whole world will benefit from a rebirth of freedom. In this unique movement, anonymous citizens work in collaboration with the highest-ranking military leaders and the president, and everyone's contributions are valued. When commenters on the board have thanked Q for his service, Q has replied that no one is above and no one is below. "We work for you."

**These people are sick**. Perhaps the most difficult aspect of The Great Awakening is coming to terms with the depravity of our rulers, whom Q has called The Cult. Jeffrey Epstein's story has helped to awaken people to some of the elite's crimes. The mysterious temple on Epstein's island hints at possible future revelations that are frightening in their scope. Q followers believe that The Cult engages in ritual practices that enshrine the shedding of blood and which prey on the innocence of children. The sickness in their souls thrives on brutality, war, and terror. These disclosures will be tough for the public to take.

**Trust the plan**. The presumed military leaders who created Q and who protected Trump throughout the election and presidency have created a precise path to victory. Despite the seeming chaos of daily events, a steady progression of victories is taking place. The plan includes offensive maneuvers against the Cult's financial power, legal standing, human supply chains, and military capacity. And, of crucial importance, the plan attacks the Cult's ability to control the narrative that shapes what the public believes. In this high-stakes game of information warfare, Q plays a vital role by empowering ordinary citizens (like me) to spread the truth.

**They want you divided**. The hatred that's growing between races, classes, age groups, religions, and political parties is purposely fomented by the Cult. The more we're divided and focused on attacking each other, the weaker we become. Q urges us to stay together and to fight the Cult, not each other.

**They think you're sheep**. The Cult believes, as Q says, "you'll follow the stars" – the celebrities in media, Hollywood, and academia who tell you, in coordinated fashion, what you're supposed to think. Their contempt for you makes them confident they can control you and ensure your surrender to any agenda. Q, on the other hand, offers only clues and can only be understood by high-grade critical thinking, spurred by constant crowd-sourced criticism and reassessment. The essence of the Q movement is to think for yourself.

**Bigger than you can imagine. Expand your thinking.** Q encourages us to reevaluate everything we think we know. The Cult may date back to ancient times, and through its powerful families, it might have manipulated historical events in ways that we haven't suspected. The Cult may also possess advanced technology and medical cures that have not been released to the public. One aspect that may be "bigger than you can imagine" is the unfathomable scale of theft from our national coffers, as funds for foreign aid and wars wind up in the Cult's pockets.

**Track resignations**. Beneath the surface, a broad and deep cleansing of corrupt players is taking place. Q asked us to track resignations to understand the scope of activity. (Here's a website that took him up on his request: www.resignation.info) Resignations, retirements, and unexpected deaths from major players in politics, media, charities, and corporations all point to possible deals being made quietly without the public fanfare of arrests. For me, a notable resignation is Eric Schmidt's abrupt exit from Google, which received little media attention. Schmidt resigned on December 21st, 2017, the same day that President Trump signed an executive order declaring a national emergency related to "serious human rights abuse and corruption around the world." Further context for Schmidt's resignation may be inferred from this photo of him in North Korea, apparently in an advisory role. Standing next to him is Bill Richardson, former Governor of New Mexico, the state in which Epstein had a secret ranch. Richardson has been accused by one of Epstein's victims

### Zero Hedge Reads

- Acting Man
- Alt-Market
- Ask Brokers
- Boom Bust Blog
- Capitalist Exploits
- China Financial Markets
- Chris Martenson's Blog
- Christophe Barraud
- Contrary Investor
- Daneric's Elliott Waves
- Dr. Housing Bubble
- Financial Juice
- Financial Revolutionist
- ForexLive
- Fundist
- Gains Pains & Capital
- Gefira
- Gold Core
- Guerrilla Capitalism
- Hedge Accordingly
- Implode-Explode

- Fundist
- Gains Pains & Capital
- Gefira
- Gold Core
- Guerrilla Capitalism
- Hedge Accordingly
- Implode-Explode
- Investing Contrarian
- Jesse's Cafe Americain
- Liberty Blitzkrieg
- Market Montage
- Max Keiser
- Mises Institute
- Mish Talk
- Newsbud
- Of Two Minds
- Oil Price
- Open The Books
- Pandemic: War Room
- Peter Schiff
- Quoth The Raven Rsrch
- Rebooting Capitalism
- Safehaven
- Shanky's Tech Blog
- Slope of Hope
- TF Metals Report
- The Automatic Earth
- The Burning Platform
- The Economic Populist
- The Saker
- Themis Trading
- True Sinews
- Value Walk
- Wolf Street
- skwealthacademy

media, charities, and corporations all point to positions being made quickly, without the public fanfare of arrests. For me, a notable resignation is Eric Schmidt's abrupt exit from Google, which received little media attention. Schmidt resigned on December 21st, 2017, the same day that President Trump signed an executive order declaring a national emergency related to "serious human rights abuse and corruption around the world." Further context for Schmidt's resignation may be inferred from this photo of him in North Korea, apparently in an advisory role. Standing next to him is Bill Richardson, former Governor of New Mexico, the state in which Epstein had a secret ranch. Richardson has been accused by one of Epstein's victims.



