# EXHIBIT 52

**Document (PX_0679-PX_0680) to be filed pursuant to Local Rule 1.11(d)**