# EXHIBIT 53

🔒 **PageVault**

| | |
|---|---|
| Document title: | loandfly☐ ☐ ☐ (@lofly727) \| Twitter |
| Capture URL: | http://web.archive.org/web/20181129021840/https://twitter.com/lofly727 |
| Page loaded at (UTC): | Wed, 08 Feb 2023 23:36:23 GMT |
| Capture timestamp (UTC): | Wed, 08 Feb 2023 23:38:54 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | rWQ9CUDY7d5hunRD2TtUoX |
| User: | pv-leslie |

**Exhibit 194**
4/5/2023
Lori Flynn

PDF REFERENCE #:    5mpjPS9mbiziaKZPpsjw51



INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go
120 captures
14 Nov 2018 - 25 Jan 2023
OCT NOV DEC
29
2017 2018 2020
About this capture

Tweets 8,890 | Following 7,328 | Followers 6,822 | Likes 45.1K

Follow

**loandfly★★★**
@lofly727

proud wife of an American hero #MAGA #faith #hope #truth #family #3beautifulgrandkids #loveallvets #nofakenewsallowed #wewantjustice #McCabeisaCriminal

Joined June 2013

20 Photos and videos

**Tweets** | Tweets & replies | Media

**loandfly★★★** @lofly727 · 6h
OMG

> **⚔ Christus Patriot ⚔** @ChristusPatriot
> MEDIA BLACKOUT
>
> Former AR Dem Party Chairman Harold Moody was arrested Nov 5th on charges of streaming CHILD RAPE PORN AT WORK....
>
> Show this thread

loandfly★★★ Retweeted
**Everyday Miracles Farm** @caisson_mom · 6h
His time is coming. I have faith in Q

> **Miami Herald** @MiamiHerald
>
> 
> 
>
> Long before #MeToo became the catalyst for a women's movement about sexual assault — and a decade before the fall of Harvey Weinstein, Bill Cosby and U.S. Olympic gymnastic doctor Larry Nassar — there was...
>
> Show this thread

2 2

**loandfly★★★** @lofly727 · 6h
Where is the justice!!

> **Glenn Greenwald** @ggreenwald
> It's long been clear that the Jeffrey Epstein case protected numerous powerful people, involved high-level prosecutorial abuse, and shielded child trafficking. But this outstanding exposé is stunning and shocking. Please read it: twitter.com/MiamiHerald/st...

**loandfly★★★** @lofly727 · 7h
I was SICK reading this. Someone once again needs to be held accountable!

> **WWG1WGA** @findtruthQ
> Everyone of my followers needs to read this thread.
>
> Thank you @MiamiHerald for being brave enough to put this out publicly....

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

- **Barbara(Flynn)★★★Re...** @BarbaraRedgate
- **MaryFlynnONeill★★★** @flynn_neill
- **Jack Flynn MikeFlynnDefe...** @GoJackFlynn
- **SFGate** @SFGate
- **SFMTA** @sfmta_muni

## Worldwide trends

- **#ThursdayThoughts** 31.8K Tweets
- **#thursdaymorning** 15.6K Tweets
- **#thursdayvibes** 4,404 Tweets
- **#ThursdayMotivation** 15.1K Tweets
- **Another 3.8** 1,944 Tweets
- **#toxicgirl101** 6,701 Tweets
- **Brian Williams** 71.9K Tweets
- **Chris Hayes** 41K Tweets
- **Comey** 324K Tweets
- **debby ryan**