# EXHIBIT 54

PageVault

| | |
|---|---|
| Document title: | loandfly☐ ☐ ☐ (@lofly727) \| Twitter |
| Capture URL: | http://web.archive.org/web/20181202021730/https://twitter.com/lofly727 |
| Page loaded at (UTC): | Wed, 08 Feb 2023 23:50:03 GMT |
| Capture timestamp (UTC): | Wed, 08 Feb 2023 23:54:09 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | d6jfV1JireYihDh5k1a2MW |
| User: | pv-leslie |

Exhibit 195
4/5/2023
Lori Flynn

PDF REFERENCE #:    a4ZTdLA4cvXmcUEXpn8L7P



INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go
120 captures
14 Nov 2018 - 25 Jan 2023
NOV DEC JAN
2017 2018 2020
About this capture

Tweets 8,925 | Following 7,350 | Followers 6,942 | Likes 45.2K | Follow

## loandfly ★★★

@lofly727

proud wife of an American hero #MAGA #faith #hope #truth #family #3beautifulgrandkids #loveallvets #nofakenewsallowed #wewantjustice #McCabeisaCriminal

Joined June 2013

20 Photos and videos

**Tweets** | Tweets & replies | Media

**loandfly ★★★** @lofly727 · 4h
Right? Unreal bias.

> **David Wohl** @DavidWohl
> Replying to @jaketapper @yashar
> Wow Jake. Maybe you'll win an Emmy for that amazing investigative report! It's kind of like when you slammed Obama when he made the statement that America has 57 states. Oh wait...you were dead silent when that happened. Anyway, glad to see you're focused on what's important. 😂

**loandfly ★★★** @lofly727 · 4h
Yes!

> **Joseph J. Flynn ★★★** @JosephJFlynn1
> Viva Salvini!!! twitter.com/v_of_europe/st...

loandfly ★★★ Retweeted
**Jenn 🇺🇸 ★★★** @PatriotJenn · 10h
Our beloved @GenFlynn continues to endure calculated madness created by the #DeepState!

My heart aches with all the family has been through & after faithfully serving for over 30 yrs, he deserves our support!

The rally will be phenomenal, but so is the the power of prayer 🙏

Deplorable Coal Peep★★★, Smile ★★★, PatriotAsAMother ★★★🇺🇸 and 7 others

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### You may also like · Refresh

- **Barbara(Flynn)★★★Re...** @BarbaraRedgate
- **MaryFlynnONeill★★★** @flynn_neill
- **Jack Flynn MikeFlynnDefe...** @GoJackFlynn
- **SFGate** @SFGate
- **SFMTA** @sfmta_muni

### Worldwide trends

- #ThursdayThoughts — 31.8K Tweets
- #thursdaymorning — 15.6K Tweets
- #thursdayvibes — 4,404 Tweets
- #ThursdayMotivation — 15.1K Tweets
- Another 3.8 — 1,944 Tweets
- #toxicgirl101 — 6,701 Tweets
- Brian Williams — 71.9K Tweets
- Chris Hayes — 41K Tweets
- Comey — 324K Tweets
- debby ryan

Document title: loandfly☐ ☐ ☐ (@lofly727) | Twitter
Capture URL: http://web.archive.org/web/20181202021730/https://twitter.com/lofly727
Capture timestamp (UTC): Wed, 08 Feb 2023 23:54:09 GMT
Estimated post date: 12/02/2018 2:17:30 AM

loandfly★★★ @lofly727

Tweets 8,925 | Following 7,350 | Followers 6,942 | Likes 45.2K

Follow

Deplorable Coal Peep★★★, Smile ★★★, PatriotAsAMother ★★★ and 7 others

18 289 357

Show this thread

loandfly★★★ Retweeted

★★★ @gsPatton007 FOLLOW PATTON @gspatton007 · Oct 14

@gspatton007 Stands with @GenFlynn

General Flynn is a ★★★ Star General.
Show your Support by ADDING ★★★
next to your Twitter Name

General Flynn is to be sentenced in Dec
on the FAKE RUSSIA charges.
Justice screams to Free Flynn

STAND WITH FLYNN ADD ★★★

#FreeFlynn

OyVeyDiosMio✌, Dan Siddons, The Real Catia and 7 others

16 369 448

loandfly★★★ Retweeted

Matt #FreedomFighter @TruthHurts1882 · 9h

@GenFlynn is not just my follower nor just a Tweeter, he is a True Patriot that is owed so much.
Please help him.
👏👏👏👏👏👏👏👏👏👏👏👏
#MAGA #WWG1WGA #QAnon #AAG #1stdecember #MBGA #MEGA
#FreeSpeech

Renée ★★★ Nationalist #BeBest @ReneeCarrollAZ
#DismissFlynnCase
The sentencing for @GenFlynn is coming up. Partriots who can, please show up & bring signs that day to support him....

Comey
324K Tweets

debby ryan
47.8K Tweets

© 2018 Twitter About Help Center Terms
Privacy policy Cookies Ads info

INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go NOV DEC JAN 02 2017 2018 2020 120 captures 14 Nov 2018 - 25 Jan 2023 About this capture

loandfly★★★ @lofly727

Tweets 8,925 | Following 7,350 | Followers 6,942 | Likes 45.2K | Follow

who can, please show up & bring signs that day to support him....

1 | 25 | 24

loandfly★★★ Retweeted

**Unite #StopTheBias** @UniteVoteRed · 13h

Patriots it's Time to use our VOICES and RALLY support for @GenFlynn at his sentencing

#FreeFlynn #MuellerWitchHunt
Bring signs - Time, Place, Action
December 18th 9:30 AM
333 Constitution Ave
Washington DC

5 | 260 | 254

Show this thread

loandfly★★★ Retweeted

**RED VIPER KAG '18** ❌ @get4208 · 9h

Replying to @busylizzie48 @GenFlynn

An American Hero!!!

3 | 5

loandfly★★★ Retweeted

**Bob McCarthy** ★★★ @Corp125Vet · 9h

Thanks Brother, for Standing Guard Over our Nation! It's our Turn to stand with you! #DismissFlynnCase picture on the Right, I shot in La Quinta. I shook his hand, then Hugged Barbara Just After Too! We owe @GenFlynn for his Stellar Service! God Bless 🙏✝️🇺🇸 @mflynnJR

MaryFlynnONeill★★★, Jack Flynn: ★★★ Nationalist, Joseph J. Flynn ★★★ and 7 others

15 | 289 | 373

loandfly★★★ Retweeted

**ALS1963**🖤🇺🇸 @HLAurora63 · 9h

✔Mark your calendar!



