# EXHIBIT 55

PageVault

| | |
|---|---|
| Document title: | loandfly☐ ☐ ☐ (@lofly727) \| Twitter |
| Capture URL: | http://web.archive.org/web/20181203140458/https://twitter.com/lofly727 |
| Page loaded at (UTC): | Thu, 09 Feb 2023 00:00:37 GMT |
| Capture timestamp (UTC): | Thu, 09 Feb 2023 00:04:05 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 9 |
| Capture ID: | 87nKnbHV9u9iygw31Xdunj |
| User: | pv-leslie |

**Exhibit 196**
4/5/2023
Lori Flynn

PDF REFERENCE #:    hwzfHyAGtkA49fCcRsxMf3

INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go
126 captures
14 Nov 2018 - 25 Jan 2023
NOV DEC JAN
2017 2018 2020
About this capture

Tweets 8,968 | Following 7,377 | Followers 6,957 | Likes 45.4K | Follow

**loandfly ★★★**
@lofly727

proud wife of an American hero #MAGA #faith #hope #truth #family #3beautifulgrandkids #loveallvets #nofakenewsallowed #wewantjustice #McCabeisaCriminal

Joined June 2013

20 Photos and videos

**Tweets** | Tweets & replies | Media

loandfly ★★★ Retweeted

**Dawn The Nationalist ★★★** @Dawn_DeMore1 · 2h
Good Morning Patriots 🇺🇸

Honoring Our Great American Hero @GenFlynn

An Ordinary Person Facing Extraordinary Circumstances And Acting With Courage, Honor, And Self-sacrifice 🇺🇸

Thank You Sir 🙏

#JusticeNOW #WeGotYour6 #FreeGeneralFlynn #ClearFlynnNow #WeStandWithGenFlynn

Barbara(Flynn) ★★★Redgate #WhoLeakedGenFlynn, Joseph J. Flynn ★★★, Jack Flynn: ★★★ Nationalist and 3 others

12 · 143 · 193

loandfly ★★★ Retweeted

🇺🇸**El Rey**🇺🇸 @Drumnurse · 23h
Replying to @crimsonfaith88 @3boysnamedflo @GenFlynn
Will do! @GenFlynn. A true American hero. We stand with you @GenFlynn and we are fighting for you because "No one gets left behind" Thank you for your leadership, sir. #MAGA #IStandWithGenFlynn #Latinoswithtrump

2 · 4

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

**Barbara(Flynn) ★★★Re...** @BarbaraRedgate

**MaryFlynnONeill ★★★** @flynn_neill

**Jack Flynn MikeFlynnDefe...** @GoJackFlynn

**SFGate** @SFGate

**SFMTA** @sfmta_muni

## Worldwide trends

#ThursdayThoughts
31.8K Tweets

#thursdaymorning
15.6K Tweets

#thursdayvibes
4,404 Tweets

#ThursdayMotivation
15.1K Tweets

Another 3.8
1,944 Tweets

#toxicgirl101
6,701 Tweets

Brian Williams
71.9K Tweets

Chris Hayes
41K Tweets

Comey
324K Tweets

debby ryan

INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go
126 captures
14 Nov 2018 - 25 Jan 2023
NOV DEC JAN
03
2017 2018 2020
About this capture

loandfly⭐⭐⭐
@lofly727

Tweets 8,968 | Following 7,377 | Followers 6,957 | Likes 45.4K

Follow

7 209 274

loandfly⭐⭐⭐ Retweeted

**Robin** 🇺🇸❤️🇺🇸 @HyltonRobin · 11h

Replying to @alley167 @GenFlynn

Continued Prayers for @GenFlynn 🇺🇸
God Bless you sir! 🙏✝️
MikeFlynnDefenseFund.org
#ClearFlynnNow
#ISTANDWITHGENFLYNN

1 8 10

loandfly⭐⭐⭐ Retweeted

**Twitmo Inmate⭐⭐⭐ ClearFlynnNow** @InmateTwitmo · 20h

#WeThePeople know the #TRUTH. The #DeepState is scared of @GenFlynn!

@HillaryClinton
@BarackObama
@Comey
@JohnBrennan

⭐MikeFlynnDefenseFund.org⭐

🇺🇸#ClearFlynnNow
🇺🇸#ISTANDWITHGENFLYNN
🇺🇸#QArmy
🇺🇸#WWG1WGA

> **Dan Bongino** @dbongino
> What happened to Lt. General Mike Flynn is a national disgrace. History will judge the police-state tyrants who targeted Flynn harshly. This is a national embarrassment. twitter.com/byronyork/stat…

11 176 223

loandfly⭐⭐⭐ Retweeted

**Vicky F🦋R Trump** @Vicky4Trump2020 · Nov 11

I want to acknowledge an American Patriot, @GenFlynn, who has proudly served our country for over 30 yrs. The FBI denounced their made up accusation

loandfly★★★
@lofly727

Tweets 8,968 | Following 7,377 | Followers 6,957 | Likes 45.4K | Follow

Mr. President, you need to remove Matthew Whitaker as Acting Attorney General immediately! We can't have America's Top Cop promoting a pyramid scheme that made him rich at the expense of unwitting inventors.
bloomberg.com/news/articles/...

90 1.1K 1.8K

Show this thread

---

loandfly★★★ Retweeted
**Carcinomati similis Tinea Pedis** @cancerousToejam · 12h
To all: We want to support @GenFlynn as he goes to his hearing this Dec 18. It is time for D.C. get up close and personal with some Patriots, Deplorable's and smelly hillbillies. #FlynnFreedomRally #LetsRoll

⬇⬇⬇❤⬇⬇⬇

4 33 55

---

loandfly★★★ Retweeted
**American🇺🇸Alley★★★Clear Flynn** @alley167 · 11h
Please pray for @GenFlynn
and family for strength & peace.
Man of bravery, integrity and honor.
Please share, if able donate to legal defense fund
Over three decades of service, let's show our honor and thanks
★MikeFlynnDefenseFund.org
#ClearFlynnNow
#ISTANDWITHGENFLYNN
#QArmy

14 380 482

---

loandfly★★★ Retweeted
**❌Trump2020💕 Deplorable Susie** @SusieCa0096469S · 11h
WTH?

ONE LIKE.

NO RETWEETS ❓‼‼

SUPPRESSION BY @JACK and twatter or

ARE YOU NOT PAYING ATTENTION Patriots ❓

This man got SCREWED by the corrupt lying left.

STEP UP OR STEP ASIDE.

FULL STOP.

👇

GOD BLESS AND PROTECT @GenFlynn

> **❌Trump2020💕 Deplorable Susie** @SusieCa0096469S
> Just a quick note to tell you that we love 💕💕 you @GenFlynn ‼ You're an American HERO. We pray 🙏 for U daily & know that TRUTH will prevail. Because of YOU we have safety & freedom. GOD BLESS YOU & YOUR FAMILY. HANG TOUGH. WE'VE GOT YOUR BACK. DON'T DOUBT...

7 6

Show this thread

---

loandfly★★★ Retweeted
🇺🇸💵**Johnny B**💵🇺🇸 @JohnnyB371 · 13h
Mike Flynn has served the nation for nearly four decades during time of war &





