# EXHIBIT 56

PageVault

| | |
|---|---|
| Document title: | loandfly☐ ☐ ☐ (@lofly727) \| Twitter |
| Capture URL: | http://web.archive.org/web/20181204141657/https://twitter.com/lofly727 |
| Page loaded at (UTC): | Thu, 09 Feb 2023 00:07:34 GMT |
| Capture timestamp (UTC): | Thu, 09 Feb 2023 00:11:18 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 9 |
| Capture ID: | bQaqjz4GVg8DzQx1nYQD1T |
| User: | pv-leslie |

**Exhibit 197**
4/5/2023
Lori Flynn

PDF REFERENCE #:     be5f1V36hSxzujQ4NhEjDs

INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go 120 captures 14 Nov 2018 - 25 Jan 2023 NOV DEC APR 04 2017 2018 2020 About this capture

Tweets 8,982 | Following 7,388 | Followers 6,969 | Likes 45.4K | Follow

**loandfly ⭐⭐⭐**
@lofly727

proud wife of an American hero #MAGA #faith #hope #truth #family #3beautifulgrandkids #loveallvets #nofakenewsallowed #wewantjustice #McCabeisaCriminal

Joined June 2013

20 Photos and videos

**Tweets** | Tweets & replies | Media

loandfly⭐⭐⭐ Retweeted
**John Cardillo** @johncardillo · Dec 1
.@GenFlynn spent half his adult life operating against the Russians.

Yet #Mueller wants you to believe that he intentionally lied to the FBI because he switched sides. That's both ludicrous and infuriating.

Flynn's was a malicious political persecution because Hillary lost.

152 | 2.7K | 5.9K

loandfly⭐⭐⭐ Retweeted
**Deplorable Tom Girl Brady** 🇺🇸 @TomGirlBrady1 · Dec 1
A beautiful man 😳 🇺🇸

**BamaGirl ❤️ Undercover** 😇⭐ ⭐ ⭐ @Beg1Girl
Hey Patriots :

Just a prayer for the Flynn family. 🙏🙏🙏🙏...

21 | 38

loandfly⭐⭐⭐ Retweeted
**BitchKitty #Trumpville** 🇺🇸💋😼 @marsone2 · 13h
It is time to end this farce, Gen Flynn is a Hero. He and his family have been put thru Hell. This needs to end. He is a good man and he is innocent of any and all charges. God Bless you Sir. @realDonaldTrump @GenFlynn @BarbaraRedgate

**USMC/Army** 🇺🇸**#Trumpville**🇺🇸 @usmc_army
Dear @realDonaldTrump, you want to make all vets and patriots happy. Clear Gen. Flynn's name before Christmas. He was wronged and everyone knows it.

1 | 8 | 14

loandfly⭐⭐⭐ Retweeted
**Letters 4 Trump** ⭐⭐⭐ @letters4trump45 · 22h
Replying to @M2theMfknJ @GenFlynn
I can't wait to see the Huge turnout for @GenFlynn
We love you General!
How does it feel to be loved by millions and millions of people ❤️
#ClearFlynnNow

3 | 29 | 50

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

**Barbara(Flynn)⭐⭐⭐Re...** @BarbaraRedgate
**MaryFlynnONeill⭐⭐⭐** @flynn_neill
**Jack Flynn MikeFlynnDefe...** @GoJackFlynn
**SFGate** @SFGate
**SFMTA** @sfmta_muni

## Worldwide trends

#ThursdayThoughts
31.8K Tweets
#thursdaymorning
15.6K Tweets
#thursdayvibes
4,404 Tweets
#ThursdayMotivation
15.1K Tweets
Another 3.8
1,944 Tweets
#toxicgirl101
6,701 Tweets
Brian Williams
71.9K Tweets
Chris Hayes
41K Tweets
Comey
324K Tweets
debby ryan

Document title: loandfly☐ ☐ ☐ (@lofly727) | Twitter
Capture URL: http://web.archive.org/web/20181204141657/https://twitter.com/lofly727
Capture timestamp (UTC): Thu, 09 Feb 2023 00:11:18 GMT
Estimated post date: 12/04/2018 2:16:57 PM

INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go NOV DEC APR 2017 2018 2020 120 captures 14 Nov 2018 - 25 Jan 2023 About this capture

loandfly★★★ @lofly727

Tweets 8,982 Following 7,388 Followers 6,969 Likes 45.4K Follow

@1CitizenSailor
@choplawyer

36 124 119

loandfly★★★ Retweeted

**American🇺🇸Alley★★★Clear Flynn** @alley167 · 22h
As an American citizen we should be worried about our children's future.
Complete set up against @GenFlynn
assaults against our President and Kavanaugh are incomprehensible.
Let's help Flynn family to restore honor for his service
★★★🇺🇸MikeFlynnDefenseFund.org
#ClearFlynnNow

7 351 358

loandfly★★★ Retweeted

**Jack Posobiec** 🇺🇸 @JackPosobiec · 17h
Decades from now when General Flynn's service record is finally declassified there's a lot of people who are going to look absolutely horrible for how they treated an American hero

58 613 2.0K

loandfly★★★ Retweeted

**Joseph J. Flynn** ★★★ @JosephJFlynn1 · 17h
Amen @JackPosobiec ... there will be many on that list of those who enjoyed misrepresenting and talking trash about him.

> **Jack Posobiec** 🇺🇸 @JackPosobiec
> Decades from now when General Flynn's service record is finally declassified there's a lot of people who are going to look absolutely horrible for how they treated an American hero

19 143 369

loandfly★★★ Retweeted

**American🇺🇸Alley★★★Clear Flynn** @alley167 · 19h
Unfortunately @GenFlynn was setup in one of the biggest scandals in history.
Not only will he be cleared, his honor will be restored.
Deep State, MSM and Hollyweird is running scared.
Forgotten Men and Women of America.

INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go NOV DEC APR 04 2017 2018 2020 126 captures 14 Nov 2018 - 25 Jan 2023 About this capture

loandfly ★★★ @lofly727

Tweets 8,982 Following 7,388 Followers 6,969 Likes 45.4K

Follow

Unfortunately @GenFlynn was setup in one of the biggest scandals in history.
Not only will he be cleared, his honor will be restored.
Deep State, MSM and Hollyweird is running scared.
Forgotten Men and Women of America.
We know, we voted against, and we will restore America.
MAGA

18 462 541

loandfly ★★★ Retweeted

DeplorableRN ★★★ @rn_deplorable · 18h

How do you get to ruin someone's life for no other reason than you can? @GenFlynn gave 30 years of his life for this country. It's an absolute travesty that he's repaid this way. Please pray for him. #December18th

12 270 371

loandfly ★★★ Retweeted

★Maggie B🔴(K)★★★ @Maggieb1B · 19h

..#ClearFlynnNow

General Flynn is a true American Hero. Another great man targeted by evil characters that can't stand anything good! Or Right! Show some #DigitalWarrior support for @GenFlynn through prayer, tweets, and through the MikeFlynnDefenseFund.org

@POTUS 🙏🏻🇺🇸❤️🇺🇸🙏🏻





