# EXHIBIT 57

PageVault

| | |
|---|---|
| Document title: | loandfly☐ ☐ ☐ (@lofly727) \| Twitter |
| Capture URL: | http://web.archive.org/web/20181205022938/https://twitter.com/lofly727 |
| Page loaded at (UTC): | Thu, 09 Feb 2023 00:11:19 GMT |
| Capture timestamp (UTC): | Thu, 09 Feb 2023 00:15:13 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 10 |
| Capture ID: | 1Lx1Vvrc27BBfsyqF388nY |
| User: | pv-leslie |

**Exhibit 198**
4/5/2023
Lori Flynn

PDF REFERENCE #:    7yLwEXu5LNoQBxpCEDD7qi

Tweets 9,019 | Following 7,396 | Followers 6,975 | Likes 45.5K | Follow

**loandfly ★★★**
@lofly727

proud wife of an American hero #MAGA #faith #hope #truth #family #3beautifulgrandkids #loveallvets #nofakenewsallowed #wewantjustice #McCabeisaCriminal

Joined June 2013

20 Photos and videos

**Tweets** | Tweets & replies | Media

loandfly★★★ Retweeted
**Bob McCarthy ★★★** @Corp125Vet · 4h
Replying to @GlennFolse10 @donnie_maga and 16 others
US Army has had many Great Generals! Mike Flynn is Right in the Mix! Top of his Niche! SemperFi Sir! @GenFlynn @RealTT2020 @mflynnJR

Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn, MaryFlynnONeill★★★, Joseph J. Flynn ★★★ and 7 others

7 | 191 | 232

loandfly★★★ Retweeted
**Rose ★★★** @RoseDC11 · 6h
Hey @jack @Twitter may remove or hide our @GenFlynn Tweets, but that won't stop us! WE THE PPL will defend, support, encourage & fight for our AMERICAN HEROES! You will never stop us! We will never bend to totalitarianism! You will not silence us!#RoseDC11

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

- **Barbara(Flynn)★★★Re...** @BarbaraRedgate
- **MaryFlynnONeill★★★** @flynn_neill
- **Jack Flynn MikeFlynnDefe...** @GoJackFlynn
- **SFGate** @SFGate
- **SFMTA** @sfmta_muni

## Worldwide trends

- #ThursdayThoughts — 31.8K Tweets
- #thursdaymorning — 15.6K Tweets
- #thursdayvibes — 4,404 Tweets
- #ThursdayMotivation — 15.1K Tweets
- Another 3.8 — 1,944 Tweets
- #toxicgirl101 — 6,701 Tweets
- Brian Williams — 71.9K Tweets
- Chris Hayes — 41K Tweets
- Comey — 324K Tweets
- debby ryan

INTERNET ARCHIVE WaybackMachine https://twitter.com/lofly727 Go NOV DEC APR
120 captures
14 Nov 2018 - 25 Jan 2023 2017 2018 2020 About this capture

loandfly★★★
@lofly727

Tweets 9,019 | Following 7,396 | Followers 6,975 | Likes 45.5K | Follow

ERIN CRUZ US SENATE '22 MERRY CHRISTMAS, Rebel★★★#FEDUP*Voter*, Julie (JuJu) ★★★ and 6 others

23 205 239

loandfly★★★ Retweeted

**Dave SuperElite** ★★★ @davidbcrumbs · 21h

Replying to @DeplorableJuJuV @GenFlynn and 2 others

#IStandWithGenFlynn

8 8

loandfly★★★ Retweeted

**Julie (JuJu)** ★★★ @DeplorableJuJuV · 22h

🙏God Bless this TRUE #AmericanHero and his AMAZING Family🙏

📢#18December #ClearFlynnNow @GenFlynn📢

Please Donate⬇️
mikeflynndefensefund.org

❤️#QAnon #TrustThePlan @POTUS @realDonaldTrump ❤️
#WWG1WGA #PatriotsUnite #MAGA #TrumpsArmy

7 84 110

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.

Document title: loandfly□ □ □ (@lofly727) | Twitter
Capture URL: http://web.archive.org/web/20181205022938/https://twitter.com/lofly727
Capture timestamp (UTC): Thu, 09 Feb 2023 00:15:13 GMT
Estimated post date: 12/05/2018 2:29:38 AM



