# EXHIBIT 59

