# EXHIBIT 60

PageVault

| | |
|---|---|
| Document title: | loandfly��� (@lofly727) \| Twitter |
| Capture URL: | http://web.archive.org/web/20181202143732/https://twitter.com/lofly727 |
| Page loaded at (UTC): | Wed, 08 Feb 2023 23:54:10 GMT |
| Capture timestamp (UTC): | Wed, 08 Feb 2023 23:57:25 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 7Bvy6B5tNyeD7LGQ1kHd6t |
| User: | pv-leslie |

PDF REFERENCE #:      juVSE28rrH8QRV9iLUGVGp



Document title: loandfly��� (@lofly727) | Twitter
Capture URL: http://web.archive.org/web/20181202143732/https://twitter.com/lofly727
Capture timestamp (UTC): Wed, 08 Feb 2023 23:57:25 GMT
Estimated post date: 12/02/2018 2:37:32 PM

Page 1 of 6