# EXHIBIT 62

PageVault

| | |
|---|---|
| Document title: | Q Post 1183 |
| Capture URL: | https://qposts.online/post/1183 |
| Page loaded at (UTC): | Thu, 13 Jul 2023 17:04:51 GMT |
| Capture timestamp (UTC): | Thu, 13 Jul 2023 17:05:34 GMT |
| Capture tool: | 10.24.3 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | u32emJ1svnWYS1f46uia5e |
| User: | dwt-jimbudig |

PDF REFERENCE #:    nNH6sEe7BiKBAqw1LXDCig



Document title: Q Post 1183
Capture URL: https://qposts.online/post/1183
Capture timestamp (UTC): Thu, 13 Jul 2023 17:05:34 GMT



Document title: Q Post 1183
Capture URL: https://qposts.online/post/1183
Capture timestamp (UTC): Thu, 13 Jul 2023 17:05:34 GMT