# **EXHIBIT 63**

PageVault

| | |
|---|---|
| Document title: | Q Post 2147 |
| Capture URL: | https://qposts.online/post/2147 |
| Page loaded at (UTC): | Wed, 12 Jul 2023 21:27:53 GMT |
| Capture timestamp (UTC): | Wed, 12 Jul 2023 21:28:39 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 3.85.181.231 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 2zCSAM4Kj6Djo5LjsWSQMb |
| User: | dwt-pjezick |

PDF REFERENCE #:    1Ptr7LbbPRaT4MGpk3sVJc

