# EXHIBIT 64

PageVault

| | |
|---|---|
| Document title: | Q Post 3924 |
| Capture URL: | https://qposts.online/post/3924 |
| Page loaded at (UTC): | Wed, 05 Jul 2023 19:08:42 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 19:09:48 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 72.44.41.80 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | mZ6bY5CmnMdNkRGRG3bbW7 |
| User: | dwt-pjezick |

PDF REFERENCE #:        8u2HkTjZx8SuAwho6EzKzV



**09-APR-2020 (THU)**

**3924**
09-Apr-2020 7:04:38 PM UTC
Q  !!Hs1Jq13jV6
8kun/qresearch 8735867

Malik Obama
@ObamaMalik
#WWG1WGA

5:28 AM · Apr 5, 2020 · Twitter for Android
1.9K Retweets   6.5K Likes

*EVLvqVtWoAES8hN.png*

↻ RELOAD POSTS

