# EXHIBIT 66

**PageVault**

| | |
|---|---|
| Document title: | Q Post 4510 |
| Capture URL: | https://qposts.online/post/4510 |
| Page loaded at (UTC): | Fri, 17 Feb 2023 16:44:40 GMT |
| Capture timestamp (UTC): | Fri, 17 Feb 2023 16:45:08 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 3.219.133.241 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 4v6tUhB4ksvfiriMfKiRCm |
| User: | dwt-jimbudig |

**Exhibit 0327**
4/24/2023
John Flynn

PDF REFERENCE #:     d3JEJ8FeCDzqnDzgTXSGEP

**4510**
24-Jun-2020 5:06:33 PM UTC
Q !!Hs1Jq13jV6
8kun/**qresearch** 9731054

>>9731023

>>9730975
*I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter: So help me God. WWG1WGA*

Take the oath.
Mission forward.
Q

RELOAD POSTS

