# EXHIBIT 67

PageVault

| | |
|---|---|
| Document title: | Q Post 4734 |
| Capture URL: | https://qposts.online/post/4734 |
| Page loaded at (UTC): | Wed, 12 Jul 2023 21:28:57 GMT |
| Capture timestamp (UTC): | Wed, 12 Jul 2023 21:29:23 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 3.85.181.231 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | bSKUiE6amPjYDAoRbqxRem |
| User: | dwt-pjezick |

PDF REFERENCE #:     bNDuHu2WbRah1mwVr3CtUF

17-SEP-2020 (THU)

**4734**

17-Sep-2020 8:40:53 PM UTC

Q !!Hs1Jq13jV6

8kun/**qresearch** 10685190

Q !UW.yye1fxo ID: 384dbe 139863
Jan 23 2018 18:03:59 (EST)

Do not glorify us.
WE are ALL Patriots.
Honor those who serve.
FOR GOD, HUMANITY & COUNTRY.
Where we go one, we go all.
Q

*images.jpg*

Focus on content [information].

Research for yourself.

gatekeeper

noun

a person that controls access, as to information, often acting as an arbiter of quality or legitimacy:

an open internet allows innovators to bypass traditional gatekeepers and promote their work on its own merit.

a guardian; monitor

Deploy camouflage.

Drop all references re: 'Q' 'Qanon' etc. to avoid ban/termination _censorship install.

Algos [sniffers] bypass.

Keep charging, Midnight Riders!

[Revere's 'Midnight' Ride]

Delivery of free-information.

[bypass controlled media narrative].

Q

RELOAD POSTS

