# EXHIBIT 68

**Page Vault**

| | |
|---|---|
| Document title: | Q Post 4881 |
| Capture URL: | https://qposts.online/post/4881 |
| Page loaded at (UTC): | Wed, 12 Jul 2023 21:29:42 GMT |
| Capture timestamp (UTC): | Wed, 12 Jul 2023 21:30:22 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 3.85.181.231 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | dsxwktvytnfLSkHEf56rjL |
| User: | dwt-pjezick |

PDF REFERENCE #:      gvjffhUid5iY5VeN42ciMr

**17-OCT-2020 (SAT)**

**4881**

17-Oct-2020 4:36:26 PM UTC

**Q** !!Hs1Jq13jV6

8kun/**qresearch** 11118631

*Archived links:*

❶

https://twitter.com/stinchfield1776/status/1317450311192223746

There is 'Q'. 1

There are 'Anons'. 2

There is no 'Qanon'. 3

Media labeling as 'Qanon' is a method [deliberate] to combine [attach] 'Q' to comments _theories _suggestions _statements [and ACTIONS] made by 2.

WHAT HAPPENS WHEN YOU CANNOT ATTACK THE INFORMATION [primary source 1]?

DO YOU ATTACK [& TYPECAST] THROUGH USE OF OTHERS?

Not all 'Anons' are authentic [injected].

You are correct, CJ.

Retweet @ 17:17 had meaning. [mathematical probability _17:17 [day after]?]

Do you believe it was a coincidence surgical removal of You Tube accounts occurred same day as 'Hunter' drop?

Welcome to the Digital Battlefield.

Q

↻ RELOAD POSTS