# EXHIBIT 70

Exhibit 73

**Reporting on July Fourth Video Between July 2020-February 2021**

| | **Story** | **Outlet** | **Date** | **Link** |
|---|---|---|---|---|
| 1 | "To Celebrate the Fourth, Michael Flynn Posts a Pledge to Conspiracy Group QAnon" | Mother Jones | 7/5/2020 | https://www.motherjones.com/politics/2020/07/to-celebrate-the-fourth-michael-flynn-posts-a-pledge-to-conspiracy-group-qanon/ |
| 2 | "Former Trump aide Flynn appears to make pledge to QAnon in July 4 video" | The Independent | 7/5/2020 | https://www.independent.co.uk/news/world/americas/us-politics/trump-flynn-qanon-conspiracy-theory-independence-day-speech-slogan-a9602596.html |
| 3 | "'Where We Go One We Go All': General Michael Flynn celebrates July 4th by leading his friends in reciting the oath to the Constitution AND the slogan for QAnon conspiracy theorists" | Daily Mail | 7/5/2020 | https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html |
| 4 | "General Flynn recites oath to the constitution at July 4th party" | Daily Mail | 7/5/2020 | https://www.dailymail.co.uk/video/news/video-2204796/Video-General-Flynn-recites-oath-constitution-July-4th-party.html |
| 5 | "Michael Flynn recites oath of office using slogan associated with QAnon" | Washington Examiner | 7/5/2020 | https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon |
| 6 | "Fmr. NSA Michael Flynn apparently takes 'QAnon' oath on | MSNBC | 7/6/2020 | https://www.msnbc.com/msnbc/watch/fmr-nsa-michael-flynn-takes-qanon-oath-on-independence-day-87107141992 |

| | | | | |
|---|---|---|---|---|
| | Independence Day" | | | |
| 7 | "Mike Flynn swears allegiance to QAnon in Fourth of July video" | Salon | 7/6/2020 | https://www.salon.com/2020/07/06/mike-flynn-swears-allegiance-to-qanon-in-fourth-of-july-video/ |
| 8 | "Michael Flynn takes QAnon oath in Fourth of July video" | CTV News | 7/6/2020 | https://www.ctvnews.ca/world/michael-flynn-takes-qanon-oath-in-fourth-of-july-video-1.5012437?cache= |
| 9 | "Michael Flynn's Lawyer Denies Ex-Trump Aide Intentionally Used QAnon Slogan" | Newsweek | 7/6/2020 | https://www.newsweek.com/michael-flynn-lawyer-denies-qanon-slogan-1515574 |
| 10 | "Michael Flynn posts video featuring QAnon slogans" | CNN | 7/7/2020 | https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html |
| 12 | "The Trump campaign relies on a huge network of QAnon accounts to spread conspiracy theories and disinformation, data shows" | Business Insider | 7/11/2020 | https://www.businessinsider.com/trump-campaign-sources-propaganda-from-qanon-network-2020-6 |
| 13 | "11 GOP congressional nominees support QAnon conspiracy" | Axios | 7/12/2020 | https://www.axios.com/2020/07/12/qanon-nominees-congress-gop |
| 14 | "Trump isn't secretly winking at QAnon. He's retweeting its followers." | Politico | 7/12/2020 | https://www.politico.com/news/2020/07/12/trump-tweeting-qanon-followers-357238 |

| 15 | "QAnon's Madness Is Turning Canadians Into Potential Assassins" | Foreign Policy | 7/13/2020 | https://foreignpolicy.com/2020/07/13/qanon-canada-trudeau-conspiracy-theory/ |
|----|----|----|----|----|
| 16 | "The QAnon Candidates Are Here. Trump Has Paved Their Way." | NY Times | 7/14/2020 | https://www.nytimes.com/2020/07/14/us/politics/qanon-politicians-candidates.html |
| 17 | "Head of NYPD union gives Fox News interview with QAnon mug in background" | CNN | 7/17/2020 | https://www.cnn.com/2020/07/17/us/head-nypd-union-qanon-mug/index.html |
| 18 | "Video of Trump Campaign Official on QAnon Streaming Channel Resurfaces" | Newsweek | 7/17/2020 | https://www.newsweek.com/video-trump-campaign-official-qanon-streaming-channel-resurfaces-1518524 |
| 19 | "The Conspiracy Singularity Has Arrived" | Vice | 7/17/2020 | https://www.vice.com/en/article/v7gz53/the-conspiracy-singularity-has-arrived |
| 20 | "Twitter to crack down on accounts espousing far-right conspiracy theory 'QAnon'" | ABC | 7/21/2020 | https://abcnews.go.com/US/twitter-crack-accounts-espousing-conspiracy-theory-qanon/story?id=71910949 |
| 21 | "The rise of the QAnon conspiracy theory" | WHYY | 7/23/2020 | https://whyy.org/episodes/the-rise-of-the-qanon-conspiracy-theory/ |
| 22 | "A conspiracy theory goes to Washington: | Christian Science Monitor | 7/23/2020 | https://www.csmonitor.com/USA/Politics/2020/0723/A-conspiracy-theory-goes-to-Washington-Three-questions-about-QAnon |

