# EXHIBIT 74

PageVault

| | |
|---|---|
| Document title: | Michael Flynn posts video featuring QAnon slogans | CNN Politics |
| Capture URL: | https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html |
| Page loaded at (UTC): | Wed, 05 Jul 2023 19:10:34 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 19:12:18 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 72.44.41.80 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 17 |
| Capture ID: | 2bd95Ueosytz9Dot6DsWhx |
| User: | dwt-pjezick |

PDF REFERENCE #:    aKeRGzCUDti24ZgUL6CXnN

  The Biden Presidency   Facts First   2022 Midterms                                                                                  Audio   Live TV   Log In

# Michael Flynn posts video featuring QAnon slogans

By Marshall Cohen, CNN
Updated 8:37 PM EDT, Tue July 7, 2020



  Michael Flynn posts video featuring QAnon slogan  01:19   Lab tests show substance found at White House was... 02:10   Judge limit administr contact w 01:51


MORE FROM CNN

 Former KGB officer says Putin's grip on power 'almost…

 'A victory for Senegalese people,' opposition leader…


Sponsored by LG
Save $375 with this soundbar and TV bundle
Read more

Advertisement                    Ad Feedback

**Washington (CNN)** — In a video posted online over the weekend, President Donald Trump's first national security adviser, Michael Flynn, is seen using phrases and slogans that are hallmarks of the baseless QAnon conspiracy movement. He also tagged his post with a QAnon hashtag.

Followers of QAnon believe there is a "deep state" within the US government that is controlled by a cabal of Satan-worshipping pedophiles. According to the conspiracy, the cabal is largely run by Democratic politicians and liberal celebrities – and Trump is trying to take them down.

Flynn posted the 53-second clip to Twitter on Saturday, which was the July Fourth holiday. In the video, Flynn leads a small group in reciting a generic oath of office, the same oath taken by members of Congress. After finishing the oath, Flynn says, "Where we go one, we go all!" His

Document title: Michael Flynn posts video featuring QAnon slogans | CNN Politics
Capture URL: https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:12:18 GMT

Page 1 of 16

run by Democratic politicians and liberal celebrities – and Trump is trying to take them down.

Flynn posted the 53-second clip to Twitter on Saturday, which was the July Fourth holiday. In the video, Flynn leads a small group in reciting a generic oath of office, the same oath taken by members of Congress. After finishing the oath, Flynn says, "Where we go one, we go all!" His post included the hashtag #TakeTheOath, which he recently added to his Twitter bio as well.

These elements of Flynn's post – the oath, paired with the catchphrase and hashtag – are distinctive to the QAnon movement and are used widely by its followers, experts say. Flynn never explicitly mentions QAnon in the video, and his lawyer claims his phrasing is innocuous.

"This is absolutely pro-QAnon," said Mike Rothschild, who recently published a book examining and debunking some of the most prominent conspiracy theories. "It's the same version of the enlistment oath that Q followers have been filming themselves taking for the last week. And the phrase at the end, 'Where we go one, we go all,' is a key catchphrase in the Q mythology."

There are more than 10,500 replies to Flynn's tweet, many from self-identified QAnon supporters who thanked Flynn for his comments, used the same hashtag or posted clips of their own oaths. Flynn's video had been viewed 1.8 million times as of Tuesday, according to Twitter data.

Flynn – the former head of the Defense Intelligence Agency and a retired Army lieutenant general – is now the most prominent former US official to publicly stoke QAnon conspiracies, even though the movement is based on lies and has been linked to several violent incidents.

There is also a small but growing contingent of Republican political candidates who have been linked to the conspiracy group, and are on the ballot this November. The GOP nominee for US Senate in Oregon openly touts QAnon and posted her own oath-taking video last month. She is a long shot to win, but other QAnon-friendly House candidates are likely headed to Congress.

The Flynn video comes while he is still fighting to wrap up his criminal case. Flynn cemented his position this year as an exonerated hero in the eyes of Trump, senior Republican officials and many right-wing media outlets, after the Justice Department dropped the case against him. These figures have repeatedly praised Flynn's integrity and Trump says he is mulling a pardon.



Sign up for **CNN's What Matters newsletter**

Every day we summarize What Matters and deliver it straight to your inbox.

