# EXHIBIT 75

PageVault

| | |
|---|---|
| Document title: | Michael Flynn recites oath of office using slogan associated with QAnon \| Washington Examiner |
| Capture URL: | https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon |
| Page loaded at (UTC): | Wed, 05 Jul 2023 19:12:39 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 19:14:21 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 72.44.41.80 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | bHNwUGkmtHRgp3whAZzeQ1 |
| User: | dwt-pjezick |

PDF REFERENCE #:    bNwKB6MF9R9nt9wwbx3sfe

NEWS

# Michael Flynn recites oath of office using slogan associated with QAnon

by Jerry Dunleavy, Justice Department Reporter | ✉ | July 05, 2020 07:01 PM

    

During the evening of July 4, retired Lt. Gen. Michael Flynn shared a video of himself leading five other people in a recitation of the oath of office traditionally given to federal elected officeholders, ending the oath with a slogan associated with the QAnon conspiracy theory.

Flynn, the former national security adviser for President Trump who recently won a major court victory when an appeals court ordered a judge to grant the Justice Department's motion to dismiss its case against him, posted the Independence Day video of himself on Twitter reading the oath of office off of a cellphone as three women and two men, some of whom were members of his family, repeated after him in front of a bonfire. The oath, which is taken by members of the House and Senate, includes the promise that one "will support and defend the Constitution of the United States against all enemies, foreign and domestic."


**Biden Owned By This Video? (You Should Know)**
🔥 22,955


**Tommy Chong: The Horrifying Truth About CBD**
🔥 5,544

*Sponsored Ad*

Flynn and the others ended the short video by quoting a popular QAnon slogan — "Where we go one, we go all!" — after which they said, "God bless America."

Sidney Powell, a former federal prosecutor who took over Flynn's defense last year, denied that her client's video had anything to do with QAnon.

"The slogan comes from an engraved bell on JFK'S sailboat — acknowledging the unity of mankind. The oath is obvious — the federal oath in support of our Constitution. He wanted to encourage people to think about being a citizen. Don't read 

---


**Biden Owned By This Video? (You Should Know)**
Watch Video    🔥 22,955
*Sponsored Ad*

**Latest**

Why FTC under Lina Khan is raising 'dark patterns' legal war with Amazon
By: Christopher Hutton

Karine Jean-Pierre, Mayorkas among 40 Biden officials hit with Big Tech court order
By: Kaelan Deese

Border Patrol mistakenly released terror watch list suspect amid illegal immigration surge
By: Anna Giaritelli

**Videos**

 Debunking DEI: Military feeling 'more divided than ever'

 Test confirms substance found at White House was cocaine

Enes Kanter

---

'Still going strong,' Steve and Marjorie Harvey celebrate 16 years of marriage in style    Read More

Wednesday, July 05, 2023

about being a citizen. Don't read anything else into it," she told the *Washington Examiner*.

The video, shared with Flynn's more than 781,000 Twitter followers, has garnered tens of thousands of retweets and more than 1.2 million views as of Sunday evening. The former national security adviser had added "#TakeTheOath" to his Twitter profile in recent days. The "Take The Oath" movement appears to have started online sometime in June.

Flynn, 61, pleaded guilty in December 2017 to lying to FBI investigators about his December 2016 conversations with a Russian envoy, but Flynn now claims he was set up by the FBI, and the Justice Department is seeking to drop the charges after a trove of information concealed from the defense was unearthed in recent months. The appeals court ordered Judge Emmet Sullivan to grant the dismissal.

QAnon, whose #WWG1WGA hashtag is pervasive in some corners of social media, is a right-wing online movement that originated on 4chan message boards in October 2017 with posts by an anonymous person going by "Q," who claimed to be a government official with top-secret intelligence clearance and who made a variety of generally evidence-free "bread crumb" claims about Trump covertly battling a series of "deep state" plots and global conspiracies, including an alleged ring of sex traffickers that includes Democratic politicians, business leaders, and Hollywood elites.

Trump has retweeted QAnon Twitter accounts, and Flynn is popular among many QAnon supporters.

Documents declassified this year indicate that then-FBI agent Peter Strzok abruptly stopped the FBI from closing its investigation into Flynn in early January 2017 at the insistence of the FBI's "seventh floor" after the bureau had uncovered "no derogatory information" on Flynn. Emails showed Strzok, along with FBI lawyer Lisa Page and several others, sought to continue investigating Flynn, even considering the Logan Act.

Notes from Strzok show former Vice President Joe Biden raised the Logan Act during an early January 2017 Oval Office meeting about Flynn. And notes from the FBI's head of counterintelligence, Bill Priestap, show him asking, "What is our goal? Truth/Admission or to get him to lie, so we can prosecute him or get him fired?"

QAnon supporters are typically pro-Trump, emphasize their patriotism for the U.S., meet and talk online using a variety of hashtags and memes, and often have a small but noticeable presence at Trump rallies, waving signs and wearing "Q"-themed clothing. The term "Anons" is used to reference QAnon members who post anonymously.

An FBI office warned in 2019 that the QAnon ideology might have been at least partly responsible for inspiring a number of people to carry out crimes.


