# EXHIBIT 78

| | |
|---|---|
| Document title: | QAnon: Twitter tries to catch the horse that bolted \| CNN Business |
| Capture URL: | https://www.cnn.com/2020/07/22/tech/qanon-twitter-ban-analysis/index.html |
| Page loaded at (UTC): | Wed, 05 Jul 2023 19:19:24 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 19:20:24 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 72.44.41.80 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 7oJxj4LXF5an3QVy6uALc6 |
| User: | dwt-pjezick |

PDF REFERENCE #:    xasCsNr1EbtZXWoYLGRG3S


Advertisement  Ad Feedback

| Markets → | | | | Fear & Greed Index → | Latest Market News → |
|---|---|---|---|---|---|
| DOW | 34,316.47 | 0.30% ▼ | | Extreme Greed is driving the US market | Former Pfizer employee charged with Covid drug insider trading |
| S&P 500 | 4,451.53 | 0.09% ▼ | | 80 | Smoke pours out of Tiffany & Co. flagship 5th Ave. New York store two ... |
| NASDAQ | 13,811.73 | 0.04% ▼ | | | Deadline for airline 5G retrofits could add to travel woes this July 4 holi... |

# Twitter tries to catch the QAnon horse that bolted

Analysis by Donie O'Sullivan, CNN Business
Updated 5:32 PM EDT, Wed July 22, 2020



▶ Video Ad Feedback

 What is QAnon? CNN's John Avlon explains  03:08

 Experts warn AI could pose 'extinction' risk for humanity  02:06

 CNN tried a app. It wa pervy  03:19

MORE FROM CNN BUSINESS

 Shein sent American influencers to China. Social media users are furious

 National Geographic magazine has laid off the last of its staff writers


Sponsored by RVshare
8 popular places to travel by a RV this summer
Read more

Advertisement   Ad Feedback

**New York (CNN Business)** — Almost three years after a conspiracy theory known as QAnon began spreading on dark corners of the internet, pushing unfounded claims about a so-called "deep state" and prompting concerns about targeted harassment, social media platforms are finally looking to do something about it.

Twitter (TWTR) announced late Tuesday that it had removed thousands of accounts linked to QAnon, citing its policy of taking action on accounts with "the potential to lead to offline harm."

Document title: QAnon: Twitter tries to catch the horse that bolted | CNN Business
Capture URL: https://www.cnn.com/2020/07/22/tech/qanon-twitter-ban-analysis/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:20:24 GMT

Page 1 of 6

began spreading on dark corners of the internet, pushing unfounded claims about a so-called "deep state" and prompting concerns about targeted harassment, social media platforms are finally looking to do something about it.

Twitter (TWTR) announced late Tuesday that it had removed thousands of accounts linked to QAnon, citing its policy of taking action on accounts with "the potential to lead to offline harm." Twitter (TWTR) said it would "permanently suspend accounts Tweeting about these topics" and "coordinating abuse around individual victims."

Facebook (FB) is also planning to take action against QAnon, according to three sources familiar with the company's work on misinformation. One source said the company has been studying QAnon for some time and assessing how its existing policies would apply to QAnon.



While these actions may be welcome news for people who have been harassed for years by followers of the conspiracy theory, which in its adherence to dogma even when it is obviously false or contradicts itself can resemble a cult, these policy moves nonetheless raise the question of why it took the platforms so long to act.

As November's election approaches, technology companies are announcing more policies to try to crack down on the spread of misinformation. Whether the companies will successfully and effectively enact these policies will be subject to scrutiny.

CNN Business has also reached out to YouTube, where QAnon-pushing videos have also proliferated, to ask if it is going to do anything to crack down on QAnon content beyond its existing policies.

In the years since QAnon began on the hate-filled message board 4chan, it has taken on a life of its own. What was once an unfounded conspiracy theory about a cabal of pedophiles and a government "deep state" has become a fringe movement – a catchall for proponents of all shades of misinformation.


**RELATED ARTICLE**
Twitter takes down 7,000 accounts linked to QAnon

Multiple Republican candidates running in November's elections have embraced QAnon. President Donald Trump has retweeted QAnon accounts and his rallies are often sprinkled with attendees with QAnon-related signs and shirts. Michael Flynn, Trump's first national security adviser, posted a video earlier this month in which he used phrases and slogans that are hallmarks of the QAnon movement.

"Disinformation and dangerous conspiracy theories have been a major issue on social media for years, and social platforms have done substantial harm by escalating divisions in our society and radicalizing people towards conspiracies and hate," Johnathan Greenblatt, the CEO of the Anti-Defamation League, told CNN Business on Wednesday in response to Twitter's QAnon takedown. "Still, it's never too late to do the right thing."

In announcing its crackdown, Twitter also confirmed something troubling: The social network's algorithms have been recommending and highlighting QAnon content to Twitter users. This implies Twitter itself, and not just the people on it, played a role in amplifying the conspiracy theory.

Facebook, meanwhile, has many groups devoted to the conspiracy, some of which are listed as having tens of thousands of members. Facebook groups are rabbit-holes, ideological echo-chambers where biases and beliefs, accurate or not, are reinforced.

Document title: QAnon: Twitter tries to catch the horse that bolted | CNN Business
Capture URL: https://www.cnn.com/2020/07/22/tech/qanon-twitter-ban-analysis/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:20:24 GMT
Page 2 of 6

implies Twitter itself, and not just the people on it, played a role in amplifying the conspiracy theory.

Facebook, meanwhile, has many groups devoted to the conspiracy, some of which are listed as having tens of thousands of members. Facebook groups are rabbit-holes, ideological echo-chambers where biases and beliefs, accurate or not, are reinforced.

