# EXHIBIT 82



**URL**
https://twitter.com/donie/status/1357513155849633793
**Timestamp**
Thu Jul 06 2023 11:21:54 GMT-0400 (Eastern Daylight Time)



**URL**
https://twitter.com/donie/status/1357513155849633793
**Timestamp**
Thu Jul 06 2023 11:21:54 GMT-0400 (Eastern Daylight Time)