# EXHIBIT 83



**URL**
https://twitter.com/donie/status/1357554846027681794?s=20
**Timestamp**
Thu Jul 06 2023 11:24:50 GMT-0400 (Eastern Daylight Time)



**URL**
https://twitter.com/donie/status/1357554846027681794?s=20
**Timestamp**
Thu Jul 06 2023 11:24:50 GMT-0400 (Eastern Daylight Time)