# EXHIBIT 84



**URL**
https://twitter.com/donie/status/1404889150113955851

**Timestamp**
Thu Jul 06 2023 11:26:58 GMT-0400 (Eastern Daylight Time)



**URL**
https://twitter.com/donie/status/1404889150113955851
**Timestamp**
Thu Jul 06 2023 11:26:58 GMT-0400 (Eastern Daylight Time)



**URL**
https://twitter.com/donie/status/1404889150113955851
**Timestamp**
Thu Jul 06 2023 11:26:58 GMT-0400 (Eastern Daylight Time)