# EXHIBIT 88

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN,    §
et al,                   §
                         §
         Plaintiffs,     §
                         §
vs.                      §   Civil Action No.
                         §   1:21-CV-02587-GHW
                         §
CABLE NEWS NETWORK,      §
INC.,                    §
                         §
         Defendant.      §
 * * * * * * * * * * * * * * * * * * * * * * * * *
          REMOTE VIDEOTAPED ORAL DEPOSITION OF
                      WILSON POWELL
                      May 6, 2023
 * * * * * * * * * * * * * * * * * * * * * * * * *
```

REMOTE VIDEOTAPED ORAL DEPOSITION OF WILSON

POWELL, produced as a witness and duly sworn, was

taken in the above-styled and -numbered cause on

May 6, 2023, from 9:00 a.m. until 10:51 a.m., (CDT),

before Suzanne Kelly, Registered Diplomate Reporter

and Certified Realtime Reporter, reported by

stenographic method with all attendees appearing

remotely from separate locations, pursuant to the

Federal Rules of Civil Procedure and the provisions

stated on the record, if any.


Reported by:  Suzanne Kelly, CSR, RDR, CRR

Job:  5871702

Page 50

1  So, I'm just wondering: Was it surprising to
2  you that they had to read something from their
3  phone?
4       MR. SESSIONS: Objection. I
5  believe you misspoke. You mean not the Flynns
6  but country. Is that correct, Counsel?
7       MS. CHERNER: Yes.
8       MR. SESSIONS: I will ask you to
9  rephrase your question. I think you misspoke.
10 BY MS. CHERNER:
11    Q. You testified earlier that the Flynns
12 were trying to wish their country a happy
13 birthday. Right?
14    A. Yes.
15    Q. So if they were trying to wish their
16 country a happy birthday, were you surprised that
17 General Flynn was reading something from his
18 phone to do that?
19    A. I don't see why that would be relevant,
20 but no.
21    Q. That wasn't the question. I am just
22 asking if you were surprised.
23    A. No.
24    Q. Did he say in advance what he was
25 reading from his phone?

Page 51

1     A. I can't remember.
2     Q. So how did you get this video to happen?
3  The Flynns are -- are they practicing what they
4  are going to say before they say it?
5       MR. SESSIONS: Objection.
6  Compound.
7       THE WITNESS: I think it was more
8  like a repeat-after-me thing.
9  BY MS. CHERNER:
10    Q. So who said to repeat after me?
11    A. I believe it was Mike.
12    Q. So he said that before the video
13 started?
14    A. Yes.
15    Q. What else did he say before the video
16 started?
17    A. When?
18    Q. When you were in the yard before you had
19 the phone or right after you got the phone. What
20 else was said other than "repeat after me"?
21       MR. SESSIONS: Objection. Form.
22       THE WITNESS: "Happy birthday." We
23 wanted to wish the country a happy birthday on
24 July 4th.
25 BY MS. CHERNER:

Page 52

1     Q. So General Flynn specifically said, "We
2  want to wish the country a happy birthday on July
3  4th. Repeat after me"?
4     A. No.
5     Q. So then, what did he say?
6     A. I don't remember exactly.
7     Q. Okay. Well, was there -- you practiced
8  the video. Right?
9     A. No. Not really.
10    Q. What do you mean, "No. Not really"?
11    A. I think there were like two takes.
12 Those were "repeat after me," and they did it
13 again.
14    Q. The video that we just watched, was that
15 the first take or the second take?
16    A. I don't remember. I don't know.
17    Q. Where is the second version of the
18 video?
19       MR. BISS: Object to the form.
20       THE WITNESS: I don't know.
21 BY MS. CHERNER:
22    Q. So why was there a second take? What
23 happened after the first take that required a
24 second take?
25       MR. BISS: Object to the form.

Page 53

1        THE WITNESS: I think somebody
2  thought they could state the Constitution a
3  little bit better.
4  BY MS. CHERNER:
5     Q. Who?
6     A. I don't know. I can't remember.
7     Q. I am not sure what that means by,
8  "Someone thought they could state the
9  Constitution a little better."
10    A. So whatever Mike read on his phone, I
11 think someone said they could resay it better.
12 So they did a second take of the video.
13    Q. Who was that person?
14    A. I don't remember.
15    Q. It wasn't General Flynn? It was
16 somebody else?
17    A. I don't remember.
18    Q. So who asked for the second take?
19    A. I don't remember.
20       MR. SESSIONS: Counsel, at the
21 hour, we would like to take a break. We will
22 have been going about an hour.
23       MS. CHERNER: Yeah. Just give me
24 about one or two more minutes.
25       MR. SESSIONS: You take a break

```
                                                    Page 90
 1   In witness whereof, I have this date subscribed my
     name on this 8th day of May, 2023.
 2
 3       [Signature: Suzanne Kelly]
 4       Suzanne Kelly, CSR, RDR, CRR
         Certification No. 1260
 5       Expiration Date:  12-31-23
         VERITEXT LEGAL SOLUTIONS
 6       Firm Registration No. 571
         300 Throckmorton Street
 7       Suite 1600
         Fort Worth, Texas 76102
 8       817.336.3042 1.800.336.4000
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 91
 1   Robert Holmes, Esquire
 2   rhholmes@swbell.net
 3          May 8, 2023
 4   RE:   Flynn, John P. "Jack" Et Al v. Cable News Network Inc.
 5     5/6/2023, Wilson Powell (#5871702)
 6     The above-referenced transcript is available for
 7   review.
 8     Within the applicable timeframe, the witness should
 9   read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   cs-midatlantic@veritext.com
16
17    Return completed errata within 30 days from
18   receipt of testimony.
19    If the witness fails to do so within the time
20   allotted, the transcript may be used as if signed.
21
22          Yours,
23          Veritext Legal Solutions
24
25
```