# EXHIBIT 92

**OATH OF OFFICE**   **CULTS**   **RIGHTWING EXTREMISTS**   **CONSPIRACY THEORIES**   **GENERAL FLYNN**

# Unelected QAnoners Take Oath Of Office, Post Weird, Sad Videos Of It

By **Robyn Pennacchia**   June 25, 2020 02:10 PM

  



upload.wikimedia.org

A big part of the reason why QAnon and other conspiracies are so attractive to certain kinds of people is because they make those people feel very special and important and included and as though they are a part of something bigger than themselves. See also, literally every cult that has ever existed in the history of the world. We always talk about cult leaders as though it's just people worshiping one random person because they think that person is super special and important, but it's more about how the followers feel about themselves.

Still, it's always nice to get them to swear a loyalty oath, just to weed out the folks who might make a break for it come Flavor Ade day. And that's what the Q people are doing now.

Convert web pages and HTML files to PDF in your applications with the Pdfcrowd HTML to PDF API   Printed with Pdfcrowd.com

Earlier this week, Gen. Michael Flynn, with whom all the QAnoners are very obsessed, posted an update to the rightwing social media site Parler reading "Digital Soldiers are on the move (get ready!)"



In QAnon world, every Michael Flynn fart bears incredible significance, as they sort of see him as the leader of QAnon. So, on Wednesday, "Q" issued a drop informing followers that they are all now digital soldiers who must dedicate their entire lives to going on Facebook and Twitter and spreading the good word that there is a vast Satanic Deep State Adrenochrome Child Sex Ring conspiracy run by Hillary Clinton and friends, or whatever else it is they are on about these days.

As per usual, it made ... absolutely no sense whatsoever.

Via QMap (bolds and brackets in original):

> You have been selected to help serve your Country.
> Never retreat from the battlefield **[Twitter, FB, etc.]**.
> Use other platforms as a form of centralized command and control.

Convert web pages and HTML files to PDF in your applications with the Pdfcrowd HTML to PDF API    Printed with Pdfcrowd.com

> Organize and connect **[bridge through linking]**.
>
> Source meme(s) material from battlefield and/or garage **[highlight & share][take & drop]**
>
> Mission 1: Dispute **[reject]** propaganda push through posting of research and facts
>
> Mission 2: Support role of other digital soldiers **[one falls another stands (rises)]**
>
> Mission 3: Guide **[awaken]** others through use of facts **[DECLAS 1-99 material and other relevant facts]** and memes **[decouple MSDNC control of info stream]** _ask 'counter' questions to initiate 'thought' vs repeat **[echo]** of MSDNC propaganda
>
> Mission 4: Learn use of camouflage **[digitally]** _primary account suspended-terminated _use of secondary
>
> Mission 5: Identify strengths / weaknesses **[personal and designated target(s)]** re: Twitter & FB **[+other]** example re: meme(s) failure to read through use of ALGO **[think Tron (MCP_master control program)]** _dependence on person-to-person capture **[slow response time unidentified user(s)]**
>
> Game theory.
>
> Information warfare.
>
> Welcome to the Digital Battlefield.
>
> Together we win.
>
> Q

That is, indeed, a whole lot of nonsense. I don't know how anyone looks at that and goes "Oh boy, this sure is an enjoyable way to spend my time." But they do.

And it's sad, you know? That they think they are sharing "facts" and asking questions that initiate any thought other than "Oh boy, what is this person on?" It's hard to imagine being the person who would look at that and go "ME? A DIGITAL SOLDIER? I AM SO HONORED!" Or the person who would think that sharing memes like this one recommended by Q themselves, is just ... *incredibly* important work.





Black and white picture of Obama accusing him of Seditious Conspiracy and Treason, with the U.S. Codes for them, to make it look all official and mugshot-like.

Following all this, Q asked them to "take the oath," in order to swear in to their new roles as Digital Soldiers.

> I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of

> evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter: So help me God. WWG1WGA.

You may have noticed that, apart from the little WWG1WGA at the end there, it is literally just the oath of office. It is not even the oath of enlistment that regular soldiers take, which is:

> I, \_\_\_\_\_, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God."

So I guess they're all senators now? Personally, I think it's a tad chintzy on the part of this Q Anon person to plagiarize an oath like that, particularly when it does not even make any sense at all for people not entering any kind of office, rather than making up their own. At the very least, they could have plagiarized an oath no one would immediately recognize, like the one from the Mr. Ed Fan Club:

> 'I, (your name here), do solemnly swear, to stop swearing so solemnly.'

