# EXHIBIT 93

**Document (PX_001-PX_004) to be filed pursuant to Local Rule 1.11(d)**