# EXHIBIT 94

**Voicemail (PX_005) to be conventionally filed per Court Order (ECF No. 82) pursuant to Local Rule 1.11(d)**