# EXHIBIT 96

**Document (FLYNN0000010-0000012) to be filed pursuant to Local Rule 1.11(d)**