# EXHIBIT 98

**Document (PX_599) to be filed pursuant to Local Rule 1.11(d)**