# EXHIBIT 126





**Q1776Q**
1.02K followers

Follow  1.02K

11 months ago

**Tribute To Veronica Wolski #The Peoples Bridge**

Exhibit
0384
4/24/2023
John Flynn

 9           0

<> Embed    ⬆ Share    👁 120    💬 1