# EXHIBIT 127

