# EXHIBIT 128

**Transcript excerpts from the deposition of Barbara Flynn Redgate to be filed pursuant to Local Rule 1.11(d)**