Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
2                       -   -   -
3
    JOHN P. "JACK" FLYNN :   NO.:  1:21-cv-02587-GHW/SLC
4   and LESLIE A. FLYNN, :
                          :
5            Plaintiffs,:
                          :
6        v.               :
                          :
7   CABLE NEWS NETWORK,   :
    INC.,                 :
8                         :
             Defendant. :
9
10                      -   -   -
11              June 23, 2023
12                      -   -   -
13              Videotaped deposition of DR.
14      SOPHIA MOSKALENKO, taken pursuant
15      to Notice, held at Veritext, 1801
16      Market Street, 18th Floor,
17      Philadelphia, Pennsylvania 19102,
18      beginning at approximately 10:04
19      a.m., before Mary Hammond, a
20      Registered Professional Reporter
21      and Notary Public in the state of
22      Pennsylvania.
23                      -   -   -
24

EXHIBIT B

Page 2

```
 1   A-P-P-E-A-R-A-N-C-E-S

 2

     LAW OFFICE OF STEVEN S. BISS
 3   BY:  STEVEN S. BISS, ESQUIRE
     300 West Main Street
 4   Suite 102
     Charlottesville, Virginia  22903
 5   stevenbliss@earthlink.net
     Counsel for Plaintiffs
 6

 7   DAVIS, WRIGHT, TREMAINE, LLP
     BY:  KATHERINE M. BOLGER, ESQUIRE
 8   1251 Avenue of the Americas
     21st Floor
 9   New York, New York  10020
     katebolger@dwt.com
10   Counsel for Defendant

11
      Also Present:  Steve Cinaglia, Videographer
12
      Present via Zoom:  Lindsey Cherner
13                       Meenakshi Krishnan
                         Matt Riesdorph, Concierge
14

15

16

17

18

19

20

21

22

23

24
```

Page 14

1      A.    That's right.

2      Q.    And you're not here to opine on the

3    truth of the report, right?

4                MR. BISS:  Object to the form.

5                THE WITNESS:  If -- I need to

6           answer more than just "yes" or "no"

7           to this.

8    BY MS. BOLGER:

9      Q.    That's fine.

10     A.    I'm here to opine on a small part

11   of the report, and whether there is evidence

12   to suggest that it's truthful or not, and

13   that small part is the label of people at the

14   barbecue as QAnon followers.

15     Q.    Are you trying to offer an opinion

16   as to truth as to what you construe that

17   meaning to be?

18                MR. BISS:  Object to form.

19   BY MS. BOLGER:

20     Q.    Are you trying to say it's true or

21   false today, is that your opinion?

22     A.    I can only offer my expert opinion

23   on the evidence in the case to the fact or

24   lack thereof of Jack and Leslie Flynn being

Page 24

1    movements.

2         Q.    I don't have any other scholars

3    with me.   I only have you.

4              When you say it's a belief system,

5    did you mean it's a religion?

6         A.    I did not mean that.

7         Q.    Okay.  What is a belief-based

8    system if it's not a religion?

9         A.    It can be many different things.

10   For example, you know, some people in

11   feminist principles, that's a belief-based

12   system, and they, you know, sometimes have

13   more radical beliefs, or less radical

14   beliefs, but they center around those.

15        Q.    When you -- after Mr. Biss hired

16   you and gave you the specific definition of

17   "QAnon," what documents did you look at to

18   put together the report?

19        A.    They are listed in my report, I

20   believe, and...

21        Q.    If you can find them, I'd be have

22   happy to see that.

23        A.    Okay.  It's on Page 7.

24        Q.    Mm-humm.

Page 25

1      A.   It says, "Facts and Data

2   Considered."

3           And the paragraph says, "In

4   offering the opinions in this report, I

5   reviewed A, the CNN Report."

6           "B-" --

7      Q.   Well, just take them one at a time.

8           So, the CNN report, what CNN report

9   do you mean?

10     A.   The video recording that contained

11  the -- the segment with the labeling "QAnon

12  followers."

