## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CABLE NEWS NETWORK, INC. )<br>)<br>Defendant. )<br>)<br>)<br>) | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CABLE NEWS NETWORK, INC. )<br>)<br>Defendant. )<br>)<br>)<br>) | **CASE NO: 8:22-CV-00512-MSS-AEP** |

## DEFENDANT CABLE NEWS NETWORK INC.'S REQUEST FOR HEARING

Pursuant to Local Rule 3.01(h), Cable News Network Inc. ("CNN") respectfully requests oral argument on its motions for summary judgment (Dkts. 91, 92) Because the motions raise substantively the same important First Amendment considerations and dispositive issues of law, CNN believes that a single hearing

addressing both motions would streamline the issues and assist with the Court's decision-making process. CNN estimates that a total of two hours will be required for argument.

Dated: October 19, 2023

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: */s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

*Admitted *Pro Hac Vice*

*Counsel for CNN*