UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>                Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>                Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>                Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>                Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**NOTICE OF CONVENTIONAL FILING**

     Pursuant to this Court's July 14, 2023 Order granting Defendant Cable News Network Inc.'s ("CNN") Unopposed Motion for Leave to File Audiovisual and Other Exhibits Conventionally (Dkt. 82), CNN hereby conventionally files the following:

     (1) A hard copy of a book by Plaintiffs' expert, Dr. Sophia Moskalenko, titled *Pastels and Pedophiles: Inside the Mind of QAnon*. The book corresponds with

1

Exhibit 12 referenced in the Declaration of Katherine M. Bolger in Support of CNN's Motions for Summary Judgment (Dkts. 91, 92).

(2) A thumb drive containing the following Exhibits[1] referenced in the Declaration of Katherine M. Bolger in Support of CNN's Motions for Summary Judgment (Dkt. 93):

- Exhibit 1: CNN002006 (video)
- Exhibit 2: FLYNN0000135 (video)
- Exhibit 13: CNN001729 (video)
- Exhibit 14: CNN001737 (video)

Dated: October 19, 2023.

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: **/s/ Deanna K. Shullman**
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*

---

[1] Exhibits 15, 16, and 94 will be conventionally filed via separate notice to the Court pursuant to Local Rule 1.11(d).

2

1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

*Admitted *Pro Hac Vice*

*Counsel for CNN*