UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>           Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>           Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>           Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>           Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**LOCAL RULE 1.11(d) NOTICE**

Pursuant to Local Rule 1.11(d), Defendant Cable News Network, Inc. ("CNN") hereby gives notice to Plaintiffs and non-parties of the following exhibits that plausibly qualify for sealing, referenced in the Declaration of Katherine M. Bolger in Support of CNN's Motions for Summary Judgment (Dkt. 93). CNN has filed placeholders for the following exhibits:

1

- Exhibit 9: M. Rothschild Expert Report (Lori Flynn)
- Exhibit 10: M. Rothschild Expert Report (Valerie Flynn)
- Exhibit 15: Video (PX_189_Video Jul 04 2020, 8 51 18 PM.mov) – to be conventionally filed
- Exhibit 16: Video (PX_189_Video Jul 04 2020, 9 42 20 PM.mov) – to be conventionally filed
- Exhibit 17: Lori Flynn Deposition Transcript Excerpts
- Exhibit 18: Valerie Flynn Deposition Transcript Excerpts
- Exhibit 19: Jack Flynn Deposition Transcript Excerpts
- Exhibit 20: General Michael Flyn Deposition Transcript Excerpts
- Exhibit 21: Joseph Flynn Deposition Transcript Excerpts
- Exhibit 22: Tracy Diaz Deposition Transcript Excerpts
- Exhibit 23: J.T. Wilde Deposition Transcript Excerpts
- Exhibit 24: Jeffrey Pedersen Deposition Transcript Excerpts
- Exhibit 41: PX_250, Exhibit 25 to Leslie Flynn Deposition
- Exhibit 43: PX_0674-0676, Exhibit 80 to General Michael Flynn Deposition
- Exhibit 46: PX_599, Exhibit 161 to Lori Flynn Deposition
- Exhibit 47: PX_1250-1252, Exhibit 167 to Lori Flynn Deposition
- Exhibit 50: PX_599, Exhibit 173 to Lori Flynn Deposition
- Exhibit 51: PX_599, Exhibit 174 to Lori Flynn Deposition
- Exhibit 52: PX_0679-0680, Exhibit 175 to Lori Flynn Deposition

- Exhibit 58: PX_599, Exhibit 139 to Lori Flynn Deposition
- Exhibit 93: PX_001-004
- Exhibit 94: PX_005_Native.M4R (to be conventionally filed)
- Exhibit 96: FLYNN0000010-12
- Exhibit 97: PX_599-602
- Exhibit 98: PX_599, Exhibit 136 to Lori Flynn Deposition
- Exhibit 99: PX_599, Exhibit 140 to Lori Flynn Deposition
- Exhibit 100: PX_599, Exhibit 141 to Lori Flynn Deposition
- Exhibit 101: PX_599, Exhibit 142 to Lori Flynn Deposition
- Exhibit 102: PX_599, Exhibit 143 to Lori Flynn Deposition
- Exhibit 103: PX_599, Exhibit 144 to Lori Flynn Deposition
- Exhibit 104: PX_599, Exhibit 145 to Lori Flynn Deposition
- Exhibit 105: PX_599, Exhibit 146 to Lori Flynn Deposition
- Exhibit 106: PX_599, Exhibit 147 to Lori Flynn Deposition
- Exhibit 107: PX_599, Exhibit 148 to Lori Flynn Deposition
- Exhibit 108: PX_599, Exhibit 149 to Lori Flynn Deposition
- Exhibit 109: PX_599, Exhibit 150 to Lori Flynn Deposition
- Exhibit 110: PX_599, Exhibit 151 to Lori Flynn Deposition
- Exhibit 111: PX_599, Exhibit 152 to Lori Flynn Deposition
- Exhibit 112: PX_599, Exhibit 153 to Lori Flynn Deposition
- Exhibit 113: PX_599, Exhibit 154 to Lori Flynn Deposition

- Exhibit 114: PX_599, Exhibit 155 to Lori Flynn Deposition
- Exhibit 115: PX_599, Exhibit 156 to Lori Flynn Deposition
- Exhibit 116: PX_599, Exhibit 157 to Lori Flynn Deposition
- Exhibit 117: PX_599, Exhibit 158 to Lori Flynn Deposition
- Exhibit 118: PX_599, Exhibit 159 to Lori Flynn Deposition
- Exhibit 119: PX_599, Exhibit 160 to Lori Flynn Deposition
- Exhibit 120: PX_599, Exhibit 162 to Lori Flynn Deposition
- Exhibit 121: PX_599, Exhibit 163 to Lori Flynn Deposition
- Exhibit 122: PX_599, Exhibit 164 to Lori Flynn Deposition
- Exhibit 123: PX_599, Exhibit 165 to Lori Flynn Deposition
- Exhibit 124: PX_599, Exhibit 166 to Lori Flynn Deposition
- Exhibit 125: PX_599, Exhibit 177 to Lori Flynn Deposition
- Exhibit 128: Barbara Flynn Redgate Deposition Transcript Excerpts

Dated: October 19, 2023.

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: */s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

4

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger*
Meenakshi Krishnan*
Sam F. Cate-Gumpert*
Lindsey B. Cherner*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com
lindseycherner@dwt.com

*Admitted *Pro Hac Vice*

*Counsel for CNN*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record. A copy was served also via email and U.S. mail to Daniel Marvin, Kennedys Law LLP, 570 Lexington Ave., 8th Floor, New York, NY 10022, Daniel.Marvin@kennedyslaw.com, *Counsel for Sidney Powell*.

*/s/ Deanna K. Shullman*
Deanna K. Shullman
