# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CABLE NEWS NETWORK, INC. )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | **Case No: 8:22-cv-00343 (MSS/SPF)** |
| LORI FLYNN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CABLE NEWS NETWORK, INC. )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | **Case No: 8:22-cv-00512(MSS/AEP)** |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND
## PRETRIAL DEADLINES

As the Court is aware, Plaintiffs' former counsel suffered a medical emergency requiring him to withdraw from this matter. Since this time, a Virginia court has appointed a receiver to manage Mr. Biss' files. Unfortunately, this has not been a simple process. After Mr. Biss' emergency, but before the appointment of the receiver, Mr. Biss' office was broken into and

ransacked by an unknown individual. Mr. Biss' files are now no longer in order and are potentially missing. Further, Mr. Biss' laptop, with all client files, is also missing, being taken by an unknown person. As such, undersigned counsel is still rebuilding the client file for this matter. The receiver is working tirelessly to gather the client documents and his next update is due to the Virginia courts on December 7, 2023. Accordingly, Plaintiffs', by and through counsel, and with good cause, move to extend the pretrial and scheduling order deadlines. Defendant does not oppose this motion.

The following are dates agreed by the parties, assuming the pretrial and trial dates are extended:[1]

1. Plaintiffs' response in opposition to Defendant's motions for summary judgment and joint stipulation of agreed material facts extended to December 20, 2023.

2. Defendant's reply in support of its motions for summary judgment extended to January 20, 2024.

3. Plaintiffs' response in opposition to Defendant's motion in limine extended to December 20, 2023.

---

[1] Defendant's agreement to extending the briefing deadlines for summary judgment and the outstanding motion in limine is contingent on the remaining pretrial dates being moved by the court.

4. Meeting in person to prepare joint final pretrial statement moved to April 18, 2024.

5. Joint final pretrial statement moved to April 25, 2024.

6. All other motions, including motions in limine moved to May 2, 2024.

7. Trial briefs and deposition transcripts with designations highlighted moved to May 6, 2024.

8. Trial moved to the July 2024 trial term.

Good cause exists for this motion because undersigned counsel has not yet been able to retrieve the full client files due to circumstances outside of its control. Further, because Defendant does not oppose this motion, there is no prejudice.

WHEREFORE, Plaintiffs Lori Flynn and Valerie Flynn respectfully request that the Court enter an order extending the deadlines in these matters as outlined above.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiffs certifies that counsel conferred with counsel for Defendant. Defendant agrees with the relief requested herein under the condition that the pretrial and trial dates are extended by the court.

Dated: November 8, 2023                                  Respectfully submitted,

*/s/ Jason Greaves*

3

        Jason Greaves (admitted *pro hac vice*)
        Jared J. Roberts
        Florida Bar No. 1036550
        Binnall Law Group, PLLC
        717 King Street, Suite 200
        Alexandria, VA 22314
        Telephone: (703) 888-1943
        jason@binnall.com
        jared@binnall.com

        *Counsel for Lori Flynn and Valerie Flynn*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

        ***/s/ Jason Greaves***
        Jason C. Greaves