UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN, <br><br>     Plaintiff, <br><br> v. <br><br> CABLE NEWS NETWORK, INC., <br><br>     Defendant. | Case No: 8:22-cv-343 (MSS/SPF) |
| LORI FLYNN, <br><br>     Plaintiff, <br><br> v. <br><br> CABLE NEWS NETWORK, INC., <br><br>     Defendant. | Case No: 8:22-cv-512 (MSS/AEP) |

**Unopposed Motion for Special Admission**

Jason C. Greaves, Esquire, moves for special admission to represent plaintiffs in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, Eastern District of Virginia, Western District of Virginia, District

1

of D.C., Eastern District of Texas, Western District of Texas, and Northern District of Texas.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> *Flynn v. Stern*, Case No. 8:22-cv-01250 (M.D. Fla.); *Flynn v. United States of America*, Case No. 8:23-cv-00485 (M.D. Fla.); *Donald J. Trump v. Hillary R. Clinton, et al.*, Case No. 2:22-cv-14102 (S.D. Fla.); *In Re: The Special Purpose Grand Jury Witness Michael Flynn* Case No. 2022FF011326NC (Twelfth Judicial Circuit Court for Sarasota County) and *In Re: The Special Purpose Grand Jury Witness Michael Flynn*, Case No. 2D2022-3725 and 2D2022-3925 (Second District Court of Appeal)

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Jason C. Greaves
Jason C. Greaves
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com

*Counsel for Plaintiffs*

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not have any opposition to my special admission.

/s/ Jason C. Greaves
Jason C. Greaves