# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CASE NO: 8:22-CV-343-MSS-SPF** |
| v. ) | |
| ) | |
| CABLE NEWS NETWORK, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

| | |
|---|---|
| LORI FLYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CASE NO: 8:22-CV-00512-MSS-AEP** |
| v. ) | |
| ) | |
| CABLE NEWS NETWORK, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## **PLAINTIFFS' MOTION TO SEAL UNDER STATUTE**

On October 19, 2023, Defendant filed a notice pursuant to Local Rule 1.11(d). ECF No. 97. Defendant identified a list of exhibits that they were filing with a placeholder pending Plaintiffs' motion to seal. Upon reviewing each of these exhibits, Plaintiffs have made the following determinations pertaining to Defendant's identified documents:

- Exhibit 9- Not moving to seal.
- Exhibit 10- Not moving to seal.
- Exhibit 15- Moving to seal. This is a video of the Flynn's backyard, which could potentially identify their home address.
- Exhibit 16- Moving to seal. This is a video of the Flynn's backyard, which could potentially identify their home address.
- Exhibit 17- Moving to seal. This document is a deposition transcript that includes personally identifiable information such as locations of the Flynn family, including home addresses, email addresses, cell phone numbers, and banking information.
- Exhibit 18- Moving to seal. This document is a deposition transcript that includes personally identifiable information such as locations of the Flynn family, including home addresses, email addresses, and cell phone numbers.
- Exhibit 19- Moving to seal. This document is a deposition transcript that includes personally identifiable information such as locations of the Flynn family, including home addresses, email addresses, and cell phone numbers.
- Exhibit 20- Moving to seal. This document is a deposition transcript that includes personally identifiable information such as locations of the Flynn family, email addresses, and cell phone numbers
- Exhibit 21- Moving to seal. This document is a deposition transcript that includes personally identifiable information such as locations of the Flynn family and email addresses.
- Exhibit 22- Moving to seal. This document is a deposition transcript that includes personally identifiable information such as home addresses and email addresses.
- Exhibit 23- Moving to seal. This document is a deposition transcript that includes personally identifiable information such as home addresses and email addresses.
- Exhibit 24- Not moving to seal.
- Exhibit 41- Not moving to seal.
- Exhibit 43- Moving to seal. This document is an email chain including private email addresses of the Flynn family.
- Exhibit 46- Not moving to seal.
- Exhibit 47- Moving to seal. This document is an email chain including private email addresses of the Flynn family.
- Exhibit 50- Not moving to seal.
- Exhibit 51- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive

2

information regarding the health of Flynn family members, as well as personal email addresses.
- Exhibit 52- Not moving to seal.
- Exhibit 58- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information regarding the health of Flynn family members, email address, Flynn family locations, and cell phone numbers.
- Exhibit 93- Moving to seal. This document includes sensitive information about financial records.
- Exhibit 94- Moving to seal. This document includes sensitive information about financial records.
- Exhibit 96- Moving to seal. This document includes private information regarding the Flynn family.
- Exhibit 97- Moving to seal. This document includes private information regarding the Flynn family
- Exhibit 98- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information regarding Lori's health.
- Exhibit 99- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information such as email addresses and physical home addresses belonging to the Flynn family.
- Exhibit 100- Not moving to seal.
- Exhibit 101- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information regarding the physical location of the Flynn family.
- Exhibit 102- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information regarding Lori's health.
- Exhibit 103- Not moving to seal.
- Exhibit 104- Not moving to seal.
- Exhibit 105- Not moving to seal.
- Exhibit 106- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including cell phone numbers.
- Exhibit 107- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including her home address.
- Exhibit 108- Not moving to seal.
- Exhibit 109- Not moving to seal.

3

- Exhibit 110- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including her home address and cell phone number.
- Exhibit 111- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including her cell phone number.
- Exhibit 112- Not moving to seal.
- Exhibit 113- Not moving to seal.
- Exhibit 114- Not moving to seal.
- Exhibit 115- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including cell phone information and physical home addresses.
- Exhibit 116- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including various mailing addresses.
- Exhibit 117- Not moving to seal.
- Exhibit 118- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including various email addresses.
- Exhibit 119- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including her home address.
- Exhibit 120- Not moving to seal.
- Exhibit 121- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including various email addresses.
- Exhibit 122- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information regarding the physical location of the Flynn family.
- Exhibit 123- Not moving to seal.
- Exhibit 124- Not moving to seal.
- Exhibit 125- Moving to seal. This document is a chain of Lori Flynn's private Facebook messages, which includes personally sensitive information including various email addresses, cell phone numbers, and home addresses.
- Exhibit 128- Moving to seal. This document is a deposition transcript that includes personally identifiable information such as locations of the Flynn family and email addresses.

Plaintiffs' motion to seal these documents is authorized pursuant to Fla. R. Gen. Practice & Jud. Admin. 2.42(c)(9). Each of these exhibits are within this statute because disclosure of this personal and highly sensitive information would cause substantial injury to all parties and third parties whose information is involved. Specifically, this is the family of Lt. Gen. Michael T. Flynn (ret.), and because of this, Gen. Flynn and his family are often subject to threats and need to travel with private security. Accordingly, disclosing their private information to the public at large would be detrimental to their health and safety. Further, these documents have been deemed confidential under a protective order. Due to the highly sensitive nature of the information in these exhibits, including but not limited to, medical information, financial information, home addresses, email addresses, and personal cell phone numbers, Plaintiffs request these exhibits remain under seal indefinitely. Any sealed and tangible items may be retrieved by all counsel of record via the CM/ECF system, which includes each party's name, mailing address, email address, and telephone number.

WHEREFORE, because good cause exists to seal these documents pursuant to the confidentiality designations in this Court's prior protective order, as well as Fla. R. Gen. Practice & Jud. Admin. 2.42(c)(9), Plaintiffs respectfully request that the Court grant their motion to seal.

Alternatively, if the Court is not inclined to seal the full documents,

Plaintiffs request leave to work with opposing counsel on redacting the exhibits containing sensitive information.

Dated: November 9, 2023.                              Respectfully submitted,

*/s/ Jared Roberts*
Jared J. Roberts
Florida Bar No. 1036550
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
jared@binnall.com

*Counsel for Lori Flynn and Valerie Flynn*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Jared Roberts*
Jared J. Roberts