UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**SECOND LOCAL RULE 1.11(d) NOTICE**

Pursuant to Local Rule 1.11(d), Defendant Cable News Network, Inc. ("CNN") hereby files unredacted versions of its Motions for Summary Judgment (Dkts. 91 and 92) ("Motions"), as well the following exhibits referenced in the Declaration of Katherine M. Bolger filed in support thereof (Dkt. 93)[1]:

---

[1] Plaintiffs failed to file a timely motion to seal any of the filings identified CNN's initial Local Rule 1.11(d) Notice, which was filed on October 19, 2023 (Dkt. 97).

1

- Exhibit 9: M. Rothschild Expert Report (Lori Flynn)
- Exhibit 10: M. Rothschild Expert Report (Valerie Flynn)
- Exhibit 24: Jeffrey Pedersen Deposition Transcript Excerpts
- Exhibit 41: PX_250, Exhibit 25 to Leslie Flynn Deposition
- Exhibit 46: PX_599, Exhibit 161 to Lori Flynn Deposition
- Exhibit 50: PX_599, Exhibit 173 to Lori Flynn Deposition
- Exhibit 52: PX_0679-0680, Exhibit 175 to Lori Flynn Deposition
- Exhibit 100: PX_599, Exhibit 141 to Lori Flynn Deposition
- Exhibit 103: PX_599, Exhibit 144 to Lori Flynn Deposition
- Exhibit 104: PX_599, Exhibit 145 to Lori Flynn Deposition
- Exhibit 105: PX_599, Exhibit 146 to Lori Flynn Deposition
- Exhibit 108: PX_599, Exhibit 149 to Lori Flynn Deposition
- Exhibit 109: PX_599, Exhibit 150 to Lori Flynn Deposition
- Exhibit 112: PX_599, Exhibit 153 to Lori Flynn Deposition
- Exhibit 113: PX_599, Exhibit 154 to Lori Flynn Deposition
- Exhibit 114: PX_599, Exhibit 155 to Lori Flynn Deposition
- Exhibit 117: PX_599, Exhibit 158 to Lori Flynn Deposition
- Exhibit 120: PX_599, Exhibit 162 to Lori Flynn Deposition

---

Plaintiffs' deadline to file such a motion was November 2, 2023. During a subsequent meet-and-confer to address the sealing issue, counsel for Plaintiffs advised CNN that they will not be moving to seal the Motions and exhibits listed herein. CNN therefore files the enclosed Motions and exhibits pursuant to its Rule 1.11(d) obligations.

- Exhibit 123: PX_599, Exhibit 165 to Lori Flynn Deposition

- Exhibit 124: PX_599, Exhibit 166 to Lori Flynn Deposition

Dated: November 9, 2023.

    Respectfully submitted,

    SHULLMAN FUGATE PLLC

    By: */s/ Deanna K. Shullman*
    Deanna K. Shullman
    Florida Bar No. 514462
    Sarah M. Papadelias, Esq.
    Florida Bar No. 0125098
    2101 Vista Parkway, Ste. 4006
    West Palm Beach, Florida 33411
    Telephone: (561) 429-3619
    dshullman@shullmanfugate.com
    spapadelias@shullmanfugate.com

    DAVIS WRIGHT TREMAINE LLP
    Katherine M. Bolger*
    Meenakshi Krishnan*
    Lindsey B. Cherner*
    Sam F. Cate-Gumpert*
    1251 Avenue of the Americas
    New York, New York 1002
    Telephone: (212) 489-8230
    katebolger@dwt.com
    meenakshikrishnan@dwt.com
    lindseycherner@dwt.com
    samcategumpert@dwt.com

    *Admitted *Pro Hac Vice*

    *Counsel for CNN*