# EXHIBIT 9

## EXPERT REPORT OF MIKE ROTHSCHILD

*Lori Flynn v. Cable News Network, Inc.* (M.D. Fla., No. 8:22-cv-00512)

### JUNE 5, 2023

## I.   OVERVIEW

I have been retained to provide an expert analysis in the following matters: *Jack and Leslie Flynn v. Cable News Network, Inc.* (S.D.N.Y., No. 1:21-cv-02587); *Lori Flynn v. Cable News Network, Inc.* (M.D. Fla., No. 8:22-cv-00512); and *Valerie Flynn v. Cable News Network, Inc.* (M.D. Fla., No. 8:22-cv-00343).   I was asked to examine the Flynn family's public and private support of the QAnon conspiracy theory, to explain the origin and growth of QAnon, and how the Q movement is connected to General Michael Flynn. In particular, I was asked to analyze exactly how the phrase the Flynns used during their "take the oath" video of July 4, 2020, "Where We Go One, We Go All," is a critical and unique part of the branding and iconography of QAnon – and is a phrase almost exclusively used by believers in QAnon.

### A.   Qualifications

I am a journalist who has spent the last decade writing about the mainstreaming of conspiracy theories and fringe culture. Most recently, I have focused my research and writing on the QAnon conspiracy theory, becoming one of the first journalists to examine its growth from message board posts to an international movement with real-world consequences.

I am the author of hundreds of articles about QAnon, culminating in the book *The Storm is Upon Us: How QAnon Became a Movement, Cult, and Conspiracy Theory of Everything*, published by Melville House in 2021. This was the first book to examine the QAnon movement from its predecessor scams and anti-Semitic tropes, through its expansion on the internet, and up until the aftermath of the January 6, 2021 insurrection. I have appeared on CNN, MSNBC, NPR, PBS, and the BBC. I have also been interviewed or had my book featured by *The Washington Post, The New York Times, NBC News, Vice, The Guardian, The New Yorker, Rolling Stone, The Daily Beast, The Financial Times, Politico, Bloomberg, Forbes*, and many others. A complete list of publications I have authored in the previous ten years is attached as Exhibit A, and a copy of my resume is attached as Exhibit B.

I gave written testimony to the January 6th Select Committee on the role of QAnon in the stolen election discourse on March 23, 2022; testified in person to the House Committee on Administration about the threat of election misinformation on June 22, 2022; spoke on a panel on QAnon at the ADL's annual "Never is Now" conference on November 8, 2022; and delivered a keynote speech at the Center For Jewish Civilization's conference "120 Years of the *Protocols of the Elders of Zion*" on April 24, 2023.

1

### B.  Prior Expert Testimony

As an expert witness, I have provided written expert reports in the following additional cases in the last four years:

- *Eric Coomer, Ph.D. vs. Donald Trump for President, et al.* (Denver Cty. District Court, Colorado No. 2020-cv-034319): Provided written report on the links between QAnon and defendants Donald Trump for President, Rudy Giuliani, Joe Oltmann, Chanel Rion, One America News Network, Eric Metaxas, and Jim Hoft in defamation case brought by former Dominion Voting Systems executive Eric Coomer in 2021 – qualified as an expert by court (May 13, 2022).
- *Eric Coomer, Ph. D. vs. Make Your Life Epic LLC dba ThriveTime Show, and Clay Clark* (D. Colo. No. 1:21-cv-3440): Provided written report on the links between QAnon and the ReAwaken America tour, its individual speakers (including General Michael Flynn), and its founder Clay Clark, in defamation case brought by former Dominion Voting Systems executive Eric Coomer in 2021 – qualified as an expert by court (March 7, 2023).
- *Eric Coomer, Ph. D. vs. Patrick Byrne, Steven Lucescu, and The America Project, Inc.* (D. Colo. No. 1:22-cv-1575): Provided written report on the links between QAnon and the team behind the "stolen election" film *The Deep Rig* (which featured General Flynn), in defamation case brought by former Dominion Voting Systems executive Eric Coomer in 2022.
- *Jessica Herold vs. Jon Herold* (South Central District Court, North Dakota No. 08-2021-DM-00617): Provided written report on links between QAnon and the "devolution" conspiracy theory for divorce case involving right-wing social media influencer Jon Herold, who created and monetized the theory.

### C.  Compensation

I am being compensated for my time at the rate of $600 per hour. My rate for deposition or trial testimony will be $800 per hour.

### D.  Facts and Data Considered

The documents and materials I have considered for this report include:

- My 2021 book *The Storm is Upon Us: How QAnon Became a Movement, Cult, and Conspiracy Theory of Everything* (Melville House), and all related interviews and archival material
- My previous written articles and interviews related to QAnon
- All deposition transcripts in this matter
- All relevant social media and archives of deleted posts in this action
- Operative Amended Complaints in each of the three actions
- All news articles cited within this Expert Report
- All exhibits cited within this Expert Report

I also reserve the right to supplement this report with additional material should it become available.

## II.    SUMMARY OF OPINIONS

I understand that in this MDFL Action, Lori Flynn alleges she was defamed by a CNN report that labeled her as a "QAnon follower." I do not think the report labels her as a QAnon follower. But in my expert opinion, it would be reasonable for any news organization, including CNN, to conclude that Lori Flynn was either signifying that she was a QAnon follower or was comfortable being associated with QAnon, when she stood next to General Michael Flynn as he repeated the QAnon mantra "Where We Go One, We Go All."

I conclude this based on numerous factors, which include:

1.  Standard journalistic practice of describing anyone who shares QAnon material or catchphrases as a follower or believer in the conspiracy movement – even if "belief" is a concept that cannot be quantitatively measured;

2.  Many Q followers simultaneously use Q catchphrases and iconography while also denying they know anything about Q or actively claiming Q is fake – including Lori's husband General Michael Flynn, family lawyer Sidney Powell, and QAnon podcaster Jeffrey Pedersen, a figure who has hosted members of the Flynn family on his show several times, and who distanced himself from QAnon in a motion to quash his subpoena, only to withdraw his motion and testify extensively about his links to Q;

3.  The phrase "Where We Go One, We Go All" has virtually no other recent popular usage than in the QAnon movement, despite Lori Flynn's Second Amended Complaint attempting to offer multiple other explanations for where the phrase originates;

4.  The timing of the "oath" taken by the Flynn family, and how it quickly followed a Q drop on the image board 8kun that used the exact same phraseology – and how it was quickly adopted by both the QAnon movement in general and General Flynn in particular;

5.  Widespread reporting on the Oath as taken by the Flynns, including Lori, that called it a QAnon oath, and the Flynn family's failure to remove it from their social media when media outlets called it a QAnon-linked statement, which shows, at a minimum, that Lori Flynn was comfortable with the association;

6.  Lori Flynn's active role in designing merchandise and dealing with back-end issues for "The Shirt Show," a website selling General Flynn-branded clothing – including items with the slogan "WWG1WGA" – and that these items were removed from the website Shopify specifically because of their link with QAnon, a link Lori Flynn indicated she was aware of;

7.  Lori Flynn attended multiple QAnon-themed events, including the ReAwaken America tour three times and the QAnon-themed "For God and Country Patriot Roundup," where QAnon slogans were consistently used, and where General Flynn appeared to endorse a military coup; and

8.  General Flynn's involvement with and monetization of the QAnon movement, including selling Q-branded merchandise, speaking at QAnon conferences, and using QAnon

catchphrases in his social media statements to support General Flynn's Legal Defense Fund.

## III.   BACKGROUND ON JULY FOURTH OATH VIDEO

On July 4, 2020, General Flynn and members of his family, including Lori Flynn, participated in the making of a video based on the trend among believers in the QAnon conspiracy theory to "take the oath," which was inspired by a Q drop. In the video, General Flynn leads his family, including Lori Flynn, in reciting the oath of office taken by newly enlisted members of the military along with federal elected officeholders.

When the oath was completed, General Flynn shouted the QAnon slogan "Where We Go One, We Go All" which the other family members, including Lori Flynn, subsequently repeated. This oath, which I will call the July Fourth Oath, is identical to a Q drop as discussed below. After the July Fourth Oath, the Flynns then repeated the same sequence for the phrase "God Bless America." Jack Flynn, Leslie Flynn, and Wilson Powell, son of General Flynn's lawyer Sidney Powell, each testified that the video was filmed twice to ensure it was to their liking, before General Flynn and multiple members of his family quickly shared the video clip of "the oath" on Twitter, where it went viral among General Flynn's followers, and received hundreds of thousands of views and shares.

In February 2021, more than seven months later, CNN aired a report, called "Watch CNN Go Inside a Gathering of QAnon Followers," that reported on a small convention of QAnon believers called "Q Con Live!" held in Scottsdale, Arizona in October 2020, which featured several prominent figures in the QAnon world including QAnon podcaster Jeffrey Pedersen, who creates content as "InTheMatrixxx," 8chan owner Jim Watkins, the "Q Shaman," and QAnon musician JT Wilde.  In the Report, after JT Wilde sings "Where We Go One, We Go All," the QAnon slogan, CNN reporter Donie O'Sullivan says "'Where We Go One, We Go All,' an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn." Immediately after he speaks these words, there is a clip of the July 4th Video that shows General Flynn – and only General Flynn – saying "Where We Go One, We Go All," as Lori Flynn stands wordless next to him, with her right hand raised.

Other than a reference to General Flynn's use of QAnon slogans like "Where We Go One, We Go All," the segment is entirely about the growth and spread of the QAnon conspiracy theory and in its belief by many arrested Capitol rioters. It is not about Lori Flynn, it does not name Lori Flynn, and she does not speak in the video.

## IV.   THE BASICS OF QANON

The movement known as "QAnon" is elastic and difficult to define. Not all QAnon believers approach it in the same way. Many believe in some of the central tenets of QAnon – the idea of an all-powerful secret government that controls world events, the 2020 election being stolen by Joe Biden, COVID-19 being a bioweapon and the vaccine a tool for depopulation – without believing in the more outrageous aspects of the theory, such as that the world is run by a Deep State cabal of pedophiles, and that John F. Kennedy Jr. is still alive. As Jeffrey Pedersen, host of

the QAnon-aligned MG Show podcast testified at his deposition, Anons do not have to believe the most extreme viewpoints, like satanic sex rings, to be considered followers.[1]

QAnon, then, is not a coherent belief system. It does not present itself as a religion, a political movement, or a traditional cult that requires lockstep agreement with the leader. Instead, it has aspects of all three, and those aspects have come to be the driving force of American conservative politics in the post-Trump era.

The movement began in late October 2017, with anonymous posts on the image board 4chan. The posts were made by someone who first called themselves "Q Clearance Patriot" after the Department of Energy classification for having access to information related to nuclear power, then just "Q." The first Q "drops," the name for these cryptic messages, claimed that Donald Trump would soon be initiating a top-secret military operation to purge America of its domestic enemies, involving military assets, martial law, and possibly a large-scale blackout of the internet.

