# EXHIBIT 10

### EXPERT REPORT OF MIKE ROTHSCHILD

*Valerie Flynn v. Cable News Network, Inc.* (M.D. Fla., No. 8:22-cv-00343)

### JUNE 5, 2023

## I.   OVERVIEW

I have been retained to provide an expert analysis in the following matters: *Jack and Leslie Flynn v. Cable News Network, Inc.* (S.D.N.Y., No. 1:21-cv-02587); *Lori Flynn v. Cable News Network, Inc.* (M.D. Fla., No. 8:22-cv-00512); and *Valerie Flynn v. Cable News Network, Inc.* (M.D. Fla., No. 8:22-cv-00343).  I was asked to examine the Flynn family's public and private support of the QAnon conspiracy theory, to explain the origin and growth of QAnon, and how the Q movement is connected to General Michael Flynn. In particular, I was asked to analyze exactly how the phrase the Flynns used during their "take the oath" video of July 4, 2020, "Where We Go One, We Go All," is a critical and unique part of the branding and iconography of QAnon – and is a phrase almost exclusively used by believers in QAnon.

### A.   Qualifications

I am a journalist who has spent the last decade writing about the mainstreaming of conspiracy theories and fringe culture. Most recently, I have focused my research and writing on the QAnon conspiracy theory, becoming one of the first journalists to examine its growth from message board posts to an international movement with real-world consequences.

I am the author of hundreds of articles about QAnon, culminating in the book *The Storm is Upon Us: How QAnon Became a Movement, Cult, and Conspiracy Theory of Everything*, published by Melville House in 2021. This was the first book to examine the QAnon movement from its predecessor scams and antisemitic tropes, through its expansion on the internet, and up until the aftermath of the January 6, 2021 insurrection. I have appeared on CNN, MSNBC, NPR, PBS, and the BBC. I have also been interviewed or had my book featured by *The Washington Post, The New York Times, NBC News, Vice, The Guardian, The New Yorker, Rolling Stone, The Daily Beast, Financial Times, Politico, Bloomberg, Forbes*, and many others. A complete list of publications I have authored in the previous ten years is attached as Exhibit A, and a copy of my resume is attached as Exhibit B.

I gave written testimony to the January 6th Select Committee on the role of QAnon in the stolen election discourse on March 23, 2022; testified in person to the House Committee on Administration about the threat of election misinformation on June 22, 2022; spoke on a panel on QAnon at the ADL's annual "Never is Now" conference on November 8, 2022; and delivered a keynote speech at the Center For Jewish Civilization's conference "120 Years of the *Protocols of the Elders of Zion*" on April 24, 2023.

### B.   Prior Expert Testimony

As an expert witness, I have provided written expert reports in the following additional cases in the last four years:

1

- *Eric Coomer, Ph.D. vs. Donald Trump for President, et al.* (Denver Cty. District Court, Colorado No. 2020-cv-034319): Provided written report on the links between QAnon and defendants Donald Trump for President, Rudy Giuliani, Joe Oltmann, Chanel Rion, One America News Network, Eric Metaxas, and Jim Hoft in defamation case brought by former Dominion Voting Systems executive Eric Coomer in 2021 – qualified as an expert by court (May 13, 2022).

- *Eric Coomer, Ph. D. vs. Make Your Life Epic LLC dba ThriveTime Show, and Clay Clark* (D. Colo. No. 1:21-cv-3440): Provided written report on the links between QAnon and the ReAwaken America tour, its individual speakers (including General Michael Flynn), and its founder Clay Clark, in defamation case brought by former Dominion Voting Systems executive Eric Coomer in 2021 – qualified as an expert by court (March 7, 2023)

- *Eric Coomer, Ph. D. vs. Patrick Byrne, Steven Lucescu, and The America Project, Inc.* (D. Colo. No. 1:22-cv-1575): Provided written report on the links between QAnon and the team behind the "stolen election" film *The Deep Rig* (which featured General Flynn), in defamation case brought by former Dominion Voting Systems executive Eric Coomer in 2022

- *Jessica Herold vs. Jon Herold* (South Central District Court, North Dakota No. 08-2021-DM-00617): Provided written report on links between QAnon and the "devolution" conspiracy theory for divorce case involving right-wing social media influencer Jon Herold, who created and monetized the theory

## C. Compensation

I am being compensated for my time at the rate of $600 per hour. My rate for deposition or trial testimony will be $800 per hour.

## D. Facts and Data Considered

The documents and materials I have considered for this report include:

- My 2021 book *The Storm is Upon Us: How QAnon Became a Movement, Cult, and Conspiracy Theory of Everything* (Melville House), and all related interviews and archival material
- My previous written articles and interviews related to QAnon
- All deposition transcripts in this matter
- All relevant social media and archives of deleted posts in this action
- Operative Amended Complaints in each of the three actions
- All news articles cited within this Expert Report
- All exhibits cited within this Expert Report

I also reserve the right to supplement this report with additional material should it become available.

## II.    SUMMARY OF OPINIONS

I understand that in this MDFL Action, Valerie Flynn alleges she was defamed by a CNN report that labeled her as a "QAnon follower." I do not think the report labels her a QAnon follower. But in my expert opinion, it would be reasonable for any news organization, including CNN, to conclude that Valerie Flynn was either signifying that she was a QAnon follower or was comfortable being associated with QAnon, when she stood next to General Michael Flynn as he repeated the QAnon mantra "Where We Go One, We Go All."

I conclude this based on numerous factors, which include:

1. Standard journalistic practice of describing anyone who shares QAnon material or catchphrases as a follower or believer in the conspiracy movement – even if "belief" is a concept that cannot be quantitatively measured;
2. Many Q followers simultaneously use Q catchphrases and iconography while also denying they know anything about Q or actively claiming Q is fake – including Valerie's brother-in-law General Michael Flynn, family lawyer Sidney Powell, and QAnon podcaster Jeffrey Pedersen, a figure who has hosted members of the Flynn family on his show several times, and who distanced himself from QAnon in a motion to quash his subpoena, only to withdraw his motion and testify extensively about his links to Q;
3. The phrase "Where We Go One, We Go All" has virtually no other recent popular usage than in the QAnon movement, despite Valerie Flynn's Second Amended Complaint attempting to offer multiple other explanations for where the phrase originates;
4. The timing of the "oath" taken by the Flynn family, and how it quickly followed a Q drop on the image board 8kun that used the exact same phraseology – and how it was quickly adopted by both the QAnon movement in general and General Flynn in particular;
5. Valerie Flynn's role in the creation of the "Digital Soldiers Media, LLC" company, which was registered with her home address as the place of business, and payments were sent from her joint checking account with her husband, Joe Flynn, based around a QAnon slogan; and
6. Joe Flynn's active role in promoting QAnon, appearing on dozens of QAnon-themed podcasts, and appearing at QAnon events.

## III.    BACKGROUND ON JULY FOURTH OATH VIDEO

On July 4, 2020, General Flynn and members of his family, including Valerie Flynn, participated in the making of a video based on the trend among believers in the QAnon conspiracy theory to "take the oath," which was inspired by a Q drop. In the video, General Flynn leads his family, including Valerie Flynn, in reciting the oath of office taken by newly enlisted members of the military along with federal elected officeholders.

When the oath was completed, General Flynn shouted the QAnon slogan "Watch CNN Go Where We Go One, We Go All" which the other family members, including Valerie Flynn, subsequently repeated. This oath, which will I refer to as the July Fourth Oath, is identical to a Q drop, as will be discussed below. After the July Fourth Oath, the Flynns then repeated the same

sequence for the phrase "God Bless America." Jack Flynn, Leslie Flynn, and Wilson Powell, son of General Flynn's lawyer Sidney Powell, each testified that the video was filmed twice to ensure it was to their liking, before General Flynn and multiple members of his family quickly shared the video clip of "the oath" on Twitter, where it went viral among General Flynn's followers, and received hundreds of thousands of views and shares.

In February 2021, more than seven months later, CNN aired a report, called "Inside a Gathering of QAnon Followers," that reported on a small convention of QAnon believers called "Q Con Live!" held in Scottsdale, Arizona in October 2020, which featured several prominent figures in the QAnon world including QAnon podcaster Jeffrey Pedersen, known as "InTheMatrixxx," 8chan owner Jim Watkins, the "Q Shaman," and QAnon musician JT Wilde. In the Report, after JT Wilde sings "Where We Go One, We Go All," the QAnon slogan, CNN reporter Donie O'Sullivan says "'Where We Go One, We Go All,'" an infamous QAnon slogan promoted by Trump's first national security advisor, Michael Flynn." Immediately after he speaks these words, there is a clip of the July Fourth Oath that shows General Flynn – and only General Flynn – saying "Where We Go One, We Go All," as Valerie Flynn stands wordless next to him, with her right hand raised.

Other than a reference to General Flynn's use of QAnon slogans like "Where We Go One, We Go All," the segment is entirely about the growth and spread of the QAnon conspiracy theory and in its belief by many arrested Capitol rioters. It is not about Valerie Flynn, it does not name Valerie Flynn, and she does not speak in the video.

## IV.    THE BASICS OF QANON

The movement known as "QAnon" is elastic and difficult to define. Not all QAnon believers approach it in the same way. Many believe in some of the central tenets of QAnon – the idea of an all-powerful secret government that controls world events, the 2020 election being stolen by Joe Biden, COVID-19 being a bioweapon and the vaccine a tool for depopulation – without believing in the more outrageous aspects of the theory, such as that the world is run by a Deep State cabal of pedophiles, and that John F. Kennedy Jr. is still alive. As Jeffrey Pedersen, host of the QAnon-aligned MG Show podcast testified at his deposition, Anons do not have to believe the most extreme viewpoints, like satanic sex rings, to be considered followers.[1]

QAnon, then, is not a coherent belief system. It does not present itself as a religion, a political movement, or a traditional cult that requires lockstep agreement with the leader. Instead, it has aspects of all three, and those aspects have come to be the driving force of American conservative politics in the post-Trump era.

