# EXHIBIT 24

ATTORNEYS EYES ONLY

Page 1

```
 1                    IN THE UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF NEW YORK
 2                       Case No. 1;21-cv-02587-GHW/SLC
 3      JOHN P. "JACK" FLYNN and LESLIE
        A. FLYNN,
 4
                        Plaintiffs,
 5      vs.
 6      CABLE NEWS NETWORK, INC.,
 7
                        Defendant.
 8      _____/
 9                                    450 East Las Olas Boulevard
                                      Fort Lauderdale, Florida
10                                    May 15, 2023
                                      12:08 p.m. - 2:26 p.m.
11
12
13            VIDEO DEPOSITION OF JEFFERY PEDERSEN
14                    (Marked Confidential)
                      (Attorneys' Eyes Only)
15
16         Taken before SUZANNE VITALE, R.P.R., F.P.R.
17      and Notary Public for the State of Florida at Large,
18      pursuant to Notice of Taking Deposition filed in the
19      above cause.
20
21
22
23
24
25
```

Page 34

1  QAnon.
2  Q. So you're telling me that someone who
3  understands that followers of Q are non-violent is
4  also someone who understands there is Q and there
5  are Anons and there's no QAnon, correct?
6  A. Yes.
7  Q. Then, if you go down, at the bottom of the
8  page, there's another tweet from you that says, "The
9  media calls #Q a cult group that believes in satanic
10 sex rings, vampires and inter-dimensional beings. I
11 searched #QAnon's posts and found zero mention of
12 any of those things, zero. The media lies to hurt."
13     Do you see that?
14 A. Yes, that is a quote by Grant Stinchfield
15 from Newsmax at the time.
16 Q. And you are putting it on your Twitter
17 feed, right?
18 A. Correct.
19 Q. And you believe it was correct?
20 A. Yes.
21 Q. Then the last -- well, page 6 of 17,
22 you'll see that there's -- in the middle of the
23 page, middle of page 6, there's a tweet that says,
24 "The bottom line is that we are all just regular
25 people."

Page 35

1     Are you with me?
2  A. "The bottom line," yes, ma'am.
3  Q. It says, "The bottom line is that we are
4  all just regular people who researched these drops
5  by an entity named Q. We are not violent and
6  certainly not what mainstream media perceives us to
7  be. We are American citizens and we love our
8  country."
9     Do you see that?
10 A. I do.
11 Q. And you tweeted that, right?
12 A. Yes, I did.
13 Q. And what is the video?
14 A. I don't recall. 42 seconds. It might be
15 just a show plug.
16 Q. And what do you mean by that?
17 A. A video that just plugs our show. I'm not
18 sure what it is, though.
19 Q. What -- the video we watched earlier, the
20 two videos we watched earlier, were those show
21 plugs?
22 A. At the time, yes. We don't use those
23 anymore, though.
24 Q. When did you stop using those?
25 A. I believe around August -- so I wanted to

Page 36

1  make a new one to get the Q references out, and it
2  took a while to get that. So maybe November,
3  December of 2020.
4     I don't recall the exact date. I'm so
5  sorry.
6  Q. You remember that you went to a place,
7  something called QCon LIVE in Arizona, correct?
8  A. Correct.
9  Q. That was in October of 2021, correct?
10 A. Yes, it was.
11 Q. You showed that video --
12 A. Yes.
13 Q. -- at that meeting, right?
14 A. So it was after that date, then, we
15 changed it, yes, ma'am.
16 Q. And the one in October didn't have the
17 sound, right? You added the sound later?
18 A. Yes, because we didn't start with Red
19 State Talk Radio until after that.
20 Q. Okay. So what was the word you just
21 called it? The plug.
22    The plug for your show that we saw was
23 from 2020 -- yes, 2020, and it continued when you
24 moved over to Red State Radio, it got the words,
25 correct?

