# EXHIBIT 41

**General Flynn**
@GenFlynn
Follow

#TakeTheOath 🇺🇸
Happy 4th of July 🇺🇸
God Bless America 🇺🇸
@SidneyPowell1
@molmccann
@BarbaraRedgate
@JosephJFlynn1
@GoJackFlynn
@flynn_neill
@lofly727
@TJHproject
🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸



0:42   758K views

6:39 PM - 4 Jul 2020

1,764 Retweets   3,695 Likes

Exhibit 25
3/9/2023
L.Flynn

PX 250