# EXHIBIT 46

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 161**
4/5/2023
Lori Flynn

  **Valerie Flynn**

**Lori Flynn**

Feb 17, 2022 11:14:31am

**Lori Flynn**

You sent an attachment.
https://www.theepochtimes.com/if-youve-had-covid-youre-likely-protected-for-life_4169013.html

Dec 23, 2021 3:02:42pm

**Lori Flynn**

Other options if you can't get ivermectin!

Nov 06, 2021 9:26:09pm

**Lori Flynn**

You sent an attachment.
https://www.mynaturaltreatment.com/natural-alternatives-to-ivermectin/

Nov 06, 2021 9:26:09pm

**Lori Flynn**

So sad...language alert.

Sep 13, 2021 5:19:29pm

**Lori Flynn**

You sent an attachment.
https://www.youtube.com/watch?v=Yg2XYEPiUQE

Sep 13, 2021 5:19:29pm

**Lori Flynn**

My heart breaks for her and all those faced with this same situation. But we have to fight against the tyranny! She is absolutely right!

Sep 10, 2021 11:40:31am

**Lori Flynn**

You sent an attachment.

You sent an attachment.
https://twitter.com/unseen1_unseen/status/1295146699321745408

Oct 01, 2020 8:42:14am

**Lori Flynn**

Great article

Sep 15, 2020 7:21:57am

**Lori Flynn**

You sent an attachment.
https://www.lifesitenews.com/news/archbishopviganohints-he-believes-god-will-deliver-the-election-to-president-trump

Sep 15, 2020 7:21:57am

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Lori Flynn**

Take the oath! Pass it on!

Jun 30, 2020 7:45:25am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**

This is a new website to order Justice for Flynn tee shirts etc. I just ordered a bunch!

Jun 19, 2020 8:24:24pm

**Lori Flynn**

You sent an attachment.
https://myshirtfund.com/the_shirt_show/shop/home

Jun 19, 2020 8:24:24pm