# EXHIBIT 50

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 173**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY




Kathleen Crawford

**Lori Flynn**

Apr 03, 2022 1:23:52pm

**Kathleen Crawford**

Pos

Apr 03, 2022 1:23:03pm

**Kathleen Crawford**

Yes he should

Apr 03, 2022 1:22:59pm

**Lori Flynn**

He should be in jail!

Apr 03, 2022 1:19:44pm

**Kathleen Crawford**

https://vm.tiktok.com/ZTduxnwst/
https://www.tiktok.com/

Apr 03, 2022 12:41:47pm

**Kathleen Crawford**

https://m.youtube.com/watch?v=sOX7IQHfmNw
https://www.youtube.com/watch?v=sOX7IQHfmNw

Apr 03, 2022 9:00:18am

**Kathleen Crawford**

Ty

Mar 17, 2022 8:47:12am

**Lori Flynn**

Mar 17, 2022 8:43:37am

**Kathleen Crawford**

Thank you and I thank God for those that are willing to stand up for America. We need people to fight. I wish I could do something...too bad RI is so corrupt.. where do we go. Corruption all around us. We are trapped.

Jan 11, 2021 3:01:31pm

**Lori Flynn**

Yes! I'm sick of the Q people getting a bad rap. Like I said there are bad apples in every group but I've only been in contact with Patriotic Americans who believe in MAGA.

Jan 11, 2021 2:58:47pm

**Kathleen Crawford**

Fight like a Flynn!

Jan 11, 2021 2:56:30pm

**Kathleen Crawford**

May I share your video

Jan 11, 2021 2:56:20pm

**Lori Flynn**

Yes it is.

Jan 11, 2021 8:24:18am

**Kathleen Crawford**

Praying hard every day that the truth is revealed to those that just don't get it. It's scary that they cannot see. 🙏 ❤

Jan 11, 2021 8:23:20am

**Lori Flynn**

Me too! Yes anyone that went to the rally is now accused of inciting the riots. Ridiculous. Over 20 MILLION twitter users kicked off Friday. Keep praying!♥

Jan 11, 2021 8:20:29am

**Kathleen Crawford**

Enjoy your day!

Jan 11, 2021 8:13:43am

**Kathleen Crawford**

I hope and pray that President Trump pulls us through this somehow praying for a miracle.

Jan 11, 2021 8:13:38am

**Kathleen Crawford**

This is so heartbreaking. I am so disgusted as to how the MSM is twisting And showing trump supporters as rioters.

Jan 11, 2021 8:12:51am

**Kathleen Crawford**

Lori I hope you in General Flynn are doing well.

Jan 11, 2021 8:11:09am

Case 8:22-cv-00343-MSS-SPF   Document 103-8   Filed 11/09/23   Page 5 of 5 PageID 20...

Lori    Home    47

**Kathleen Crawford**

Fight like a Flynn!

Jan 11, 2021 2:56:30pm

**Kathleen Crawford**

May I share your video

Jan 11, 2021 2:56:20pm

**Lori Flynn**

Yes it is.

Jan 11, 2021 8:24:18am

**Kathleen Crawford**

Praying hard every day that the truth is revealed to those that just don't get it. It's scary that they cannot see. 🙏 🖤

Jan 11, 2021 8:23:20am

**Lori Flynn**

Me too! Yes anyone that went to the rally is now accused of inciting the riots. Ridiculous. Over 20 MILLION twitter users kicked off Friday. Keep praying!♥

Jan 11, 2021 8:20:29am

**Kathleen Crawford**

Enjoy your day!

Jan 11, 2021 8:13:43am

**Kathleen Crawford**

I hope and pray that President Trump pulls us through this somehow praying for a miracle.

Jan 11, 2021 8:13:38am

**Kathleen Crawford**

This is so heartbreaking. I am so disgusted as to how the MSM is twisting And showing trump supporters as rioters.

Jan 11, 2021 8:12:51am

**Kathleen Crawford**

Lori I hope you in General Flynn are doing well.

Jan 11, 2021 8:11:09am

**Kathleen Crawford**

Get this out to everyone now!!!

Jan 08, 2021 10:40:40am

Generated by Lori Flynn on Wednesday, July 20, 2022 at 8:40 AM UTC-04:00
Contains data from July 18, 2016 at 12:00 AM to July 18, 2022 at 11:59 PM