# EXHIBIT 52



Exhibit 175 Lori Flynn

Lori Flynn <ljflynn727@gmail.com>

# See note below
3 messages

**Lori Flynn** <ljflynn727@gmail.com>  Tue, Jun 8, 2021 at 8:34 PM
To: Mfjr@generalflynn.com

Michael,

See below from The Qanon John guy. He'd like to know which dates in Oct work for my schedule. Can you reach out to him for me please.

_____

Hello General Mike,

We are likely shifting our event plan from Labor Day to early to mid October time frame. Does that work for you?

Also, since Las Vegas will be insanely hot, and it's hard to find a place to accommodate the group we will have, as well as enough rooms, we are looking at this beautiful resort near Lake Tahoe in Reno as an option for the For God & Country Patriot DoubleDown event! us💥us

We so look forward to hosting you, and your family again! I'm working on getting the album set up from the Roundup. I will get that to you as soon as I can!

Lori J Flynn
God Bless America
Sent from my iPhone

**mflynnJR** <mfjr@generalflynn.com>  Tue, Jun 8, 2021 at 9:48 PM
To: Lori Flynn <ljflynn727@gmail.com>

Received.  So we're still doing Q interviews?

Get Outlook for iOS

**From:** Lori Flynn <ljflynn727@gmail.com>
**Sent:** Tuesday, June 8, 2021 8:34:29 PM

Confidential                                                                                                           PX 0679

**To:** mflynnJR <mfjr@generalflynn.com>

**Subject:** See note below

[Quoted text hidden]

---

**Lori Flynn** <ljflynn727@gmail.com>　　　　　　　　　　Tue, Jun 8, 2021 at 10:06 PM
To: mflynnJR <mfjr@generalflynn.com>

Just keep this in the queue. Who knows what's going to happen then. Did you see that email
I forward to you on Outlook from Jim warishuck? What's that all about?


Lori J Flynn
God Bless America
Sent from my iPhone

> On Jun 8, 2021, at 9:48 PM, mflynnJR <mfjr@generalflynn.com> wrote:
>
>
> [Quoted text hidden]