# EXHIBIT 100

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 141**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

**Andy Andrade**

**Lori Flynn**

You sent an attachment.
https://www.theepochtimes.com/if-youve-had-covid-youre-likely-protected-for-life_4169013.html

Dec 23, 2021 3:02:42pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/RealMFlynnJr/status/1334131227792728065

Dec 02, 2020 9:57:52am

**Lori Flynn**

You sent an attachment.
https://www.westernjournal.com/exclusive-gen-flynn-stand-renounce-left-hold-line-nov-3/

Oct 21, 2020 4:12:45pm

**Lori Flynn**

https://twitter.com/realdonaldtrump/status/1313186529058136070?s=21
https://twitter.com/realDonaldTrump/status/1313186529058136070

Oct 05, 2020 3:48:48pm

**Lori Flynn**



Oct 05, 2020 2:16:54pm

**Andy Andrade**

Lori Thanks that was awesome!

Oct 05, 2020 2:15:19pm

**Lori Flynn**

If you haven't seen this, it's Trump's newest commercial. It is remarkable! Be sure to watch it all. It gave me chills and hope. We need to pray for this man and our country.
Share, if you will. It may be the only way it will reach We, the People.

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**

Andy not sure if you'll be able to listen to this but if you can it's a great message. Stacey told me about your little accident the other night. I listen to Charles Stanley every morning when I can, and this message today made me think of you. I wanted to call but didn't want to get you at work. I am comforted by these words and I hope you will be too. This earth is temporary, and what's in store for us next is even better when it's our time. I just wanted to send you words of comfort today. Hope to see you Sunday. Love you! Lori

Aug 29, 2019 10:55:27am

**Lori Flynn**

https://www.intouch.org/Listen/All-Channels/featured/the-god-who-cares-enough-to-comfort-us
http://www.intouch.org/listen/featured/the-god-who-cares-enough-to-comfort-us

Aug 29, 2019 10:52:00am

Generated by Lori Flynn on Wednesday, July 20, 2022 at 8:40 AM UTC-04:00
Contains data from July 18, 2016 at 12:00 AM to July 18, 2022 at 11:59 PM