# EXHIBIT 103

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 144**
4/5/2023
Lori Flynn

**Gilles Maillart**

**Gilles Maillart**

Sent from my iPad

Begin forwarded message:

The Greatest White Collar Crime in History

Investors Business Daily did an article on this and it confirms the Clinton Foundation has closed its doors. A Charitable Foundation Folds! Have you wondered why the Clinton Foundation folded so suddenly after Hillary was no longer in a position of influence? Perhaps this summary will provide some insight.

From their 2014 990 Tax Form: They list 486 employees (line 5)! It took 486 people who were paid $34.8 million and $91.3 million in fees and expenses to give away $5.1 MILLION

The real heart of the Clinton's can be seen here. Staggering but not surprising. These figures are from an official copy of the Bill, Hillary and Chelsea Clinton Foundation for the tax year 2014. The copy of the return is from the National Center for Charitable Statistics web site http://nccs.urban.org/ You can obtain the latest tax return on any charitable organization there.

The Clinton Foundation: Number of Employees (line 5) 486
Total revenue (line 12): $177,804,612.00
Total grants to charity (line 13) $5,160,385.00 (this is less than 3%!)
Total expenses of $91,281,145.00
Expenses include:
Salaries (line 15) $34,838,106.00
Fund raising fees (line 16a) $850,803.00
Other expenses (line 17) $50,431,851.00 HUH??????
Travel: $8,000,000.00 Meetings: $12,000,000.00 Note: $20 Million in Travel & Meetings to decide who gets the $5.16 Million in Charity?

Net assets/fund balances (line 22) $332,471,349.00... So it required 486 people, who were paid $34.8 million, plus $91.3 million in fees and expenses to give away $5.1 MILLION! And they call this a CHARITY?

(It is alleged that this is one of the greatest white-collar crimes ever committed. And just think—one of the participants was a former president and one (gasp!) wanted to be elected president of the United States.
If justice was truly served they would both be in prison.
Feel free to pass this on to your friends so they can also be informed….

Biden's are next........

--
https://nccs.urban.org/

May 20, 2022 8:53:35am

**Lori Flynn**

You sent an attachment.



Jul 04, 2020 8:08:15pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Gilles Maillart**



Jun 30, 2020 9:14:40am

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**

Exactly

Jun 07, 2020 9:00:44pm