# **EXHIBIT 104**

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 145**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

**Deveney Andrade**

It just isn't done with its testing and shouldn't be used outside of a hospital situtaion where they can monitor patients

Jul 30, 2020 10:04:49am

**Deveney Andrade**

https://www.fda.gov/drugs/drug-safety-and-availability/fda-cautions-against-use-hydroxychloroquine-or-chloroquine-covid-19-outside-hospital-setting-or
https://www.fda.gov/drugs/drug-safety-and-availability/fda-cautions-against-use-hydroxychloroquine-or-chloroquine-covid-19-outside-hospital-setting-or

Jul 30, 2020 10:02:37am

**Lori Flynn**

Don't ever allow yourself to lower your standards. This is ridiculous

Jul 17, 2020 7:11:11am

**Lori Flynn**

You sent an attachment.
https://www.facebook.com/An0malyMusic/posts/pfbid0p42xBTMuaBjfFNeiBuJxvdfwR6SMFkFC3RZpLbEBqM2Gnx5shMa5y7iLdoNh5FFul

Jul 17, 2020 7:11:11am

**Lori Flynn**

Brought tears to my eyes! #taketheoath

Jul 03, 2020 2:19:05pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**



Jun 26, 2020 1:59:26pm

**Deveney Andrade**

See you Sunday 😊

Jun 26, 2020 1:40:09pm

**Deveney Andrade**

Thanks I'll definitely read it !

Jun 26, 2020 1:40:00pm

**Lori Flynn**

Hi Deveney, when you get a chance here is the appellate courts decision in Uncle Mike's case. It's fascinating and telling. Congratulations on getting chosen to be on the Law Review for RWC! Hard work pays off! See you Sunday hopefully.

Jun 26, 2020 8:12:49am

**Lori Flynn**

Download file: messages/inbox/deveneyandrade_da8drw9oca/files/MandamusGRANTED_1254310698233806.pdf

Jun 26, 2020 8:12:48am

**Lori Flynn**

Here's another great article. We actually know Alan West, the retired Lt. Com who wrote this.

https://www.cnsnews.com/commentary/allen-west/black-mans-letter-black-lives-matter