# EXHIBIT 105

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 146**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

 **Jennifer Flynn**

**Jennifer Flynn**

Reacted 🖤 to your message

Jan 31, 2022 9:08:11am

**Lori Flynn**

You sent an attachment.
https://www.facebook.com/lorna.bell.982/posts/pfbid022Ha8pxEZMB7WL49p516wFKeCHGQJGTrgCNHKzPdKzxw5t7hoyfr1pTqMbXDNXuiLl
🖤Jennifer Flynn
🖤Jennifer Flynn

Jan 31, 2022 7:34:59am

**Lori Flynn**

Yikes!

Jan 25, 2022 5:07:27pm

**Lori Flynn**

You sent an attachment.
https://www.facebook.com/Inside.Edition/posts/pfbid02RSJyqzLhVeHxtGsSVD7XaXxi5tS3iUrRVhFgwpNJBaAU6prGc2S6ckhe4fhUJMxil

Jan 25, 2022 5:07:27pm

**Jennifer Flynn**

Reacted 👍 to your message

Jan 07, 2022 8:22:55am

**Lori Flynn**

It's so hard but this is good advice. We as adults could follow this advice too.

Jan 07, 2022 8:12:25am

**Lori Flynn**

You sent an attachment.
https://www.instagram.com/p/CYbXmPqL4LT/
👍 Jennifer Flynn
👍 Jennifer Flynn

Jan 07, 2022 8:12:25am

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**

This is a new website to order Justice for Flynn tee shirts etc. I just ordered a bunch!

Jun 19, 2020 8:24:24pm

**Lori Flynn**

You sent an attachment.
https://myshirtfund.com/the_shirt_show/shop/home

Jun 19, 2020 8:24:24pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/inthecopa/status/1254391302260576256

May 07, 2020 7:27:20pm

**Lori Flynn**

Good information to bookmark

Apr 15, 2020 11:20:59pm

**Lori Flynn**

You sent an attachment.
https://www.realsimple.com/home-organizing/organizing/record-keeping/replace-store-important-documents

Apr 15, 2020 11:20:59pm