# **EXHIBIT 108**

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 149**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

 Kath Loftus

**Kath Loftus**

Thanks Lori. I'll do that.

Mar 18, 2022 2:05:38pm

**Lori Flynn**

I am as well. The problems here in this country are being overlooked (purposefully) because of what's going on in Ukraine. I don't know a lot about Ukraine but this corruption has been going on for years. If you go to my husbands website, generalflynn.com he's written several articles about this situation. As I get more info I'll send your way. Bottom line, we pray for the innocent people that are caught up in this war, both in Ukraine and Russia.
https://www.generalflynn.com/

Mar 18, 2022 2:01:23pm

**Kath Loftus**

Sorry for rambling. Feeling confused and overwhelmed about this.

Mar 18, 2022 1:57:35pm

**Kath Loftus**

Been thinking about this all day. If this is true, then isn't the DS winning? They're making Putin look like the bad guy and today they're talking about the release of a chemical weapon. That would come from the DS then wouldn't it? They would have to make it look like Putin though. The scope of involvement here is overwhelming...all the news stations, politicians... How will the truth ever come out?

Mar 18, 2022 1:56:54pm

**Kath Loftus**

Wow Lori. I shared this, but how can this information get out. The media sure won't do it. 😡

Mar 18, 2022 9:05:05am

**Lori Flynn**



Mar 17, 2022 8:35:21am



mind for a while. Look forward to the book. Thanks for thinking of me. You guys hang in there!

Jul 14, 2020 7:51:44am

**Lori Flynn**



Jul 14, 2020 7:42:47am

**Lori Flynn**

Hi Kathy, your brother Brian and his son Neil came by our house Sunday and presented Mike with a surfboard he made for him. He was so surprised and humbled. When Brian told me you were his sister I said we're Facebook buddies! We talked in the driveway for almost an hour. I gave him Sidney's book License to Lie, and told him to pass it to you (if you haven't read it yet) it was a such a great moment for Mike getting the surfboard, he was tickled pink! Thought I'd send a picture. Have a great day!

Jul 14, 2020 7:42:47am

**Kath Loftus**

I was asked to keep this going. Will you? Honor it, love it , keep it going.



Jul 04, 2020 10:09:44am

**Kath Loftus**

Love it.

Jul 03, 2020 2:28:49pm

**Kath Loftus**



Jul 03, 2020 2:28:37pm

**Lori Flynn**

Brought tears to my eyes! #taketheoath

Jul 03, 2020 2:19:05pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm





Jun 30, 2020 8:13:41am

**Lori Flynn**

Take the oath! Pass it on!

Jun 30, 2020 7:45:14am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**

You got it!

Jun 22, 2020 5:34:58pm

**Lori Flynn**



Jun 22, 2020 5:34:53pm

**Kath Loftus**

Great minds think alike.

Jun 22, 2020 5:34:44pm

**Lori Flynn**

 🤣

Jun 22, 2020 5:34:06pm

**Kath Loftus**

Me too!  😁

Jun 22, 2020 5:30:19pm

**Lori Flynn**

Sent it to all my nieces and nephews

Jun 22, 2020 5:29:41pm