# **EXHIBIT 109**

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 150**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

 Lori   Home   2

 **Kerry Kathleen Lehane**

**Lori Flynn**

❤❤

Mar 17, 2022 5:24:32pm

**Kerry Kathleen Lehane**

My fav green accessory

Mar 17, 2022 4:29:42pm

**Kerry Kathleen Lehane**



Mar 17, 2022 4:29:34pm

**Kerry Kathleen Lehane**

Oh wow

Mar 17, 2022 8:44:36am

**Lori Flynn**



Mar 17, 2022 8:31:03am

**Kerry Kathleen Lehane**

Reacted ❤ to your message

Mar 11, 2022 6:29:49pm

**Lori Flynn**

Oh at Stacey's!
❤Kerry Kathleen Lehane
❤Kerry Kathleen Lehane

**Lori Flynn**

Brought tears to my eyes! #taketheoath

Jul 03, 2020 2:19:05pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Kerry Kathleen Lehane**

And so true!!!! Sad

Jun 23, 2020 10:46:08am

**Kerry Kathleen Lehane**

Wow that's actually insane.

Jun 23, 2020 10:46:01am

**Lori Flynn**

Worth a listen.

Jun 22, 2020 4:16:48pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/TONYxTWO/status/1275051388431667200

Jun 22, 2020 4:16:48pm

**Lori Flynn**