# EXHIBIT 112

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 153**
4/5/2023
Lori Flynn

 Mary ONeill

**Lori Flynn**

A beautiful rendition for Easter.
Mar 26, 2021 8:06:55am

**Lori Flynn**

You sent an attachment.
https://www.facebook.com/nikki.armstrongwiedenhoef/posts/pfbid026tGF56wJGP527CcyGiWF2HhLMsuSduF7LSx8zBamH1fGFJ4hhKjXgMXzw5C1ZoL1l
Mar 26, 2021 8:06:55am

**Mary ONeill**



Nov 21, 2020 8:09:18am

**Lori Flynn**

This is a long but great article.
https://onepeterfive.com/terminally-ill-priest-warns-covid-is-being-used-by-the-enemy-to-drag-souls-to-hell-we-must-fight/
https://onepeterfive.com/terminally-ill-priest-warns-covid-is-being-used-by-the-enemy-to-drag-souls-to-hell-we-must-fight/
Nov 19, 2020 11:19:23pm

**Lori Flynn**

Jul 28, 2020 5:17:25pm

**Lori Flynn**



Jul 20, 2020 1:06:51pm

**Mary ONeill**

How many people will lie!

Jul 20, 2020 1:05:58pm

**Mary ONeill**

Unbelievable

Jul 20, 2020 1:05:31pm

**Lori Flynn**

You sent an attachment.

Jul 20, 2020 12:51:01pm

**Mary ONeill**

watch this fast before its taken down

Jul 17, 2020 5:39:05pm

**Mary ONeill**

WOW

Jul 14, 2020 1:05:37pm

**Lori Flynn**

terrifying ~
https://www.facebook.com/theunitedspot/posts/pfbid037xd2cqdYmtGWixdkKCZNDm2L9zV373uDUYhzwYkaqwEu86M5M6Ve3jJuVFL735nkl

Jul 14, 2020 12:58:11pm

**Lori Flynn**

Take the oath! Post your video on social media!

Jun 30, 2020 7:07:33am



Jun 30, 2020 7:07:08am

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Mary ONeill**



Jun 19, 2020 8:32:25pm

**Lori Flynn**

Yes!

Jun 19, 2020 8:32:09pm

**Mary ONeill**

Perfect

Jun 19, 2020 8:32:05pm

**Mary ONeill**

I'll order a bunch

Jun 19, 2020 8:31:53pm

**Mary ONeill**

Can I put it on my Parler and other SM accounts

Jun 19, 2020 8:31:41pm

**Mary ONeill**

Okay great!