# EXHIBIT 113

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 154**
4/5/2023
Lori Flynn

 **Matt Flynn**

**Lori Flynn**

Ok

Jul 10, 2022 7:46:58pm

**Matt Flynn**

It was fun! Anniversary was great. We can talk all about it when we come up

Jul 10, 2022 7:42:29pm

**Lori Flynn**

And your anniversary?

Jul 10, 2022 7:40:31pm

**Lori Flynn**

Did you enjoy your time with chuck and Diana?

Jul 10, 2022 7:40:15pm

**Lori Flynn**

Nice.

Jul 10, 2022 7:39:01pm

**Matt Flynn**

From Safeway

Jul 10, 2022 7:39:01pm

**Matt Flynn**

Yeah a bbq rub

Jul 10, 2022 7:38:48pm

**Lori Flynn**

Do you put any soy or a sauce on the meat?

Jul 10, 2022 7:38:37pm



Sep 29, 2020 3:46:20pm

**Lori Flynn**

I want one of these for Christmas!

Sep 29, 2020 7:40:18am

**Lori Flynn**

You sent an attachment.
https://www.facebook.com/permalink.php?story_fbid=pfbid02fZ4NjPb5UofePShzGCVFnnqmCJZvsxozrcDfbAas1atHpfAxHodWHHv2gzCn5SM7l&id=111115190472575

Sep 29, 2020 7:39:53am

**Lori Flynn**

Brought tears to my eyes! #taketheoath

Jul 03, 2020 2:19:05pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Matt Flynn**



Jun 19, 2020 11:24:09pm

**Lori Flynn**