# EXHIBIT 114

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 155**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

 Molly Marie

**Molly Marie**

Hahah
Aug 20, 2021 4:02:38pm

**Lori Flynn**

A little Friday humor
 Molly Marie
Aug 20, 2021 3:25:59pm

**Lori Flynn**

You sent an attachment.
https://www.facebook.com/andre.alston.73/posts/pfbid02caWPLQkGVkvfuRaa5fgomPK9cF7NBJ9uAVWqXdnSrkNN7wwG281RtyLRQ9wxWFFEl
Aug 20, 2021 3:25:59pm

**Lori Flynn**


Mar 26, 2021 12:43:55pm

**Molly Marie**

So soothing!
Mar 26, 2021 12:37:12pm

**Lori Flynn**

A beautiful rendition for Easter.
Mar 26, 2021 8:06:40am

**Lori Flynn**

You sent an attachment.
https://www.facebook.com/nikki.armstrongwiedenhoef/posts/pfbid026tGF56wJGP527CcyGiWF2HhLMsuSduF7LSx8zBamH1fGFJ4hhKjXgMXzw5C1ZoL1l
Mar 26, 2021 8:06:40am

**Molly Marie**

https://www.facebook.com/paraswimming/posts/pfbid02PT45pgAoIQRqHtGq7RqkXxyWFoxalyMuhyHfyV55W45HDQA42kfVfxLmJxxTgTwjl

Sep 23, 2020 1:54:38pm

**Lori Flynn**

This article needs to be shared.

Aug 16, 2020 7:52:17am

**Lori Flynn**

You sent an attachment.
http://www.ncpoliticalnews.com/2020/08/opinion-blms-perverse-plan-for-the-black-community/

Aug 16, 2020 7:52:17am

**Molly Marie**

Molly sent an attachment.
https://www.facebook.com/FallRiverDevelopmentNews/posts/pfbid02ofs416FVgSFZQFBu4m7XXDz1cdVgZQLeXDdeTtMBmcwL6Ceu966xRL7ztt7YNRvbl

Jul 16, 2020 8:41:37am

**Lori Flynn**

Brought tears to my eyes! #taketheoath

Jul 03, 2020 2:19:05pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**