# EXHIBIT 117

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 158**
4/5/2023
Lori Flynn

 **Robyn Robbins**

**Robyn Robbins**

❤❤❤

Nov 03, 2021 9:24:30pm

**Robyn Robbins**

Hey! This is Robyn! 👋 I'm hosting a Pampered Chef party this week & I'm so excited about the New Fall Products! 🍂 You definitely want to check them out, either for yourself or for Christmas gifts! 🎄

Yes, I said it! Christmas is just around the corner so get some shopping out of the way!!! And hook a sister up!!

The party is on Table, Pampered Chef's new, secure platform. Join it by clicking on the link below and entering in your name, email and cell number. (Don't use auto-fill; it confuses the system.)

Including your cell number will let Paula, our consultant, send you a quick text once a day to let you know what is being highlighted. You can stop the texts anytime by replying STOP.

Be sure to check out the Virtual Kitchen in the party – it's really fun! See you there! 😎 Table Party Link:
https://table.pamperedchef.com/party/robyn-gritzs-fall-pampered-chef-party-sept-10
https://table.pamperedchef.com/party/robyn-gritzs-fall-pampered-chef-party-sept-10

Sep 19, 2021 12:43:30pm

**Lori Flynn**



Aug 12, 2021 11:15:57am

**Robyn Robbins**

Got it. Subscribed and bought the digital version of this edition.

Aug 12, 2021 11:06:51am

**Lori Flynn**

Super important and informative article

Aug 12, 2021 8:20:01am

**Lori Flynn**

You sent an attachment.
https://superstore.wnd.com/whistleblower-digital-version-june-2021/

Aug 12, 2021 8:20:00am

**Lori Flynn**

Brought tears to my eyes! #taketheoath

Jul 03, 2020 2:19:05pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Lori Flynn**

Take the oath! Pass it on!

Jun 30, 2020 7:44:47am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**

Ha! That's about right!

Jun 08, 2020 4:53:14pm

**Lori Flynn**



Jun 08, 2020 4:53:13pm

**Robyn Robbins**

Omg

Jun 08, 2020 3:56:17pm

**Robyn Robbins**

Robyn sent an attachment.
https://www.facebook.com/ghettobirdpirate/posts/pfbid0NVWNcEqLxQfcH5Q1tmdNK9PrRA7s4ZaQyqN9KiiCnsZXakMPsZ9neExd8oKZExxZl

Jun 08, 2020 3:56:17pm