# **EXHIBIT 120**

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 162**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

 **Wendy Heaney**

**Wendy Heaney**

Missing our golf outings!

Nov 03, 2021 1:59:33pm

**Lori Flynn**

Please read and share.

Oct 30, 2020 7:00:19am

**Lori Flynn**

You sent an attachment.
https://www.lifesitenews.com/news/abp-vigano-warns-trump-about-great-reset-plot-to-subdue-humanity-destroy-freedom

Oct 30, 2020 7:00:19am

**Lori Flynn**

https://twitter.com/realdonaldtrump/status/1313186529058136070?s=21
https://twitter.com/realDonaldTrump/status/1313186529058136070

Oct 05, 2020 3:50:27pm

**Lori Flynn**

A must watch video.

Oct 05, 2020 8:02:52am

**Wendy Heaney**

Wendy sent an attachment.
https://www.facebook.com/cindy.wittman.96/posts/pfbid02ey6U7bWGbYZppx1ks6z1CNeAdLZfrmW6kv7kj3iVE4oZ2YP4P1VuB3RaxwhdsjDAl

Sep 07, 2020 9:39:24am

**Lori Flynn**



Jul 04, 2020 8:30:45am

**Wendy Heaney**

Yes! Would love to. Let's find a July date!

**Lori Flynn**

No worries. Let's play some golf soon!

Jul 04, 2020 8:28:18am

**Wendy Heaney**

Thanks Lori. Sorry we won't be able to come by today. That was getting to be a tradition !

Jul 04, 2020 8:27:43am

**Lori Flynn**

TAKE THE OATH! This is a trend on Twitter right now. Let's join in and do it too! What an easy way to show our love of country! So many of our loved ones have done this, let's support them!

Jun 30, 2020 7:00:29am

**Lori Flynn**

You sent an attachment.
https://twitter.com/WgaBrittany/status/1277734296065921025

Jun 30, 2020 7:00:29am

**Lori Flynn**

Me too.

May 27, 2020 2:15:01pm

**Wendy Heaney**

I just remembered that so vividly from being a kid when I saw them the other day. 

May 27, 2020 2:14:45pm

**Lori Flynn**

I just said that yesterday on my walk! Love buttercups. ♥

May 27, 2020 2:07:58pm

**Lori Flynn**

Nice!

Sep 22, 2019 2:56:37pm

Generated by Lori Flynn on Wednesday, July 20, 2022 at 8:40 AM UTC-04:00
Contains data from July 18, 2016 at 12:00 AM to July 18, 2022 at 11:59 PM