# EXHIBIT 123

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 165**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

PX 599

**Stacey Carroll Andrade**

**Lori Flynn**

You sent an attachment.
https://www.theepochtimes.com/if-youve-had-covid-youre-likely-protected-for-life_4169013.html

Dec 23, 2021 3:02:42pm

**Lori Flynn**

You sent an attachment.
https://www.facebook.com/KitchenFunWithMy3Sons/posts/pfbid0KZU3agiFV11BmMgDXmMgGKpFiMJtVXmRMSGgkCaRGdif8kSFPimGkYEAxicvhkWal

Nov 19, 2021 8:28:58pm

**Stacey Carroll Andrade**

She doesn't take naps but always sleeps through the night
😆 Lori Flynn

Apr 17, 2021 4:33:23pm

**Lori Flynn**

I was wondering! How long did she say awake after drinking the coffee? 🤣🤣

Apr 17, 2021 4:03:23pm

**Stacey Carroll Andrade**

That's my nephews daughter Charlotte!!

Apr 17, 2021 9:15:12am

**Stacey Carroll Andrade**

Stacey sent an attachment.
https://www.facebook.com/allie.ridge/posts/pfbid0KQHyRfKBVv8s5NN8uENvUyDyXTUfJhLpSyGnpbstw8rnUBZ7uqBxpFVKPMd4JQyyl

Apr 16, 2021 5:40:47pm

**Stacey Carroll Andrade**

Thanks

Oct 21, 2020 4:13:20pm

**Lori Flynn**

Jul 12, 2020 7:31:16am

**Stacey Carroll Andrade**

Love that

Jul 05, 2020 2:19:23am

**Lori Flynn**

You sent an attachment.
https://twitter.com/GenFlynn/status/1279590652200849409

Jul 04, 2020 10:18:23pm

**Lori Flynn**

Brought tears to my eyes! #taketheoath

Jul 03, 2020 2:19:05pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Stacey Carroll Andrade**

Middletown for sure

Jun 30, 2020 11:57:08pm

**Stacey Carroll Andrade**

Not sure but sent you here info

Jun 30, 2020 11:56:56pm

**Lori Flynn**

Where is it?

Jun 30, 2020 4:47:17pm

**Stacey Carroll Andrade**

Lori, Carol Perry is renting her house... just FYI for future reference.

Jun 30, 2020 4:46:32pm