# EXHIBIT 124

# FLYNN SOCIAL MEDIA

Joe Flynn Twitter - 20220716 164411

Joe Flynn Twitter - 20220724 180614

Joe Flynn – Instagram

Lori Flynn – Twitter

Lori Flynn - Facebook 1

Lori Flynn - Facebook 2

Lori Flynn – Instagram

fb-1 (952 MB)

fb-2 (2.10 GB)

fb-3 (2.44 GB)

fb-4 (2.44 GB)

fb-5 (2.44 GB)

fb-6 (2.44 GB)

fb-7 (2.44 GB)

fb-8 (2.41 GB)

fb-9 (1.84 GB)

fb-10 (2.44 GB)

fb-11 (1.30 GB)

fb-12 (2.43 GB)

fb-13 (2.32 GB)

fb-14 (1.48 GB)

**Exhibit 166**
4/5/2023
Lori Flynn

HIGHLY CONFIDENTIAL - COUNSEL'S EYES ONLY

 **Pasquale Scopelliti**

**Lori Flynn**

You sent an attachment.
https://uncoverdc.com/2021/03/15/the-biden-administration-is-still-trying-to-get-general-flynn/

Mar 15, 2021 11:30:24am

**Lori Flynn**

👍 us ⚖️

Jul 11, 2020 4:05:42pm

**Pasquale Scopelliti**

Thank you. That means a lot to me.

Jul 11, 2020 4:05:15pm

**Lori Flynn**

I thought about you when I read it!

Jul 11, 2020 4:04:50pm

**Pasquale Scopelliti**

They might have read my work!

Jul 11, 2020 4:04:20pm

**Lori Flynn**

Great article

Jul 11, 2020 3:56:59pm

**Lori Flynn**

Download file: messages/inbox/pasqualescopelliti_4sebubf6za/files/TheWallStreetJournal_20200711_A012_0_3122784997807515.pdf

Jul 11, 2020 3:56:59pm

Jul 11, 2020 3:56:59pm

**Pasquale Scopelliti**

How utterly wonderful, Lori. Thank you for sharing this with me!!!

Jul 03, 2020 2:22:30pm

**Lori Flynn**

Brought tears to my eyes! #taketheoath

Jul 03, 2020 2:19:05pm

**Lori Flynn**

You sent an attachment.
https://twitter.com/CourtSalinas/status/1278747279441223690

Jul 03, 2020 2:19:05pm

**Pasquale Scopelliti**

Pasquale sent an attachment.
https://www.facebook.com/theconsigliori/posts/pfbid0FxDk8Ne4j83HRyQa83eqspFvhP2QVA2nCqSsXCPbBTjktqynHQiDTyF1WwvZA1ZBl

Jul 01, 2020 9:48:03am

**Pasquale Scopelliti**

That's what I was working on, then my session load commenced...

Feb 04, 2020 12:56:12pm

**Pasquale Scopelliti**

Pasquale sent an attachment.
https://twitter.com/ThyConsigliori/status/1224683432124526597

Feb 04, 2020 12:55:36pm

**Lori Flynn**



Feb 04, 2020 8:55:46am