# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>  Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.<br><br>  Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>  Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.<br><br>  Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Rule 2.02(a), that Plaintiffs Valerie Flynn and Lori Flynn designate Jason C. Greaves of Binnall Law Group, PLLC, as lead counsel in this proceeding.

Dated: November 16, 2023.                               Respectfully submitted,

***/s/ Jason Greaves***
Jason Greaves (admitted *pro hac vice*)
Jared J. Roberts
Florida Bar No. 1036550
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
jason@binnall.com
jared@binnall.com

*Counsel for Lori Flynn and Valerie Flynn*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Jason Greaves*
Jason C. Greaves