# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

### CASE NO: 8-22-CV-00512-MSS-AEP

| | |
|---|---|
| LORI FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF AGREED MATERIAL FACTS

Pursuant to Local Rule 3.05 and Section II.G.1 of Your Honor's Second Amended Case Management and Scheduling Order (ECF No. 101), Defendant Cable News Network, Inc. ("CNN") and Plaintiff Lori Flynn ("Plaintiff" or "Lori") hereby submit the following Stipulation of Agreed Material Facts for purposes of CNN's Motion for Summary Judgment as to Lori's claims (ECF No. 92):

1. Lori is a resident of Florida. Dkt. 65, Second Amended Complaint ("SAC") ¶ 23. CNN owns and operates numerous news platforms and services, including the television network known as CNN and the website www.cnn.com. Declaration of Katherine M. Bolger ("Bolger Decl.") ¶ 1 (ECF No. 93).[1]

---

[1] Unless otherwise indicated, all further references to "Ex. _" in this Stipulation of Agreed Material Facts refer to the numbered exhibits attached to the Declaration of Katherine M. Bolger in support of CNN's Motions for Summary Judgment (ECF No. 93). Pursuant to this Court's order granting Plaintiffs' unopposed motion to seal pending its review of the sealed documents referenced in this Stipulation (ECF No. 106), CNN is filing under seal an unredacted version of this Stipulation and a redacted version publicly.

2.  "QAnon" is an American conspiracy movement that began in 2017. It centers on claims from an anonymous high-ranking government official posting under the pseudonym "Q Clearance Patriot" or "Q" is leaking top secret information about a Deep State cabal on online forums. Q's posts, called "Q Drops," of which there have been just shy of 5,000, claim that former President Trump was the only one who could save America. Ex. 9 at 5.

3.  Members of the QAnon movement have a range of beliefs. *Id.* at 4-5; Ex. 12 at 187-188.

4.  On September 10, 2018, The person or persons who post under the pseudonym Q Posted (Ex. 63):



5.  On October 17, 2020, the person or persons who post under the pseudonym Q posted (Ex. 68):



6. The phrase "Digital Soldiers," was coined by Gen. Flynn in November 2016 ███████████████████████████████████████████████

7. The phrase "Where We Go One, We Go All" was first used in the QAnon community in Q Drop #513, on January 8, 2018, Ex. 61. While the phrase has been attributed to an bell on President Kennedy's sailboat, there is no evidence that such a bell existed, and is likely a reference to a bell depicted in the 1996 film *White Squall*. Ex. 3 ¶ 17; Ex. 9 at 13; Ex. 12 at 21.





8. The person or persons who post under the pseudonym Q have used either "Where We Go One, We Go All" or "WWG1WGA" in 201 posts. Ex. 9 at 12.

9. The SAC alleges "Where We Go One, We Go All" is "a statement of family unity and solidarity," SAC ¶ 10.



10. ███████████████████████████████████████████
████████████████████████

11. ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████

12. ███████████████████████████████████████
███████████████████████████; Ex.55 at 3, Ex. 53 at 1; Ex. 54 at 2-3; Ex. 57 at 9; Ex.

60 at 1):











13. Lori and General Flynn allowed Jennifer Freitas to raise money for the Legal Defense Fund by selling clothes with the slogan "WWG1WGA" and the phrase #FightLikeAFlynn on a website called The Shirt Show. ▬

▬ Some sources claimed a connection between QAnon and the Legal Defense Fund prior to the Report. Ex. 12 at 44; *see also* Ex. 9 at 20-21; Ex. 81.

14. ▬

▬ *See* Ex. 49; Ex. 58 at 235.





15. ███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████

16.     On June 24, 2020, 20 minutes after the D.C. Circuit Court of Appeals ordered Judge Sullivan to dismiss the charges against Gen. Flynn, someone posting under the online pseudonym of Q posted "The People's General. Soon" followed by three stars. Ex. 65; Ex. 11 at 14. Approximately two hours later, someone posting under the online pseudonym of Q posted Drop #4510 (Ex. 66):



10

17. Afterwards, thousands of Twitter users began filming themselves reciting the United States federal oath of office, followed by the phrase "Where We Go One, We Go All." Some of these users posted the video along with #TakeTheOath, #QAnon, and/or #Qdrop to Twitter. Ex. 11 at 3, 20. On June 25, 2020, there were 76,600 tweets with #TakeTheOath. Ex. 9 at 15; Ex. 11 at 20-21.

18. On June 27, 2020, Gen. Flynn changed the text of his Twitter profile to include #TakeTheOath, along with a U.S. flag emoji. Ex. 9 at 15; Ex. 11 at 21-22.

