# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>          Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>          Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>          Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>          Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

### DECLARATION OF JARED J. ROBERTS IN SUPPORT OF PLAINTIFFS' OPPOSITONS TO SUMMARY JUDGMENT

1. I am an associate at Binnall Law Group, PLLC, and counsel to Plaintiffs Valerie Flynn and Lori Flynn.

2. I make this declaration in order to annex exhibits relied upon Plaintiffs' oppositions to Defendant's motions for summary judgment in the above-captioned cases.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of transcript

1

excerpts, from the deposition of Donie O'Sullivan, taken in this consolidated Actions[1] on February 27, 2023.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of emails dated October 16, 2020, and produced by CNN in these consolidated Actions with the Bates stamp CNN000961-CNN000962.

5. Annexed hereto as **Exhibit 3** is a true and correct copy of Valerie Flynn's Interrogatory Objections and Answers excerpts, produced in discovery on June 13, 2022.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of transcript excerpts, from the deposition of Barbara Flynn Redgate, taken in this consolidated Actions on August 21, 2023.

7. Annexed hereto as **Exhibit 5** is a true and correct copy of transcript excerpts, from the deposition of Valerie Flynn, taken in this consolidated Actions on April 4, 2023.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of transcript excerpts, from the deposition of Leslie Flynn, taken in this consolidated Actions on March 9, 2023.

9. Annexed hereto as **Exhibit 7** is a true and correct copy of transcript excerpts, from the deposition of Jack Flynn, taken in this consolidated Actions on April 24, 2023.

---

[1] Consolidated Actions as defined herein includes both MDFL Actions. For purposes of discovery, the parties also agreed that discovery would include the SDNY Action, John and Leslie *Flynn v. CNN*, No. 1:21-cv-02587-AS-SLC (S.D.N.Y.).

10. Annexed hereto as **Exhibit 8** is a true and correct copy of an article entitled, "House impeaches Trump for 'incitement of insurrection'" Jeremy Herb, Manu Raju, Lauren Fox and Phil Mattingly, published on CNN on January 13, 2021, available at the URL https://www.cnn.com/2021/01/13/politics/house-vote-impeachment/index.html.

11. Annexed hereto as **Exhibit 9** is a true and correct copy of an article entitled, "Senate impeachment trial arguments to start February 9" by Jeremy Herb, Manu Raju and Clare Foran, published by CNN on January 22, 2021, available at the URL https://www.cnn.com/2021/01/22/politics/impeachment-articles-schumer/index.html.

12. Annexed hereto as **Exhibit 10** is a true and correct copy of emails dated February 4, 2021, and produced by CNN in these consolidated Actions with the Bates stamp CNN000143-CNN000149.

13. Annexed hereto as **Exhibit 11** is a true and correct copy of emails dated February 3, 2021, and produced by CNN in these consolidated Actions with the Bates stamp CNN000639-CNN000647.

14. Annexed hereto as **Exhibit 12** is a true and correct copy of CNN's live average audience, and produced by CNN in these consolidated Actions with the Bates stamp CNN002005.

15. Annexed hereto as **Exhibit 13** is a true and correct copy of transcript excerpts, from the deposition of Lori Flynn, taken in this consolidated Actions on April 5, 2023.

16. Annexed hereto as **Exhibit 14** is a true and correct copy of Lori Flynn's

Interrogatory Objections and Answers excerpts, produced in discovery on August 14, 2022.

17. Annexed hereto as **Exhibit 15** is a true and correct copy of transcript excerpts, from the deposition of Fuzz Hogan, taken in this consolidated Actions on May 23, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 20, 2023     /s/ Jared J. Roberts
                                   Jared J. Roberts

Dated: December 20, 2023.          Respectfully submitted,

                                   */s/Jared J. Roberts*
                                   Jared J. Roberts
                                   Florida Bar No. 1036550
                                   Jason Greaves (admitted *pro hac vice*)
                                   Binnall Law Group, PLLC
                                   717 King Street, Suite 200
                                   Alexandria, VA 22314
                                   Telephone: (703) 888-1943
                                   jared@binnall.com
                                   jason@binnall.com

                                   *Counsel for Lori Flynn and Valerie Flynn*

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

/s/ *Jared J. Roberts*
Jared J. Roberts