# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| VALERIE FLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | **CASE NO: 8:22-CV-343-MSS-SPF** |
| LORI FLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | **CASE NO: 8:22-CV-00512-MSS-AEP** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiffs Valerie and Lori Flynn (collectively the "Flynns" or the "Plaintiffs"), and defendant Cable News Network, Inc. ("CNN" or the "Defendant"), through their undersigned attorneys, that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii):

1. All claims and prospective claims asserted herein by Plaintiffs against Defendant are discontinued with prejudice, and without costs or fees to either party as against the other;

2. This stipulation may be signed in counterparts and facsimile signatures are valid and binding.

| | |
|---|---|
| **_/s/ Deanna K. Shullman_** | **_/s/ Jason Greaves_** |
| Deanna K. Shullman | Jared Roberts |
| Florida Bar No. 514462 | Florida Bar No. 1036550 |
| Sarah M. Papadelias | Jason Greaves* |
| Florida Bar No. 0125098 | Binnall Law Group, PLLC |
| Shullman Fugate PLLC | 717 King Street, Suite 200 |
| 2101 Vista Parkway, Ste. 4006 | Alexandria, VA 22314 |
| West Palm Beach, Florida 33411 | Telephone: (703) 888-1943 |
| Telephone: (561) 429-3619 | jason@binnall.com |
| dshullman@shullmanfugate.com | jared@binnall.com |
| spapadelias@shullmanfugate.com | *Admitted *Pro Hac Vice* |
| | |
| Katherine M. Bolger* | *Counsel for Plaintiffs Valerie & Lori Flynn* |
| Meenakshi Krishnan* | |
| Lindsey B. Cherner* | |
| Sam F. Cate-Gumpert* | |
| Davis Wright Tremaine LLP | |
| 1251 Avenue of the Americas | |
| New York, New York 1002 | |
| Telephone: (212) 489-8230 | |
| katebolger@dwt.com | |
| meenakshikrishnan@dwt.com | |
| lindseycherner@dwt.com | |
| samcategumpert@dwt.com | |
| *Admitted *Pro Hac Vice* | |
| | |
| *Counsel for CNN* | |