Their need for symbols will be their downfall. The Cult uses certain symbols over and over again, which may serve some ritualistic need, but makes them vulnerable to detection. Q followers are familiar with Y-shaped horns that mimic those of the goat deity Baphomet, owls, pyramids, one eye encased within a pyramid, red shoes, bandaged fingers, and other repeating symbols, including the mysterious black eye that afflicts so many famous people. The Q Army also knows the coded pedophile symbols listed by the FBI. When Q drew attention to the design of Epstein's temple, alert Q followers noticed how similar it is to the set design of a famous talk show. And the red ring on the hand of dead terrorist Qassam Soleimani prompted Q followers to compile images of similar rings on the hands of powerful people. An excellent source for understanding how these symbols are incorporated into pop culture targeting the young through music videos, TV shows and movies can be found at vigilantcitizen.com.

Nothing can stop what is coming. Nothing. Now comes the pain. The headlines on any given day may sound discouraging for those who want justice to prevail. But these setbacks are temporary, as a juggernaut of justice heads our way. As Q likes to say: **We have it all.** Massive amounts of irrefutable evidence await the criminals who try to evade their reckoning in court. For those who worry about Trump's ability to overcome impeachment, election fraud, and assassination attempts, Q assures us: **Patriots in control**. And no legal tricks can help the criminals escape the ultimate judgment of public disgust. Q promises us that **the day is coming when they can't walk down the street.**

**You are the news now.** The "fake news" decried by President Trump is losing credibility and audience by the day. Q has exposed the 4 A.M. drops that provide the daily talking points to media personnel, so they can all parrot the same propaganda. Q has also named various journalists whom he says take bribes. The media is concentrated within six powerful companies; on the other hand, the Q army is vast, voluntary, and anonymous. Q assures us that our efforts to disseminate the truth through social media and conversations with family and friends are having a huge impact. We are the news now.

**We know what happens in the end. God wins.** Many times, Q has asked us to pray. He's quoted the famous Biblical lines of Ephesians 6:12, "For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of darkness of this world, against spiritual wickedness in high places." We're living through monumental times. It's comforting that Q believes that if we work together, God wins.

* * *



Q - The Plan To Save The World REMASTERED

🏷 Human Interest     👁 623,227     💬 975

## From Our Partners

- TF Metals Report
- The Automatic Earth
- The Burning Platform
- The Economic Populist
- The Saker
- Themis Trading
- True Sinews
- Value Walk
- Wolf Street
- skwealthacademy

serve some ritualistic need, but makes them vulnerable to detection. Q followers are familiar with Y-shaped horns that mimic those of the goat deity Baphomet, owls, pyramids, one eye encased within a pyramid, red shoes, bandaged fingers, and other repeating symbols, including the mysterious black eye that afflicts so many famous people. The Q Army also knows the coded pedophile symbols listed by the FBI. When Q drew attention to the design of Epstein's temple, alert Q followers noticed how similar it is to the set design of a famous talk show. And the red ring on the hand of dead terrorist Qassam Soleimani prompted Q followers to compile images of similar rings on the hands of powerful people. An excellent source for understanding how these symbols are incorporated into pop culture targeting the young through music videos, TV shows and movies can be found at vigilantcitizen.com.

**Nothing can stop what is coming. Nothing. Now comes the pain.** The headlines on any given day may sound discouraging for those who want justice to prevail. But these setbacks are temporary, as a juggernaut of justice heads our way. As Q likes to say: **We have it all.** Massive amounts of irrefutable evidence await the criminals who try to evade their reckoning in court. For those who worry about Trump's ability to overcome impeachment, election fraud, and assassination attempts, Q assures us: **Patriots in control**. And no legal tricks can help the criminals escape the ultimate judgment of public disgust. Q promises us that **the day is coming when they can't walk down the street.**

**You are the news now**. The "fake news" decried by President Trump is losing credibility and audience by the day. Q has exposed the 4 A.M. drops that provide the daily talking points to media personnel, so they can all parrot the same propaganda. Q has also named various journalists whom he says take bribes. The media is concentrated within six powerful companies; on the other hand, the Q army is vast, voluntary, and anonymous. Q assures us that our efforts to disseminate the truth through social media and conversations with family and friends are having a huge impact. We are the news now.

**We know what happens in the end. God wins.** Many times, Q has asked us to pray. He's quoted the famous Biblical lines of Ephesians 6:12, "For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of darkness of this world, against spiritual wickedness in high places." We're living through monumental times. It's comforting that Q believes that if we work together, God wins.

* * *

Q - The Plan To Save The World REMAS...
REMASTERED
Watch later
Share
THE PLAN TO SAVE THE WORLD

Human Interest 623227 975

## From Our Partners

**Surfers Save Dog From a Sea Cave After It Had Been Missing For 3 Months**

**Golf stunner Zhu pays tribute to 'amazing' boyfriend Morikawa after win**

**A Giant Nuclear Fusion Reactor Hotter than the Sun to Provide Unlimited**

Discrimination Notice Privacy Policy Disclaimer Advertise with Zerohedge

Copyright ©2009-2020 ZeroHedge.com/ABC Media, LTD