| | Three questions about QAnon" | | | |
|---|---|---|---|---|
| 23 | "The Occult, Terrorizing Politics of QAnon" | The New Republic | 8/3/2020 | https://newrepublic.com/article/158672/occult-terrorizing-politics-qanon |
| 24 | "QAnon goes mainstream" | The Week | 8/9/2020 | https://theweek.com/articles/929707/qanon-goes-mainstream |
| 25 | "Qwazy for QAnon" | The Bulwark | 8/13/2020 | https://www.thebulwark.com/qwazy-for-qanon/ |
| 26 | "How the QAnon Conspiracy Theory Went Global" | Voice of America | 8/15/2020 | https://www.voanews.com/a/usa_how-qanon-conspiracy-theory-went-global/6194444.html |
| 27 | "Inside QAnon, the Conspiracy Cult that's Devouring America" | LA Magazine | 8/17/2020 | https://www.lamag.com/citythinkblog/qanon-gop/ |
| 28 | "Journalist Enters The World Of QAnon: 'It's Almost Like A Bad Spy Novel'" | NPR | 8/20/2020 | https://www.npr.org/2020/08/20/904237192/journalist-enters-the-world-of-qanon-it-s-almost-like-a-bad-spy-novel |
| 29 | "The Summer QAnon Went Mainstream" | Mother Jones | 8/20/2020 | https://www.motherjones.com/politics/2020/08/qanon-mainstream/ |
| 30 | "QAnon cult shows America should fear the enemy within" | Financial Times | 9/10/2020 | https://www.ft.com/content/fd781ff9-93bc-422a-8eee-55a0749a5f25 |
| 31 | "Republican Voters Take a Radical Conspiracy | N.Y. Times | 10/19/2020 | https://www.nytimes.com/2020/10/19/us/politics/qanon-trump-republicans.html |

| | Theory Mainstream" | | | |
|---|---|---|---|---|
| 32 | "A Timeline of Trump's QAnon Presidency" | Rolling Stone | 10/27/2020 | https://www.rollingstone.com/culture/culture-features/qanon-trump-timeline-conspiracy-theorists-1076279/ |
| 33 | "Trump's Lawyer Sidney Powell Is Hardcore QAnon" | Vice | 11/20/2020 | https://www.vice.com/en/article/wx8n8w/trumps-lawyer-sidney-powell-is-hardcore-qanon |
| 34 | "Trump Pardons Michael Flynn: Supporters Will Be Thrilled, Critics Appalled" | Forbes | 11/25/2020 | https://bit.ly/40D4v7j |
| 35 | "Michael Flynn Goes Full QAnon in his Post-Pardon Media Tour" | Daily Beast | 12/7/2020 | https://www.thedailybeast.com/michael-flynn-goes-full-qanon-in-his-post-pardon-media-tour |
| 36 | "After his pardon, Michael Flynn appears to be deepening his ties to the QAnon conspiracy theory" | Insider | 12/10/2020 | https://www.insider.com/michael-flynn-trump-pardon-qanon-2020-12 |
| 37 | "QAnon Supporters Vow to Leave GOP After Mitch McConnell Accepts Election Result" | Newsweek | 12/16/2020 | https://www.newsweek.com/qanon-mitch-mcconnell-joe-biden-election-1555115 |
| 38 | "Michael Flynn Is Now Selling QAnon Merch" | Daily Beast | 12/29/2020 | https://www.thedailybeast.com/michael-flynn-is-now-selling-qanon-merch |

| 39 | "Trump Finally Gave QAnon What It Always Wanted: Respect" | NY Magazine | 12/29/2020 | https://nymag.com/intelligencer/2020/12/trump-gave-qanon-what-it-always-wanted-respect.html |
|----|----|----|----|----|
| 40 | "In 2020, QAnon became all of our problem" | Media Matters | 12/31/2020 | https://www.mediamatters.org/qanon-conspiracy-theory/2020-qanon-became-all-our-problem |
| 41 | "Twitter bans Michael Flynn, Sidney Powell in QAnon account purge" | NBC News | 1/8/2021 | https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550 |
| 42 | "Twitter bans Michael Flynn, Sidney Powell and other QAnon accounts" | CNBC | 1/8/2021 | https://www.cnbc.com/2021/01/08/twitter-bans-michael-flynn-sidney-powell-and-other-qanon-accounts.html |
| 43 | "Twitter bans former Trump adviser Michael Flynn and other QAnon figures" | TechCrunch | 1/8/2021 | https://techcrunch.com/2021/01/08/twitter-qanon-sidney-powell-michael-flynn-ron-watkins/ |
| 44 | "Michael Flynn and Sidney Powell banned from Twitter in QAnon purge" | Ars Technica | 1/8/2021 | https://arstechnica.com/tech-policy/2021/01/michael-flynn-and-sidney-powell-banned-from-twitter-in-qanon-purge/ |
| 45 | "Twitter permanently suspends Michael Flynn, Sidney Powell and others" | The Hill | 1/8/2021 | https://thehill.com/policy/technology/533424-twitter-permanently-suspends-michael-flynn-sidney-powell-and-others/ |