Sign Me Up | No, Thanks

By subscribing you agree to our privacy policy.

In the parallel QAnon universe, Flynn is considered a key player and is viewed as a martyr.

"The Q community is really excited by all of this. Flynn is a hugely important figure to them, seen as a warrior who infiltrated the deep state by pretending to plead guilty," Rothschild said. "The video of Flynn actually taking the oath is, to them, total validation that they were right, that Flynn is a warrior who fights for them, and that they can be digital soldiers on his level."

## Flynn's lawyer pushes back

Flynn's tenure at the White House lasted just a few weeks – he resigned after getting caught in a public lie about his Russian contacts. He pleaded guilty in late 2017 to lying to the FBI about those contacts, but later disavowed his plea and tried to get the case thrown out. In a shocking twist this spring, the Justice Department abandoned the case, which is still tied up in legal limbo.

Regarding the video, Flynn lawyer Sidney Powell told the Washington Examiner that Flynn

those contacts, but later disavowed his plea and tried to get the case thrown out. In a shocking twist this spring, the Justice Department abandoned the case, which is still tied up in legal limbo.

Regarding the video, Flynn lawyer Sidney Powell told the Washington Examiner that Flynn "wanted to encourage people to think about being a citizen," and claimed the phrase "Where we go one, we go all" was first engraved on a bell on one of President John F. Kennedy's sailboats.

Experts told CNN that QAnon believers often misattribute the quote to Kennedy's boat because "Q" – a supposed government insider who posts online clues about the "deep state" – once said it came from Kennedy. It appears to originate from the 1996 survival film "White Squall."

Asked by CNN on Monday about the quote and about Flynn's video, Powell said in an email: "General Flynn and I both encourage love of this great country and patriotism. Neither of us know Q but appreciate the support we have received from all in our fight for the Truth and Justice … implying anything wrong with words long ago inscribed on a bell to encourage the unity of the human race is malevolent and just plain wrong. There is nothing more to the story."

## Digital soldiers

Experts told CNN that the oath is part of an effort to organize "digital soldiers" for an apocalyptic reckoning, when thousands of "deep state" pedophiles will be arrested and sent to military tribunals at Guantanamo Bay. (Flynn himself coined the term "digital soldiers" in 2016 to refer to Trump's fervent following on social media, one year before QAnon supporters appropriated it.)

"He is clearly endorsing QAnon in the video. Whether he believes the conspiracy theory is another matter," said Joseph Uscinski, a leading expert on conspiracy theories who teaches at the University of Miami. "The 'Where we go one, we go all' chant makes it clear. It is a QAnon saying. Further, the QAnon folks have all been taking this 'pledge' lately online and posting it."

Despite Powell's comments, this isn't the first time Flynn's team has flirted with conspiracies.

Many of Powell's court arguments leaned heavily on discredited allegations of a "deep state" of Democratic partisans within the FBI and Justice Department who were trying to illegally sabotage Flynn. Months before the Justice Department's about-face in the case, career prosecutors said in court filings that Powell's claims were "premised on conspiracy theories."

Members of Flynn's family previously posted QAnon hashtags. And Flynn recently published a series of columns that evoked some of the main QAnon themes, without saying it explicitly. It's unclear whether Flynn truly buys into the conspiracy, is strategically tapping into a community of pro-Trump activists who view him as a hero or is somehow ignorant of the slogans he's using.

**PAID CONTENT**




CONTENT BY POWER LIFE

The "Miracle Mix" That's Defying Time for the 60+ Crowd

People Can't Believe He Is 60! Here's His Secret

Here's What Older "Ripped" Guys Are Doing

The 1-Minute Routine Aging Americans Should Do

Why It's Important To Always Listen To Your Body




  

**Washington Will Cover the Cost to Install Solar if You Live in These Zips**
Find out if you qualify. Get your free quote today!
Sponsored: EasySolar

**If You Need To Kill Time On Your Computer, This Vintage Game Is A Must-Have. No Install**
Sponsored: Forge Of Empires

Here's What Older "Ripped" Guys Are Doing

The 1-Minute Routine Aging Americans Should Do

Why It's Important To Always Listen To Your Body

**CONTENT BY DR. MARTY'S**

If Your Dog Licks It's Paws (Do This Immediately)