**Tommy Chong: The Horrifying Truth About CBD**
7,520


**Heart Surgeon Begs Americans: "Stop Putting This In Your Coffee"**
6,935


**WARNING: Biden's "Choke Point" Operation Could Threaten The Safety Of Your Bank Account**
198

Sponsored Ad

Flynn is not the first prominent Republican to "Take the Oath" in recent days. Jo Rae Perkins, the Republican nominee for Senate ithe oath on June 26, saying, "I an the oath of office. Protocol calls f Patriot's Bible. It also savs to rais

'Still going strong,' Steve and Marjorie Harvey celebrate 16 years of marriage in style

Read More

---

Document title: Michael Flynn recites oath of office using slogan associated with QAnon | Washington Examiner
Capture URL: https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon
Capture timestamp (UTC): Wed, 05 Jul 2023 19:14:21 GMT
Page 2 of 6

Wednesday, July 05, 2023

Republican nominee for Senate in Oregon and a vocal QAnon supporter, posted a video of herself taking the oath on June 26, saying, "I am also one of the thousands of digital soldiers. Today, June 25th, I am taking the oath of office. Protocol calls for you to put your left hand upon a Bible. I have here the American Patriot's Bible. It also says to raise your right hand." She used the hashtags "#DigitalSoldiers" and "#WWG1WGA."

Hours after winning the Republican Senate primary in May, Perkins made a direct pitch to followers of QAnon in a video shared to Twitter, which she subsequently deleted, telling them: "Where we go one, we go all. I stand with President Trump. I stand with Q and the team. Thank you, Anons, and thank you, patriots, and together, we can save our republic." Perkins is running to unseat Democratic Sen. Jeff Merkley, who is widely projected to keep his position.

A number of other Republican congressional candidates have also expressed support for the QAnon conspiracy theory.

News | QAnon | Mike Flynn | Donald Trump

Share your thoughts with friends.

## Paid Content



The Actual Cost of a New Walk-In Shower May Surprise You
Sponsored: KohlerSafeShowers.com



Washington Will Cover the Cost to Install Solar if You Live in These Zips
Sponsored: EasySolar



Washington: 88% Of Homeowners Will Benefit From This Little Known Seattle Program
Sponsored: Fetcharate | Cash Out Refinance



Relieve Tinnitus by Doing This Once Daily - It's Genius
Sponsored: Healthy Guru



Top-seeded Novak Djokovic out…





Ad — 'Still going strong,' Steve and Marjorie Harvey celebrate 16 years of marriage in style — Read More



Wednesday, July 05, 2023


**Top-seeded Novak Djokovic out of US Open after hitting line judge with ball**


**Conservative podcaster Michael Savage tells Jean-Pierre to 'just shut up': 'You're an embarrassment'**

Oregon man pulls gun on protesters after truck is vandalized


Most Windows Users Didn't Know This Simple Trick
Sponsored: antivirus-news.com


The Most Common Way Cheaters Get Caught (Brace Yourself)
Sponsored: www.peoplewhiz.com

Diabetes Is Not From Sweets! Meet The Main Enemy Of Diabetes
Sponsored: diabeteslife.online

Do This Immediately If You Noticed Skin Tags or Moles (It's Genius)
Sponsored: dailyhealthmag.org


**Kimberly Guilfoyle's Fox News departure came following misconduct investigation, attorney denies allegations: Report**


**'Rolled': Army veteran Tulsi Gabbard corrects Ryan: 'The Taliban didn't attack us on 9/11'**


**Former Albany reporter is seventh woman to accuse Andrew Cuomo of sexual misconduct**


2 Capsules Every Night Burns Body Fat Like Never Before
Sponsored: nowloading.info


New Camper Vans Cost Almost Nothing (Take A Look)
Sponsored: Camper Vans | Search Ads


Ad — 'Still going strong,' Steve and Marjorie Harvey celebrate 16 years of marriage in style — Read More
















US Marshals take Michael Cohen back into custody

Sports Illustrated features trans woman Kim Petras on Swimsuit issue cover

Rising country star dead at 32 after being missing for over a week

'World's dirtiest man' dies shortly after taking first bath in over 60 yea

New poll shows AOC in trouble

Ex-elementary school teacher and

Ad

'Still going strong,' Steve and Marjorie Harvey celebrate 16 years of marriage in style
thegrio
Read More

US Marshals take Michael Cohen back into custody


Sports Illustrated features trans woman Kim Petras on Swimsuit issue cover


Rising country star dead at 32 after being missing for over a week







'World's dirtiest man' dies shortly after taking first bath in over 60 years


New poll shows AOC in trouble


Ex-elementary school teacher and children's author arrested after alleged sexual abuse of student



Manage Cookie Preferences

About Examiner | Magazine Archive | Staff | Policies and Standards | Sitemap | Terms Of Service

Privacy Policy | Your Privacy Choice | Transparency In Coverage | Advertise | Contact | Subscribe

Newsletters | Careers



---

Document title: Michael Flynn recites oath of office using slogan associated with QAnon | Washington Examiner
Capture URL: https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon
Capture timestamp (UTC): Wed, 05 Jul 2023 19:14:21 GMT

Page 6 of 6