It is unclear whether all subscribers of QAnon believe or even know about all the absurd claims tied into the conspiracy theory or raised by its other supporters. Indeed, support for QAnon generally has become a badge of anti-establishment thinking on the fringes.

But the rise of QAnon highlights how easily the lines between the fringe and the mainstream can be blurred when conspiracy theories are allowed to run rampant on some of the most powerful online platforms in the world, reaching an untold number of people.

In perhaps the clearest sign of how influential this conspiracy theory has become, even as Twitter took down thousands of QAnon accounts, it left up accounts belonging to QAnon supporters now running for Congress. Twitter has maintained elsewhere that it does not want to silence candidates — the company largely believes the public should be able to judge candidates for themselves, warts and all.

In short, QAnon may already have reached a level of prominence that makes it hard, if not impossible, to shut down completely.

**PAID PARTNER CONTENT**


6 Ways to Save Money When Traveling Abroad
sponsored by Charles Schwab


Former Goldman Sachs VP Says Move Your Money Before This Major Event
sponsored by Stansberry Research

**Hands Down One of the Best Cards for Good Credit**
The Motley Fool


Washington: The List Of The Top Financial Advisor Firms Is Out
sponsored by smartasset


Advertisement · Ad Feedback

**PAID PARTNER CONTENT**


5 Odd Things Millionaires Do With Money, But Most of Us Haven't Tried
The Penny Hoarder


Cryptocurrencies: What Are They?
Charles Schwab


5 Essential Money Moves When Your Savings Reach $100,000
Money Talks News


5 Companies That Send People Money When They're Asked Nicely
The Penny Hoarder








Money Talks News    The Penny Hoarder



**Seniors Under 85 Get $250k In Life Insurance For $13/Month**
ActiveBeat

**Washington: The List Of The Top Financial Advisor Firms Is Out**
smartasset

Advertisement    Ad Feedback



**What to Do If Retirement Isn't Your Only Goal**
Sponsored by Charles Schwab

### JULY'S TOP BANKING OFFERS



360 PERFORMANCE SAVINGS
**4.15 % APY**
Member FDIC
OPEN ACCOUNT



HIGH YIELD SAVINGS
**4.65 % APY**
Annual Percentage Yield
APPLY NOW

---

Document title: QAnon: Twitter tries to catch the horse that bolted | CNN Business
Capture URL: https://www.cnn.com/2020/07/22/tech/qanon-twitter-ban-analysis/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:20:24 GMT
Page 4 of 6




HIGH YIELD SAVINGS
4.65 % APY
Annual Percentage Yield

APPLY NOW




ELITE MONEY MARKET SAVINGS ACCOUNT
4.25 % APY
Minimum $25,000 | Member FDIC

NEXT




CITI CHECKING
Member FDIC

Earn up to $2,000 Cash Bonus.
Open a new eligible checking account with required activities.

OPEN ACCOUNT

Sponsors of GOBankingRates          Advertiser Disclosure

---

CONTENT BY GREENSPROUT

Do This Before Renewing Amazon Prime, it's Genius

You'll Want to Know This if You Have Amazon Prime

Save Money on Almost Everything You Buy Online

Before You Renew Amazon Prime, Read This

The Shocking Revelation About Prime Memberships

---

**Paid Links**

$30/Hour at Home Jobs

Golden Corral Coupons for Seniors

7% Interest Savings Accounts

Best Dividend Paying Stock List

Golden Corral Menu Prices 2023



CNN BUSINESS Markets Tech Media Calculators Videos Audio Live TV Log In

Best Dividend Paying Stock List

Golden Corral Menu Prices 2023

Search CNN... Search →

**US**
Crime + Justice
Energy + Environment
Extreme Weather
Space + Science

**World**
Africa
Americas
Asia
Australia
China
Europe
India
Middle East
United Kingdom

**Politics**
The Biden Presidency
Facts First
US Elections

**Business**
Tech
Media
Calculators
Videos

**Markets**
Pre-markets
After-Hours
Market Movers
Fear & Greed
World Markets
Investing
Markets Now
Before the Bell
Nightcap

**Opinion**
Political Op-Eds
Social Commentary

**Health**
Life, But Better
Fitness
Food
Sleep
Mindfulness
Relationships

**Entertainment**
Movies
Television
Celebrity

**Tech**
Innovate
Gadget
Foreseeable Future
Mission: Ahead
Upstarts
Work Transformed
Innovative Cities

**Style**
Arts
Design
Fashion
Architecture
Luxury
Beauty
Video

**Travel**
Destinations
Food & Drink
Stay
News
Videos

**Sports**
Pro Football
College Football
Basketball
Baseball
Soccer
Olympics
Hockey

**Videos**
Live TV
Digital Studios
CNN Films
HLN
TV Schedule
TV Shows A-Z
CNNVR

**Audio**

**CNN Underscored**
Electronics
Fashion
Beauty
Health & Fitness
Home
Reviews
Deals
Money
Gifts
Travel
Outdoors
Pets
CNN Store

**Coupons**

**Weather**
Climate
Storm Tracker
Wildfire Tracker
Video

**More**
Photos
Longform
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN

CNN BUSINESS Audio Live TV FOLLOW CNN BUSINESS Log In

Most stock quote data provided by BATS. US market indices are shown in real time, except for the S&P 500 which is refreshed every two minutes. All times are ET. Factset: FactSet Research Systems Inc. All rights reserved. Chicago Mercantile: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC and/or its affiliates. Fair value provided by IndexArb.com. Market holidays and trading hours provided by Copp Clark Limited.

Terms of Use Privacy Policy Cookie Settings Ad Choices Accessibility & CC About Newsletters Transcripts

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.