Anyway, because these people do what they're told, Twitter was swiftly awash in incredibly earnest videos of QAnons taking the oath and also talking about how seeing other QAnons taking the oath was bringing them to tears and it was all incredibly uncomfortable!

These people are about as deputized as I was the time I won a neon green plastic sheriff's badge from Chuck E. Cheese, but they legitimately believe that they now have some kind of power to do citizen's arrests or obligation to stay on Facebook and Twitter all day and all night.

At least they're not annoying their families this way?

[Twitter]

**Wonkette is independent and fully funded by readers like you. Click below to tip us! Also if you are buying stuff on Amazon, click this link!**

How often would you like to donate?

◉ Just once     ○ Monthly

Select an amount (USD)



Convert web pages and HTML files to PDF in your applications with the Pdfcrowd HTML to PDF API    Printed with Pdfcrowd.com

○ $2            ○ $25
○ $5            ○ $50
⦿ $10           ○ $100
○ $15           ○ $500
○ $20           ○ $1000

Select to pay with Stripe or PayPal

stripe

PayPal



**Robyn Pennacchia**

Robyn Pennacchia is a brilliant, fabulously talented and visually stunning angel of a human being, who shrugged off what she is pretty sure would have been a Tony Award-winning career in musical theater in order to write about stuff on the internet. Follow her on Twitter at @RobynElyse

---

**FLORIDA**   **MALARIA**   **RON DESANTIS**   **SARASOTA COUNTY**   **MANATEE COUNTY**

# Florida ... Malaria ... FLALARIA!

The latest buzz on Florida's excellent health department.

By **Doktor Zoom**   July. 12, 2023 04:20



Convert web pages and HTML files to PDF in your applications with the Pdfcrowd **HTML to PDF API**   Printed with Pdfcrowd.com



As Ron DeSamsa awoke one morning from uneasy dreams he found himself transformed in his bed into a gigantic Anopheles mosquito. (Image created using DreamStudio and Photoshop)

Federal health officials are keeping an eye on what seems to be an itty-bitty outbreak of malaria in Florida (six cases) and in Texas (one case), although the US Centers for Disease Control notice is careful to point out there's "no evidence to suggest that the cases in the two states are related." The good news its that all seven patients got quick treatment at hospitals and are now recovering.

The most recent two cases were found in Sarasota County, south of Tampa, between June 25 and July 1. Sarasota, Manatee, and Miami-Dade counties are now under alerts, and Floridians statewide are are being warned to take sensible precautions against mosquitos like wearing mosquito repellent and long sleeves, as well as draining standing water out of filthy old wading pools, garbage cans, old tires, and Steve Bannon's gross hot tub.

We won't be surprised in the least if local militias start trying to shoot all the mosquitos with their AR-15s either, since as we all know, AR stands for *Anopheles Repellant*.

Just for shits-n-giggles, the most recent alert on malaria at the Florida Department of Health website is dated June 26, and references only four of the six known cases of malaria in the state this year.

KEEP READING...

   

DAVID WEISS   DOJ   FBI   FOX NEWS   GAL LUFT

# How Is Fox News Outright Lying About Fake 'Hunter Biden' Whistleblowers Today?

Convert web pages and HTML files to PDF in your applications with the Pdfcrowd HTML to PDF API    Printed with Pdfcrowd.com

They know they're lying too.

By Evan Hurst    July. 12, 2023 02:50



Does it make sense that, if the big supposed Hunter Biden whistleblower whose grundle clouds House Oversight Committee Chair James Comer obsessively sniffs has turned out to be a Chinese spy, then that guy is MORE credible about what Hunter Biden did or did not do in China? Is that the way a regular person would interpret that?

Because that's how Team Fuckstupid over at Fox News is taking it.

**Turns Out 'Hunter Biden' Whistleblower Is Chinese Agent! And Arms Trader! Who Sold Iranian Oil! Oh Well!**

Yesterday, Fox News's John Roberts had GOP Rep. Darrell Issa on, and these were Roberts's contributions to the conversation:

> **JOHN ROBERTS:** We talked about this fellow, Gal Luft, who has been arrested and charged with being an unregistered foreign agent of China. Luft insists that he told the FBI about

Convert web pages and HTML files to PDF in your applications with the Pdfcrowd HTML to PDF API    Printed with Pdfcrowd.com

> with being an unregistered foreign agent of China. Luft insists that he told the FBI about potential corrupt ties between the Biden family and China. The fact that he's been arrested now and is accused of being an agent of China has got the Left just, you know, having a field day with this, saying it shreds his credibility, but the flip side of that coin is if you're accused of being a foreign agent for China, you probably know who else is working with them.