13     Q.   Any other CNN recording?

14     A.   Maybe.  There was something with

15  Don Lemon?  I -- I don't remember.

16     Q.   Okay.  Now, it says, "The parties

17  pleadings, including the Flynns' Amended

18  Complaints."

19           How many Complaints did you look

20  at?

21     A.   I don't remember.

22     Q.   Okay.  What other pleadings did you

23  look at, other than the plaintiff's

24  Complaint?

Page 26

1      A.   I think this is a good list of what
2  I looked at.  I have looked at some other
3  things since filing this report; like, for
4  example, the motion to dismiss hearing before
5  the judge, but...
6      Q.   Well, I will tell you that this
7  says things like, "The parties' pleadings
8  including the Flynns' Amended Complaint."
9           And I'm asking you:  What other
10  pleadings did you look at?
11      A.   I don't remember that I looked at
12  other pleadings.
13      Q.   Well, it does say, "The parties'
14  pleadings, including."
15           Do you see that?
16                MR. BISS:  What's the point?
17                MS. BOLGER:  Right.
18  BY MS. BOLGER:
19      Q.   So it implies that you saw a bunch
20  of things, including this one.  That's what
21  I'm asking you.
22      A.   It does not necessarily.
23      Q.   Okay.  So are you saying you didn't
24  look at anything else?

Page 27

1      A.    I do not remember.  That's what I'm

2  saying.

3      Q.    Okay.  Well, that -- that's fine,

4  too.

5           The District Court's memorandum

6  opinion order we talked about, the Flynns'

7  disclosures and doc- -- discovery responses.

8           What disclosures did you look at?

9      A.    I think the disclosures included

10  some of their emails between them and some

11  private parties.

12           I -- I think it's a question of

13  fact that if I don't remember it, I don't

14  remember it, but it's easy enough to

15  ascertain because those are materials that

16  Mr. Biss submitted to me.

17           I'm not, you know, necessarily

18  going to remember everything that I looked

19  at, but I did look at the -- all the

20  materials submitted to me by Mr. Biss.

21      Q.    Okay.  Did you look -- what

22  portions of -- what exhibits introduced

23  during the deposition of Donie O'Sullivan?

24                THE COURT REPORTER:  I'm

Page 28

1              sorry, I didn't get any of that.

2                   MS. BOLGER:  Sorry.

3    BY MS. BOLGER:

4         Q.   What exhibits introduced during the

5    during depositions of Donie O'Sullivan,

6    Jack Flynn, Leslie Flynn, Valerie Flynn, and

7    Lori Flynn, did you look at?

8         A.   I looked at all the exhibits

9    connected with those depositions that

10   Mr. Flynn turned over to me.

11        Q.   Did you read the deposition of

12   JT Wilde?

13        A.   No.

14        Q.   Did you read the deposition of

15   Donie O'Sullivan?

16        A.   Yes.

17        Q.   Did you read the whole deposition,

18   or just portions Mr. Biss gave you?

19        A.   I read whatever Mr. Biss gave me.

20        Q.   Right.  That's my question.

21             Did he give you portions, or did he

22   give you page -- page numbers, or did you sit

23   down and read it from beginning to end?

24        A.   I read from beginning to end,

Page 30

1      Q.    Wilson Powell?

2      A.    Yes.

3      Q.    Whole thing, or just portions?

4      A.    I don't know that there were parts

5  omitted from it.  I don't remember.

6      Q.    Okay.  How about Jeffrey Pedersen?

7      A.    No.

8      Q.    And Fuzz Hogan?

9      A.    No.

10      Q.    Do you know who JT Wilde is?

11      A.    No.

12      Q.    Do you know who Jeffrey Pedersen?

13      A.    No.

14      Q.    Do you know who Tracy Diaz is?

15      A.    No.

16      Q.    Okay.

17            MS. BOLGER:  So I will call

18            for the production of the material

19            provided to you by Mr. Biss, which

20            I'm entitled to, so, Steve, please

21            make sure I get that.