In their first post, Q claimed that Hillary Clinton's passport was being flagged as she attempted to flee the country, which would lead to her arrest alongside members of her inner circle. The news of her "extradition" would trigger a vast unsealing of secret indictments against the Democratic Party, Barack Obama, George Soros, and hundreds of other elites in banking, the entertainment industry, and the mainstream media. Q said the arrest would be quickly followed by a series of field tribunals, and executions of the "guilty" – all carried out by armed forces personnel acting under the orders of military intelligence. What would follow would be a new utopia of peace and freedom, made possible by Donald Trump, the greatest strategic thinker and tactician the world had ever seen.

Despite no evidence that any of this was real, and no reason why a "military intelligence team" would use a board as chaotic and racist as 4chan to leak classified information, Q's story immediately picked up steam.

Within just a few days, a small cadre of acolytes began to add their own interpretations to Q's posts on 4chan, Reddit, and in YouTube videos. One of these early Q influencers was Tracy "Beanz" Diaz, a figure who would go on to work with General Michael Flynn on multiple business ventures – while simultaneously saying she has nothing to do with QAnon.  Throughout November 2017, Q added more and more details to what was going to happen in the upcoming "Storm," such as the use of the Emergency Alert System to notify patriots, miliary personnel called up to crush leftist riots, various blackouts and internet outages carried out in retaliation, and a general sense of chaos. "The Storm" was timed to coincide with what some conspiracy believers thought would be an "antifa uprising" on November 4, 2017 – which Q claimed was going to result in nationwide martial law.

_____

[1] Ex. 1 (Pedersen Depo. Tr. 29:5-22 ("Q. Is what you just said true, that you found no references to satanic sex rings, vampires or inter-dimensional beings in QAnon posts? A. That's correct. Q. In fact, one could be an Anon who analyzed the Q posts without believing in any of those things, right? MR. BISS: Object to the form. BY MS. BOLGER: Q. Okay. I'll rephrase it. An Anon, who was looking at the Q posts, wasn't necessarily saying that there were satanic sex rings, right? A. There might have been Anons that did say that. Q. But there were also ones that did not, correct? A. Correct.")).

But neither the "uprising" nor the mass arrests took place, and by mid-November 2017, Q's initial story fizzled out. Cultic movements are, however, remarkably resistant to disconfirmation or being proven wrong. And Q had already found both a fan base willing to rationalize the failure of Q's prophecies, and a growing web of influencers making money off it. Q moved forward, creating a complex story based around a vast silent, fictional, secret war between the forces of good and evil, taking place on a countless number of fronts and involving an incomprehensible array of people and events.

The home of Q's drops changed on November 25, 2017, when the poster moved from 4chan to another imageboard called 8chan. 8chan was renowned for its "shock" content, and in June 2019, 8chan lost its web security hosts after the site was used to post hate-filled manifestos by multiple mass shooters. It was quickly hacked and went silent, only to be rebuilt by its owner Jim Watkins as "8kun" and relaunched in November 2019. Even before the site was publicly available to post on, Q began making drops on the board, and the Q story continued.

As time went on, Q also provided ways for believers to participate in the story through decoding the posts, making memes to share on social media, and adding their own elements to what Q was spinning out. The sharing of memes is critical in QAnon for both spreading Q's theories and for turning on potential new converts. Q drops frequently spoke of the importance of having "memes at the ready"[2] and many of them used familiar catchphrases like "Digital Soldiers" and "Where We Go One, We Go All." This elastic and malleable version of QAnon – a cryptic and rhetorical prophecy movement based around imminent mass arrests of the Deep State, with individual details added or removed according to each believer's personal interests –persisted through countless failures of its core predictions to come true.

Nothing Q claimed would come to pass ever took place, and the Q poster themselves even disclaimed some of the more fanciful elements of the theory that the media routinely mocked, such as John F. Kennedy Jr. still being alive. Through it all, there was never any evidence that a military intelligence team was making the posts or that Trump was involved at all. But Q drops kept coming until shortly after Trump lost the 2020 election, except for a brief and mostly impact-less return in 2022.[3]

Q is based on certain real ideas, such as the existence of Q Clearance, but loads them down with fantasy and wishful thinking. It has both cultish and occult aspects, but also deviates from traditional cultic movements. And those who read and decoded Q's posts included a broad range of Americans – Trump die-hards, conservatives, and college-educated, coastal professionals from both parties, along with progressive-leaning moms, New Age devotees, vaccine skeptics, and alternative medicine users during the isolation of the COVID-19 pandemic.

The mysterious "Q" who made the posts has never been identified with 100% certainty. A stylometric analysis of writing styles identified that, instead of the high-ranking US government

---

[2] Ex. 36 (https://qposts.online/post/2147).
[3] In keeping with how Q believers do not all believe the same aspects of QAnon, such as John F. Kennedy Jr. still being alive or "adrenochrome" being a super drug of the elite.  Indeed, neither of these concepts are ever mentioned in a Q drop, Many Q believers discredited the 2022 drops as being "fake," emphasizing again the a la carte nature of the QAnon belief system.

official he claimed to be, Paul Furber, a South African web programmer, was the likely originator of Q drops on 4chan, with 8chan administrator Ron Watkins likely writing the bulk of those that came after Q's first few months. Watkins, known as "CodeMonkeyZ" on social media, would later become an influencer in the "stolen election" conspiracy theory and was interviewed by multiple news outlets regarding his "expertise" in hacking Dominion Voting Systems machines – expertise he did not actually have.

Both Ron and his father Jim Watkins are familiar faces in the conspiracy theory community around Q, and were also involved in the January 6 insurrection. Jim Watkins was also an attendee at the "Q Con Live!" event that formed the basis of CNN's report.[4]

Q's message of utopia through extrajudicial oppression of "enemies" gave believers hope, and let them in on secret knowledge that "they" did not want anyone to have. And an ecosystem of Q promoters and far right figures ruthlessly took advantage of their belief. Many influential figures in Trump's orbit, such as Roger Stone, Alex Jones, Sidney Powell, Mike Lindell, and Rudy Giuliani have all either endorsed QAnon or paid lip service to it to raise money for General Flynn's Legal Defense Fund.

But there may be no figure who bridges the gap between Trump and Q more than General Michael Flynn, Trump's former National Security Advisor. For several years, General Flynn has spoken at Q and conspiracy-themed conferences, sold QAnon merchandise, worked with QAnon influencers, and used variations on Q iconography in his other writings and speeches. During these statements, General Flynn often spoke about how he and his "family," which he testified included his siblings, were grateful for the support of his Legal Defense Fund, which was evangelized by Lori Flynn at every opportunity. Separating QAnon from the Flynn family has become nearly impossible, and if individual Flynn family members do not "believe" Q is real, they seem to have no issue with the money that Q has made them.

In fact, in their own depositions in this case, members of the Flynn family make it clear that they would accept donations to General Flynn's Legal Defense Fund from "anybody that was supportive of [General Flynn], whether they were QAnon people or not."[5]

## V.    WHAT DOES IT MEAN TO BE A "QANON FOLLOWER?"

There is no definition for what a QAnon follower is, or what "following" QAnon actually entails. But it can take many forms, none of which require a person to declare "I am a QAnon

---

[4] David Kirkpatrick, *Who Is Behind QAnon? Linguistic Detectives Find Fingerprints*, N.Y. TIMES (Feb. 19, 2022), https://www.nytimes.com/2022/02/19/technology/qanon-messages-authors.html.

[5] Ex. 2 (Lori Flynn Depo. Tr. 345: 5-25-346: 1-4 ("Q. Okay. And he's -- he says, 'We the people' -- sorry. '#WeThePeople know the #Truth. The #DeepState is scared of @GeneralFlynn.' And then it lists some people. A. Right. Q. And then there's four American flags, which are #ClearFlynnNow, #IStandWithGenFlynn, #QArmy, #WWG1WGA. Do you see that? A. Uh-huh (indicates affirmatively). Q. And there is, in fact, a link to the Mike Flynn defense fund, right? A. Yes. Q. And you tweeted out this on December 3rd, 2018? A. Anything that had the defense fund legal URL, whatever, I tweeted -- retweeted, because I wanted people to go to it and a donate. Q. Okay. And you didn't mind -- and you didn't care if they were the QAnon followers or not? A. Whoever wanted to donate to my husband's case -- I don't know who they were, but -- Q. You were happy to take the money? A. Yeah.")).

follower." It can involve sharing QAnon slogans and memes, but it does not have to. And while many Q believers were actively involved in reading and decoding Q's "drops," there have not been any since December 2020 (other than a few in 2022), so that cannot be used as a yardstick to gauge fervency. Many do not even use the term "QAnon" itself, believing it to be a "false flag" created by the media to make believers look mentally ill.[6] One must look at what those who support Q say in public, and how they say it.

Instead of outright declaring their beliefs, those who follow the Q movement use other signifiers. They use the catchphrases used in Q drops – pat statements like "watch the water" or "you have more than you know." They wear clothing with Q logos on it. They often customize and spread their own versions of the movement, since not every Q believer thinks every aspect of QAnon is true – many claim the ideas that JFK Jr. is alive or that the Deep State harvests "adrenochrome" from frightened children are fake because they do not appear in Q drops. And they spread videos and podcasts made by influential figures aligned with Q.[7]

Using a Q term or meme in public shows others that you approve of QAnon, and you want people to know that. That is exactly what Lori Flynn did with using the phrase "Where We Go One, We Go All" in the July Fourth Oath video.

Ultimately, belief in QAnon, like any religious or mass movement, lies in the heart of the individual. It is impossible to truly know if a person who uses the iconography of QAnon actually believes that "Q" was an actual military intelligence operation, just as it is impossible to truly know if a person who attends church every Sunday *actually* believes in God. All we have to go on to measure belief are what a person does and what they put out to the world.

In my experience reading the posts and seeing the videos of thousands of Q believers, if a person acts and speaks as if they believe QAnon is real, then there is no reason to think anything other than they are comfortable being associated with QAnon.  This is the public stance Lori Flynn took toward QAnon on social media: it was never full-throated endorsement, or a statement of "I believe QAnon is real." But Lori frequently associated herself with Q, including liking tweets containing QAnon catchphrases such as #WWG1WGA before shooting the July Fourth Video, as well as with her general embrace of the "Take the Oath" concept.