---

[1] Ex. 1 (Pedersen Depo. Tr. 29:5-22 ("Q. Is what you just said true, that you found no references to satanic sex rings, vampires or inter-dimensional beings in QAnon posts? A. That's correct. Q. In fact, one could be an Anon who analyzed the Q posts without believing in any of those things, right? MR. BISS: Object to the form. BY MS. BOLGER: Q. Okay. I'll rephrase it. An Anon, who was looking at the Q posts, wasn't necessarily saying that there were satanic sex rings, right? A. There might have been Anons that did say that. Q. But there were also ones that did not, correct? A. Correct.")).

The movement began in late October 2017, with anonymous posts on the image board 4chan. The posts were made by someone who first called themselves "Q Clearance Patriot" after the Department of Energy classification for having access to information related to nuclear power, then just "Q." The first Q "drops," the name for these cryptic messages, claimed that Donald Trump would soon be initiating a top-secret military operation to purge America of its domestic enemies, involving military assets, martial law, and possibly a large-scale blackout of the internet.

In their first post, Q claimed that Hillary Clinton's passport was being flagged as she attempted to flee the country, which would lead to her arrest alongside members of her inner circle. The news of her "extradition" would trigger a vast unsealing of secret indictments against the Democratic Party, Barack Obama, George Soros, and hundreds of other elites in banking, the entertainment industry, and the mainstream media. Q said the arrest would be quickly followed by a series of field tribunals, and executions of the "guilty" – all carried out by armed forces personnel acting under the orders of military intelligence. What would follow would be a new utopia of peace and freedom, made possible by Donald Trump, the greatest strategic thinker and tactician the world had ever seen.

Despite no evidence that any of this was real, and no reason why a "military intelligence team" would use a board as chaotic and racist as 4chan to leak classified information, Q's story immediately picked up steam.

Within just a few days, a small cadre of acolytes began to add their own interpretations to Q's posts on 4chan, Reddit, and in YouTube videos. One of these early Q influencers was Tracy "Beanz" Diaz, a figure who would go on to work with General Michael Flynn on multiple business ventures – while simultaneously saying she has nothing to do with QAnon.  Throughout November 2017, Q added more and more details to what was going to happen in the upcoming "Storm," such as the use of the Emergency Alert System to notify patriots, miliary personnel called up to crush leftist riots, various blackouts and internet outages carried out in retaliation, and a general sense of chaos. "The Storm" was timed to coincide with what some conspiracy believers thought would be an "antifa uprising" on November 4, 2017 – which Q claimed was going to result in nationwide martial law.

But neither the "uprising" nor the mass arrests took place, and by mid-November 2017, Q's initial story fizzled out. Cultic movements are, however, remarkably resistant to disconfirmation or being proven wrong. And Q had already found both a fan base willing to rationalize the failure of Q's prophecies and a growing web of influencers making money off it. Q moved forward, creating a complex story based around a vast silent, fictional, secret war between the forces of good and evil taking place on a countless number of fronts and involving an incomprehensible array of people and events.

The home of Q's drops changed on November 25, 2017, when the poster moved from 4chan to another imageboard called 8chan. 8chan was renowned for its "shock" content, and in June 2019, 8chan lost its web security hosts after the site was used to post hate-filled manifestos by multiple mass shooters. It was quickly hacked and went silent, only to be rebuilt by its owner

Jim Watkins as "8kun" and relaunched in November 2019. Even before the site was publicly available to post on, Q began making drops on the board, and the Q story continued.

As time went on, Q also provided ways for believers to participate in the story through decoding the posts, making memes to share on social media, and adding their own elements to what Q was spinning out. The sharing of memes is critical in QAnon for both spreading Q's theories and for turning on potential new converts. Q drops frequently spoke of the importance of having "memes at the ready"[2] and many of them used familiar catchphrases like "Digital Soldiers" and "Where We Go One, We Go All." This elastic and malleable version of QAnon – a cryptic and rhetorical prophecy movement based around imminent mass arrests of the Deep State, with individual details added or removed according to each believer's personal interests –persisted through countless failures of its core predictions to come true.

Nothing Q claimed would come to pass ever took place, and the Q poster themselves even disclaimed some of the more fanciful elements of the theory that the media routinely mocked, such as John F. Kennedy Jr. still being alive. Through it all, there was never any evidence that a military intelligence team was making the posts or that Trump was involved at all. But Q drops kept coming until shortly after Trump lost the 2020 election, except for a brief and mostly impact-less return in 2022.[3]

Q is based on certain real ideas, such as the existence of Q Clearance, but loads them down with fantasy and wishful thinking. It has both cultish and occult aspects, but also deviates from traditional cultic movements. And those who read and decoded Q's posts included a broad range of Americans – Trump die-hards, conservatives, college-educated, coastal professionals from both parties, along with progressive-leaning moms, New Age devotees, vaccine skeptics, and alternative medicine users during the isolation of the COVID-19 pandemic.

The mysterious "Q" who made the posts has never been identified with 100% certainty. A stylometric analysis of writing styles identified that, instead of the high-ranking US government official he claimed to be, Paul Furber, a South African web programmer, was the likely originator of Q drops on 4chan, with 8chan administrator Ron Watkins likely writing the bulk of those that came after Q's first few months. Watkins, known as "CodeMonkeyZ" on social media, would later become an influencer in the "stolen election" conspiracy theory and was interviewed by multiple news outlets regarding his "expertise" in hacking Dominion Voting Systems machines – expertise he did not actually have.

---

[2] Ex. 36 (https://qposts.online/post/2147).

[3] In keeping with how Q believers do not all believe the same aspects of QAnon, such as John F. Kennedy Jr. still being alive or "adrenochrome" being a super drug of the elite.  Indeed, neither of these concepts are ever mentioned in a Q drop, many Q believers discredit the 2022 drops as being "fake," emphasizing again the a la carte nature of the QAnon belief system.

Both Ron and his father Jim Watkins are familiar faces in the conspiracy theory community around Q, and were also involved in the January 6 insurrection. Jim Watkins was also an attendee at the "Q Con Live!" event that formed the basis of CNN's report.[4]

Q's message of utopia through extrajudicial oppression of "enemies" gave believers hope, and let them in on secret knowledge that "they" did not want anyone to have. And an ecosystem of Q promoters and far right figures ruthlessly took advantage of their belief. Many influential figures in Trump's orbit, such as Roger Stone, Alex Jones, Sidney Powell, Mike Lindell, and Rudy Giuliani have all either endorsed QAnon or paid lip service to it to raise money for General Flynn's Legal Defense Fund.

But there may be no figure who bridges the gap between Trump and Q more than General Michael Flynn, Trump's former National Security Advisor. For several years, General Flynn has spoken at Q and conspiracy-themed conferences, sold QAnon merchandise, worked with QAnon influencers, and used variations on Q iconography in his other writings and speeches. During these statements, General Flynn often spoke about how he and his "family," which he testified included his siblings, were grateful for the support of his Legal Defense Fund, which was evangelized by the Flynn family at every opportunity. Separating QAnon from the Flynn family has become nearly impossible, and if individual Flynn family members do not "believe" Q is real, they seem to have no issue with the money that Q has made them.

In fact, in their own depositions in this case, members of the Flynn family make it clear that they would accept donations to General Flynn's Legal Defense Fund from "anybody that was supportive of [General Flynn], whether they were QAnon people or not."[5]

## V.   WHAT DOES IT MEAN TO BE A "QANON FOLLOWER?"

There is no definition for what a QAnon follower is, or what "following" QAnon actually entails. But it can take many forms, none of which require a person to declare "I am a QAnon follower." It can involve sharing QAnon slogans and memes, but it does not have to. And while many Q believers were actively involved in reading and decoding Q's "drops," there have not been any since December 2020 (other than a few in 2022), so that cannot be used as a yardstick to gauge fervency. Many do not even use the term "QAnon" itself, believing it to be a "false flag" developed

---

[4] David Kirkpatrick, *Who Is Behind QAnon? Linguistic Detectives Find Fingerprints*, N.Y. TIMES (Feb. 19, 2022), https://www.nytimes.com/2022/02/19/technology/qanon-messages-authors.html.

[5] Ex. 2 (Lori Flynn Depo. Tr. 345: 5-25-346: 1-4 ("Q. Okay. And he's -- he says, 'We the people' -- sorry. '#WeThePeople know the #Truth. The #DeepState is scared of @GeneralFlynn.' And then it lists some people. A. Right. Q. And then there's four American flags, which are #ClearFlynnNow, #IStandWithGenFlynn, #QArmy, #WWG1WGA. Do you see that? A. Uh-huh (indicates affirmatively). Q. And there is, in fact, a link to the Mike Flynn defense fund, right? A. Yes. Q. And you tweeted out this on December 3rd, 2018? A. Anything that had the defense fund legal URL, whatever, I tweeted -- retweeted, because I wanted people to go to it and a donate. Q. Okay. And you didn't mind -- and you didn't care if they were the QAnon followers or not? A. Whoever wanted to donate to my husband's case -- I don't know who they were, but -- Q. You were happy to take the money? A. Yeah.")).

by the media to make believers look mentally ill.[6] One must look at what those who support Q say in public, and how they say it.

Instead of outright declaring their beliefs, those who follow the Q movement use other signifiers. They use the catchphrases used in Q drops – pat statements like "watch the water" or "you have more than you know." They wear clothing with Q logos on it. They often customize and spread their own versions of the movement, since not every Q believer thinks every aspect of QAnon is true – many claim the ideas that JFK Jr. is alive or that the Deep State harvests "adrenochrome" from frightened children are fake because they do not appear in Q drops. And they spread videos and podcasts made by influential figures aligned with Q.[7]

Using a Q term or meme in public shows others that you approve of QAnon, and you want people to know that. That is exactly what Valerie Flynn did with using the phrase "Where We Go One, We Go All" in the July Fourth Video.

Ultimately, belief in QAnon, like any religious or mass movement, lies in the heart of the individual. It is impossible to truly know if a person who uses the iconography of QAnon actually believes that "Q" was an actual military intelligence operation, just as it is impossible to truly know if a person who attends church every Sunday *actually* believes in God. All we have to go on to measure belief are what a person does and what they put out to the world.