Page 37

1  A. Yes.
2  Q. I think I may have gotten my dates wrong,
3  but I think that's right.
4     In a lot of your -- in your plug, which we
5  saw earlier, you said boom, boom. And if you look
6  through your tweets, you often use boom, boom or so
7  many booms.
8     Agreed?
9  A. Yes.
10 Q. What is boom, boom?
11 A. Just like information, like truth when it
12 happens; boom.
13 Q. Okay. And that phrase "boom, boom," was
14 not unique to you, right? Other people use boom?
15 A. Correct.
16 Q. To mean the same thing, right?
17 A. Yes. I think you'll see wresters use that
18 term, boom, you know. You'll see football coaches
19 use that term.
20 Q. What is a Q proof?
21 A. Something that Q posted and it becomes
22 true.
23 Q. Can you give me an example?
24 A. For example, on 10 of '18, Michael
25 Sussmann was mentioned. We did a lot of research on

Page 42

1  BY MS. BOLGER:
2  Q. What does it mean?
3  A. I don't know what it means. It's just
4  silly.
5  Q. Okay. At the bottom of this page, it,
6  says, "Conservatives flock to Parlor app, claim
7  censorship on Facebook and Twitter NPR."
8  Do you see that?
9  A. Yes.
10 Q. And then you say, "Be strong and do not
11 leave the battlefield."
12 Do you see that?
13 A. Yes.
14 Q. What does that mean?
15 A. "Conservatives flock to Parlor app. Claim
16 censorship on Facebook and Twitter NPR. Be strong
17 and do not leave the battlefield."
18 Maybe stay on Twitter?
19 Q. So that's obviously the headline of an
20 article. And then you're saying, "Be strong and do
21 not leave the battlefield."
22 I'm wondering what you meant by "do not
23 leave the battlefield."
24 A. Stay on Twitter.
25 Q. Why was it important to stay on Twitter?

Page 43

1  A. Information flow, freedom of speech.
2  Q. I don't understand.
3  A. Why is it important to stay on Twitter?
4  Q. Why did you think it was important for
5  patriots to stay on Twitter?
6  A. Information flow.
7  Q. When you mean information flow, do you
8  mean communicating with each other or do you mean
9  communicating to the public, or what do you mean by
10 information flow?
11 A. Communicating to the public, yes.
12 Q. When you were analyzing the Q drops, was
13 social media an important way for you to spread
14 information about the Q drops?
15 A. Yes.
16 Q. Q himself actually said to use memes,
17 right, the Q persona?
18 A. Yes.
19 Q. And so Anons, in response, used memes,
20 correct?
21 A. Yes.
22 Q. I'm going to show you a document that I'm
23 going to mark as Exhibit 403, which is another
24 printout from Twitter.
25 MS. BOLGER: And Meenu, this is one of the

Page 44

1  three I gave you this morning, and I'm not sure
2  of the tab number. It's the Jeffery Pedersen
3  a/k/a intheMatrixxx boast that he has been
4  Q'ed. It's that one.
5  MS. KRISHNAM: Okay. Give me one second.
6  MR. BENIMOFF: Did we skip 402?
7  MS. KRISHNAM: Yeah. I think -- that was
8  the other thing I was going to say. I think
9  we're on 402, Kate.
10 MS. BOLGER: Sorry. I obviously can't
11 count. I apologize.
12 MS. KRISHNAN: Tab 67, Rob.
13 MR. BENIMOFF: Thank you very much,
14 Counsel.
15 (Thereupon, the referred-to document was
16 marked for Identification as Defendant's
17 Exhibit 402.)
18 BY MS. BOLGER:
19 Q. You, again, are welcome to look at
20 whatever aspect of the exhibit you want to look at,
21 but I wanted to draw your attention to, I guess, the
22 third sort of substantive page of the exhibit.
23 You'll see there's, in the middle of the
24 page, just on your left side, if you look at the
25 left side, there's a picture of you, correct?