19. 

20.

21.

22.



12





23. The Flynns filmed the video on July 4, 2020 (the "Video"). A true and correct copy is attached as Exhibit 2.[2]

24. Wilson Powell, who recorded the Video, testified that he recalled retaking the Video because someone thought they could "state the Constitution a little bit better" or "they could resay it better." Ex. 88 at 52:22–53:12. .

25. Gen. Flynn published the Video on Twitter within a few minutes of filming it. Ex. 41; *see also* Ex. 18 at 115:16-23; 116:2-6. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

[2] See Notice of Conventional Filing ECF Doc. No. 82.

14

███████████████████████████████████████████████████████████

███████████████████████████████████ It has been viewed more than 2.4 million times, retweeted 18.9 thousand times, and liked 56.5 thousand times. Ex. 11 at 25; *see also* Ex. 20 at 30:20-22. Lori also personally retweeted the Video the following day, July 5, 2020, to her almost 40,000 followers, as did other Flynns, including Jack. *See* Ex. 17 at 149:7-150:16; Ex. 48 at 2-4.

26. At the time, some media outlets reported on the Video and claimed a connection between the phrase "Where We Go One, We Go All" and the QAnon community. Gen. Flynn's counsel at the time, Sidney Powell, made a statement to the Washington Examiner in response, denying that the Video had anything to do with QAnon: "The slogan comes from an engraved bell on JFK's sailboat—acknowledging the unity of mankind. The oath is obvious—the federal oath in support of our Constitution. He wanted to encourage people to think about being a citizen. Don't read anything else into it." 23.

27. Dr. Sophia Moskalenko wrote, "Gen. Flynn himself pledged allegiance to QAnon on July 4, 2020, in which he added the phrase to the standard oath of office 'Where we go one we go all. Flynn then posted the video to Facebook, Twitter, and other platforms ensuring that his oath of allegiance went viral." Ex. 12 at 20. The book did not mention Lori. *Id.*

28. ████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

15

[REDACTED]

29. The Video remained available on Twitter until Jan. 8, 2021, when Gen. Flynn and Lori's Twitter accounts were suspended, Ex. 20 at 171:3-4. The Video remains on his page and available for view to this day.

30. On October 17, 2020, O'Sullivan attended a QAnon convention called Q Con Live! in Scottsdale, Arizona. *Id.* ¶¶ 31, 33. While there, O'Sullivan saw and heard repeated exclamations of "Where We Go One, We Go All." *Id.* ¶¶ 34-37.

31. On February 4, 2021, at 10:45 p.m. ET, on the program CNN Tonight, CNN first aired a video report from O'Sullivan, approximately three minutes and 50 seconds long, called CNN Goes Inside a Gathering of QAnon Followers." A true and correct copy is attached as Exhibit 1.

32. CNN later aired the Report four other times: a CNN Tonight replay at 2:48 AM on February 5, 2021; on CNN Newsroom at 3:49 PM; on New Day Saturday at 7:33 AM on February 6, 2021; and on CNN Newsroom at 3:30 PM on February 6, 2021. Ex. 4 ¶¶ 3, 79.

## LOCAL RULE 3.05 CERTIFICATION

Counsel for CNN certifies that the parties conferred regarding the above material facts. Counsel for Plaintiff has confirmed the stipulation in writing. Counsel for CNN has been authorized to affix the signature of counsel for Plaintiff below.

Date: December 20, 2023                                        Respectfully submitted,

| BINNALL LAW GROUP<br>By: **/s/ Jason C. Greaves**<br>Jason C. Greaves (pro hac vice)<br>Jared J. Roberts (FBN 1036550)<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br>T: 703-888-1943<br>F: 703-888-1930<br>jason@binnall.com<br>jared@binnall.com<br><br>*Counsel for Lori Flynn* | SHULLMAN FUGATE PLLC<br>By: **/s/ Deanna K. Shullman**<br>Deanna K. Shullman (FBN 514462)<br>Sarah M. Papadelias (FBN 0125098)<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>spapadelias@shullmanfugate.com<br><br>DAVIS WRIGHT TREMAINE LLP<br>Katherine M. Bolger*<br>Meenakshi Krishnan*<br>Lindsey B. Cherner*<br>Sam F. Cate-Gumpert*<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>meenakshikrishnan@dwt.com<br>lindseycherner@dwt.com<br>samcategumpert@dwt.com<br><br>*Admitted Pro Hac Vice<br><br>*Counsel for CNN* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

                                          */s/ Deanna K. Shullman*
                                          Deanna K. Shullman