Top US Vet: "This Dog Behavior Is Not Normal"

 

**The First Hints Of Bladder Cancer That Might Surprise You**
Sponsored: Bladder Cancer - Sponsored Links

**Washington: Dr. Kellyann Says Weight Loss After 60 Comes Down To This**
Sponsored: drkellyannwellness.com

If Your Dog Licks Its Paws (Do This Everyday)

3 Ways Your Dog Asks For Help

Top US Vet Shares 3 Dangerous Red Flags In Dog Behavior

**Paid Links** 

7% Interest Savings Accounts

 

**Most Affordable Camper Vans**
Sponsored: Camper Vans Warehouse

**This "Botox In A Bottle" Sold Out At Target (In 2 Days!)**
Sponsored: brunchesncrunches.com

Medicare Part B Cost for 2023

Jim Cramer Stocks to Buy

10 Best Dividend Paying Stocks

Kitchen Cabinet Colors of 2023

**CNN Last Week Highlights**

| 07/02 SUN | 07/01 SAT | |
|---|---|---|
|  America's front line of missile defense is straining under the demand of global threats | National Archives concludes review of JFK assassination documents with 99% made public | |
|  Buttigieg says Supreme Court case was designed for 'clear purpose of chipping away' at LGBTQ equality | Proud Boys members ordered to pay over $1 million in 'hateful and overtly racist' church destruction civil suit |  |
|  'Profoundly disrespectful': Ocasio-Cortez slams Clarence Thomas opinion | Biden has already canceled $66 billion in student loans. Here's how 3 people received debt relief | |

 



**Seattle: Unsold Alaska Cruise Cabins Are Almost Being Given Away**
Sponsored: All-Inclusive Cruise Deals | Search Ads



**New Camper Vans Cost Almost Nothing (Take A Look)**
Sponsored: Camper Vans | Search Ads



**'Just a hazing exercise': Ex-Trump lawyer describes team's reaction to investigation**
Politics



**Former New York Mayor Bill de Blasio and wife Chirlane McCray are separating**
Politics



**17 Movies That Destroyed Actors' Careers: No One Can Argue With No.1**



**If You Need To Kill Time On Your Computer, This Oldschool Game Is A Must-Have. No Install**





**17 Movies That Destroyed Actors' Careers: No One Can Argue With No.1**
Sponsored: Definition



**If You Need To Kill Time On Your Computer, This Oldschool Game Is A Must-Have. No Install**
Sponsored: Forge Of Empires



**6 Things Former Presidents Aren't Allowed To Do After Office**
Sponsored: Definition

**Washington Will Cover the Cost to Install Solar if You Live in These Zips**
Find out if you qualify. Get your free quote today!
Sponsored: EasySolar



**These are the big ideas Republicans are pushing for 2024**
Politics



**Analysis: John Roberts doesn't want to hear any dissent about his Supreme Court**
Politics



**20 Movies That Actually Got History Right**
Sponsored: ItsTheVibe

**[Photos] At 93, Robert Wagner Finally Openly Spoke about Wife Natalie Wood's Death**
Sponsored: Last Night On



---

Document title: Michael Flynn posts video featuring QAnon slogans | CNN Politics
Capture URL: https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:12:18 GMT

Page 6 of 16





### Brave Celebrities Who Actually Fought In The Military
Sponsored: ItsTheVibe



### The 10 Best Movie Lines That Weren't in the Script
Sponsored: YourDIY



### Former Players Rank The 10 Biggest Savages To Ever Play In The NFL
Sponsored: Definition



### Forget Retinol, Use This Household Item To Fill In Wrinkles
Dermatologist Begs Americans To "Fill In" Wrinkles With This Tip (Every Morning)
Sponsored: wrinkles.pro



### North Carolina governor signs bill adjusting new abortion law before it goes into effect
Politics



### She voted for Obama, Clinton and Biden. Hear why she supports DeSantis
Politics



### This "Botox Alternative" Sold Out At Target (In 2 Days)
Sponsored: brunchesncrunches.com



### 20 Things I Love Lucy Producers Hid from Fans
Sponsored: Definition

---

Document title: Michael Flynn posts video featuring QAnon slogans | CNN Politics
Capture URL: https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:12:18 GMT