The flip side of *which* coin? The flip side of the coin that if you are arrested for spying for China, you probably know all the other spies working for China? Yes, definitely, John Roberts, you halfwit, that is definitely how spying works. Everybody knows everybody, they hand out a goddamned pictorial spy directory at the beginning of every year so everybody has everybody's phone number and address. Now to be fair, Luft's initial allegations do involve the fact that both he and Hunter Biden did consulting-type work for executives of the same Chinese energy group. Maybe John Roberts meant to say that. Maybe Roberts really sunk his teeth into the indictment and that's what he gleaned from it. Or maybe he literally just said that if you're accused of being a foreign agent for China, you probably know who else is working for them.

Then John Roberts explained, correctly, that the made-up right-wing myth about David Weiss, the (Trump-appointed) US attorney in Delaware investigating Hunter Biden, asking for and being denied special counsel status had been debunked by Weiss himself, contrary to what the fake IRS whistleblower Gary Shapley has claimed. Roberts seemingly wanted to mini-fuck that chicken just one last time, insisting that "So, he may not have specifically asked to be designated special counsel, but he certainly explored the idea." Uh huh. And they told him if he needed special counsel status he'd get it. The end.

So that was yesterday. This morning it was time for slurring rage muppet Maria Bartiromo to take her turn, and boy, the lies just flowed and flowed. As usual, our pal Aaron Rupar captured the highlights, starting here, where Bartiromo just let House Speaker Kevin McCarthy babble lies about how the IRS said David Weiss wasn't allowed to be a special prosecutor, even though that is a thoroughly debunked and beclowned lie, according to David Weiss.

Therefore Kevin McCarthy wants to impeach Merrick Garland.

In the next clip, Bartiromo and McCarthy continue to advance the easily disproven lie that Luft was somehow indicted just this week in retaliation for being a Hunter Biden whistleblower, when Luft was indicted WAY LONG BACK LAST NOVEMBER, before Republicans barely won back Congress, at which point he went on the lam. How we know that? Because it's written on the unsealed indictment! (Remember how James Comer in all his wisdom could not find his informant for some reason? Maria Bartiromo should remember, since Comer picked Kentucky fried squirrel out of his teeth while explaining that to her back in May.)

Convert web pages and HTML files to PDF in your applications with the Pdfcrowd HTML to PDF API   Printed with Pdfcrowd.com

Bartiromo's real question: "How many more whistleblowers are gonna come forward after knowing that this guy, who tried to tell the FBI and the DOJ what he knew about the transactions, business deals in the Biden family, now HE had to go on the run and now is getting indicted?"

You know, as opposed to the opposite timeline, the one that makes sense, where the indicted Chinese spy went on the run *because he was indicted*.

Bartiromo knows she's lying, because she's a goddamned fucking liar.

But they don't care. This is how much contempt Fox News has for its viewers and for this country.

These people are true garbage.

[Media Matters]

**Follow Evan Hurst on Twitter right here.**

**BlueSky!**

**@evanjosephhurst on Threads!**

**I have profiles those other places but I think I forgot how to log on.**

**Have you heard that Wonkette DOES NOT EXIST without your donations? Please hear it now, and if you have ever enjoyed a Wonkette article, throw us some bucks, or better yet, SUBSCRIBE!**

How often would you like to donate?

- ◉ **Just once**
- ○ **Monthly**

Select an amount (USD)

- ○ **$2**
- ○ **$5**
- ◉ **$10**
- ○ **$15**
- ○ **$20**
- ○ **$25**
- ○ **$50**
- ○ **$100**
- ○ **$500**
- ○ **$1000**

Select to pay with Stripe or PayPal



Convert web pages and HTML files to PDF in your applications with the Pdfcrowd HTML to PDF API   Printed with Pdfcrowd.com

Do your Amazon shopping through this link, because reasons.

    473

Convert web pages and HTML files to PDF in your applications with the Pdfcrowd HTML to PDF API   Printed with Pdfcrowd.com