22  BY MS. BOLGER:

23      Q.    What methodology did you apply in

24  reaching your conclusions?

Page 31

1      A.    I applied the methodology that I

2   use in my work as a researcher, a

3   psychologist, who researches beliefs in

4   conspiracy theories;

5           And that methodology includes

6   understanding of surveys and questions that

7   are used in order to elicit answers on

8   beliefs;

9           Understanding of interviews, and

10  interview methods that are used in obtaining

11  information about people's beliefs;

12          Understanding of polling

13  methodology, and case study methodology that

14  I have myself used -- I've used all of these

15  in my work.

16          What else.  My experience in

17  reading QAnon-related Telegram channels and

18  Tweets and Facebook posts and YouTube videos

19  and my analysis of those;

20          My general knowledge of social

21  psychology and belief systems, as related to

22  social psychology research;

23          Knowledge of attributions,

24  attribution theory, and intention

1    attributions and attribution theories.

2             And I think that's a fairly good

3    list.

4        Q.    Okay.  You're not a journalist,

5    correct?

6        A.    Correct.

7        Q.    You do not purport to be an expert

8    in journalism, correct?

9        A.    Correct.

10       Q.    And you are not a data scientist,

11   correct?

12       A.    I'm a scientist who uses data.

13       Q.    But you are not an

14   information-based system scientist, someone

15   who invents the computer code that goes out

16   and seeks information?

17       A.    That is correct.

18       Q.    Okay.  By the way, since you've had

19   this, you know, evolving definition of QAnon

20   followers that just happens to coincide with

21   the Court's, have you gone back and corrected

22   any of your other articles or publications

23   when you had a different understanding of

24   QAnon followers?

1      A.   I don't know that there is anything

2  to correct, so I have not, you know, gone

3  back to correct anything because I don't know

4  that there are any errors.  I just don't

5  remember exactly what I thought.

6           However, as QAnon is a new

7  phenomenon, our understanding of it is

8  changing, and, so, my new work would be more

9  in agreement with my new views on QAnon.

10     Q.   What work are you working on

11  related to QAnon right now?

12     A.   Oh, a lot.  I have a really large

13  survey study, 500 people, who answered

14  questions about their QAnon beliefs, as well

15  as questions about their support for

16  January 6th insurrection, and some questions

17  about their personality composition and those

18  data show interesting differences in gender

19  and interrelations between QAnon beliefs and

20  personality variables, and an interaction

21  effect between gender, personality variables,

22  QAnon beliefs and support for January 6th.

23  So that's one work.

24           Another one is -- I'm comparing

Page 34

1    data for people who believe in QAnon

2    conspiracy theories, data on their radical

3    intentions with perceptions of QAnon

4    followers' radical intentions from people who

5    don't believe in QAnon conspiracy theories.

6    In other words, what are the real reported

7    radical intentions of QAnon followers versus

8    perceived.

9             And a third point of comparison is

10   radical intentions of people who don't

11   believe in QAnon followers.

12            So that's a really important data

13   point to triangulate with Mike Jensen's

14   database on radical action out of QAnon

15   activity.  That's another project.

16            The third project is I'm comparing

17   beliefs in QAnon conspiracy theories with

18   support for authoritarian leaders and with

19   something called fragile masculinity, which

20   has been shown before to predict

21   radicalization when threatened.  So that's a

22   third project.

23        Q.   And how are you gathering that

24   information?

1      A.   All of the -- the projects that I

2   described are based on surveys of large

3   samples drawn through Prolific.  Prolific is

4   a platform that enables researchers to

5   collect data from people that Prolific pre

6   selects, and filtering them according to

7   criteria of the researchers.

8            So, for example, I can select

9   participants selected on gender, age,

10   geographic location, in hopes of matching my

11   sample to the composition of the US

12   population, so the sample would be

13   representative and the data from that sample

14   could be better generalized to what QAnon

15   believers look like, for example, in the US,

16   as opposed to just in the sample.

17      Q.   And you did not conduct any surveys

18   as part of your work in the expert report in

19   this case, did you?