Using these standards, journalists and researchers routinely write that anyone who shares the branding, hashtags, catchphrases, or concepts directly developed by QAnon is a *believer*. The words *follower, adherent*, *believer, acolyte, anon,* or *supporter* can also be used; or a person who has used Q iconography can be described as having *endorsed*, *given credence*, *embraced* or been *Q-pilled.*

For example, in both 2020 and 2022, the left-leaning watchdog group Media Matters organization kept running lists of Congressional and other candidates who at some point shared

---

[6] Ex. 1 (Jeffrey Pedersen Depo. Tr. 33:13-34:6 ("A. Because the hashtag QAnon is now used in negative references in the mainstream media . . . . Q. What is a patriot who understands Q? A. There is Q. There are Anons. There is no QAnon.")).
[7] One also does not have to actually read Q drops on 4chan or 8chan/8kun to be a Q believer, as many Q adherents speak of reading drops on either Twitter or through aggregator sites that post the text of drops.

something related to Q. The 2020 list ran to 106 candidates,[8] while in 2022 the site created lists for Q-supporting Congressional candidates,[9] gubernatorial hopefuls,[10] and state or local office candidates running for offices that would have a role in administering elections.[11] Most of the candidates on these lists are Republican, though a smaller number are either independent or Democrat. And every single one had acted in a way that indicated they believed – or were at least comfortable expressing their support for – the tenets of QAnon, usually by sharing Q slogans and quotes on social media.[12]

While many of these were fringe candidates who had little success, several were covered extensively by the US media. Among them were Oregon Republican Jo Rae Perkins, who won the Senate primary in 2020 and 2022 and routinely used QAnon catchphrases, including giving an interview with a WWG1WGA sticker in the background;[13] Minnesota Republican Danielle Stella, who gave a statement claiming she "stands 100% behind the principles of patriotism, unity/inclusiveness (WWG1WGA!) and love for country that QAnon promotes;"[14] and Republican tech investor Shiva Ayyadurai, who claims to have "invented email" and has retweeted multiple messages with WWG1WGA in them.[15]

Even after Trump left office and Q had essentially stopped posting, political candidates continued to endorse the Q movement and its ideas. Many ran in 2022 after espousing Q catchphrases and theories that the 2020 election was stolen, only to back down from their public endorsements:

- Colorado Congresswoman Lauren Boebert won re-election in 2022 after publicly endorsing QAnon and appearing on the livestreams of several major QAnon promoters, including Ann Vandersteel, who frequently hosts members of the Flynn family on her show.
- Losing Michigan secretary of state candidate Kristina Karamo attended the QAnon-themed "Patriot Double Down" conference in Las Vegas in 2021 and had been endorsed by the

---

[8] Alex Kaplan, "Here are the QAnon supporters running for Congress in 2020," MEDIA MATTERS (Jan. 7, 2020), https://www.mediamatters.org/qanon-conspiracy-theory/here-are-qanon-supporters-running-congress-2020.

[9] Alex Kaplan, "Here are the QAnon supporters running for Congress in 2022," MEDIA MATTERS (June 2, 2021), https://www.mediamatters.org/qanon-conspiracy-theory/here-are-qanon-supporters-running-congress-2022.

[10] Alex Kaplan, "Here are the QAnon supporters running for Governor in 2021 and 2022," MEDIA MATTERS (Aug. 19, 2021), https://www.mediamatters.org/qanon-conspiracy-theory/here-are-qanon-supporters-running-governor-2021-and-2022.

[11] Alex Kaplan, "Multiple people seeking to run state elections are connected to QAnon," MEDIA MATTERS (Aug. 16, 2021), https://www.mediamatters.org/qanon-conspiracy-theory/multiple-people-seeking-run-state-elections-are-connected-qanon.

[12] Like the Flynn family in this litigation, some of these candidates have walked back their support of QAnon or claimed they do not know what it is. Maybe the most well-known member of Congress who has endorsed and later disclaimed QAnon is Georgia Rep. Marjorie Taylor Greene, who regularly spread conspiracy theories on social media before and while she was running for office. As part of this belief, Greene often spoke approvingly of QAnon and used its catchphrases and key concepts, including tweeting "WWG1WGA" at least once.  Greene would later disavow QAnon, claim she had nothing to do with it, and was merely "sucked into" false claims she had read online.

[13] Kaplan, *supra* note 8.

[14] Ibid.

[15] Ibid.

QAnon influencer "Juan O. Savin," only for her campaign to announce Karamo "does not and never has supported Q'Anon."

- Nevada secretary of state nominee Jim Marchant also attended the "Patriot Double Down" conference, followed numerous QAnon influencers on social media, and rehashed the text of Q drops – while also claiming not to know that the Las Vegas conference was linked to Q. Like Karamo, Marchant lost in the general election.[16]

As in these circumstances, it is common in QAnon to claim you know nothing about Q, while signaling to other believers that you do. This denial of supporting Q even while endorsing Q extends to figures in the overlapping circles of lawyers, pundits, and content creators close to Donald Trump. In one example, Sidney Powell has spread conspiracy theories about the Deep State, George Soros, and the "real" controllers of the Federal Reserve—all constant targets of QAnon. She appeared on the "Patriot's Soapbox" QAnon YouTube show, and has retweeted major QAnon promoters, while using QAnon catchphrases in her tweets, including making references to "The Storm."[17]

All the while, Powell was denying that she had anything to do with Q or even knew what it was, telling Politico in an email "I don't know anything about Q Anon [sic], or Q. I couldn't tell you what that was."[18]

General Flynn has especially walked this tight rope. He has openly supported and fundraised off QAnon, freely used its catchphrases, and lent his own "Digital Soldiers" branding to the Q movement. General Flynn wore bracelets stamped with "WWG1WGA," signed copies of his book *The Field of Fight* with the slogan "Where We Go One, We Go All" and used it multiple times in private direct messages.[19] He was also photographed holding and auctioning off a homemade quilt with a large Q on it at the Q-themed "For God and Country Patriot Roundup" in Dallas in May 2021, and appeared on Jeffrey Pedersen's "MG Show" livestream with his brother Joe on July 22, 2021, with the page for the episode on Rumble including WWG1WGA in the episode description, and Pedersen exclaiming "Where We Go One, We Go All" – which both General Flynn and his brother enthusiastically repeat.[20]

But after both the QAnon involvement in the January 6 Capitol riot and the inauguration of President Biden, General Flynn has publicly and privately disparaged QAnon, claimed that "there is no plan," and on a phone call with Trump attorney Lin Wood (another figure who has both praised and denigrated the QAnon movement), called QAnon "disinformation" and "CIA-run

---

[16] Ibid.

[17] Ewan Palmer, *Sidney Powell's Ties to QAnon Movement Explained*, NEWSWEEK (Dec. 3, 2020), https://www.newsweek.com/sidney-powell-qanon-voter-fraud-lawsuits-georgia-1552050.

[18] Keith Kloor, *The #MAGA Lawyer Behind Michael Flynn's Scorched-Earth Legal Strategy*, POLITICO MAG. (Jan. 17, 2020), https://www.politico.com/news/magazine/2020/01/17/maga-lawyer-behind-michael-flynn-legal-strategy-098712.

[19] Ex. 37 (Travis View, "Gen. Flynn likes to play footsie with the Qanon community. For example, at the Gateway Eagle Council in September, he signed a few books with the Qanon slogan. More recently, Flynn changed his Twitter background image to an image taken from a video by a prominent Q believer." @Travis_View, TWITTER (Nov. 23, 2018), https://twitter.com/travis_view/status/1066134346342424576).

[20] "MG Show Presents General Flynn & Joe Flynn," RUMBLE (July 22, 2021), https://rumble.com/vk6v0u-mg-show-presents-general-flynn-and-joe-flynn.html.

nonsense."[21] All the while, he has been appearing at conferences where Q branding routinely appears and using ideas almost identical to Q.

Lori Flynn's Second Amended Complaint correctly points out that QAnon has been condemned as a domestic terror threat by federal law enforcement, and compared by the media to both ISIS and the Nazi Party.[22] But her Amended Complaint does not attempt to explain her involvement in the sale of merchandise with the slogan "WWG1WGA" on it, referring to QAnon believers as "American patriots," or her liking and sharing tweets and Facebook messages containing well-known QAnon catchphrases, including WWG1WGA.

## VI.    GLOSSARY OF KEY TERMS

QAnon has its own jargon. It is a language of acronyms, codes, catchphrases, and hashtags that mean nothing to most people, but become a way that Q believers can signify their belief to others. And understanding them is the key to unlocking how QAnon works, why it sucks people in, and why a person can plausibly claim that they know nothing about QAnon while spouting its terminology and mythology.

Crucially, many of these phrases sound completely banal. Q is full of what the sociologist Robert Lifton dubbed "thought-terminating cliches," simple phrases that reinforce belief for those who know what the phrase means, and have little meaning to those outside the belief system. "Where We Go One, We Go All" is the best known, but others in this genre include "trust the plan" or "nothing can stop what's coming" or "you have more than you know" or "future proves past." Using them means you are in the "in group," talking to friendly people who share your values and have "learned the comms," to quote another Q catchphrase.

When Q supporters use these phrases or post on these sites, they are signaling their support for each other and letting each other know that they are among friends who will not "cancel" them or ridicule their beliefs. They do not proclaim their belief by saying they are believers – they do it by using coded language like the following:

### A.  "WWG1WGA" / "Where We Go One, We Go All" – appears in 201 Q drops

It is just a simple seven-word phrase, similar in tone and sentiment to cliches like "all for one and one for all" or "together we stand, divided we fall." But the phrase "Where We Go One, We Go All" is crucial to this case – both understanding what it means, and determining where it came from.

Lori Flynn alleged that "Where We Go One, We Go All," is a simple expression of unity. They have referred to it as "a family motto" and claimed it is simply a harmless bit of patriotism and based on various classics of literature.

---

[21] David Gilbert, "Michael Flynn Says QAnon Is CIA-Run 'Nonsense.' His Supporters Don't Care," VICE (Nov. 29, 2021), https://www.vice.com/en/article/3abbkb/michael-flynn-dismisses-qanon-leaked-call-lin-wood.
[22] ECF No. 65 (Lori Flynn Second Amended Complaint, 20).

But "Where We Go One, We Go All" is not that. It is a key catchphrase in the QAnon movement, and is popularly used only by the QAnon movement.

QAnon first used it in a post on January 8, 2018, writing:

> IMPORTANT:
> NO private comms past/present/future.
> NO comms made outside of this platform.
> Any claims that contradict the above should be considered FAKE NEWS and disregarded immediately.
> WHERE WE GO ONE, WE GO ALL.
> PATRIOTS.
> Q[23]

After that post, Q used both "Where We Go One, We Go All" and its abbreviation "WWG1WGA" in hundreds of posts, often in replies to tweets that Q spotlighted. The phrase quickly made its way to a raft of Q merchandise and promotional items, and continues to be the most well-known and shared catchphrase in the Q movement. When a political candidate is labeled a "QAnon believer," it is usually because they shared a variation on "Where We Go One, We Go All" on social media – including at least a dozen of the politicians on Media Matters' 2020 QAnon candidates list, including those with national coverage like Jo Rae Perkins and Danielle Stella.

Flynn family members embraced the phrase by selling merchandise branded with WWG1WGA to pay off General Flynn's legal bills. General Flynn and Lori sold merchandise that said #WWG1WGA and other Q-branded material for a website called "The Shirt Show." And they knew it was a phrase associated with QAnon. On December 21, 2020, The Shirt Show CEO and founder, Jennifer Freitas, emailed General and Lori Flynn, Joe Flynn, and Michael Flynn Jr. to inform them that Shopify, the site through which The Shirt Show had been created, had removed all clothing items featuring WWG1WGA from the store due to their association with QAnon.