In my experience reading the posts and seeing the videos of thousands of Q believers, if a person acts and speaks as if they believe QAnon is real, then there is no reason to think anything other than they are comfortable being associated with QAnon.

Using these standards, journalists and researchers routinely write that anyone who shares the branding, hashtags, catchphrases, or concepts directly developed by QAnon is a *believer*. The words *follower, adherent*, *believer, acolyte, anon,* or *supporter* can also be used; or a person who has used Q iconography can be described as having *endorsed*, *given credence*, *embraced* or been *Q-pilled.*

For example, in both 2020 and 2022, the left-leaning watchdog group Media Matters organization kept running lists of Congressional and other candidates who at some point shared something related to Q. The 2020 list ran to 106 candidates,[8] while in 2022 the site created lists for Q-supporting Congressional candidates,[9] gubernatorial hopefuls,[10] and state or local office

---

[6] Ex. 1 (Jeffrey Pedersen Depo. Tr. 33:13-34:6 ("A. Because the hashtag QAnon is now used in negative references in the mainstream media . . . . Q. What is a patriot who understands Q? A. There is Q. There are Anons. There is no QAnon.")).

[7] One also does not have to actually read Q drops on 4chan or 8chan/8kun to be a Q believer, as many Q adherents speak of reading drops on either Twitter or through aggregator sites that post the text of drops.

[8] Alex Kaplan, "Here are the QAnon supporters running for Congress in 2020," MEDIA MATTERS (Jan. 7, 2020), https://www.mediamatters.org/qanon-conspiracy-theory/here-are-qanon-supporters-running-congress-2020.

[9] Alex Kaplan, "Here are the QAnon supporters running for Congress in 2022," MEDIA MATTERS (June 2, 2021), https://www.mediamatters.org/qanon-conspiracy-theory/here-are-qanon-supporters-running-congress-2022.

[10] Alex Kaplan, "Here are the QAnon supporters running for Governor in 2021 and 2022," MEDIA MATTERS (Aug. 19, 2021), https://www.mediamatters.org/qanon-conspiracy-theory/here-are-qanon-supporters-running-governor-2021-and-2022.

candidates running for offices that would have a role in administering elections.[11] Most of the candidates on these lists are Republican, though a smaller number are either independent or Democrat. And every single one had acted in a way that indicated they believed – or were at least comfortable expressing their support for – the tenets of QAnon, usually by sharing Q slogans and quotes on social media.[12]

While many of these were fringe candidates who had little success, several were covered extensively by the US media. Among them were Oregon Republican Jo Rae Perkins, who won the Senate primary in 2020 and 2022 and routinely used QAnon catchphrases, including giving an interview with a WWG1WGA sticker in the background;[13] Minnesota Republican Danielle Stella, who gave a statement claiming she "stands 100% behind the principles of patriotism, unity/inclusiveness (WWG1WGA!) and love for country that QAnon promotes;"[14] and Republican tech investor Shiva Ayyadurai, who claims to have "invented email" and has retweeted multiple messages with WWG1WGA in them.[15]

Even after Trump left office and Q had essentially stopped posting, political candidates continued to endorse the Q movement and its ideas. Many ran in 2022 after espousing Q catchphrases and theories that the 2020 election was stolen, only to back down from their public endorsements:

- Colorado Congresswoman Lauren Boebert won re-election in 2022 after publicly endorsing QAnon and appearing on the livestreams of several major QAnon promoters, including Ann Vandersteel, who frequently hosts members of the Flynn family on her show.
- Losing Michigan secretary of state candidate Kristina Karamo attended the QAnon-themed "Patriot Double Down" conference in Las Vegas in 2021 and had been endorsed by the QAnon influencer "Juan O. Savin," only for her campaign to announce Karamo "does not and never has supported QAnon."
- Nevada secretary of state nominee Jim Marchant also attended the "Patriot Double Down" conference, followed numerous QAnon influencers on social media, and rehashed the text of Q drops – while also claiming not to know that the Las Vegas conference was linked to Q. Like Karamo, Marchant lost in the general election.[16]

---

[11] Alex Kaplan, "Multiple people seeking to run state elections are connected to QAnon," MEDIA MATTERS (Aug. 16, 2021), https://www.mediamatters.org/qanon-conspiracy-theory/multiple-people-seeking-run-state-elections-are-connected-qanon.

[12] Like the Flynn family in this litigation, some of these candidates have walked back their support of QAnon or claimed they do not know what it is. Maybe the most well-known member of Congress who has endorsed and later disclaimed QAnon is Georgia Rep. Marjorie Taylor Greene, who regularly spread conspiracy theories on social media before and while she was running for office. As part of this belief, Greene often spoke approvingly of QAnon and used its catchphrases and key concepts, including tweeting "WWG1WGA" at least once. Greene would later disavow QAnon, claim she had nothing to do with it, and was merely "sucked into" false claims she had read online.

[13] Kaplan, *supra* note 8.

[14] Ibid.

[15] Ibid.

[16] Ibid.

As in these instances, it is common in QAnon to claim you know nothing about Q, while signaling to other believers that you do. This denial of supporting Q even while endorsing Q extends to figures in the overlapping circles of lawyers, pundits, and content creators close to Donald Trump. In one example, Sidney Powell has spread conspiracy theories about the Deep State, George Soros, and the "real" controllers of the Federal Reserve—all constant targets of QAnon. She appeared on the "Patriot's Soapbox" QAnon YouTube show, and has retweeted major QAnon promoters, while using QAnon catchphrases in her tweets, including making references to "The Storm."[17]

All the while, Powell was denying that she had anything to do with Q or even knew what it was, telling Politico in an email "I don't know anything about Q Anon [sic], or Q. I couldn't tell you what that was."[18]

General Flynn has especially walked this tight rope. He has openly supported and fundraised off QAnon, freely used its catchphrases, and lent his own "Digital Soldiers" branding to the Q movement. General Flynn wore bracelets stamped with "WWG1WGA," signed copies of his book *The Field of Fight* with the slogan "Where We Go One, We Go All" and used it multiple times in private direct messages.[19] He was also photographed holding and auctioning off a homemade quilt with a large Q on it at the Q-themed "For God and Country Patriot Roundup" in Dallas in May 2021, and appeared on Jeffrey Pedersen's "MG Show" livestream with his brother Joe on July 22, 2021, with the page for the episode on Rumble including WWG1WGA in the episode description, and Pedersen exclaiming "Where We Go One, We Go All" – which both General Flynn and his brother enthusiastically repeat.[20]

But after both the QAnon involvement in the January 6 Capitol riot and the inauguration of President Biden, General Flynn has publicly and privately disparaged QAnon, claimed that "there is no plan," and on a phone call with Trump attorney Lin Wood (another figure who has both praised and denigrated the QAnon movement), called QAnon "disinformation" and "CIA-run nonsense."[21] All the while, he has been appearing at conferences where Q branding routinely appears and using ideas almost identical to Q.

Valerie Flynn's Second Amended Complaint correctly points out that QAnon has been condemned as a domestic terror threat by federal law enforcement, and compared by the media to

---

[17] Ewan Palmer, *Sidney Powell's Ties to QAnon Movement Explained*, NEWSWEEK (Dec. 3, 2020), https://www.newsweek.com/sidney-powell-qanon-voter-fraud-lawsuits-georgia-1552050.

[18] Keith Kloor, *The #MAGA Lawyer Behind Michael Flynn's Scorched-Earth Legal Strategy*, POLITICO MAG. (Jan. 17, 2020), https://www.politico.com/news/magazine/2020/01/17/maga-lawyer-behind-michael-flynn-legal-strategy-098712.

[19] Ex. 37 (Travis View, "Gen. Flynn likes to play footsie with the QAnon community. For example, at the Gateway Eagle Council in September, he signed a few books with the Qanon slogan. More recently, Flynn changed his Twitter background image to an image taken from a video by a prominent Q believer." @Travis_View, TWITTER (Nov. 23, 2018), https://twitter.com/travis_view/status/1066134346342424576).

[20] "MG Show Presents General Flynn & Joe Flynn," RUMBLE (July 22, 2021), https://rumble.com/vk6v0u-mg-show-presents-general-flynn-and-joe-flynn.html.

[21] David Gilbert, "Michael Flynn Says QAnon Is CIA-Run 'Nonsense.' His Supporters Don't Care," VICE (Nov. 29, 2021), https://www.vice.com/en/article/3abbkb/michael-flynn-dismisses-qanon-leaked-call-lin-wood.

both ISIS and the Nazi Party.[22] But her Second Amended Complaint does not attempt to explain Valerie's conscious decision to repeat the Constitutional Oath of Office followed by the QAnon slogan "Where We Go One, We Go All," hoping it would go viral. It also does not explain her role selling merchandise at the QAnon-themed ReAwaken America conference, or her husband's extensive involvement with QAnon, including registering Digital Soldiers Media, LLC's principal place of business as their joint home address using their joint finances, or his own numerous appearances on QAnon media and at Q-friendly conventions.

## VI.  GLOSSARY OF KEY TERMS

QAnon has its own jargon. It is a language of acronyms, codes, catchphrases, and hashtags that mean nothing to most people, but become a way that Q believers can signify their belief to others. And understanding them is the key to unlocking how QAnon works, why it sucks people in, and why a person can plausibly claim that they know nothing about QAnon while spouting its terminology and mythology.

Crucially, many of these phrases sound completely banal. Q is full of what the sociologist Robert Lifton dubbed "thought-terminating cliches," simple phrases that reinforce belief for those who know what the phrase means, and have little meaning to those outside the belief system. "Where We Go One, We Go All" is the best known, but others in this genre include "trust the plan" or "nothing can stop what's coming" or "you have more than you know" or "future proves past." Using them means you are in the "in group," talking to friendly people who share your values and have "learned the comms," to quote another Q catchphrase.