Page 45

1  A. Yes.
2  Q. It says, "Jeffery Pedersen, a/k/a
3  intheMatrixxx, boasts that he has been Q'ed, i.e.,
4  been linked to a Q post, 15 times."
5  Do you see that?
6  A. Yes.
7  Q. Is it still 15 times or were you Q'ed
8  thereafter?
9  A. I could have been Q'ed after as well.
10 There was a bunch of posts that Q made, and it was a
11 graphic, a picture with my Twitter account in it.
12 So I don't know the exact number.
13 Q. Sorry. So the Q persona tweet -- or
14 posted that image more than one time; is that right?
15 A. Yes. I think up to 16, 14 times. I
16 haven't been able to count because there's almost
17 5,000 posts.
18 Q. Okay. And you'll see your -- there's
19 something behind you that says "The great
20 awakening."
21 Do you see that?
22 A. I do.
23 Q. What is the great awakening?
24 A. People thinking for themselves.
25 Q. Is the great awakening a term that you

Page 50

1  Q. Is he someone you admire?
2  A. Yes.
3  Q. And why is that?
4  A. Because he became security advisor for
5  Donald J. Trump, and I liked a lot of the things
6  that he had to say.
7  Q. And support for General Flynn was popular
8  on Twitter during the latter parts of his criminal
9  prosecution, correct?
10  A. Yes, ma'am.
11  Q. And he was particularly popular among
12  people who were looking at Q drops, right?
13  A. I believe so, yes.
14  Q. He was referred to in many Q drops, right?
15  A. Yes, ma'am.
16  Q. What types of things did Q have to say
17  about him?
18  A. That he was a patriot and -- boy, I should
19  have read all the drops again.
20      Basically support him, saying that he,
21  like Trump V2 Administration possibly. He knows
22  where the bodies are buried, I think is another of
23  the posts. But I don't know much more than that.
24  Just that he was spoken positively.
25  Q. Have you met General Flynn?

Page 51

1  A. Yes.
2  Q. How many times?
3  A. I don't know. I've been at a lot of
4  events as press, and I've met him quite a few times.
5  Q. You say as press.
6      Do you carry a press pass?
7  A. No, but I get press credentials from The
8  Great Awakening Tour and Trump rallies.
9  Q. What is The Great Awakening Tour?
10  A. Clay Clark's Great ReAwaken Tour.
11  Q. ReAwaken Tour, gotcha.
12  A. ReAwaken Tour.
13  Q. Gotcha. Yeah, okay.
14      And you said you get press creds from
15  those organizations?
16  A. Yes, ma'am.
17  Q. How do you get those?
18  A. Because I'm an independent journalist.
19  Q. No. How do you physically get them? Do
20  you have to apply? Do they know you? How do you
21  physically get them?
22  A. Oh, yes, ma'am. Yes, ma'am. You have to
23  apply.
24  Q. And where else do you get press
25  credentials?

Page 52

1  A. We have -- we got credentials for a
2  President Trump rally in Fort Myers.
3  Q. When was that?
4  A. Fort Myers --
5  Q. When was it?
6  A. -- President Trump rally. Boy, I don't
7  recall the date.
8  Q. I'm not -- I can't test you. That's not
9  my intention. It's just your best memory is all I
10  can ask for.
11  A. Yes. I mean, I can Google it. It was
12  when he was in Fort Myers.
13  Q. Before or after the 2020 election?
14  A. After.
15  Q. Okay. Have you met any other members of
16  General Flynn's family?
17  A. Joe Flynn.
18  Q. Anybody else?
19  A. I have met Mary Flynn at a function where
20  I was press.
21  Q. Have you met Lori Flynn, the general's
22  wife?
23  A. I don't believe so.
24  Q. What was the function you were at where
25  you met Mary?