Page 7 of 16

This [...] Gold [...] Margin (In 2 Days)
Sponsored: brunchesncrunches.com

[...] Lady [...]
Sponsored: Definition




[Gallery] 27 Bonds Girls Ranked From Worst to Best. Can't Argue With No. 1
Sponsored: Definition

Here Are The Best Long Term Care Facilities Near Seattle
Sponsored: Senior Living Centers | Search Ads




[Gallery] It's No Secret Why We Don't See This Actress Anymore.
Sponsored: Street Insider

Washington Will Cover the Cost to Install Solar if You Live in These Zips
Find out if you qualify. Get your free quote today!
Sponsored: EasySolar




Your 2023 Horoscope Is So Accurate It Will Give You Goosebumps
Sponsored: myastrology.com

Dermatologist Begs Americans To "Fill In" Wrinkles With This Tip (Every Morning)
Forget Retinol, Use This Household Item To Fill In Wrinkles
Sponsored: wrinkles.pro






**Historical Films That Are Actually True to History**

Sponsored: Definition



**Seattle: Empty Alaska Cruise Cabins Huge Clearance Sale: See Prices**

Sponsored: All-Inclusive Cruise Deals | Search Ads



**Christie: 'Presumption of jail time' with Trump charges**

Politics



**Web designer and lawyer on SCOTUS victory**

Politics

**Surprising Symptoms Of Macular Degeneration You May Not Know About**

Sponsored: Macular Degeneration | Sponsored Listings

**Do You Take B12 To Fight Neuropathy? Try This Instead**

Sponsored: neuropathy.pro

**[Photos] Her Dress At The Oscars Will Be Spoken About For Centuries**

Sponsored: Investing Magazine

**[Pics] Liz Taylor's Granddaughter Is Her Reincarnation**

Sponsored: Definition



**If You Still Have This Rare Coin, You Are Now Rich**
Sponsored: Definition



**Washington Will Cover Cost to Install Solar Panels in These Zip Codes**
Find out if you qualify. Get your free quote today!
Sponsored: EasySolar



**Lindsey Graham booed at Trump rally in his home state**
Politics



**DeSantis super PAC spokesman acknowledges campaign is 'way behind' Trump**
Politics



**They Have More Money Than Anyone On Earth**
Sponsored: Definition



**Horoscope: So Accurate It Will Give You Goosebumps**
Pick Your Sign
Sponsored: My Astrology

Recommended by Outbrain

Recommended 1/5





**New Electric Cars Cost Almost Nothing (Take A Look)**
Electric Cars | Search Ads



**Private Jets Aren't Just For The Rich & Famous Anymore (See How Cheap It Actually Is)**
Jet Setter | Search Ads



Popular singer CoCo Lee dies



Police: Former NFL QB Ryan Mallett's Death Not Result of Dangerous Riptides






Document title: Michael Flynn posts video featuring QAnon slogans | CNN Politics
Capture URL: https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:12:18 GMT

**Private Jets Aren't Just For The Rich & Famous Anymore (See How Cheap It Actually Is)**
Jet Setter | Search Ads



Popular singer CoCo Lee dies



Police: Former NFL QB Ryan Mallett's Death Not Result of Dangerous Riptides



**Kia Offers Major Incentives For Leftover 2022 Inventory**
Kia Deals | Search Ads

| Search CNN... | | | | | | Search → |
|---|---|---|---|---|---|---|
| **US** | **World** | **Politics** | **Business** | **Markets** | **Opinion** | **Health** |
| Crime + Justice | Africa | The Biden Presidency | Tech | Pre-markets | Political Op-Eds | Life, But Better |
| Energy + Environment | Americas | Facts First | Media | After-Hours | Social Commentary | Fitness |