20      A.   I did not.

21      Q.   Right, because the surveys wouldn't

22   have told you about the individual thoughts

23   of a few people, correct?

24      A.   Correct.

1    to QAnon.

2         Q.    What was not?

3         A.    Reciting the phrase, "Where We Go

4    One, We Go" -- "We Go All."

5         Q.    Did you look at any documents from

6    CNN in reaching this conclusions -- from CNN

7    itself, CNN Bates numbered documents?

8         A.    I don't think so.

9         Q.    So you reached conclusions about

10   CNN's reporting but did not look at CNN's

11   documents, right?

12        A.    I did not make conclusions about

13   CNN reporting.  My conclusions pertained to

14   Jack and Leslie Flynn being or not being

15   followers of QAnon.  I did not make

16   conclusions about CNN.  I wasn't asked to

17   make conclusions about CNN.

18        Q.    CNN's reporting.

19        A.    I didn't opine about CNN reporting.

20   I opined about whether or not Jack and

21   Leslie Flynn could be labeled QAnon

22   followers, based on the evidence provided to

23   me.

24        Q.    So you have no idea what documents

```
 1   CNN looked at before they published their
 2   report?
 3        A.   I read in motion hearings that
 4   Mr. Biss argued that they -- that CNN did not
 5   actually contact Jack or Leslie Flynn for
 6   their comment, and that they did not go
 7   through any available online footprint of
 8   Jack and Leslie Flynn before publishing their
 9   report.
10        Q.   Mr. Biss said that?
11        A.   I believe it was in the -- in the
12   motion hearing that I read.
13        Q.   Okay.  But that's not a CNN
14   document, right, Mr. Biss doesn't work for
15   CNN?
16             MR. BISS:  He doesn't.
17             THE WITNESS:  Are you --
18   BY MS. BOLGER:
19        Q.   I'm asking you:  Did you see a CNN
20   document --
21        A.   I said I don't think so.
22        Q.   -- about CNN's reporting?
23        A.   Yes.
24        Q.   Okay.  And you didn't look at
```

Page 40

1   social media in putting together your report,

2   right, your -- your report?

3       A.   I look at social media every day.

4       Q.   Okay.  So if you look at Page 7 of

5   your report, it says, "I have not reviewed"

6   -- oh.  "I am aware that Flynns have produced

7   voluminous social media data files.  I have

8   not reviewed these files" --

9       A.   That is correct.

10      Q.   -- is that correct?

11          So you did not look at any of the

12  Flynns' social media files before you put

13  together your report?

14      A.   Some of the documents produced to

15  me by Mr. Biss contained records from --

16  resurrected from Jack Flynn's Twitter account

17  and Leslie Flynn's postings.

18          In that sense, I have looked at

19  their social media, but it was a limited

20  look, and that's what that phrase in my

21  report states, that I have not looked at all

22  other things that they may have posted,

23  which, you know, is a lot of things.

24      Q.   Okay?

Page 43

1   utterance is their desire to express

2   patriotism and family unity."

3           Do you see that?

4       A.   Yes, I do.

5       Q.   Why were you offering a

6   parsimonious interpretation?

7       A.   Because I didn't have a chance to

8   interview Jack and Leslie Flynn.  I didn't

9   know them personally.  I didn't have all the

10  information available in the universe to

11  support or not support my opinion.

12          And, so, I cannot offer a fully

13  100-percent informed opinion.  Parsimonious

14  opinion is the only one available to me,

15  based on availability of information to make

16  it.

17      Q.   Okay.  And just because I -- I want

18  to make sure the record is totally clear,

19  when you use the word "parsimonious," what do

20  you specifically mean by the word

21  "parsimonious"?

22      A.   The one the fits the best.

23      Q.   But that's not what "parsimonious"

24  means.  "Parsimonious" means the simplest,

1    they say "Where We Go One, We Go All." They

2    say, "God bless America."