In an email back to Freitas, Lori Flynn complained that Shopify "hate[s] QAnon, people that are American patriots." She also asks "what apparel has the WWG1WGA on it?" This is a clear demonstration that Lori Flynn knew, at the very least, that the phrase is linked to QAnon, and were willing to use it if it could help fund General Flynn's legal defense.[24]

In her Second Amended Complaint, Lori Flynn implies that there is a genuine debate over the origin of the phrase, claiming:

> According to some, the phrase "Where We Go One, We Go All" was first engraved on a bell on one of President John F. Kennedy's sailboats, acknowledging the unity of mankind. In his video published on July 4, 2020, General Flynn intended to encourage people to think about being good citizens, to love country and be good patriots. The video had nothing to do with QAnon or recruiting "Digital Soldiers" for an apocalyptic reckoning.

---

[23] Ex. 33 (https://qposts.online/post/513).

[24] Ex. 10 (Email from Lori Flynn to Jennifer Freitas, et al, December 21, 2020, (PX 0674)).

[https://www.washingtonexaminer.com/news/michael-flynnrecites-oath-of-office-using-slogan-associated-with-qanon]. Others say that the phrase "Where We Go One, We Go All" is inscribed on the bell of the 1911 brigantine rigged sailing ship Eye of the Wind. [https://www.eyeofthewind.net/en/gallery-ship?os_image_id-335].

Eye of the Wind was used in the Ridley Scott-directed film White Squall (1996), where the ship was called Albatross. Captain Christopher Sheldon (played by actor Jeff Bridges) says in the film, "If we don't have order, we have nothing. Where We Go One, We Go All." Still others say that the phrase "Where We Go One, We Go All" is similar to the Latin "Unus pro omnibus, omnes pro uno", made famous in the Alexandre Dumas novel The Three Musketeers (1844) as "All for one, and one for all."[25]

The implication is that this debate absolves the Flynn family of using it in connection with QAnon, because nobody can agree on where the phrase came from – "some" say one thing and "others" say something else. This is false.

In fact, far from providing an alternative explanation, the Flynns' description of the phrase is itself consistent with QAnon lore. As the Second Amended Complaint acknowledges, the phrase is etched into the bell of the schooner Eye of the Wind, first built in 1911. The film White Squall used Eye of the Wind[26] as a set, and took the language "Where We Go One, We Go All" from the engraving on its bell. But what the Second Amended Complaint does not acknowledge is that until White Squall was released, the phrase had no popular footprint. And as White Squall was a box office bomb, it stayed in obscurity until Q revived it in a Q drop in 2018.[27]

In her Second Amended Complaint, Lori Flynn alternatively claims that "Where We Go One, We Go All" was "first engraved on a bell on one of President John F. Kennedy's sailboats, acknowledging the unity of mankind." This claim is provably false.  There is no such photo of any such bell on the deck of any yacht owned by the Kennedys. The photos they use of the engraved bell are either photos of Eye of the Wind or stills from White Squall, including one posted by Q on April 9, 2020.  Even making this argument shows that Lori Flynn is steeped in QAnon lore.[28]

Similarly, when asked about the oath by the New York Times, Sidney Powell (who is not named in the story) claimed it was an interpretation of "the works of a 16th-century poet."[29] In a different email, sent to a journalist from Talking Points Memo, Powell quotes John Donne's 1624

---

[25] ECF No. 65 (Lori Flynn Supplemental Amended Complaint, 9-10).

[26] Anita Chabria, "Lizard people, deadly orgies and JFK: How QAnon hijacked Hollywood to spread conspiracies," L.A. TIMES (Dec. 7, 2021), https://www.latimes.com/california/story/2021-12-07/how-qanon-has-hijacked-hollywood-movies-for-conspiracy-theories.

[27] Moreover, it is not unusual for Q to appropriate concepts from Hollywood films. Much of Q's mythology and iconography is cribbed from sci-fi films like The Matrix and Blade Runner 2049, while the Q poster makes numerous direct references to the films The Godfather Part III, Alice in Wonderland, and Iron Eagle.

[28] Ex. 45 (https://qposts.online/post/3924).

[29] Matthew Rosenberg & Jennifer Steinhauer, "The QAnon Candidates Are Here. Trump Has Paved Their Way." N.Y. TIMES (July 14, 2020), https://www.nytimes.com/2020/07/14/us/politics/qanon-politicians-candidates.html.

poem "For Whom the Bell Tolls" as a possible source for the phrase.[30] On Twitter several days after the video was posted, Powell again claimed the phrase "represents the sentiments expressed by John Donne in For Whom the Bell Tolds [sic]" while sharing a meme with the "digital soldier oath" – including WWG1WGA. And when asked by the *Washington Examiner* about the phrase, Powell would offer yet another explanation, that it was engraved on the bell of John F. Kennedy's yacht.[31]

To be clear, before 2018, the phrase had virtually no other cultural imprint, nor is it a generic statement of patriotism or support, and it was never the "Flynn family motto" as the family has claimed.[32] Multiple Flynn family members also testified that July 4, 2020, was the first time they had ever said "Where We Go One, We Go All."[33] It did not originate in *The Three Musketeers* or in "For Whom the Bell Tolls." It was not engraved on any part of any boat John F. Kennedy ever owned. It was unearthed by Q from the flop film *White Squall*. It is a QAnon slogan, and only a QAnon slogan.

**B. "Take the Oath" – appears in one Q drop, ten days before Flynn takes the oath**

On June 24, 2020, in Q drop #4510, Q used the phrase "Take the Oath" (not as a hashtag) with its full text reading:



[30] Ex. 12 (Email from Sidney Powell to Matt Shuham, July 6, 2020 (PX_1253-1255)).

[31] Jerry Dunleavy, "Michael Flynn recites oath of office using slogan associated with QAnon," WASH. EXAMINER, (July 5, 2020), https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon.

[32] David Gilbert, "Michael Flynn's Family: That QAnon Oath Video Is Just Our Family Motto," VICE (July 7, 2021), https://www.vice.com/en/article/akgny8/michael-flynns-family-that-qanon-oath-video-is-just-our-family-motto.

[33] Ex. 3 (Valerie Flynn Depo. Tr. 108:3-7 ("Q: What does WWG1WGA stand for? A. Where we go one, we go all. Q. And when is the first time you heard that phrase? A. When I said it.")); Ex. 4 (Leslie Flynn Depo. Tr. 57:3-7 ("Q: What was the first time you said 'Where we go one, we go all'? A. That day.")).

14

As Jack Flynn testified at his deposition, the words in Q drop #4510 were identical to the words he and his family recited on July 4, 2020.[34]

The hashtag exploded in popularity after the Q drop on June 24, 2020, generating more than 800,000 tweets in the two weeks between the Q drop and General Flynn's posting of the video on July 4, 2020.[35]  Over 650,000 of these tweets included #TakeTheOath, and half included the hashtag #WWG1WGA.[36]

Sometime on June 27, 2020 – just a few days after the Q drop commanding "take the oath" – but before the family filmed its video, General Flynn changed the text of his Twitter profile to include #TakeTheOath, along with a US flag emoji.[37] By that point, Q believers had already started filming videos of themselves reciting it. Many had Q iconography in their Twitter profiles, including WWG1WGA, and wore Q shirts or displayed Q flags when they recited the lines. And far from just rank-and-file believers taking the oath, as at least one prominent Republican candidate for office in 2020, Oregon Senate candidate Jo Rae Perkins, recorded themselves using the QAnon phrase.[38]

On June 29, 2020, Twitter user @wgabrittany made her "first post as a digital soldier" with the hashtags #TakeTheOath, #qanon, #wwg1wga, before concluding with "God bless the United States of America."[39]  On June 30, 2020, and again on July 3, 2020, Lori Flynn shared @wgabrittany's Take the Oath challenge on Twitter in more than 30 Facebook direct messages with family, friends, and General Flynn supporters whom she had never met.

The Flynn family took the oath on the Fourth of July, raising their right hands and reciting the Constitutional Oath of Office and adding "Where We Go One, We Go All" and "God bless America" at the end, just like both the Q drop and Twitter user @wgabrittany instructed. They then took the oath *again*, to make sure it was perfect for a viral video. Then they shared it on Twitter, watching as the media coverage around the "oath" video went viral and as Q followers embraced it.[40]

---

[34] Ex. 5 (Jack Flynn Depo. Tr. 31:18-20 ("Q: I'm asking you if the words are the same [in the Oath Video] as what you see here [in Q drop 4510] A: The words are the same.")).

[35] Ex. 13 (PX 250).

[36] Ex. 57 (Shayan Sardarizadeh, "The meteoric rise of #TakeTheOath[.] On 24 June on 8kun, Q asked believers in QAnon cosnpiracy [sic] theory to symbolically take the oath on social media platforms. Since then, the hashtag has generated nearly 800,000 tweets, with many followers posting videos of themselves doing it," @Shayan86, TWITTER (July 6, 2020), https://twitter.com/Shayan86/status/1280287853394776064).

[37] The hashtag appears in an archived link to Flynn's profile dated June 27, 2020, Ex. 77 (https://web.archive.org/web/20200627044312/twitter.com/genflynn), and does not appear in an archived link on June 26, 2020, Ex. 78 (https://web.archive.org/web/20200626230452/twitter.com/genflynn).

[38] Rosenberg & Steinhauer, *supra* note 29.

[39] Ex. 2 (Lori Flynn Depo. Tr. 59:10-22).

[40] Ex. 48 (REL0000462158 Oath tweet with #qanon shared by Lori Flynn); Ex. 4 (Leslie Flynn Depo. Tr. deposition, 49:16-20 ("Q. After the -- after General Flynn posted that video to Twitter -- and there was quite a lot of media coverage about it; isn't that right? MR. BISS: Object to the form. THE WITNESS: Yes.")); Ex. 2 (Lori Flynn Depo. Tr. 256:5-8 ("I was supportive of anybody that was supportive of my husband, whether they were QAnon people or not at that point [January 13, 2021].")); Ex 2 (Lori Flynn Depo. Tr, 32-33); Ex. 6 (General Flynn Depo. Tr. 33:23-25; 34:1-4 ("Q. So after you posted that tweet, there was a blip of media coverage, shall we say, that were

General Flynn's use of the hashtag, and his family members' frequent shares of it, had as much to do with the phrase trending on Twitter in July 2020 as Q's post in June did. Due in part to the Flynn family's constant sharing, the video clip of "the oath" amassed more than one million views in just a few days. The Flynns themselves were aware of the virality of the movement, and "not just [on] Twitter," as Lori Flynn put it in her deposition. "It was on Instagram, Twitter, Facebook. Everybody was taking the oath."[41] Joe Flynn was caught on film enthusiastically announcing to the whole family that the video was going to go viral – which it did, massively.[42]

After General Flynn tweeted the video of his siblings and their spouses "taking the oath," the coverage laser-focused on the phrase's link to QAnon. "Fmr. NSA Michael Flynn apparently takes 'QAnon' oath on Independence Day," was the headline of the story on MSNBC after the video was made public, with the sub-headline adding "Over the Independence Day weekend, Former National Security Advisor Michael Flynn was recorded reciting the Qanon [sic] pledge."[43]

The headline on *Mother Jones* that day read, "To Celebrate the Fourth, Michael Flynn Posts a Pledge to Conspiracy Group QAnon,"[44] while Canada's CTV wrote a story on the video titled "Michael Flynn takes QAnon oath in Fourth of July video."[45] *The Independent*, *Salon*, *Politico*, and many others also covered the video, all specifically calling it a "QAnon oath" and including the video of the Flynn family in their coverage.