When Q supporters use these phrases or post on these sites, they are signaling their support for each other and letting each other know that they are among friends who will not "cancel" them or ridicule their beliefs. They do not proclaim their belief by saying they are believers – they do it by using coded language like the following:

### A.  "WWG1WGA" / "Where We Go One, We Go All" – appears in 201 Q drops

It is just a simple seven-word phrase, similar in tone and sentiment to cliches like "all for one and one for all" or "together we stand, divided we fall." But the phrase "Where We Go One, We Go All" is crucial to this case – both understanding what it means, and determining where it came from.

Valerie Flynn alleged that "Where We Go One, We Go All," is a simple expression of family unity. She has referred to it as "a family motto" and claimed it is simply a harmless bit of patriotism and based on various classics of literature.

But "Where We Go One, We Go All" is not that. It is a key catchphrase in the QAnon movement, and is popularly used only by the QAnon movement.

QAnon first used it in a post on January 8, 2018, writing:

---

[22] ECF No. 58 (Valerie Flynn Second Amended Complaint, 16).

IMPORTANT:
NO private comms past/present/future.
NO comms made outside of this platform.
Any claims that contradict the above should be considered FAKE NEWS and disregarded
immediately.
WHERE WE GO ONE, WE GO ALL.
PATRIOTS.
Q[23]

After that post, Q used both "Where We Go One, We Go All" and its abbreviation
"WWG1WGA" in hundreds of posts, often in replies to tweets that Q spotlighted. The phrase
quickly made its way to a raft of Q merchandise and promotional items, and continues to be the
most well-known and shared catchphrase in the Q movement. When a political candidate is labeled
a "QAnon believer," it is usually because they shared a variation on "Where We Go One, We Go
All" on social media – including at least a dozen of the politicians on Media Matters' 2020 QAnon
candidates list, including those with national coverage like Jo Rae Perkins and Danielle Stella.

Flynn family members embraced the phrase by selling merchandise branded with
WWG1WGA to pay off General Flynn's legal bills. General Flynn and his wife, Lori, sold
merchandise that said #WWG1WGA and other Q-branded material for a website called "The Shirt
Show." And they knew it was a phrase associated with QAnon. On December 21, 2020, The Shirt
Show CEO and founder, Jennifer Freitas, emailed General and Lori Flynn, Joe Flynn, and Michael
Flynn Jr. to inform them that Shopify, the site through which The Shirt Show had been created,
had removed all clothing items featuring WWG1WGA from the store due to their association with
QAnon.

In an email back to Freitas, Lori Flynn complained that Shopify "hate[s] QAnon, people
that are American patriots." She also asks "what apparel has the WWG1WGA on it?" This is a
clear demonstration that members of the family knew, at the very least, that the phrase is linked to
QAnon, and were willing to use it if it could help fund General Flynn's legal defense.[24]

In her Second Amended Complaint, Valerie Flynn implies that there is a genuine debate
over the origin of the phrase, claiming:

According to some, the phrase "Where We Go One, We Go All" was first engraved
on a bell on one of President John F. Kennedy's sailboats, acknowledging the unity
of mankind. In his video published on July 4, 2020, General Flynn intended to
encourage people to think about being good citizens, to love country and be good
patriots. The video had nothing to do with QAnon or recruiting "Digital Soldiers"
for                an                apocalyptic                reckoning.
[https://www.washingtonexaminer.com/news/michael-flynnrecites-oath-of-office-
using-slogan-associated-with-qanon]. Others say that the phrase "Where We Go
One, We Go All" is inscribed on the bell of the 1911 brigantine rigged sailing ship

---

[23] Ex. 33 (https://qposts.online/post/513).

[24] Ex. 10 (Email from Lori Flynn to Jennifer Freitas, et al., December 21, 2020, (PX 0674)).

Eye of the Wind. [https://www.eyeofthewind.net/en/gallery-ship?os_image_id-335].

Eye of the Wind was used in the Ridley Scott-directed film White Squall (1996), where the ship was called Albatross. Captain Christopher Sheldon (played by actor Jeff Bridges) says in the film, "If we don't have order, we have nothing. Where We Go One, We Go All." Still others say that the phrase "Where We Go One, We Go All" is similar to the Latin "Unus pro omnibus, omnes pro uno", made famous in the Alexandre Dumas novel The Three Musketeers (1844) as "All for one, and one for all."[25]

The implication is that this debate absolves the Flynn family of using it in connection with QAnon, because nobody can agree on where the phrase came from – "some" say one thing and "others" say something else. This is false.

In fact, far from providing an alternative explanation, the Flynns' description of the phrase is itself consistent with QAnon lore. As the Second Amended Complaint acknowledges, the phrase is etched into the bell of the schooner Eye of the Wind, first built in 1911. The film White Squall used Eye of the Wind[26] as a set, and took the language "Where We Go One, We Go All" from the engraving on its bell. But what the Second Amended Complaint does not acknowledge is that until White Squall was released, the phrase had no popular footprint. And as White Squall was a box office bomb, it stayed in obscurity until Q revived it in a Q drop in 2018.[27]

In her Second Amended Complaint, Valerie Flynn alternatively claims that "Where We Go One, We Go All" was "first engraved on a bell on one of President John F. Kennedy's sailboats, acknowledging the unity of mankind." This claim is provably false. There is no such photo of any such bell on the deck of any yacht owned by the Kennedys. The photos they use of the engraved bell are either photos of Eye of the Wind or stills from White Squall, including one posted by Q on April 9, 2020.[28] Even making this argument shows that Valerie Flynn is steeped in QAnon lore.

Similarly, when asked about the oath by the New York Times, Sidney Powell (who is not named in the story) claimed it was an interpretation of "the works of a 16th-century poet."[29] In a different email, sent to a journalist from Talking Points Memo, Powell quotes John Donne's 1624 poem "For Whom the Bell Tolls" as a possible source for the phrase.[30] On Twitter several days after the video was posted, Powell again claimed the phrase "represents the sentiments expressed by John Donne in For Whom the Bell Tolds [sic]" while sharing a meme with the "digital soldier

---

[25] ECF No. 58 (Valerie Flynn Second Amended Complaint, 8).

[26] Anita Chabria, "Lizard people, deadly orgies and JFK: How QAnon hijacked Hollywood to spread conspiracies," L.A. TIMES (Dec. 7, 2021), https://www.latimes.com/california/story/2021-12-07/how-qanon-has-hijacked-hollywood-movies-for-conspiracy-theories.

[27] Moreover, it is not unusual for Q to appropriate concepts from Hollywood films. Much of Q's mythology and iconography are cribbed from sci-fi films like The Matrix and Blade Runner 2049, while the Q poster makes numerous direct references to the films The Godfather Part III, Alice in Wonderland, and Iron Eagle.

[28] Ex. 45 (https://qposts.online/post/3924).

[29] Matthew Rosenberg & Jennifer Steinhauer, "The QAnon Candidates Are Here. Trump Has Paved Their Way." N.Y. TIMES (July 14, 2020), https://www.nytimes.com/2020/07/14/us/politics/qanon-politicians-candidates.html.

[30] Ex. 12 (Email from Sidney Powell to Matt Shuham, July 6, 2020 (PX_1253-1255)).

oath" – including WWG1WGA. And when asked by the *Washington Examiner* about the phrase, Powell would offer yet another explanation, that it was engraved on the bell of John F. Kennedy's yacht.[31]

To be clear, before 2018, the phrase had virtually no other cultural imprint, nor is it a generic statement of patriotism or support, and it was never the "Flynn family motto" as the family has claimed.[32] Multiple Flynn family members also testified that July 4, 2020, was the first time they had ever said "Where We Go One, We Go All."[33] It did not originate in *The Three Musketeers* or in "For Whom the Bell Tolls." It was not engraved on any part of any boat John F. Kennedy ever owned. It was unearthed by Q from the flop film *White Squall*. It is a QAnon slogan, and only a QAnon slogan.

### B. "Take the Oath" – appears in one Q drop, ten days before Flynn takes the oath

On June 24, 2020, in Q drop #4510, Q used the phrase "Take the Oath" (not as a hashtag) with its full text reading:



As Jack Flynn testified at his deposition, the words in Q drop #4510 were identical to the words he and his family recited on July 4, 2020.[34]

The hashtag exploded in popularity after the Q drop on June 24, 2020, generating more than 800,000 tweets in the two weeks between the Q drop and General Flynn's posting of the video

---

[31] Jerry Dunleavy, "Michael Flynn recites oath of office using slogan associated with QAnon," WASH. EXAMINER, (July 5, 2020), https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon.

[32] David Gilbert, "Michael Flynn's Family: That QAnon Oath Video Is Just Our Family Motto," VICE (July 7, 2021), https://www.vice.com/en/article/akgny8/michael-flynns-family-that-qanon-oath-video-is-just-our-family-motto.

[33] Ex. No. 3 (Valerie Flynn Depo. Tr. 108:3-7 ("Q: What does WWG1WGA stand for? A. Where we go one, we go all. Q. And when is the first time you heard that phrase? A. When I said it."); Ex. 4 (Leslie Flynn Depo. Tr. 57:3-7 ("Q: What was the first time you said 'We go one, we go all'? A. That day.")).

[34] Ex. 5 (Jack Flynn Depo. Tr. 31:18-20 ("Q: I'm asking you if the words are the same [in the Oath Video] as what you see here [in Q drop 4510] A: The words are the same.")).

on July 4, 2020.[35]  Over 650,000 of these tweets included #TakeTheOath, and half included the hashtag #WWG1WGA.[36]

Sometime on June 27, 2020 – just a few days after the Q drop commanding "take the oath," – but before the family filmed its video, General Flynn changed the text of his Twitter profile to include #TakeTheOath, along with a US flag emoji.[37] By that point, Q believers had already started filming videos of themselves reciting it. Many had Q iconography in their Twitter profiles, including WWG1WGA, and wore Q shirts or displayed Q flags when they recited the lines. And far from just rank-and-file believers taking the oath, as at least one prominent Republican candidate for office in 2020, Oregon Senate candidate Jo Rae Perkins, recorded themselves using the QAnon phrase.[38]

On June 29, 2020, Twitter user @wgabrittany made her "first post as a digital soldier" with the hashtags #TakeTheOath, #qanon, #wwg1wga, before concluding with "God bless the United States of America."[39] On June 30, 2020, and again on July 3, 2020, Lori Flynn shared @wgabrittany's Take the Oath challenge on Twitter in more than 30 Facebook direct messages with family, including Valerie Flynn, friends, and General Flynn supporters whom she had never met.