Page 53

1  A. It was 2000 Mules presentation at
2  Mar-a-Lago.
3  Q. You and Mary were at Mar-a-Lago?
4  A. Yes, ma'am.
5  Q. Were there other Flynns there?
6  A. General Flynn and Joe Flynn.
7  Q. And all their wives?
8  A. I don't recall meeting them if they were
9  there.
10  Q. I'm going to ask you to take a look at a
11  document that is another Twitter printout. This one
12  is from the QAnon Anonymous podcast. It's
13  Exhibit 403.
14      Why did you laugh?
15  A. I was just clearing my throat.
16  Q. No. I'm curious why you laughed. It's
17  okay.
18      MR. BENIMOFF: May I have the tab number,
19  please?
20      MS. KRISHNAN: Yeah, 68.
21      MS. BOLGER: Thank you.
22  BY MS. BOLGER:
23  Q. Why did you laugh?
24  A. I was just clearing my throat.
25  Q. That's not quite true. You really

|  | Page 74 |  | Page 76 |
|---|---|---|---|
| 1 | speculation. | 1 | A. Yes. |
| 2 | BY MS. BOLGER: | 2 | Q. Where did you attend Q Con LIVE? |
| 3 | Q. And what did you understand take the oath | 3 | A. Was it Arizona? Scottsdale. |
| 4 | to mean? | 4 | Q. Was there also one in Fort Lauderdale? |
| 5 | MR. BISS: Object to the form. | 5 | A. The one I went to was in Jacksonville. |
| 6 | BY MS. BOLGER: | 6 | No, wait. |
| 7 | Q. You can answer. | 7 | Q Con? Was there one in Fort Lauderdale? |
| 8 | A. Basically, that you're, you know, taking | 8 | I don't recall. I don't know if I was there or not. |
| 9 | an oath of office, per se. You're not taking a | 9 | I don't think I was. I think I only did the one. |
| 10 | government office, but you're just saying that -- I | 10 | Q. And what was Q Con LIVE? |
| 11 | can't read it. My eyes are getting bad. But, | 11 | A. It's another production -- what's the |
| 12 | basically, people did take the oath of office. | 12 | gentleman's name? Chris Jacobson, I believe, was |
| 13 | Q. What does mission forward mean? | 13 | the organizer of that. |
| 14 | MR. BISS: Object to the form. | 14 | Q. And what did you talk about at Q Con LIVE? |
| 15 | THE WITNESS: Take the oath mission | 15 | A. We basically did a live show. |
| 16 | forward, the Q mission possibly. I don't know. | 16 | Q. So were you the MC, for lack of a better |
| 17 | BY MS. BOLGER: | 17 | term, of the show? |
| 18 | Q. The Q persona often says mission forward. | 18 | A. Yes, but we didn't have control over all |
| 19 | I wondered if, in your research, you had come to an | 19 | the guests. |
| 20 | understanding of what mission forward means? | 20 | Q. Okay. I'm going to -- Exhibit 411 is |
| 21 | A. I have not. | 21 | Tab 38. It's a printout of the Q Con LIVE flyer, Q |
| 22 | Q. So after this Q post on June 24th, you | 22 | Con LIVE website. |
| 23 | noted there was a lot of posts on Twitter of people | 23 | (Thereupon, the referred-to document was |
| 24 | taking this oath, right? | 24 | marked for Identification as Defendant's |
| 25 | A. I did. | 25 | Exhibit 411.) |