Kia Offers Major Incentives For Leftover 2022 Inventory
Kia Deals | Search Ads

Search CNN...   Search →

| US | World | Politics | Business | Markets | Opinion | Health |
|---|---|---|---|---|---|---|
| Crime + Justice | Africa | The Biden Presidency | Tech | Pre-markets | Political Op-Eds | Life, But Better |
| Energy + Environment | Americas | Facts First | Media | After-Hours | Social Commentary | Fitness |
| Extreme Weather | Asia | US Elections | Calculators | Market Movers | | Food |
| Space + Science | Australia | | Videos | Fear & Greed | | Sleep |
| | China | | | World Markets | | Mindfulness |
| | Europe | | | Investing | | Relationships |
| | India | | | Markets Now | | |
| | Middle East | | | Before the Bell | | |
| | United Kingdom | | | Nightcap | | |

| Entertainment | Tech | Style | Travel | Sports | Videos | Audio |
|---|---|---|---|---|---|---|
| Movies | Innovate | Arts | Destinations | Pro Football | Live TV | |
| Television | Gadget | Design | Food & Drink | College Football | Digital Studios | |
| Celebrity | Foreseeable Future | Fashion | Stay | Basketball | CNN Films | |
| | Mission: Ahead | Architecture | News | Baseball | HLN | |
| | Upstarts | Luxury | Videos | Soccer | TV Schedule | |
| | Work Transformed | Beauty | | Olympics | TV Shows A-Z | |
| | Innovative Cities | Video | | Hockey | CNNVR | |

| CNN Underscored | Coupons | Weather | More |
|---|---|---|---|
| Electronics | | Climate | Photos |
| Fashion | | Storm Tracker | Longform |
| Beauty | | Wildfire Tracker | Investigations |
| Health & Fitness | | Video | CNN Profiles |
| Home | | | CNN Leadership |
| Reviews | | | CNN Newsletters |
| Deals | | | Work for CNN |
| Money | | | |
| Gifts | | | |
| Travel | | | |
| Outdoors | | | |
| Pets | | | |
| CNN Store | | | |



Audio   Live TV   FOLLOW CNN POLITICS         Log In

Terms of Use   Privacy Policy   Cookie Settings   Ad Choices   Accessibility & CC   About   Newsletters   Transcripts



Kia Offers Major Incentives For Leftover 2022 Inventory
Kia Deals | Search Ads

| US | World | Politics | Business | Markets | Opinion | Health |
|---|---|---|---|---|---|---|
| Crime + Justice | Africa | The Biden Presidency | Tech | Pre-markets | Political Op-Eds | Life, But Better |
| Energy + Environment | Americas | Facts First | Media | After-Hours | Social Commentary | Fitness |
| Extreme Weather | Asia | US Elections | Calculators | Market Movers | | Food |
| Space + Science | Australia | | Videos | Fear & Greed | | Sleep |
| | China | | | World Markets | | Mindfulness |
| | Europe | | | Investing | | Relationships |
| | India | | | Markets Now | | |
| | Middle East | | | Before the Bell | | |
| | United Kingdom | | | Nightcap | | |

| Entertainment | Tech | Style | Travel | Sports | Videos | Audio |
|---|---|---|---|---|---|---|
| Movies | Innovate | Arts | Destinations | Pro Football | Live TV | |
| Television | Gadget | Design | Food & Drink | College Football | Digital Studios | |
| Celebrity | Foreseeable Future | Fashion | Stay | Basketball | CNN Films | |
| | Mission: Ahead | Architecture | News | Baseball | HLN | |
| | Upstarts | Luxury | Videos | Soccer | TV Schedule | |
| | Work Transformed | Beauty | | Olympics | TV Shows A-Z | |
| | Innovative Cities | Video | | Hockey | CNNVR | |

| CNN Underscored | Coupons | Weather | More |
|---|---|---|---|
| Electronics | | Climate | Photos |
| Fashion | | Storm Tracker | Longform |
| Beauty | | Wildfire Tracker | Investigations |
| Health & Fitness | | Video | CNN Profiles |
| Home | | | CNN Leadership |
| Reviews | | | CNN Newsletters |
| Deals | | | Work for CNN |
| Money | | | |
| Gifts | | | |
| Travel | | | |
| Outdoors | | | |
| Pets | | | |
| CNN Store | | | |

                                                                  Audio   Live TV   FOLLOW CNN POLITICS         Log In

Terms of Use   Privacy Policy   Cookie Settings   Ad Choices   Accessibility & CC   About   Newsletters   Transcripts

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.