3               And they posted that there on

4    July 4th and July 5th of 2020, correct?

5         A.    Correct.   That's what I mean.

6         Q.    Okay.   And that -- that video,

7    you'll agree with me, was published by the

8    Flynns?

9         A.    Correct.

10        Q.    Okay.   Let's just start out with a

11   very really simple thing, and tell me what

12   you -- what QAnon is.

13        A.    QAnon is a -- a large online

14   following of people who believe in a set of

15   baseless and debunked conspiracy theories.

16   There is a very large number of these.  It is

17   commonly believed among researchers now and

18   journalists that there are three main tenets

19   of QAnon beliefs.

20               These include the idea that a -- an

21   international cabal of satan worshiping

22   sadists has taken over the government and the

23   media and maybe they're running a world

24   government.

Page 58

1          Also, the idea that Donald Trump,

2    who is known as Q+ is secretly fighting

3    behind the scene to bring the cabal down and

4    to arrest and execute the cabal members,

5    among whom QAnon followers count major

6    democratic politicians, as well as some

7    celebrities, and even the pope.

8          And the last tenet of QAnon belief,

9    as it's called sometimes, is the idea that

10   some of these cabal members, including

11   Hollywood celebrities kidnap and torture

12   children in order to harvest the children's

13   blood, which they believe, then, becomes

14   enriched with adrenochrome, a substance that

15   they claim would give a person ingesting it,

16   you know, vitality and almost super powers.

17          So those are three major

18   foundational tenets of QAnon, but there is a

19   host of other ones, and it's expanding even

20   now.  And these include ideas about lasers in

21   outer space that are controlled by Jews and

22   used to burn out wild forests in California

23   to make room for a super speed highway.

24          The idea that they're human-lizard

Page 59

 1   or human-serpent hybrids living among us, and

 2   are going to take over the world unless

 3   they're stopped.

 4            The idea that the earth is flat,

 5   that COVID is either a hoax, or it is a

 6   bio-weapon designed -- one -- one theory is

 7   that Bill Gates is using it to control

 8   population growth.

 9            Ideas about vaccines as being

10   poisons or tracking devices.  Ideas about

11   COVID being a biological weapon.  I said that

12   already, right.

13            That JFK, Jr. is not dead in a

14   plane crash but actually alive and well and

15   is the Q, the poster of the original Q-drops,

16   these cryptic messages that started the QAnon

17   community.

18            You know, med beds, this idea that

19   the government has come to possess alien

20   technology; these beds that if you lay it in,

21   it will heal you of everything, and, so,

22   they're hording it for themselves while

23   they're charging everybody an arm and a leg

24   for medical treatment.

1          I could go on, but I think that
2     gives you an idea.
3          Q.   I will ask you:  Is the belief that
4     the 2020 election was somehow stolen by
5     either flipping votes or dumping votes also
6     part of that umbrella conspiracy theories?
7          A.   Yes.  Thank you.
8               That is.
9          Q.   Okay.  And as I understand your
10    research and I think your answer, you don't
11    have to believe in all of that to be a QAnon
12    follower, right?
13         A.   Correct.
14         Q.   It's kind of a -- in your words, an
15    a la carte belief system?
16         A.   Yes.
17         Q.   What is a Q-drop?
18         A.   A Q-drop is a -- one of almost
19    5,000 cryptic messages that appeared first on
20    these messenger boards, like 4chan and 8kun,
21    that were posted by somebody who signed Q,
22    referencing and implying a top level
23    government clearance incidentally from the
24    Energy Department, but that's the kind of

Page 65

1    back at your book, again, at Page 18.

2          A.    (Witness complies.)

3          Q.    Actually, you can close it for a

4    second.  I'm sorry I didn't ask this.

5                What role, if any, does posting on

6    social media play in QAnon?

7          A.    An enormous role.  It's their main

8    way of communicating with each other and with

9    the world.

10         Q.    Okay.  In fact, Q had -- Q -- the Q

11   persona says -- means that they're ready,

12   right?