The right-leaning *Washington Examiner* published a story on July 5, 2020, on the "take the oath" video, explicitly saying "Flynn and the others ended the short video by quoting a popular QAnon slogan — 'Where We Go One, We Go All!'"[46]

Two weeks after the oath video was posted, the *New York Times* called it the "QAnon digital soldier oath" – using the phrase that General Flynn had trademarked – and noted that General Flynn was only among the most recent high-profile people to recite it.

And in reporting nearly a month after the video was posted, the *Washington Post* included General Flynn having "recently recorded a video of himself repeating an oath originating on 8kun" as part of its reporting on the FBI designating QAnon a domestic terror threat.[47]

---

calling your decision to say the oath and post the oath, saying that it was language used by QAnon, right? A. There was.")).

[41] Ex. 2 (Lori Flynn Depo. Tr. 32:8-9).

[42] Ex. 5 (Jack Flynn Depo. Tr. 44:8-10).

[43] MSNBC (July 6, 2020), https://www.msnbc.com/msnbc/watch/fmr-nsa-michael-flynn-takes-qanon-oath-on-independence-day-87107141992.

[44] Jackie Mogenson, ""To Celebrate the Fourth, Michael Flynn Posts a Pledge to Conspiracy Group QAnon," MOTHER JONES (July 5, 2020), https://www.motherjones.com/politics/2020/07/to-celebrate-the-fourth-michael-flynn-posts-a-pledge-to-conspiracy-group-qanon/.

[45] Ryan Flanagan, "Michael Flynn takes QAnon oath in Fourth of July video," CTV NEWS (July 5, 2020), https://www.ctvnews.ca/world/michael-flynn-takes-qanon-oath-in-fourth-of-july-video-1.5012437?cache=.

[46] Dunleavy, *supra* note 31.

[47] Isaac Stanley-Becker, "How the Trump campaign came to court QAnon, the online conspiracy movement identified by the FBI as a violent threat," WASH. POST (August 2, 2020), https://www.washingtonpost.com/politics/how-the-trump-campaign-came-to-court-qanon-the-online-conspiracy-movement-identified-by-the-fbi-as-a-violent-threat/2020/08/01/dd0ea9b4-d1d4-11ea-9038-af089b63ac21_story.html.

Even in the reporting on the lawsuits filed by Lori Flynn against CNN, the phrase is explicitly referred to as a QAnon oath. All told, dozens of news outlets in the US and abroad have linked the Flynns with QAnon specifically because they joined in on the #TakeTheOath movement and used the QAnon slogan.[48]

### C. "Digital Soldier" – appears in two Q drops

Another important phrase in the QAnon movement was first coined by General Flynn himself. On November 12, 2016, just days after Donald Trump's victory in the presidential election, General Flynn addressed an event for the Young America's Foundation, one of the founding sponsors of the far-right CPAC conference. General Flynn told the visibly young, deeply Trump-devoted crowd that what had just taken place was "not an election" but a "revolution" – and that the barricades in this revolution had been manned by "an army of Digital Soldiers" who had helped Trump completely turn politics as usual upside down through innovative online campaigns and organizing.[49]

"Digital Soldiers" became the shorthand for the fanatically devoted troll army that invaded the online space in the runup to the election, creating and spreading conspiracy theories about Hillary Clinton to audiences that would never normally look at it. In particular, Trump's young fans would embrace memes as a tool for communication, spreading inflammatory pictures of Hillary Clinton, graphics making Donald Trump look heroic and masculine, and in at least one case, improper information about voting to share with Clinton supporters. Ultimately the phrase gained traction in the QAnon community, and these memes became important ways of signaling to each other among members of the Q community, particularly after, as discussed above, Q instructed his followers to have "memes at the ready."[50]

The members of this "army of Digital Soldiers" saw General Flynn as their leader as much as General Flynn saw them as his army, waging a kind of irregular warfare where image boards and Twitter replies were just as significant battlefields as those in the physical space. And the concept of Digital Soldiers would play a major role in the next stage of General Flynn's career. Indeed, Jack Flynn consistently testified in his deposition that QAnon followers were "like groupies" and very supportive of General Flynn.[51]

There is no evidence that General Flynn played any role in the creation of QAnon – a claim that Jack and Leslie's Amended Complaint alluded to, attributing it to unnamed "left-wing media outlets."[52] But QAnon quickly became an efficient way for him to recruit more people to his cause, and to pay off his legal bills. The iconography of the "Digital Soldier" movement was a huge part

---

[48] I have attached a more complete list of articles linking the "oath video" to QAnon, marked Exhibit 73.
[49] Candace Rondeaux, "The Digital General," INTERCEPT (June 27, 2021),
https://theintercept.com/2021/06/27/qanon-michael-flynn-digital-soldiers/.
[50] Ex. 36 (https://qposts.online/post/2147).
[51] Ex. 5 (Jack Flynn Depo. Tr. 188:18-25, 189:2-7 ("Q. Okay. As you sit here, is it your testimony that you don't know QAnon followers were supportive of your brother? MR. BISS: Object to form. A. They were bizarre, bizarre in their support of my brother I think, to some extent. Q. What do you mean by that? A. Like groupies. Like groupies.  Q. You mean they were groupies of your brother? A. yeah.")).
[52] ECF No. 7 (Jack and Leslie Flynn Amended Complaint, 2).

of this – followers routinely added three stars to their Twitter bios to honor General Flynn's three-star general rank, used hashtags like #DigitalSoldier, #AllInForFlynn, and #FlynnFridays, and bought merchandise with similar branding – much of it endorsed by General Flynn and his extended family and supporters. The phrase was even used by General Flynn for a crowdsourced journalism venture called "Digital Soldiers," which had a website that proclaimed "Digital Soldiers from all over the world have stepped up to fill the void where real journalism once stood."[53]

And much of the reporting based around the oath taken from the July 4, 2020 video explicitly called it the "digital soldier oath."

While the term "Digital Soldier" is a huge part of General Flynn's branding and financial ties to the Q movement, Q only uses it twice, first in Q drop #4509, writing that those "chosen to serve their country" have the mission to "Support role of other digital soldiers [one falls another stands (rises)]" and then in Q drop #4637, responding to a Trump tweet with the phrase "Digital soldiers #FightBack."

It is telling that Q was posting about General Flynn at almost the exact same time as the Flynn family was taking the oath, writing a sequence of drops that are unmistakably about General Flynn and his role among QAnon believers.

This sequence of drops, all of which were posted on June 24, 2020, is:

- Q drop #4506, posted at 11:22 AM Eastern Time, an hour and a half before the "oath" drop, where Q writes:

```
The People's General.
Soon.
***
Q[54]
```

The drop clearly is a reference to General Flynn, as the three stars refer to the three stars he held as a lieutenant general, which General Flynn's supporters on Twitter would include in their bio. And numerous supporters have referred to General Flynn as "the People's General."

- Q Drop #4507, posted at 11:36 AM Eastern Time, is a tweet from the right-wing influencer "Techno Fog" that references the exchange between General Flynn and Russian ambassador Sergey Kislyak[55]
- Q Drop #4508, posted at 12:20 PM Eastern Time, is a meme claiming Barack Obama committed treason[56]
- Q Drop #4509, posted at 1:01 PM Eastern Time, was the first use by Q of the phrase "Digital Soldiers"[57]

---

[53] Matthew Rosenberg, "Pushing QAnon and Stolen Election Lies, Flynn Re-emerges," N.Y. TIMES (Feb. 6, 2021), https://www.nytimes.com/2021/02/06/us/politics/michael-flynn-qanon.html.
[54] Ex. 49 (https://qposts.online/post/4506).
[55] Ex. 50 (https://qposts.online/post/4507).
[56] Ex. 51 (https://qposts.online/post/4508).
[57] Ex. 52 (https://qposts.online/post/4509).

- Q Drop #4510, posted at 1:06 PM Eastern Time, was the "Digital Soldier Oath," that General Flynn spoke and his family echoed on July 4, 2020[58]

The Q poster did not actually reference the Flynn video, as Q took two weeks off from posting from July 2 to July 17, 2020.But Q also uses other variations, such as "digital battleground" or "digital battlefield" or "information warfare" – a phrase General Flynn uses often, and served as the inspiration for his 2022 book on Fifth Generation warfare.

Digital Soldiers is a term General Flynn created, gave meaning to, and exploited for his own purposes. QAnon believers thought they were Digital Soldiers, saw General Flynn as their commander, and General Flynn and his family were happy to be perceived that way, because it raised money for his Legal Defense Fund.

### D. "The Storm" – appears in 13 Q drops

The concept of "The Storm" is a critical part of the QAnon mythology. It represents the long-awaited purge of President Trump's enemies, carried out by military tribunals, with the verdict always being guilty. In particular, many Q drops use the term "The Calm Before the Storm," in reference to a cryptic phrase used by President Trump in early October 2017 at a gathering of military officers, and whose meaning has never been fully explained.[59]

Q teased "The Storm" for years, often linking it to promises that it would occur "soon"[60] or in a "BIG week ahead."[61] As Trump's presidency ended the idea of him enacting mass arrests, the concept of "The Storm" shifted to become one where Biden's presidency was ended with force or legal action – a concept General Flynn has endorsed on numerous occasions. Using either definition, as part of the general undercurrent of QAnon, "The Storm" is a violent and deeply undemocratic attack on the personal enemies of Donald Trump, carried out by armed military personnel and supported online by Trump's "Digital Soldier" army – the same one assembled for him by General Flynn back in 2016. And Lori Flynn retweeted an account that used a variation on the phrase (#TrumpStorm) to encourage people to donate to General Flynn's Legal Defense Fund.[62]

### E. "The Great Awakening" – appears in 54 Q drops

Though the term dates to American religious revivals of the 1730s, Q uses the idea of the "Great Awakening" to denote believers throwing off the shackles of their corporate media slumber and "waking up" to "what's really going on." The awakening, according to Q followers, will mean believers are "sheep no more" and gain "freedom of thought" where they will not believe "fake news" anymore.

---

[58] Ex. 53 (https://qposts.online/post/4510).
[59] Mark Landler, "What did President Trump Mean by 'The Calm Before the Storm?'" N.Y. TIMES (Oct. 6, 2017), https://www.nytimes.com/2017/10/06/us/politics/trump-calls-meeting-with-military-leaders-the-calm-before-the-storm.html.
[60] Ex. 34 (https://qposts.online/post/809).
[61] Ex. 35 (https://qposts.online/post/1933).
[62] Ex. 39 (PV_C11608547S at 5).

19

General Flynn's ReAwaken America tour has adapted Q's idea of the Great Awakening as one of its central tenets, with 2022 shows branded as "The Great Awakening vs. The Great Reset."[63] The slogan has a double meaning. The first is that it references the "Great Reset" concept that has formed the core of right-wing conspiracy theories for the last year, including those about the World Economic Forum, the merging of humans and machines, and the origin of COVID-19 that General Flynn has heavily endorsed.[64] It is also a reference to the 2021 book *The Great Awakening vs. The Great Reset*, written by Alexander Dugin, the ultranationalist Russian political philosopher.