The Flynn family took the oath on the Fourth of July, raising their right hands and reciting the Constitutional Oath of Office and adding "Where We Go One, We Go All" and "God bless America" at the end, just like both the Q drop and Twitter user @wgabrittany instructed. They then took the oath *again*, to make sure it was perfect for a viral video. Then they shared it on Twitter, watching as the media coverage around the "oath" video went viral and as Q followers embraced it.[40]

General Flynn's use of the hashtag, and his family members' frequent shares of it, had as much to do with the phrase trending on Twitter in July 2020 as Q's post in June did. Due in part to the Flynn family's constant sharing, the video clip of "the oath" amassed more than one million views in just a few days. The Flynns themselves were aware of the virality of the movement, and "not just [on] Twitter," as Lori Flynn put it in her deposition. "It was on Instagram, Twitter,

---

[35] Ex. 13 (PX_250).

[36] Ex. 57 (Shayan Sardarizadeh, "The meteoric rise of #TakeTheOath[.] On 24 June on 8kun, Q asked believers in QAnon cosnpiracy [sic] theory to symbolically take the oath on social media platforms. Since then, the hashtag has generated nearly 800,000 tweets, with many followers posting videos of themselves doing it," @Shayan86, TWITTER (July 6, 2020), https://twitter.com/Shayan86/status/1280287853394776064).

[37] The hashtag appears in an archived link to Flynn's profile dated June 27, 2020, Ex. 77 (https://web.archive.org/web/20200627044312/twitter.com/genflynn), and does not appear in an archived link on June 26, 2020, Ex. 78 (https://web.archive.org/web/20200626230452/twitter.com/genflynn).

[38] Rosenberg & Steinhauer, *supra* note 29.

[39] Ex. 2 (Lori Flynn Depo. Tr. 59:10-22).

[40] Ex. 48 (REL0000462158 Oath tweet with #qanon shared by Lori Flynn); Ex. 4 (Leslie Flynn Depo. Tr. 49:16-20 ("Q. After the -- after General Flynn posted that video to Twitter -- and there was quite a lot of media coverage about it; isn't that right? MR. BISS: Object to the form. THE WITNESS: Yes.")); Ex. 2 (Lori Flynn Depo. Tr. 256:5-8 ("I was supportive of anybody that was supportive of my husband, whether they were QAnon people or not at that point [January 13, 2021].")); Ex. 2 (Lori Flynn Depo. Tr. 32-33); Ex. 6 (General Flynn Depo. Tr. 33:23-25; 34:1-4 ("Q. So after you posted that tweet, there was a blip of media coverage, shall we say, that were calling your decision to say the oath and post the oath, saying that it was language used by QAnon, right? A. There was.")).

Facebook. Everybody was taking the oath."[41] Valerie Flynn similarly testified that she expected the video to go viral, but also was aware that it was posted on Twitter within minutes, and hoped that "people would join in and the people that supported [General Flynn] would see it" and recalls asking her family, "Are people seeing it?"[42]

After General Flynn tweeted the video of his siblings and their spouses "taking the oath," the coverage laser-focused on the phrase's link to QAnon. "Fmr. NSA Michael Flynn apparently takes 'QAnon' oath on Independence Day," was the headline of the story on MSNBC after the video was made public, with the sub-headline adding "Over the Independence Day weekend, Former National Security Advisor Michael Flynn was recorded reciting the Qanon [sic] pledge."[43]

The headline on *Mother Jones* that day read, "To Celebrate the Fourth, Michael Flynn Posts a Pledge to Conspiracy Group QAnon,"[44] while Canada's CTV wrote a story on the video titled "Michael Flynn takes QAnon oath in Fourth of July video."[45] *The Independent*, *Salon*, *Politico*, and many others also covered the video, all specifically calling it a "QAnon oath" and including the video of the Flynn family in their coverage.

The right-leaning *Washington Examiner* published a story on July 5, 2020, on the "take the oath" video, explicitly saying "Flynn and the others ended the short video by quoting a popular QAnon slogan — 'Where We Go One, We Go All!'"[46]

Two weeks after the oath video was posted, the *New York Times* called it the "QAnon digital soldier oath" – using the phrase that General Flynn had trademarked – and noted that General Flynn was only among the most recent high-profile people to recite it.

And in reporting nearly a month after the video was posted, the *Washington Post* included General Flynn having "recently recorded a video of himself repeating an oath originating on 8kun" as part of its reporting on the FBI designating QAnon a domestic terror threat.[47]

Even in the reporting on the lawsuits filed by Valerie Flynn against CNN, the phrase is explicitly referred to as a QAnon oath. All told, dozens of news outlets in the US and abroad have

---

[41] Ex. 2 (Lori Flynn Depo. Tr. 32:8-9).

[42] Ex. 3 (Valerie Flynn Depo. Tr. 115:16-23; 116:7-15; 119:19-24).

[43] MSNBC (July 6, 2020), https://www.msnbc.com/msnbc/watch/fmr-nsa-michael-flynn-takes-qanon-oath-on-independence-day-87107141992.

[44] Jackie Mogenson, ""To Celebrate the Fourth, Michael Flynn Posts a Pledge to Conspiracy Group QAnon," MOTHER JONES (July 5, 2020), https://www.motherjones.com/politics/2020/07/to-celebrate-the-fourth-michael-flynn-posts-a-pledge-to-conspiracy-group-qanon/.

[45] Ryan Flanagan, "Michael Flynn takes QAnon oath in Fourth of July video," CTV NEWS (July 5, 2020), https://www.ctvnews.ca/world/michael-flynn-takes-qanon-oath-in-fourth-of-july-video-1.5012437?cache=.

[46] Dunleavy, *supra* note 31.

[47] Isaac Stanley-Becker, "How the Trump campaign came to court QAnon, the online conspiracy movement identified by the FBI as a violent threat," WASH. POST (August 2, 2020), https://www.washingtonpost.com/politics/how-the-trump-campaign-came-to-court-qanon-the-online-conspiracy-movement-identified-by-the-fbi-as-a-violent-threat/2020/08/01/dd0ea9b4-d1d4-11ea-9038-af089b63ac21_story.html.

linked the Flynns with QAnon specifically because they joined in on the #TakeTheOath movement and used the QAnon slogan.[48]

### C. "Digital Soldier" – appears in two Q drops

Another important phrase in the QAnon movement was first coined by General Flynn himself. On November 12, 2016, just days after Donald Trump's victory in the presidential election, General Flynn addressed an event for the Young America's Foundation, one of the founding sponsors of the far-right CPAC conference. General Flynn told the visibly young, deeply Trump-devoted crowd that what had just taken place was "not an election" but a "revolution" – and that the barricades in this revolution had been manned by "an army of Digital Soldiers" who had helped Trump completely turn politics as usual upside down through innovative online campaigns and organizing.[49]

"Digital Soldiers" became the shorthand for the fanatically devoted troll army that invaded the online space in the run-up to the election, creating and spreading conspiracy theories about Hillary Clinton to audiences that would never normally look at it. In particular, Trump's young fans would embrace memes as a tool for communication, spreading inflammatory pictures of Hillary Clinton, graphics making Donald Trump look heroic and masculine, and in at least one case, improper information about voting to share with Clinton supporters. Ultimately, the phrase gained traction in the QAnon community, and these memes became important ways of signaling to each other among members of the Q community, particularly after, as discussed above, Q instructed his followers to have "memes at the ready." [50]

The members of this "army of Digital Soldiers" saw General Flynn as their leader as much as General Flynn saw them as his army, waging a kind of irregular warfare where image boards and Twitter replies were just as significant battlefields as those in the physical space. And the concept of Digital Soldiers would play a major role in the next stage of General Flynn's career. Indeed, Jack Flynn consistently testified in his deposition that QAnon followers were "like groupies" and very supportive of General Flynn.[51]

There is no evidence that General Flynn played any role in the creation of QAnon – a claim that Jack and Leslie's Amended Complaint alluded to, attributing it to unnamed "left-wing media outlets."[52] But QAnon quickly became an efficient way for him to recruit more people to his cause, and to pay off his legal bills. The iconography of the "Digital Soldier" movement was a huge part of this – followers routinely added three stars to their Twitter bios to honor General Flynn's three-star general rank, used hashtags like #DigitalSoldier, #AllInForFlynn, and #FlynnFridays, and

---

[48] I have attached a more complete list of articles linking the "oath video" to QAnon, marked Exhibit 73.
[49] Candace Rondeaux, "The Digital General," INTERCEPT (June 27, 2021),
https://theintercept.com/2021/06/27/qanon-michael-flynn-digital-soldiers/.
[50] Ex. 36 (https://qposts.online/post/2147).
[51] Ex. 5 (Jack Flynn Depo. Tr. 188:18-25, 189:2-7 ("Q. Okay. As you sit here, is it your testimony that you don't know QAnon followers were supportive of your brother? MR. BISS: Object to form. A. They were bizarre, bizarre in their support of my brother I think, to some extent. Q. What do you mean by that? A. Like groupies. Like groupies.  Q. You mean they were groupies of your brother? A. yeah.")).
[52] ECF No. 7 (Jack and Leslie Flynn Amended Complaint, 2).

bought merchandise with similar branding – much of it endorsed by General Flynn and his extended family and supporters. The phrase was even used by General Flynn for a crowdsourced journalism venture called "Digital Soldiers," which had a website that proclaimed "Digital Soldiers from all over the world have stepped up to fill the void where real journalism once stood."[53]

And much of the reporting based around the oath taken from the July 4, 2020 video explicitly called it the "digital soldier oath."