|  | Page 75 |  | Page 77 |
|---|---|---|---|
| 1 | MR. BISS: Object to the form. | 1 | BY MS. BOLGER: |
| 2 | BY MS. BOLGER: | 2 | Q. So I'm going to ask you to take a look. |
| 3 | Q. Do you recall seeing General Flynn, and | 3 | Have you ever seen the Q Con LIVE |
| 4 | whether he took the post -- the oath? | 4 | conference website? |
| 5 | A. I've seen it, yes. | 5 | A. I have a long time ago, yes. |
| 6 | Q. Where did you see it? | 6 | Q. If you turn to the second page, you'll |
| 7 | A. Twitter. | 7 | see -- which is -- |
| 8 | Q. What was your reaction to seeing it? | 8 | A. This page here? |
| 9 | A. I thought it was great. | 9 | Q. Yes. |
| 10 | Q. Why was it great? | 10 | You'll see that there is -- there are |
| 11 | A. Because it's an oath of office, and I | 11 | actually two pictures of you and it reads, "Jeff |
| 12 | agree with it. | 12 | Pedersen a/k/a @InTheMatrixxx, cohost of The |
| 13 | Well, he was in office, I guess, too, on | 13 | Matrixxx Groove Show. Jeff has been researching |
| 14 | that. I just thought it was pretty neat. The | 14 | bloodlines, monetary system and symbolism for |
| 15 | timing was interesting. | 15 | decades. He's developed a large Twitter following |
| 16 | Q. Why was the timing interesting? | 16 | by being a conduit and a good steward of information |
| 17 | A. I don't know exactly when he did the oath. | 17 | from the boards to Twitter. InTheMatrixxx has been |
| 18 | Q. But it was close in time to this Q drop? | 18 | Q'ed fifteen times through his research for truth." |
| 19 | A. Yes. | 19 | Do you see that? |
| 20 | Q. And you were -- when you say the timing is | 20 | A. I do. |
| 21 | interesting, you mean that you wondered if his | 21 | Q. Did you write that? |
| 22 | taking the oath was caused by the Q drop, right? | 22 | A. No. |
| 23 | A. Yes. | 23 | Q. What does it mean to be researching |
| 24 | Q. There came a time when you attended Q Con | 24 | bloodlines? |
| 25 | LIVE, right? | 25 | MR. BISS: Object to the form. |

Page 106

1
2       CERTIFICATE OF OATH
3
4   STATE OF FLORIDA    )
5   COUNTY OF BROWARD   )
6
7        I, the undersigned authority, certify
8   that JEFFERY PEDERSEN personally appeared before
9   me, and was duly sworn.
10       WITNESS my hand and official seal this
11  16th day of May, 2023.
12
13       *Suzanne Vitale*
14  _____
15  SUZANNE VITALE, R.P.R., F.P.R.
    Notary Public, State of Florida
16  My Commission No. DD179981
    Expires: 5/24/2024

Page 107

1
2       CERTIFICATE
3
4   STATE OF FLORIDA   )
5   COUNTY OF BROWARD  )
6
7        I, SUZANNE VITALE, R.P.R., F.P.R., do
8   hereby certify that I was authorized to and did
9   stenographically report the foregoing deposition
10  of JEFFERY PEDERSEN; that a review of the
11  transcript was requested; and that the transcript
12  is a true record of my stenographic notes.
13       I FURTHER CERTIFY that I am not a
14  relative, employee, attorney, or counsel of any
15  of the parties, nor am I a relative or employee
16  of any of the parties' attorney or counsel
17  connected with the action, nor am I financially
18  interested in the action.
19  [                      ], 2023.
20       *Suzanne Vitale*
21  _____
    SUZANNE VITALE, R.P.R., F.P.R.
22  My Commission No. DD179981
    Expires: 5/24/2024

Page 108

1   Michael Wynne, Esquire
2   mwynne@gwafirm.com
3            May 17 2023
4   RE:  Flynn, John P. "Jack" Et Al v. Cable News Network Inc.
5        5/15/2023, Jeffery Pedersen (#5913096)
6       The above-referenced transcript is available for
7   review.
8       Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12      The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15   cs-midatlantic@veritext.com
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22          Yours,
23          Veritext Legal Solutions

Page 109

1   Flynn, John P. "Jack" Et Al v. Cable News Network Inc.
2   Jeffery Pedersen (#5913096)
3            E R R A T A   S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Jeffery Pedersen                Date