13         A.    I'm sorry, can you repeat that.

14         Q.    The Q persona said or means --

15         A.    Persons.

16         Q.    Right.

17               That's why I was using "persona."

18               I thought it would catch

19   everybody -- is memes that they're ready, is

20   memes that they're ready, right?

21         A.    Yes.

22         Q.    So they're kind of directed by Q to

23   use memes, right?

24         A.    Yes.

Page 119

1    through the real world rather than the cyber

2    world?

3         A.   Correct.

4         Q.   Okay.  Sorry.

5              And the second group?

6         A.   And the second group was cases of

7    people who came out as having been QAnon

8    believers, or still being new QAnon believers

9    and gave extensive interviews to the media,

10   and some of these people are cited in the

11   book, like Melissa Ray Lively, and a guy

12   whose name I can't pronounce who, you know,

13   became disillusioned in QAnon, and, then,

14   became an outspoken advocate against it.

15             So those people who had a lot of

16   interview materials available to me, videos,

17   or interviews to, like, Washington Post, or

18   to The New Yorker was enough data to make a

19   judgment.  I selected them into the group of

20   case studies.

21        Q.   Okay.  And you would not have -- as

22   you sit here, you do not have enough data on

23   either Jack Flynn or Leslie Flynn or

24   Valerie Flynn or Lori Flynn to include them

Page 120

1    in these case studies, correct?

2        A.    These are different selection

3    criteria.  I could not use the data -- the

4    kinds of data for Jack and Leslie Flynn to

5    put them together into t his -- into this

6    study.

7            I would have to design a different

8    sample with the same kind of materials, like

9    depositions and collections of tweets and

10   re-tweets and the things that are available

11   to me for this trial in order to make

12   judgments for this new sample.

13       Q.   And you did not do that, right, for

14   the purposes of this report?

15       A.   I did not run a study of comparable

16   people, I didn't.

17       Q.   Okay.  And you didn't do a -- a

18   survey of the Flynns in any way, right?

19       A.   No.

20       Q.   Okay.  If you look at the next

21   page, these are also your slides, right?

22       A.   One -- I see one slide.  What are

23   you looking at?

24       Q.   I'm sorry.  Flip one more over.

1        A.    (Witness complies.)

2        Q.    -- the second paragraph reads, "The

3    words, 'Where We Go One, We Go All,' make no

4    reference to QAnon or to any of

5    QAnon-associated beliefs.

6             "It is therefore possible for

7    anyone to recite these words without making

8    reference to QAnon or QAnon beliefs simply

9    for their appeal as a catchy" phase-- "phrase

10   with a nice ring to it, and to call" -- "and

11   call its unity and mutual support.

12            "In the absence of any evidence

13   that the Flynns believed QAnon conspiracy

14   theories at the time when they recited the

15   phrase, there is no basis to contribute the

16   recitation of their support of QAnon."

17            Do you see that?

18       A.    Yes.

19       Q.    Okay.  Are you saying that that the

20   phrase, "Where We Go One, We Go All," has

21   some meaning in existence other than being

22   associated with QAnon?

23       A.    It has an internal meaning.

24       Q.    To a person?

Page 127

1        A.    Independent of QAnon.

2        Q.    To a person?

3        A.    To any person, yes.  It has an

4   internal meaning.

5        Q.    What is your basis for saying, "It

6   has an internal meaning"?

7        A.    As a human being who uses language,

8   I see meaning in it.  That's my basis.

9        Q.    Other than your personal belief

10  that "Where We Go One, We Go All" has

11  personal ramifications, are you aware of the

12  use of the phrase, "Where We Go One, We Go

13  All," in anyplace else in the world, other

14  than the movie, "White Squall," Q-drops, and

15  in the QAnon movement?

16       A.    Yes, I do.

17       Q.    And what's that?

18       A.    If you search for this phrase

19  in paren- -- in quotation marks on Twitter,

20  you will find numerous instances of people

21  using it completely unrelated to QAnon.