Beyond those connections, General Flynn has monetized the "Great Awakening" concept directly, using the "Shirt Show" website to sell WWG1WGA clothing and hats using the description "It's no conspiracy and it's certainly more than a theory. The Great Awakening is happening and the signs are everywhere."[65] And Lori Flynn liked at least one tweet with the hashtag #TheGreatAwakening, as will be further discussed below.

## VII.   GENERAL MICHAEL FLYNN'S CONNECTIONS TO AND FINANCIAL STAKE IN QANON

General Flynn and the Flynn family, including Lori Flynn, in general exploited the QAnon movement to pay the increasingly large legal bills associated with General Flynn's prosecution by Special Counsel Robert Mueller. On May 2, 2019, General Flynn registered the phrase "Digital Soldiers" as a trademark.[66] He also bought the URL to numerous websites including ResilientPatriot.com and DigitalSoldiers.us, which would eventually redirect to the website for the Legal Defense Fund.[67]

The finances of General Flynn's Legal Defense Fund are extremely opaque, but Jack Flynn relentlessly promoted the Fund on Twitter and elsewhere. Lori Flynn testified that she was happy to take money from QAnon followers to benefit her husband's Legal Defense Fund.[68] Indeed, Jack Flynn testified that he used Twitter, and the phrase "Where We Go One, We Go All" to guide to help followers find the Legal Defense Fund, even pinning the link to his Twitter profile.[69]

---

[63] Joanne Beck, "ReAwaken America? Not here, say local Christian leaders planning protest," BATAVIAN (July 23, 2022), https://www.thebatavian.com/joanne-beck/reawaken-america-not-here-say-local-christian-leaders-planning-protest/612088.

[64] Gerrard Kaonga, "Michael Flynn Claims People Working on Putting Robotics in Us, Changing DNA," NEWSWEEK (Sept. 21, 2022), https://www.newsweek.com/michael-flynn-robotics-dna-changing-transhumanism-1744880.

[65] Will Sommer, "Michael Flynn is Now Selling QAnon Merch," DAILY BEAST (Dec. 29, 2020), https://www.thedailybeast.com/michael-flynn-is-now-selling-qanon-merch.

[66] Ex. 40 ("Digital Soldiers," Michael T. Flynn, USPTO (filed May 2, 2019)).

[67] Rondeaux, *supra* note 49.

[68] Ex. 2 (Lori Flynn Depo. Tr. 345:20-25, 346:1-4 (A. Anything that had the defense fund legal URL, whatever, I tweeted -- retweeted, because I wanted people to go to it and a donate. Q. Okay. And you didn't mind -- and you didn't care if they were the QAnon followers or not? A. Whoever wanted to donate to my husband's case -- I don't know who they were, but – Q. You were happy to take the money? A. Yeah.")).

[69] Ex. 5 (Jack Flynn Depo. Tr. 125:18-25, 126:1-20 ("Q. My question is during this time period in 2019 was part of your intention in tweeting and retweeting and engaging with people on Twitter to raise money for your brother's defense fund? A. It was my primary reason for being on Twitter was to help him. Q. Page 3 of this exhibit. You'll see in the penultimate full tweet you tweet out Jack Flynn Mike Flynn defense fund.org, then there's a telephone

General Flynn also sought to profit off the QAnon movement, a quest supported by Lori Flynn. In May 2019, General Flynn launched a pay to publish venture on UncoverDC, an independent right wing media site run by early QAnon evangelist Tracy "Beanz" Diaz. The site planned to sell $125 subscriptions, and charge $2,000 to access group chats, $3,000 to have a debate with General Flynn or Diaz, or $6,000 for the right to be listed on the "founders page."[70] It is not clear how many of these ventures went live or for how long, but the "Digital Soldiers" journalism site was still a going concern at least as of February 2021, when *The New York Times* reported on General Flynn's effort to launch the platform – and expressly commented on his links to QAnon.[71]

In September 2019, General Flynn helped to organize the "Digital Soldiers Conference" in Atlanta, selling $99 general admission tickets for the conference, while a "VIP All Day" pass would cost $500. Those interested in a sit-down dinner with General Flynn and front-row access to speeches could buy the "Ultra VIP" ticket package for $2,500.[72] General Flynn would pull out of the conference shortly before it was meant to take place, reportedly because of the reaction to its links to QAnon. But even after pulling out and cancelling the conference, the website continued to direct donations to the Legal Defense Fund.[73]

In December 2020, General Flynn, Lori Flynn, Barbara Flynn Redgate, and Michael Flynn, Jr. became involved in the daily business decisions of the merchandise site "Shirt Show USA" which sold Flynn-branded hats, T-shirts, women's workout wear, and sweatshirts with the phrase "WWG1WGA," a reference to "Where We Go One, We Go All." Jack Flynn retweeted a tweet on December 23, 2020, promoting WWG1WGA gear with #IStandWithFlynn.[74] And on December 29, 2020, General and Lori Flynn publicly endorsed The Shirt Show as an official vendor of General Flynn and Digital Soldiers Media merchandise.[75]

The Shirt Show website continues to sell items with the phrases WWG1WGA and #IStandWithFlynn, but after General Flynn's pardon, all proceeds belong to The Shirt Show. In her deposition, Jennifer Freitas testified that between late June 2020 and November 2020, her merchandise sales raised about $5,000 for the Legal Defense Fund.[76]

Even after the election of President Biden, General Flynn sought to profit off of QAnon. In April 2021, General Flynn launched the ReAwaken America tour, co-founded with Oklahoma businessman Clay Clark. Featuring a rotating roster of speakers, the tour offered conspiracy theories about the election, COVID-19, and various culture war issues, all seen through the lens

---

number.  Then you say #WWG1WGA to Mike Flynn defense fund.org, make a donation to help this case with a little help with funding because freedom isn't free #digitalsoldiersrule. Do you see that? A. That is me using that WWG1 to – as a means to guide people to that defense fund and to help Mike out.  I included it in the sentence.  There's a #trending which I did it wrong.  People will – it's eyeballs on the defense fund.")).

[70] Rondeaux, *supra* note 49.

[71] Rosenberg, *supra* note 53.

[72] Ibid.

[73] Ex. 41 (https://web.archive.org/web/20190915150412/https:/digitalsoldiersconference.com/).

[74] Ex. 11 (PX_200).

[75] Ex. 7 (Jennifer Freitas Depo. Tr. 158:5-9).

[76] Ex. 7 (Jennifer Freitas Depo. Tr. 73:3-6, 75:3-6).

of QAnon and other similar theories. ReAwaken America is also a serious profit generator for both Clark and General Flynn, as it sells $500 tickets and $1,000 VIP tickets along with merchandise, and usually sells out 3,000 – 5,000 seat venues. In total, each tour stop brings in an average of $300,000, according to reporting from *Rolling Stone*.[77]

Many of the speakers on the tour are connected to QAnon, either directly endorsing it or speaking favorably of its ideas on their own podcasts and livestreams – which General Flynn, in turn, regularly appears on. Among the most prominent are:

- Tour co-founder Clay Clark, who appeared on the QAnon-themed podcast the MG Show, co-hosted by a major figure in the QAnon world, and asked questions relevant to QAnon believers such as "what three things make you think Q is credible."[78]
- QAnon promoter Ann Vandersteel, who runs a regular podcast called "Steel Truth" and routinely hosts major influencers in the Q community, including General Flynn, Patrick Byrne, the hosts of the MG Show, and Sidney Powell.[79]
- Scott Kesterson, who has espoused QAnon, election fraud conspiracy theories, and COVID-19 disinformation on his "BardsFM" podcast – including having General Flynn on as a guest on December 1, 2020.[80] Joe Flynn has also appeared on "BardsFM" on several occasions, including August 7, 2020,[81] and November 26, 2020.[82]

As part of his regular speaking slot, General Flynn regularly urges the crowd to donate to featured speakers – and to his own ventures.[83]

The ReAwaken America conference is completely inseparable from the QAnon community. At these gatherings, General Flynn routinely is feted like a hero, lavished with praise, and speaks approvingly of concepts with a huge amount of support in the QAnon community. Specifically, some of the Q-friendly ideas that General Flynn has endorsed at ReAwaken and other similar conferences include:

- The illegitimate Biden administration being overthrown by a violent coup similar to that in Myanmar.[84]

---

[77] Sam Kestenbaum, "'I Think All the Christians Get Slaughtered': Inside the MAGA Road Show Barnstorming America," ROLLING STONE (Sept. 17, 2022), https://www.rollingstone.com/culture/culture-features/clay-clark-reawaken-america-maga-tour-trump-1234594574/.

[78] MG Show, "Clay Clark Interviews the Guys, Project Veritas, Audits and more!," RUMBLE (Oct. 5, 2021), https://rumble.com/vncouh-mg-show-100521.html (last visited June 4, 2023).

[79] Red Voice Media, "Gen. Flynn 'Now repeat after me, the 2020 presidential election was stolen,'" RUMBLE https://rumble.com/vj04x7-gen.-flynn-now-repeat-after-me-the-2020-presidential-election-was-stolen.html (last visited June 4, 2023).

[80] "A Conversation with LtG (Ret) Michael Flynn," BARDSFM (Dec. 1, 2020), https://www.bards.fm/e/ep153-a-conversation-with-ltgret-michael-flynn.

[81] "Interview with Joe Flynn," BARDSFM (Aug. 7, 2020), https://www.bards.fm/e/ep92-interview-with-joe-flynn/.

[82] "An Interview with Joe Flynn," BARDSFM (Nov. 26, 2020), https://www.bards.fm/e/ep152-an-interview-with-joe-flynn/.

[83] Kestenbaum, *supra* note 77.

[84] Maggie Astor, "Michael Flynn suggested at a QAnon-affiliated event that a coup should happen in the U.S.," N.Y. TIMES (June 1, 2021), https://www.nytimes.com/2021/06/01/us/politics/flynn-coup-gohmert-qanon.html.

- The establishment of "one religion" over the entire country, in direct violation of the First Amendment.[85]
- The COVID-19 pandemic was artificially created to sway the 2020 election.[86]
- The 2020 election results were fraudulent, and Mike Pence had the ability to discard "fraudulent" electoral college votes and declare Trump the winner.[87]
- Globalist forces are using the COVID-19 vaccine to turn humans into cyborgs, and use a variety of ways to get unwilling people to ingest it, including "salad dressing." [88]
- The United States government has been infiltrated by "demons" and a holy war fought by "spiritual warriors" wearing the "armor of God" is the only thing that can save the nation.[89]

General Flynn's family members are also involved in the ReAwaken America tour, as Lori Flynn testified that she attended at least three ReAwaken events in support of her husband.[90] Valerie Flynn also testified that was paid $800 for staffing a merchandise booth at the tour stop in Colorado Springs in late September 2021, where Joe Flynn testified that he has attended at least five ReAwaken America events and spoken on a panel at least once.[91]

Despite General Flynn's protestations, the Q movement and the people who are part of it represent a critical demographic in this effort. He would continue to share posts including "WWG1WGA" on Telegram into 2022[92], and continues to make numerous appearances on the media content of some of the biggest promoters in the QAnon sphere to this day – all while claiming QAnon is a nonsensical psyop.