While the term "Digital Soldier" is a huge part of General Flynn's branding and financial ties to the Q movement, Q only uses it twice, first in Q drop #4509, writing that those "chosen to serve their country" have the mission to "Support role of other digital soldiers [one falls another stands (rises)]" and then in Q drop #4637, responding to a Trump tweet with the phrase "Digital soldiers #FightBack."

It is telling that Q was posting about General Flynn at almost the exact same time as the Flynn family was taking the oath, writing a sequence of drops that are unmistakably about General Flynn and his role among QAnon believers.

This sequence of drops, all of which were posted on June 24, 2020, is:

- Q drop #4506, posted at 11:22 AM Eastern Time, an hour and a half before the "oath" drop, where Q writes:

```
The People's General.
Soon.
***
Q[54]
```

The drop clearly is a reference to General Flynn, as the three stars refer to the three stars he held as a lieutenant general, which General Flynn's supporters on Twitter would include in their bio. And numerous supporters have referred to General Flynn as "the People's General."

- Q Drop #4507, posted at 11:36 AM Eastern Time, is a tweet from the right-wing influencer "Techno Fog" that references the exchange between General Flynn and Russian ambassador Sergey Kislyak[55]
- Q Drop #4508, posted at 12:20 PM Eastern Time, is a meme claiming Barack Obama committed treason[56]
- Q Drop #4509, posted at 1:01 PM Eastern Time, was the first use by Q of the phrase "Digital Soldiers"[57]

---

[53] Matthew Rosenberg, "Pushing QAnon and Stolen Election Lies, Flynn Re-emerges," N.Y. TIMES (Feb. 6, 2021), https://www.nytimes.com/2021/02/06/us/politics/michael-flynn-qanon.html.
[54] Ex. 49 (https://qposts.online/post/4506).
[55] Ex. 50 ( https://qposts.online/post/4507).
[56] Ex. 51 (https://qposts.online/post/4508).
[57] Ex. 52 (https://qposts.online/post/4509).

- Q Drop #4510, posted at 1:06 PM Eastern Time, was the "Digital Soldier Oath," that General Flynn spoke and his family echoed on July 4, 2020[58]

The Q poster did not actually reference the Flynn video, as Q took two weeks off from posting from July 2 to July 17, 2020. But Q also uses other variations, such as "digital battleground" or "digital battlefield" or "information warfare" – a phrase General Flynn uses often, and served as the inspiration for his 2022 book on Fifth Generation warfare.

Digital Soldiers is a term General Flynn created, gave meaning to, and exploited for his own purposes. QAnon believers thought they were Digital Soldiers, saw General Flynn as their commander, and General Flynn and his family were happy to be perceived that way, because it raised money for his Legal Defense Fund.

### D.  "The Storm" – appears in 13 Q drops

The concept of "The Storm" is a critical part of the QAnon mythology. It represents the long-awaited purge of President Trump's enemies, carried out by military tribunals, with the verdict always being guilty. In particular, many Q drops use the term "The Calm Before the Storm," in reference to a cryptic phrase used by President Trump in early October 2017 at a gathering of military officers, and whose meaning has never been fully explained.[59]

Q teased "The Storm" for years, often linking it to promises that it would occur "soon"[60] or in a "BIG week ahead."[61] As Trump's presidency ended the idea of him enacting mass arrests, the concept of "The Storm" shifted to become one where Biden's presidency was ended with force or legal action – a concept General Flynn has endorsed on numerous occasions. Using either definition, as part of the general undercurrent of QAnon, "The Storm" is a violent and deeply undemocratic attack on the personal enemies of Donald Trump, carried out by armed military personnel and supported online by Trump's "Digital Soldier" army – the same one assembled for him by General Flynn back in 2016.

### E.  "The Great Awakening" – appears in 54 Q drops

Though the term dates to American religious revivals of the 1730s, Q uses the idea of the "Great Awakening" to denote believers throwing off the shackles of their corporate media slumber and "waking up" to "what's really going on." The awakening, according to Q followers, will mean believers are "sheep no more" and gain "freedom of thought" where they will not believe "fake news" anymore.

General Flynn's ReAwaken America tour has adapted Q's idea of the Great Awakening as one of its central tenets, with 2022 shows branded as "The Great Awakening vs. The Great

---

[58] Ex. 53 (https://qposts.online/post/4510).
[59] Mark Landler, "What did President Trump Mean by 'The Calm Before the Storm?'" N.Y. TIMES (Oct. 6, 2017), https://www.nytimes.com/2017/10/06/us/politics/trump-calls-meeting-with-military-leaders-the-calm-before-the-storm.html.
[60] Ex. 34 (https://qposts.online/post/809).
[61] Ex. 35 (https://qposts.online/post/1933).

Reset."[62] The slogan has a double meaning. The first is that it references the "Great Reset" concept that has formed the core of right-wing conspiracy theories for the last year, including those about the World Economic Forum, the merging of humans and machines, and the origin of COVID-19 that General Flynn has heavily endorsed.[63] It is also a reference to the 2021 book *The Great Awakening vs. The Great Reset*, written by Alexander Dugin, the ultranationalist Russian political philosopher.

Beyond those connections, General Flynn has monetized the "Great Awakening" concept directly, using the "Shirt Show" website to sell WWG1WGA clothing and hats using the description "It's no conspiracy and it's certainly more than a theory. The Great Awakening is happening and the signs are everywhere."[64]

## VII.   GENERAL MICHAEL FLYNN'S CONNECTIONS TO AND FINANCIAL STAKE IN QANON

General Flynn and the Flynn family in general, including Joe and Valerie Flynn, exploited the QAnon movement to pay the increasingly large legal bills associated with General Flynn's prosecution by Special Counsel Robert Mueller. On May 2, 2019 General Flynn registered the phrase "Digital Soldiers" as a trademark.[65] He also bought the URL to numerous websites including ResilientPatriot.com and DigitalSoldiers.us, which would eventually redirect to the website for the Legal Defense Fund.[66]

The finances of General Flynn's Legal Defense Fund are extremely opaque, but Jack Flynn relentlessly promoted the Fund on Twitter and elsewhere. Indeed, Jack Flynn testified that he used Twitter, and the phrase "Where We Go One, We Go All" to guide to help followers find the Legal Defense Fund, even pinning the link to his Twitter profile.[67]

General Flynn also sought to profit off the QAnon movement, a quest supported by Valerie and Joe Flynn. In May 2019, General Flynn launched a pay-to-publish venture on UncoverDC, an independent right wing media site run by early QAnon evangelist Tracy "Beanz" Diaz. The site planned to sell $125 subscriptions, and charge $2,000 to access group chats, $3,000 to have a

---

[62] Joanne Beck, "ReAwaken America? Not here, say local Christian leaders planning protest," BATAVIAN (July 23, 2022), https://www.thebatavian.com/joanne-beck/reawaken-america-not-here-say-local-christian-leaders-planning-protest/612088.

[63] Gerrard Kaonga, "Michael Flynn Claims People Working on Putting Robotics in Us, Changing DNA," NEWSWEEK (Sept. 21, 2022), https://www.newsweek.com/michael-flynn-robotics-dna-changing-transhumanism-1744880.

[64] Will Sommer, "Michael Flynn is Now Selling QAnon Merch," DAILY BEAST (Dec. 29, 2020), https://www.thedailybeast.com/michael-flynn-is-now-selling-qanon-merch.

[65] Ex. 40 ("Digital Soldiers," Michael T. Flynn, USPTO (filed May 2, 2019)).

[66] Rondeaux, *supra* note 49.

[67] Ex. 5 (Jack Flynn Depo. Tr. 125:18-25, 126:1-20 ("Q. My question is during this time period in 2019 was part of your intention in tweeting and retweeting and engaging with people on Twitter to raise money for your brother's defense fund? A. It was my primary reason for being on Twitter was to help him. Q. Page 3 of this exhibit. You'll see in the penultimate full tweet you tweet out Jack Flynn Mike Flynn defense fund.org, then there's a telephone number.  Then you say #WWG1WGA to Mike Flynn defense fund.org, make a donation to help this case with a little help with funding because freedom isn't free #digitalsoldiersrule. Do you see that? A. That is me using that WWG1 to – as a means to guide people to that defense fund and to help Mike out.  I included it in the sentence. There's a #trending which I did it wrong.  People will – it's eyeballs on the defense fund.")).

debate with General Flynn or Diaz, or $6,000 for the right to be listed on the "founders page."[68] It is not clear how many of these ventures went live, but the "Digital Soldiers" journalism site was still a going concern at least as of February 2021, when *The New York Times* reported on General Flynn's effort to launch the platform – and expressly commented on his links to QAnon.[69]

In September 2019, General Flynn helped to organize the "Digital Soldiers Conference" in Atlanta, selling $99 general admission tickets for the conference, while a "VIP All Day" pass would cost $500. Those interested in a sit-down dinner with General Flynn and front-row access to speeches could buy the "Ultra VIP" ticket package for $2,500.[70] General Flynn would pull out of the conference shortly before it was meant to take place, reportedly because of the reaction to its links to QAnon. But even after pulling out and cancelling the conference, the website continued to direct donations to the Legal Defense Fund.[71]

In December 2020, General Flynn, Lori Flynn, Barbara Flynn Redgate, and Michael Flynn, Jr. became involved in the daily business decisions of the merchandise site "Shirt Show USA" which sold Flynn-branded hats, T-shirts, women's workout wear, and sweatshirts with the phrase "WWG1WGA," a reference to "Where We Go One, We Go All." Jack Flynn retweeted a tweet on December 23, 2020, promoting WWG1WGA gear with #IStandWithFlynn.[72] And on December 29, 2020, General and Lori Flynn publicly endorsed The Shirt Show as an official vendor of General Flynn and Digital Soldiers Media merchandise.[73]

The Shirt Show website continues to sell items with the phrases WWG1WGA and #IStandWithFlynn, but after General Flynn's pardon, all proceeds belong to The Shirt Show. In her deposition, Jennifer Freitas testified that between late June 2020 and November 2020, her merchandise sales raised about $5,000 for the Legal Defense Fund.[74]