22            There is a person who is tweeting

23  about independence for Scotland on Twitter,

24  who is using it to express his support for

Page 128

```
 1   Scottish independence.
 2        Q.   What's his name?
 3        A.   I don't remember.  But if you use
 4   the search term in quotation marks, you will
 5   see it.
 6        Q.   In 2023.
 7             What about in 2021?
 8        A.   I didn't look at dates.  I just
 9   looked at the use of the phrase.  There's a
10   Serbian person who is tweeting about a
11   family -- a -- a -- a short video, what looks
12   like a brother and sister expressing
13   affection to each other, and uses that phrase
14   to -- they then subsequent tweets explain to
15   denote family and unity and like that.
16        Q.   When did you do this search?
17        A.   Last night.
18        Q.   In preparing for this deposition?
19        A.   Yes.
20        Q.   Okay.  Before last night where you
21   decided to try to find another meaning for
22   "Where We Go One, We Go All" --
23                  MR. BISS:  Objection to the
24             form.
```

1    "#TakeTheOath," and after he posted the video

2    of himself taking an oath to QAnon, what was

3    the tool that you used to make the expert

4    conclusion that he didn't believe any of it,

5    that he was just trying to say nice things

6    about his brother?

7                    MR. BISS:  Objection to form.

8            Argumentative.  Compound.

9                    THE WITNESS:  In -- in

10           preparing my opinion, I used my

11           knowledge and practice in interview

12           methods and coding interviewing and

13           in compiling and analyzing case

14           studies, and in formulating and

15           assessing questions for all of

16           those methods, including survey

17           methods.

18   BY MR. BISS:

19        Q.   But you didn't do an interview with

20   him?

21        A.   No, but you did.

22        Q.   No, I didn't.  I took a deposition.

23           You didn't do an interview, right?

24                    MR. BISS:  Objection.

Page 183

```
 1              Argumentative.
 2    BY MS. BOLGER:
 3         Q.   You -- you didn't code the
 4    interview -- an interview that you did,
 5    right?  You didn't do a case study, right?
 6         A.   I kind of did.
 7         Q.   Where is it?
 8         A.   It's sitting in front of you.  I am
 9    giving you results of it in the reports that
10    I put together.
11         Q.   That's all you -- that's all a case
12    study is you think it in your head, and you
13    write it down?
14         A.   Yes.
15                   MR. BISS:  Objection.
16              Argumentative.
17    BY MS. BOLGER:
18         Q.   You don't have data that's --
19         A.   Yes, I do.  And I -- and I cite the
20    data that I used.  And I used --
21         Q.   You told me that that dataset is
22    very limited.
23              It's only what Mr. Biss gave you,
24    right?
```

1    A.   All datasets are very unlimited.
2  There's no complete dataset on a person's
3  belief or intentions.  All data are limited.
4    Q.   Your whole dataset is what Mr. Biss
5  gave you, right?
6    A.   Correct.
7    Q.   And, then, you said you formulated
8  questions, but you didn't ask any questions
9  of Mr. -- Mr. Flynn, right?
10    A.   I didn't -- I'm sorry.  I
11  formulated questions?
12    Q.   You said one of your tools is to
13  formulate questions, and I'm asking if --
14    A.   And assess questions.
15    Q.   Okay.  Eith- -- either -- I thought
16  you said formulate.  Assess is fine.
17        You never asked Mr. Flynn any
18  questions?
19    A.   That's right.
20    Q.   Okay.  Did you know about the
21  #TakeTheOath movement?
22    A.   I knew of it.
23    Q.   When did you know of it?
24    A.   Probably around the time that it

Page 248

1      A.   Yes.

2      Q.   -- "General Flynn #TakeTheOath,"

3  right?

4      A.   Yes, he does.

5      Q.   Okay.  On the next page,

6  three-quarters of the way down, he himself

7  tweets "Happy Independence Day.  WWG1WGA."

8  And it is a -- it is a -- it is a commentary

9  he -- he himself has added to the

10  General Flynn video -- video.

11          Do you see that?

12      A.   "Happy Independence Day.  WWG1-" --

13  yeah.  I -- I see it, yes.