## VIII.    LORI FLYNN'S CONNECTIONS TO QANON

Long before her husband led her and her family members in the "take the oath" video, Lori Flynn publicly and privately demonstrated her knowledge of the QAnon movement. Far from knowing "next to nothing about QAnon," as her Amended Complaint alleges, her emails and messages to friends, family members, and total strangers show she knew enough about Q to promote it, use its hashtags, and monetize the community around it.

---

[85] Daniel Politi, "Former Trump Adviser Michael Flynn: U.S. Should 'Have One Religion,'" SLATE (Nov. 14, 2021), https://slate.com/news-and-politics/2021/11/michael-flynn-america-must-have-one-religion-trump.html.

[86] Sophia Ankel, "Former Trump advisor Michael Flynn says the COVID-19 pandemic was fabricated to distract from the 2020 election," BUS. INSIDER (May 23, 2021), https://www.businessinsider.com/michael-flynn-says-coronavirus-made-up-to-distract-from-election-2021-5.

[87] Aram Roston, et al., "The military-intelligence veterans who helped lead Trump's campaign of disinformation," REUTERS (Dec. 15, 2021), https://www.reuters.com/investigates/special-report/usa-election-military/.

[88] Ryan Bort, "Michael Flynn Thinks They Might Be Putting the Covid Vaccine in Your Salad Dressing," ROLLING STONE (Sept. 23, 2021), https://www.rollingstone.com/politics/politics-news/michael-flynn-covid-vaccines-salad-dressing-pastor-1230601/.

[89] Michelle Smith, "Michael Flynn's ReAwaken Roadshow Recruits 'Army of God,'" ASSOC. PRESS (Oct. 7, 2022), https://apnews.com/article/reawaken-america-tour-michael-flynn-910e83b515185751be82868b227ca22e.

[90] Ex. 2 (Lori Flynn Depo. Tr. 221:25-224:3).

[91] Ex. 3 (Valerie Flynn Depo Tr. 153:5-18); Ex. 15 (Invoice to America's Future, Inc, September 30, 2021 (PX_166)).

[92] @RealGenFlynn, TELEGRAM (Oct. 14, 2021), https://t.me/RealGenFlynn/956; @RealGenFlynn, TELEGRAM (Jan. 9, 2022), https://t.me/RealGenFlynn/1901.

Even beyond the unassailable fact that she used "Where We Go One, We Go All" on a video that her husband made viral, a reasonable journalist could conclude that Lori at least knew what Q was, due to General Flynn's links to it. At the very least, it was a reasonable claim that Lori had no issue with fans of General Flynn *thinking* she also believed QAnon was real to raise money for the Legal Defense Fund. But Lori Flynn's advocacy stands apart from her husband's.

Lori Flynn began publicly retweeting Q iconography as early as 2018, including the language "I have faith in Q."[93] She also retweeted a Twitter user with the handle WWG1WGA @findingtruth@ on November 28, 2018.[94]

In addition to these early public social media affirmations of Q and the slogan WWG1WGA, Lori was copied on emails from Joe Flynn to General Flynn about getting involved in a project by musician and QAnon acolyte JT Wilde. This was several months after Wilde had released an explicitly pro-QAnon song called "WWG1WGA" on YouTube. One of these emails specifically mentions another past Wilde track, "ThanQ for the Pain" – another clear reference to QAnon.[95]

These emails pertained to General Flynn lending his voice to new pro-Q songs by Wilde, which were eventually released on Wilde's 2020 album "Enjoy the Show" – yet another catchphrase used by Q dozens of times, including as early as Q drop #4. One of these songs, called "Digital Soldiers," uses a clip of General Flynn's 2016 post-election speech. Wilde's song "WWG1WGA" was later removed from streaming service Soundcloud for its use of QAnon phraseology, but is still available on YouTube and Spotify.[96]

Lori Flynn is also copied on emails with another QAnon promoter and friend of General Flynn, the podcaster Scott Kesterson. In January 2020, General Flynn and Kesterson exchanged emails about counterinsurgency, "spiritual warfare," and prayer – with both men signing their emails off with "WWG1WGA." General Flynn then forwarded the exchange to Lori with the admonition "read this and then call me."[97]

General Flynn later appeared on Kesterson's "BardsFM" podcast in December 2020,[98] and General Flynn spotlighted him on Twitter that same month, writing "Thank you for your support and generosity. You've been a champion of our Family & yes @BardsFM you #FightLikeAFlynn."[99] Lori Flynn is later copied on more emails from Kesterson forwarded by General Flynn, including one referencing "the Q movement's influence."[100]

---

[93] Ex. 44 (http://web.archive.org/web/20181129021840/https://twitter.com/lofly727).

[94] Ex. 38 (http://web.archive.org/web/20181130020047/https://twitter.com/lofly727).

[95] Ex. 18 (PX_700-701).

[96] James Crowley, "Artist Claims His Song Was Banned from Soundcloud for QAnon Similarities But Points Out That 'F*** Tha Police' Is Still Available," NEWSWEEK (Oct. 29, 2020), https://www.newsweek.com/artist-song-removed-soundcloud-qanon-nwa-police-1543277.

[97] Ex. 19 (Email from General Flynn to Lori Flynn, January 9, 2020 (PX_837-838)).

[98] BardsFM, *supra* note 80.

[99] Ex. 80 (https://twitter.com/GenFlynn/status/1334139015931498502).

[100] Ex. 20 (Email from General Flynn to Lori Flynn, et al, February 22, 2020, (PX_1078-1079)).

Lori Flynn is also copied on emails forming Digital Soldiers Media, LLC, upon which both General Flynn and their son Michael Flynn Jr. were signers for the account.[101] Specifically, Lori Flynn was also included on a slew of emails related to both the planning of the July 4, 2020, event and the aftermath of the viral popularity of the "Take the Oath" video. She was copied on a forwarded email from Barbara Flynn Redgate, sharing an email blast from pro-Trump cartoonist Ben Garrison that includes a drawing of Donald Trump, General Flynn, and a Revolutionary War minuteman with a large Q for a head marching for the Fourth of July, dated July 1, 2020. That email also included text taken from Q drop #4559, posted on July 1, with the text attributed simply to "Q."[102]

These documents demonstrate Lori's knowledge of the text of multiple Q drops floating around in the Flynn ecosystem around the time "the oath" video was filmed, that Lori Flynn was part of that ecosystem, and that Lori Flynn used the language from one of those drops in a public, viral video.[103]

Both before and after the Fourth of July video was filmed; Lori Flynn heavily promoted the "Take the Oath" social media movement. In particular, she used Facebook to send messages extolling "take the oath" and using QAnon hashtags to dozens of people – some of whom were family members, including Valerie Flynn, and some of whom were complete strangers. Many of these messages were based on the previously mentioned post from Twitter user @wgabrittany, which included the hashtags #TakeTheOath, #qanon, #wwg1wga, before concluding with "God bless the United States of America."[104] Another message Lori Flynn repeatedly shared in Facebook messages included a message of affirmation from a woman named Courtney Salinas that included both #TakeTheOath and #WWG1WGA, which Lori Flynn confirmed she understood to be an abbreviation for "Where We Go One, We Go All."[105]

Lori Flynn shared these mentions of #WWG1WGA and other QAnon phrases with close family members, acquaintances, people she had not spoken to in years, and people she only knew through social media. She shared them with a Facebook friend named Allan Wachtel, whom she had never personally met.[106] She shared them with her brother, her brother's wife, and her cousin.[107] She shared them with a woman named Jill Woolwine, with whom she had not spoken

[101] Ex. 21 (Emails from Joe Flynn to Michael Flynn, et al, February 28, 2020, (PX_089)).
[102] Ex. 22 (Email from Barbara Flynn Redgate to Lori Flynn, et al, July 1, 2020 (PX_1250-1251)). Garrison has used Q imagery in multiple cartoons, while also using antisemitic images of George Soros to the point where he was disinvited from a White House "social media summit" in 2019.
[103] Ex. 5 (Jack Flynn Dep. Tr. 17:20-25; 18:1-9 ("Q. And you—how many videos did Mr. Powell take? A. I think he started taking one and then we stopped and he said something about fixing this and that and did another one. Q. So there were two? A. I think there was two. I'm not sure if the first one was a final—was like a whole video or if it was partial. Q. But it was a video rather than a photo? A. It was a video. Q. So you guys started the oath twice? A. He did twice. Wilson. Q. Sorry, who is the he? Right.  He filmed you twice but I'm saying the first video was you starting to take the oath, then he decided he didn't like it so then you took the oath a second time is that right? A. Right. Q. So you said it twice?  A. Yes.")).
[104] Ex. 2 (Lori Flynn Depo. Tr. 59:10-22).
[105] Ex. 2 (Lori Flynn Depo. Tr. 40:22-25, 41:1-14).
[106] Ex. 2 (Lori Flynn Depo. Tr. 52:25, 53:1-12)
[107] Ex. 2 (Lori Flynn Depo. Tr. 55:19-25, 56:1-10)

in two years – until sending her Facebook messages with QAnon slogans.[108] There are dozens more examples of Lori Flynn sending QAnon-themed Facebook messages to promote the idea of "taking the oath," her husband's plight, and the popularity of the July 4, 2020 video. All of these were part of the Flynn family's effort to direct contributions and donors to General Flynn's Legal Defense Fund, which Lori was relying on to help pay her husband's considerable legal bills.

Lori Flynn was also enthusiastic about taking the Oath. She testified that it may have even been her idea to take the Oath on video, because she had been "telling everybody to take the oath, so [she] thought it was a great idea."[109] And as Jack Flynn testified, the video was filmed twice, with Lori and the others saying "Where We Go One, We Go All" both times to ensure it was good enough to share, and would generate as much interest and traffic as possible.[110]

And once the video started going viral, Lori Flynn was included in emails back and forth between family members and Sidney Powell. In one, General Flynn wrote "I love the quote" referring to a statement Powell gave to *Talking Points Memo* appearing to intentionally obfuscate the origins of "Where We Go One, We Go All."[111] In another email,[112] Powell specifically says that the Twitter posts she made claiming "Where We Go One, We Go All" was an adaptation of a line from the poem "For Whom the Bell Tolls" were meant to "amplify WWG1WGA" and to confuse the media.