Even after the election of President Biden, General Flynn sought to profit off of QAnon. In April 2021, General Flynn launched the ReAwaken America tour, co-founded with Oklahoma businessman Clay Clark. Featuring a rotating roster of speakers, the tour offered conspiracy theories about the election, COVID-19, and various culture war issues, all seen through the lens of QAnon and other similar theories. ReAwaken America is also a serious profit generator for both Clark and General Flynn, as it sells $500 tickets and $1,000 VIP tickets along with merchandise, and usually sells out 3,000 – 5,000 seat venues. In total, each tour stop brings in an average of $300,000, according to reporting from *Rolling Stone*.[75]

---

[68] Rondeaux, *supra* note 49.
[69] Rosenberg, *supra* note 53.
[70] Ibid.
[71] Ex. 41 (https://web.archive.org/web/20190915150412/https:/digitalsoldiersconference.com/).
[72] Ex. 11 (PX_200).
[73] Ex. 7 (Jennifer Freitas Depo. Tr. 158:5-9).
[74] Ex. 7 (Jennifer Freitas Depo. Tr. 73:3-6, 75:3-6).
[75] Sam Kestenbaum, "'I Think All the Christians Get Slaughtered': Inside the MAGA Road Show Barnstorming America," ROLLING STONE (Sept. 17, 2022), https://www.rollingstone.com/culture/culture-features/clay-clark-reawaken-america-maga-tour-trump-1234594574/.

Many of the speakers on the tour are connected to QAnon, either directly endorsing it or speaking favorably of its ideas on their own podcasts and livestreams – which General Flynn, in turn, regularly appears on. Among the most prominent are:

- Tour co-founder Clay Clark, who appeared on the QAnon-themed podcast the MG Show, co-hosted by a major figure in the QAnon world, and asked questions relevant to QAnon believers such as "what three things make you think Q is credible."[76]
- QAnon promoter Ann Vandersteel, who runs a regular podcast called "Steel Truth" and routinely hosts major influencers in the Q community, including General Flynn, Patrick Byrne, the hosts of the MG Show, and Sidney Powell.[77]
- Scott Kesterson, who has espoused QAnon, election fraud conspiracy theories, and COVID-19 disinformation on his "BardsFM" podcast – including having General Flynn on as a guest on December 1, 2020.[78] Joe Flynn has also appeared on "BardsFM" on several occasions, including August 7, 2020,[79] and November 26, 2020.[80]

As part of his regular speaking slot, General Flynn regularly urges the crowd to donate to featured speakers – and to his own ventures.[81]

The ReAwaken America conference is completely inseparable from the QAnon community. At these gatherings, General Flynn routinely is feted like a hero, lavished with praise, and speaks approvingly of concepts with a huge amount of support in the QAnon community. Specifically, some of the Q-friendly ideas that General Flynn has endorsed at ReAwaken and other similar conferences include:

- The illegitimate Biden administration being overthrown by a violent coup similar to that in Myanmar.[82]
- The establishment of "one religion" over the entire country, in direct violation of the First Amendment.[83]
- The COVID-19 pandemic was artificially created to sway the 2020 election.[84]

---

[76] MG Show, "Clay Clark Interviews the Guys, Project Veritas, Audits and more!," RUMBLE (Oct. 5, 2021), https://rumble.com/vncouh-mg-show-100521.html (last visited June 4, 2023).

[77] Red Voice Media, "Gen. Flynn 'Now repeat after me, the 2020 presidential election was stolen,'" RUMBLE https://rumble.com/vj04x7-gen.-flynn-now-repeat-after-me-the-2020-presidential-election-was-stolen.html (last visited June 4, 2023).

[78] "A Conversation with LtG (Ret) Michael Flynn," BARDSFM (Dec. 1, 2020), https://www.bards.fm/e/ep153-a-conversation-with-ltgret-michael-flynn.

[79] "Interview with Joe Flynn," BARDSFM (Aug. 7, 2020), https://www.bards.fm/e/ep92-interview-with-joe-flynn/.

[80] "An Interview with Joe Flynn," BARDSFM (Nov. 26, 2020), https://www.bards.fm/e/ep152-an-interview-with-joe-flynn/.

[81] Kestenbaum, *supra* note 75.

[82] Maggie Astor, "Michael Flynn suggested at a QAnon-affiliated event that a coup should happen in the U.S.," N.Y. TIMES (June 1, 2021), https://www.nytimes.com/2021/06/01/us/politics/flynn-coup-gohmert-qanon.html.

[83] Daniel Politi, "Former Trump Adviser Michael Flynn: U.S. Should 'Have One Religion,'" SLATE (Nov. 14, 2021), https://slate.com/news-and-politics/2021/11/michael-flynn-america-must-have-one-religion-trump.html.

[84] Sophia Ankel, "Former Trump advisor Michael Flynn says the COVID-19 pandemic was fabricated to distract from the 2020 election," BUS. INSIDER (May 23, 2021), https://www.businessinsider.com/michael-flynn-says-coronavirus-made-up-to-distract-from-election-2021-5.

- The 2020 election results were fraudulent, and Mike Pence had the ability to discard "fraudulent" electoral college votes and declare Trump the winner.[85]
- Globalist forces are using the COVID-19 vaccine to turn humans into cyborgs, and use a variety of ways to get unwilling people to ingest it, including "salad dressing." [86]
- The United States government has been infiltrated by "demons" and a holy war fought by "spiritual warriors" wearing the "armor of God" is the only thing that can save the nation.[87]

General Flynn's family members are also involved in the ReAwaken America tour, having attended multiple events, spoken on panels, and/or sold merchandise. As Valerie testified, she was paid $800 for staffing a merchandise booth at the tour stop in Colorado Springs in late September 2021, while Joe Flynn has attended at least five events and spoken on a panel at least once.[88] Lori Flynn even testified that she has attended at least three ReAwaken events in support of her husband.[89]

Despite General Flynn's protestations, the Q movement and the people who are part of it represent a critical demographic in this effort. He would continue to share posts including "WWG1WGA" on Telegram into 2022[90], and continues to make numerous appearances on the media content of some of the biggest promoters in the QAnon sphere to this day – all while claiming QAnon is a nonsensical psyop.

## VIII.   VALERIE FLYNN'S CONNECTIONS TO QANON

Despite being the sister-in-law of General Flynn, Valerie Flynn has a limited social media presence. But even a cursory review of available materials shows that both her husband and other members of her family beyond General Flynn are intimately involved with Q and are happy to promote it when it benefits them. This makes it deeply implausible for her to claim that "as of February 4, 2021, Valerie knew next to nothing about QAnon. She did not know what it stood for or any of its core beliefs. She was never interested in 'Q' and paid no attention to the group at all." [91]

For instance, on June 30, 2020, Valerie Flynn became one of the dozens of people that her sister-in-law Lori Flynn sent a Facebook message to, urging her to "take the oath," following the widespread popularity of the social media-driven #TakeTheOath. Lori's message to Valerie

---

[85] Aram Roston, et al., "The military-intelligence veterans who helped lead Trump's campaign of disinformation," REUTERS (Dec. 15, 2021), https://www.reuters.com/investigates/special-report/usa-election-military/.

[86] Ryan Bort, "Michael Flynn Thinks They Might Be Putting the Covid Vaccine in Your Salad Dressing," ROLLING STONE (Sept. 23, 2021), https://www.rollingstone.com/politics/politics-news/michael-flynn-covid-vaccines-salad-dressing-pastor-1230601/.

[87] Michelle Smith, "Michael Flynn's ReAwaken Roadshow Recruits 'Army of God,'" ASSOC. PRESS (Oct. 7, 2022), https://apnews.com/article/reawaken-america-tour-michael-flynn-910e83b515185751be82868b227ca22e.

[88] Ex. 3 (Valerie Flynn Depo Tr. 153:5-18); Ex. 15 (Invoice to America's Future, Inc, September 30, 2021 (PX_166)).

[89] Ex. 2 (Lori Flynn Depo. Tr. 221:25-224:3).

[90] @RealGenFlynn, TELEGRAM (Oct. 14, 2021), https://t.me/RealGenFlynn/956; @RealGenFlynn, TELEGRAM (Jan. 9, 2022), https://t.me/RealGenFlynn/1901.

[91] ECF No. 58 (Valerie Flynn Second Amended Complaint, 13).

included a tweet from Twitter user @wgabrittany using the hashtags #TakeTheOath, #qanon, #wwg1wga, before concluding with "God bless the United States of America."[92]

For her part, although she claims to not remember if she read the message, Valerie testified that she knows the hashtag #WWG1WGA stands for "Where We Go One, We Go All" and admits that she knows the phrase is associated with QAnon. Days later, on July 4, 2020, she would stand next to General Flynn, Lori Flynn, Joe Flynn, Jack Flynn, and Leslie Flynn as she spoke the unmistakably QAnon slogan "Where We Go One, We Go All," in the now-viral video. As she testified, she not only expected the video to go viral, but also was aware that it was posted on Twitter within minutes, and hoped that "people would join in and the people that supported [General Flynn] would see it" and recalls asking her family, "Are people seeing it?"[93]

It was also her husband, Joe, who enthusiastically announced to the whole family that the video was going to go viral – which it did, massively.[94]

But even beyond the unassailable fact that she spoke the unmistakably QAnon slogan "Where We Go One, We Go All" twice, a reasonable journalist could conclude that Valerie at least knew the basics of QAnon, due to both her husband's and General Flynn's links to it. At the very least, it was a reasonable claim that Valerie Flynn had no issue with fans of General Flynn *thinking* she also believed QAnon was real. Indeed, as she testified in her deposition, Valerie's source of information about Q comes from "conversations with [her] husband" and she recalled "a comical mention of people thinking General Flynn was Q."[95]