14      Q.   Okay.  Great.

15      A.   Yeah.

16      Q.   So I'm saying -- I'm asking you:

17  When the Flynn family -- when General Flynn

18  posted the video on Twitter -- on Twitter

19  with the "#TakeTheOath," and, then, when

20  Jack Flynn re-posted it adding, "Where We Go

21  One, We Go All," do you genuinely believe

22  that that was not intended to call out to the

23  QAnon community?

24      A.   Okay.  What General Flynn did is

Page 249

```
 1    besides the point.  I don't know.  He might
 2    have.  He might not have.  He has his own
 3    dealings with the QAnon community.
 4              Jack Flynn re-tweeted his brother's
 5    tweet with him in the picture, and that's
 6    enough reason for me.  I don't have to dig
 7    deeper for why he would re-tweet that.
 8         Q.   Why not.  So what -- why is it
 9    that -- and I -- I don't understand this.
10              Why is it that you can make a
11    conclusion -- you can think what is -- what
12    is the decision-making, the methodology
13    between "I'll buy this explanation rather
14    than this explanation"?
15              That's -- you're just picking one,
16    right?
17         A.   Well, I feel like I'm picking a
18    more reasonable one.
19         Q.   Why?
20         A.   Why family support is a reasonable
21    explanation?
22         Q.   No.  You're picking it as the --
23    the dominant explanation, not -- you're
24    not -- it's not, like, in the bucket.
```

```
 1   social psychology or sociology judgments.
 2           We are always limited in the data
 3   we have access to, and we are then making
 4   analyses and derived conclusions based on the
 5   data we have, not on all the data out there.
 6           Some- -- someone can be -- you
 7   know, Ted Bundy was a very lovely person that
 8   data people had -- who interacted with him
 9   day to day, you know, led them to believe
10   that he was a very nice person.  They did not
11   have access to other data, which, as we know,
12   painted him as a completely different person.
13           Sometimes the difference between
14   available and unavailable data are drastic
15   like that.  Most of the time, they are not.
16   And in every single case, unless you are God.
17   There is data that you will not have, and you
18   will still be able to make an analysis of the
19   data you have and derive a conclusion from
20   that analysis.
21       Q.   In this case --
22       A.   Yeah.
23       Q.   -- what are the things you describe
24   for assessing belief --
```

Page 331

1      A.    Yeah.

2      Q.    -- that you used to assess the

3  personal beliefs of Jack and Leslie Flynn,

4  other than the documents that they selected

5  to give to you?

6           Reading them.  That's all you --

7  you read their stuff, right?  You didn't

8  design a survey.

9      A.    Right.

10     Q.    You didn't develop questions.  You

11 didn't do a semi-structured interview.

12          You couldn't have done those

13 things, because you can't have a survey of

14 one person, right?  You didn't do any of

15 those things.  So this discussion of --

16     A.    I can do a survey of one person.

17 Why not.

18     Q.    It wouldn't be very interesting.

19     A.    It depends on what you're into.

20     Q.    You're -- but you're -- but you're

21 none of these things --

22     A.    I --

23     Q.    -- and this discussion of

24 qualitative belief are things that you did

1   here, right?

2        A.   I did analyze the data available to

3   me.  Yes, they were selected and provided to

4   me by Mr. Biss.

5             And using the same skills I use in

6   case studies and in analyzing interviews were

7   people utter things spontaneously, or when

8   prompted, I am able to analyze and derive an

9   opinion based on that analysis about their

10  beliefs.

11       Q.   In the first paragraph on Page 11,

12  you have a discussion of a PRRI poll, and,

13  then, you talk about this -- the different

14  types of conspiracies, like flat earth, space

15  lasers --

16       A.   Mm-humm.

17       Q.   -- lizards, and you say that they

18  were measured on a 5-point Likert Scale,

19  ranging from not at all to not very much.

20            You didn't do that in this case,

21  did you?

22       A.   I did not.

23       Q.   On Page 12, you say, "I don't know

24  who" -- you say -- in this report, you say