Lori Flynn was also included on emails intentionally obfuscating the origin of the phrase "Where We Go One, We Go All," as Powell gave multiple explanations for the quote's origin – telling the Examiner it was a quote from President Kennedy's yacht, while telling *Talking Points Memo it* was a paraphrase of "For Who the Bell Tolls." Of course, it was neither – it was and is a QAnon catchphrase. There seems to be little reason to provide so many explanations for the origin of a "simple, family, July 4 statement of support for each other" other than trying to fool members of the media into thinking it had no link to QAnon. Powell makes it clear that this is *exactly* the purpose in one of her emails, copied to Lori, where she flat out said "we've really got heads exploding. Love it. I'll nail every one of them."[113]

Notably, all of these messages and emails were sent long before the CNN video "Inside a Gathering of QAnon Followers," which aired in early February 2021. Up until that moment, Lori Flynn had done nothing to dissuade anyone from thinking she, at the very minimum, knew what the QAnon movement was – and possibly even believed elements of it were based on real military intelligence figures leaking real secrets.

There is a reason why Lori Flynn was so effusive in her sharing of QAnon material and catchphrases. She knew QAnon believers made up a large portion of the people donating to General Flynn's Legal Defense Fund, money her family needed to pay General Flynn's mounting legal bills fighting his indictment by Robert Mueller. She testified in her deposition that she would

---

[108] Ex. 2 (Lori Flynn Depo. Tr.71:1-25, 72:1-10).
[109] Ex. 2 (Lori Flynn Depo. Tr. 48:11-19).
[110] Ex. 5 (Jack Flynn Depo. Tr. 17:20-25; 18:1-9).
[111] Ex. 23 (PX_604).
[112] Ex. 24 (PX_601).
[113] Ex. 12 (Email from Sidney Powell to General Flynn, et all, July 6, 2020, (PX_1253-1254)).

26

accept donations from anyone who wanted to give to the Fund, Q believer or not.[114] This resulted in a type of enmeshment between the Flynn family and some of General Flynn's most fervent supporters, with one example being the Q believer Veronica Wolski.

Wolski was a major figure in the QAnon and antivaccine movements, and in Jack Flynn's own words, a QAnon "groupie" of General Flynn who sold him Q merchandise and donated to his Legal Defense Fund.[115] Their familiarity was such that, in August 2020, Jack and Leslie Flynn hosted her at their home in Rhode Island, adjacent to General Flynn and Lori Flynn's home, where she showed up wearing QAnon-branded clothing, QAnon paraphernalia, and "CNN sucks" stickers.[116] Jack Flynn continued to retweet Wolski for months after that visit, even after knowing the "depth[s] of her indoctrination" into QAnon.[117] He also texted her words of encouragement and support through August 24, 2021, before she died of COVID-19 soon thereafter.[118]

As part of the drive to get donations for the Legal Defense Fund, General and Lori Flynn partnered with an online merchandise store called "The Shirt Show." On December 21, 2020, Shirt Show CEO and founder Jennifer Freitas, emailed General and Lori Flynn, Joe, and Mike Flynn Jr. to inform them that Shopify, the site through which The Shirt Show had been created, had removed all clothing items featuring WWG1WGA from the store due to their association with QAnon.[119]

In an email back to Freitas with the title "Censored by Shopify," Lori complained that Shopify "hate[s] QAnon, people that are American patriots" – seemingly a direct contradiction to page 6 of her Amended Complaint, which alleges that calling someone a QAnon believer was "like calling someone a "communist" in the 1950s or a Nazi sympathizer in the 1940s."[120] She also asks "what apparel has the WWG1WGA on it?" This is another clear demonstration that Lori knows, at the very least, that the phrase is linked to QAnon and QAnon is linked to her husband.[121]

Again, this directly contradicts her Amended Complaint, which alleges that "At no time did Lori associate the phrase with QAnon. She did not know that anyone considered it to be a QAnon slogan."[122]

---

[114] Ex. 2 (Lori Flynn Depo. Tr. 345:20-25, 346:1-4 ("A. Anything that had the defense fund legal URL, whatever, I tweeted -- retweeted, because I wanted people to go to it and donate. Q. Okay. And you didn't mind -- and you didn't care if they were the QAnon followers or not? A. Whoever wanted to donate to my husband's case -- I don't know who they were, but – Q. You were happy to take the money? A. Yeah.")).

[115] Ex. 5 (Jack Flynn Depo. Tr. 429:24-25, 430:1-2 ("Q. So she was a groupie to your brother? A. Oh, yeah. Yeah.")

[116] Jack Flynn Depo. Tr. 440: 6-10 ("Q. Who is that? A. Veronica Wolski. Q. So she showed up wearing a Q hat and Q shirt, right? A. Yeah she did.")); Ex. 4 (Leslie Flynn Dep. Tr. 126:8-25; 127:1-25; 131:7-16).

[117] Ex. 5 (Jack Flynn Depo. Tr. 432:25, 433:1-10 ("A. And I really had no idea of the depth of her indoctrination into this QAnon thing. And she seemed to mean well. But she had this, a funny sense of humor in an odd way. She was pretty smart and – what I joked about was I picked up the CNN sucks sign and I thought it was funny and a lot of people thought it was funny.")).

[118] Ex. 17 (PX_102-108).

[119] Ex. 10 (PX_0674).

[120] Ibid.

[121] Ibid.

[122] ECF No. 65 (Lori Flynn Supplemental Amended Complaint, 9).

Lori is also included on Freitas emails from December 28, 2020, where she writes that "WWG1WGA sweatshirts" will be ready to ship by the first week of the new year.[123]

The next week, the *Daily Beast* ran an article about the Shirt Show, specifically its sale of QAnon-themed WWG1WGA merchandise.[124] General Flynn emailed Jennifer Freitas and copied Lori along with Michael Flynn Jr., Joe Flynn, and Flynn associate Tracy "Beanz" Diaz. In the email, General Flynn privately expressed his frustration over the *Daily Beast* making the sale of Flynn merchandise "out to be a wider conspiracy theory" and called the sale of these items "being patriotic."[125] Lori is also included in emails with General Flynn and Freitas on how to coordinate their response to the *Daily Beast* story, although they never appear to have publicly spoken out against the publication.

It is also not accurate that Lori Flynn "did not go to QAnon gatherings, meetings or rallies," as her Amended Complaint alleges.[126] Lori Flynn testified that she attended at least three ReAwaken events in support of her husband.[127] She also testified that she attended the "For God and Country Patriot Roundup" in Dallas in May 2021, an event where her husband also spoke.[128] Emails produced in discovery confirmed this, too.[129]

The organizer of this conference was John Sabal, who went by the nickname "QAnon John" and freely spoke of his belief in QAnon. Additionally, the logo for the "For God and Country Patriot Roundup" was a cowboy hat with the slogan "WWG1WGA" on the band.[130] Meanwhile, in his deposition, QAnon-believing musician JT Wilde claimed that he "said hi" to Lori Flynn as she accompanied General Flynn at the event, and when specifically asked if she was there, he replied "I think so. I'm pretty sure, but I'm not completely sure that she was."[131]

A few weeks later, in June 2021, Lori Flynn was coordinating an interview with "QAnon John" Sabal through her son, who asked if "we were still doing Q interviews." [132] Lori already knew that Q promoters were interested in speaking to Flynn family members, as she was copied on a previous email involving Scott Kesterson from Joe Flynn, who calls him "a smart interviewer," with Joe saying that both he and Barbara Flynn Redgate were planning to speak with him.[133]

In fact, Lori and John Sabal tried to pin down a time for her to be interviewed at the next iteration of the "Patriot Roundup" event, called the "Patriot Double Down" and scheduled to take

---

[123] Ex. 25 (Email from Lori Flynn to Jennifer Freitas, et al, December 28, 2020 (PX_117)).

[124] Ex. 26 (Email from General Flynn to Jennifer Freitas, et al, January 5, 2021 (PX_052)).

[125] Ibid.

[126] ECF No. 65 (Lori Flynn Supplemental Amended Complaint, 14)

[127] Ex. 2 (Lori Flynn Depo. Tr. 221:25-224:3).

[128] Ex. 2 (Lori Flynn Depo. Tr. 219:22-25; 220:1-16).

[129] Ex. 27 (Email from Michael Flynn, Jr. to Barbara Redgate, et all, April 9, 2021 (PX_1269)); Ex. 2 (Lori Flynn Depo. Tr. 217:3-18).

[130] Ewan Palmer, "QAnon Couple Are Behind 3-Day Dallas Event Billing Michael Flynn and Sidney Powell," NEWSWEEK (Apr. 7, 2021), https://www.newsweek.com/qanon-memorial-weekend-dallas-texas-1581539.

[131] Ex. 9 (JT Wilde Depo. Tr., 88:22-25, 89:1-7).

[132] Ex. 20 (Email from Joe Flynn to Barbara Redgate, et al, February 24, 2020 (PX_1079)).

[133] Ibid.

place in Las Vegas in October 2021.[134] General Flynn pulled out of this event "due to schedule issues," and the Lori Flynn interview did not take place.[135]

By that point, General Flynn had been pardoned by President Trump, with no further need for a Legal Defense Fund. But General Flynn, with the knowledge and support of Lori, continues to promote the ideas of QAnon at monthly ReAwaken America conferences, in articles, and on social media to this day.

## IX.    CONCLUSION

Lori Flynn claims that CNN had no basis to link her to QAnon. Based on both my experience writing about the QAnon movement and her husband General Flynn's extensive footprint in the QAnon community, I believe that CNN was reasonable to conclude that Lori believed at least some aspect of QAnon was real. She knew what QAnon was and what "Where We Go One, We Go All" meant, and knew how important Q was to General Flynn's legal defense.

The Flynn family's claims that Q is a "Nazi cult" that they would never have anything to do with are undercut by these facts. And the family's claim that "Where We Go One, We Go All" is a "family motto" or "expression of patriotism" that they were not familiar with before the "take the oath" video is undercut by the phrase only being associated with QAnon, except for its brief use in a film released over 20 years before Q made the first posts on 4chan, and by Lori Flynn's extensive use and sharing of the phrase long before July 4, 2020. It is also undercut by Valerie Flynn's video, taken immediately after the July 4 Oath in which the family excitedly watches the number of likes the video received on Twitter.[136]

Lori Flynn's statements of support for Q, and her liking and sharing of Q-related hashtags such as #WWG1WGA, #TakeTheOath, and #DigitalSoldiers were consistent with those of other publicly avowed QAnon believers. She made no effort to push back against the violent and undemocratic ideas that QAnon is built around until well after the July 4, 2020 "take the oath" video went viral – and has only targeted CNN in her pushback.

It is impossible to know with certainty whether Lori Flynn *believes* QAnon is real. But her actions speak clearly. She knew what QAnon stood for, wanted to appeal to its believers for financial purposes, was familiar with its catchphrases, evangelized it to friends and total strangers alike on Facebook, helped sell merchandise profiting from it, and attended multiple conferences where QAnon and her husband were major draws. By any reasonable definition, these are the hallmarks of QAnon followers.

---

[134] Ex. 28 (Email from Lori Flynn to Michael Flynn Jr., June 8, 2021, (PX_679-680)).
[135] Anders Anglesey, "Michael Flynn Pulls Out of QAnon Event in Las Vegas As Organizers Find New Venue," NEWSWEEK (Sept. 15, 2021), https://www.newsweek.com/michael-flynn-pulls-out-qanon-event-las-vegas-organizers-new-venue-1629337.
[136] Ex. 30 (PX_189).

Dated: June 5, 2023

Mike Rothschild