It is implausible to claim Valerie Flynn had no knowledge of the QAnon-linked "Digital Soldiers Media LLC" venture, which used General Flynn's trademarked phrase to sell merchandise to support his Legal Defense Fund. In that guise, Joe Flynn formed Digital Soldiers Media, LLC, using his home address, which he shares with Valerie Flynn, as its principal place of business, with the initial check to start the LLC coming from a joint account shared by Joe and Valerie Flynn.[96] Invoices were sent to Valerie and Joe Flynn jointly for forming and filing Digital Soldiers Media LLC, obtaining a tax ID, drafting an operation agreement, and initial meeting minutes.[97]

Additionally, Valerie is included on another memo related to Digital Soldiers Media, referencing agreements to create both General Flynn's publishing venture UncoverDC and to profit from "The Shirt Show," the online merchandise store that sold Flynn and Q-branded clothing to contribute to General Flynn's Legal Defense Fund. The Shirt Show sold clothing items featuring

---

[92] Ex. 2 (Lori Flynn Dep. Tr. 113:3-25, 114:1-6).
[93] Ex. 3 (Valerie Flynn Depo. Tr. 115:16-23; 116:7-15; 119:19-24).
[94] Ex. 5 (Jack Flynn Depo. Tr. 44:8-10).
[95] Ex. 3 (Valerie Flynn Depo. Tr. 135:5-20 ("Q. Okay. Any other sources of your knowledge about Q? A. Just conversations with my husband, you know, just random comments. Q. What is your knowledge of conversations with your husband about Q? Tell me about those. A. I remember – we've had very few conversations about this. It's not something – we don't talk about Q a lot in my house. What I remember is there being almost a comical mention of people thinking that General Flynn was Q. And it was always like a joke, like, oh, my God, that's ridiculous, you know. That's ridiculous. And I remember that being very -- something that should not be paid attention to.").
[96] Ex. 74 (Memo from Boone, Boone, and Boone to Joe and Valerie Flynn, November 7, 2019, (PX_081)).
[97] Ex. 3 (Valerie Flynn Depo Tr. 153:5-18).

WWG1WGA, even after the site's distributor, Shopify, banned them due to their association with QAnon.[98]

And finally, Valerie Flynn was paid at least some amount of money through another Flynn-connected group, an LLC called "Brisas Suaves," with the checks sent in care of Joe Flynn. Through that group, Valerie was paid $250 for "decorating and office set-up" with the invoice payable by America's Future, Inc., a political advocacy group that General Flynn is the chair of, with Joe Flynn serving on the board of directors.[99] She was also paid $800 for "temp services," with the bill again sent to America's Future, Inc., for work Valerie did staffing a merchandise booth at the ReAwaken America tour stop in Colorado Springs in late September 2021, where General Flynn was a featured speaker, along with other prominent personalities in the QAnon community – including Joe Flynn.[100]

On his own, Joe Flynn has made numerous appearances at QAnon-themed events, many of which were extremely high profile. Joe was listed as a featured speaker at the follow-up event to the "For God and Country Patriot Roundup," called the "Patriot Double Down" in Las Vegas in October.[101] Both "For God and Country" events were heavily promoted by the Flynn brothers, while seeing at least some of their considerable profits funneled to Sidney Powell's nonprofit, Defending the Republic.[102]

Overall, Joe Flynn has made so many appearances at major QAnon-linked conservative conferences and on Q-linked media that cataloguing all of them is impossible. Crucially, Valerie Flynn has admitted to watching her husband speak at several of these – appearances which took place before the July 4, 2020, "take the oath" video was shot, and before the February 2021 CNN report in question. Some of the most prominent involving either Valerie or other members of the Flynn inner circle include:

- Joe Flynn appeared on stage with Tracy "Beanz" Diaz, an early QAnon promoter and a partner in General Flynn's business ventures, at the conservative conference AMP Fest 2020.[103]

- Joe Flynn spoke with Diaz again at the following year's AMP Fest 2021.[104]

- Joe Flynn and Patrick Byrne spoke live at the ReAwaken America event in Myrtle Beach, May 2022, where General Flynn was a featured speaker.[105]

---

[98] Ex. 10 (Email from Lori Flynn to Jennifer Freitas, et al, December 21, 2020 (PX_0674)).

[99] Ex. 15 (Invoice to America's Future, Inc, July 30, 2021 (PX_164)).

[100] Ex. 15 (Invoice to America's Future, Inc, September 30, 2021 (PX_166)).

[101] "The Patriot Voice Presents For God & Country Patriot Double Down 2021 October 22-25th in Las Vegas," YOUTUBE (Aug. 22, 2021), https://www.youtube.com/watch?v=OM2ys3IBIkg.

[102] Jacob Vaughn, "Dallas QAnon Convention to Pump Proceeds into Sidney Powell's Pro-Trump Nonprofit," DALLAS OBSERVER (May 18, 2021), https://www.dallasobserver.com/news/sidney-powells-questionable-nonprofit-to-receive-proceeds-from-dallas-q-convention-12022363.

[103] @DrawandStrikeChannel, TELEGRAM (Apr. 28, 2022), https://t.me/drawandstrikechannel/39547.

[104] PureSocial, https://puresocial.tv/joe-flynn-ampfest21/.

[105] @PatrickMByrne, TELEGRAM (July 6, 2022), https://t.me/PatrickMByrne/5004.

- Tracy Diaz interviewed Joe Flynn in August 2019 on her show "Dark to Light" – also a major QAnon slogan.[106]

- Diaz interviewed Joe Flynn on "Dark to Light" again, in January 2020.[107]

- Joe Flynn was interviewed by conspiracy theorist John B. Wells on the 24-hour QAnon livestream Patriot's Soapbox in October 2018, making repeated asks for donations to the Mike Flynn Legal Defense Fund, a fact Valerie Flynn seems aware of in her deposition.[108] Q drops appear on screen during the interview, while Wells makes references to "the Q team," and Wells' co-host tells Joe Flynn that his brother "has a huge army of Q followers behind him," to which Joe responds "thank you." Joe also makes multiple references to "my wife" during the two-hour interview.[109]

- Finally, both General Flynn and Joe Flynn appear in *The Deep Rig*, the film funded by Patrick Byrne and based on his self-published book purporting to reveal how the 2020 election was "stolen." The film itself has numerous QAnon connections, including its directors having previously been involved in a project called *Q: The Movie* and several uses of catchphrases associated with the movement.

Besides appearing in the film, Joe Flynn joined Q promoter Ann Vandersteel for a special question and answer session after *The Deep Rig* had its premiere in Phoenix in June 2021, alongside Byrne and other figures who have promoted QAnon in the past. During this panel, there were multiple calls for violence if the election was not eventually overturned, including outcries for a "patriot militia" to take action, and for noncompliant election officials to be "locked in their houses" and physically intimidated.[110]

While Valerie is unable to provide specific dates for appearances of Joe Flynn's that she has seen, she did admit that she was in attendance for the Phoenix premiere of *The Deep Rig*, where she would have seen these calls for violence, conspiracy theories, and unevidenced claims that the 2020 election was stolen – all delivered with a QAnon-friendly sheen to a QAnon-believing audience.[111]

## IX.   CONCLUSION

Valerie Flynn claims that CNN had no basis to link her to QAnon. Based on both my experience writing about the QAnon movement and her husband Joe's extensive footprint in the QAnon community, I believe that CNN was reasonable to conclude that Valerie believed at least

[106] "Dark To Light With Frank & Beanz: An Interview With Joe Flynn," RADIO INFLUENCE DIGITAL MEDIA (Aug. 5, 2019), https://radioinfluence.com/2019/08/05/dark-to-light-joe-flynn/.
[107] "Dark To Light: The Return Of Joseph Flynn," RADIO INFLUENCE DIGITAL MEDIA (Jan. 17, 2020), https://radioinfluence.com/2020/01/17/dark-to-light-the-return-of-joseph-flynn/.
[108] Ex. 3 (Valerie Flynn Depo. Tr. 193:14-25, 194:1-13).
[109] "John B Wells interviews Joe Flynn (General Michael Flynn's Brother ) on Patriots Soapbox," YOUTUBE (Oct. 14, 2018), https://www.youtube.com/watch?v=wnaQOvkvFP0.
[110] Joseph Cooke, "'The Deep Rig' movie on 2020 election premieres," AZ CENTRAL (June 27, 2021), https://www.azcentral.com/picture-gallery/news/politics/arizona/2021/06/27/the-deep-rig-movie-2020-election-premiere-dream-city-church-phoenix/5364337001.
[111] Ex. 3 (Valerie Flynn Dep. Tr. 177:1-9).

some aspect of QAnon was real. She knew what the QAnon movement was and what "Where We Go One, We Go All" meant, and knew how important Q was to General Flynn's legal defense.

The Flynn family's claims that Q is a "Nazi cult" that they would never have anything to do with are undercut by these facts. And the family's claim that "Where We Go One, We Go All" is a "family motto" or "expression of patriotism" that they were not familiar with before the "take the oath" video are undercut by the phrase only being associated with QAnon, except for its brief use in a film released over 20 years before Q made the first posts on 4chan. But this is undercut by Valerie Flynn's video, taken immediately after the July 4 Oath in which the family excitedly watches the number of likes the video received on Twitter.[112]

Their statements of support for Q, and sharing of Q-related hashtags such as #WWG1WGA, #TakeTheOath, and #DigitalSoldiers were consistent with those of other publicly avowed QAnon believers. They made no effort to push back against the violent and undemocratic ideas that QAnon is built around until well after the July Fourth Video went viral – and have only targeted one outlet in their pushback, out of all of the various news sources that wrote about them as QAnon believers.

It is impossible to know with certainty whether Valerie Flynn *believes* QAnon is real. But her actions speak clearly. She used a QAnon catchphrase in a video that was filmed twice, watched it go viral, attended QAnon events where her husband spoke, and was paid to perform work at business ventures meant to appeal to QAnon supporters who were sending large amounts of money to her brother-in-law's Legal Defense Fund – one of the most important figures in QAnon. By any reasonable definition, these are the hallmarks of believers.

---

[112] Ex. 30 (PX_189).

Dated: June 5, 2023

Mike Rothschild